# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| *Plaintiff* § | |
| § | NO: 1:25MJ583 |
| § | |
| JAMES WESLEY BURGER § | |
| *Defendants* § | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Objected | Admitted | Not Admitted |
|---|---|---|---|---|---|
| 1 | Screenshots | 5/27/2025 | | 5/27/2025 | |
| 2 | Keylogger Excerpt | 5/27/2025 | | 5/27/2025 | |
| 3 | Photos | 5/27/2025 | | 5/27/2025 | |
| 4 | Interview Clip 1 | 5/27/2025 | | 5/27/2025 | |
| 5 | Interview Clip 2 | 5/27/2025 | | 5/27/2025 | |
| 6 | Interview Clip 3 | 5/27/2025 | | 5/27/2025 | |
| 7 | Interview Clip 4 | 5/27/2025 | | 5/27/2025 | |
| 8 | Interview Clip 5 | 5/27/2025 | | 5/27/2025 | |
| 9 | Interview Clip 6 | 5/27/2025 | | 5/27/2025 | |
| 10 | Interview Clip 7 | 5/27/2025 | | 5/27/2025 | |
| 11 | Interview Clip 8 | 5/27/2025 | | 5/27/2025 | |
| 12 | Jail Notes | 5/27/2025 | | 5/27/2025 | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |