# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *Plaintiff* § <br> § <br> § <br> JAMES WESLEY BURGER § <br> *Defendants* § | NO: 1:24MJ583 |

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Objected | Admitted | Not Admitted |
|---|---|---|---|---|---|
| 1 | Pages from Jack Carr Novel "In the Blood" | 5/27/2025 | | 5/27/2025 | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |