FILED
June 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SCC_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JAMES WESLEY BURGER<br>Defendant | **INDICTMENT**<br><br>[Cts. 1 & 2: 18 U.S.C. § 875(c) – Interstate Threatening Communication]<br><br>1:25-CR-00332-ADA |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Interstate Threatening Communication
[18 U.S.C. § 875(c)]

On or about January 23, 2025, in the Western District of Texas and elsewhere, Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat to "deal a grievous wound upon the followers of the Cross."

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 27, 2025, in the Western District of Texas and elsewhere, Defendant,

### JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included:

> "I've come to conclude it will befall the 12 of Shawwal aa/And it will be a music festival/Attracting bounties of Christians s/In'shaa'allah we willl attain martyrdom /And deal a grevious wound upon the followers of the Cross /Pray for me and enjoin yourself to martyrdom[.]"

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: G. KARTHIK SRINIVASAN
MARK ROOMBERG
ASSISTANT UNITED STATES ATTORNEYS