UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED
August 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kf_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO.   AU:25-CR-00332(1)-ADA |
| § | |
| JAMES WESLEY BURGER § | |

**O R D E R**

On this date came on to be considered Counsel's Motion to Withdraw and the Court is of the opinion that the motion should be GRANTED. Accordingly, it is

ORDERED that Jesus M. Salinas, Jr. of the Federal Public Defender's office is permitted to withdraw as counsel of record in the above-captioned cause.

SIGNED this 8th day of August, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE