FILED
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MLG_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>JAMES WESLEY BURGER<br>Defendant | Cause No: 1:25-cr-00332-ADA<br><br>**SUPERSEDING INDICTMENT**<br><br>[Cts. 1 - 3: 18 U.S.C. § 875(c) – Interstate Threatening Communication]<br><br>1:25-CR-00332 ADA-SH |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 23, 2025, in the Western District of Texas and elsewhere, Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat to "deal a grievous wound upon the followers of the Cross," for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 27, 2025, in the Western District of Texas and elsewhere, Defendant,

### JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included:

> I've come to conclude it will befall the 12 of Shawwal aa/And it will be a music festival/Attracting bounties of Christians s/In'shaa'allah we willl attain martyrdom /And deal a grevious wound upon the followers of the Cross /Pray for me and enjoin yourself to martyrdom

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about January 21, 2025, in the Western District of Texas and elsewhere, Defendant,

### JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, statements on Roblox publicly accessible to attack a Christian concert, and the communication contained a threat to injure the person of another. Specifically, the communication included a threat

I have guns In[ ]case the authorities want to arrest me . . .I am ready To sacrifice my life for my Rabb….[The Defendant would] Detonate what I've prepared Of munitions And use my firearms To take many with me, [and] Yes wish me luck On the path of martyrdom In'shaa'allah"

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL



JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: MARK ROOMBERG
ASSISTANT UNITED STATES ATTORNEYS