

<div align="center">

Transcript
Federal Bureau of Investigation
San Antonio Division

</div>

Case Number                SA-4008696

Date of recording          02/28/2025

Participants
(NM) SA Nicholas Mustico,
(CC) SA Carletta Carter
(JB) James Burger
(JEB) SA Jacob E. Baillie
(MT) SSA Miles Beckner
(ES) TFO Eric Strnad
(AG) SA E.R. Garcia


Transcribed by              OST Nicole Avelar, OST Kellie Davis,
                            SOS Domonic S, TFO Eric Strnad, TFO
                            Stephen Windsor, TFO Joseph Fair,
                            SOS Lauren Revis, SA Robert Burton,
                            SOS Gabriela Garza, SA Hannah
                            Mueller, SA Carletta Carter, SA
                            Nicholas Mustico, IA Walter Warden,
                            SA Adam Harrelson, SA Jacob Baillie

Date transcribed            03-01-2025 through 3-19-2025

Notations
Unintelligible = (UI)
Overlap = (OL)
Phonetics = (PH)

**The following transcript has been compared to the audio
recording from which it was made, and to the best of each
transcriber's ability, the transcript is currently a draft.**

_____

(NM) Hands up, hands up.

(RB) Turn around.

(RB) Widen your stance. Bring your hands to the small of your back. Slowly, Slowly. Face away from me, widen your stance. Put your knuckles together, yes like that.

(NM) Yeah. Right here.

(JB) Do you need me to turn.

(NM) Yeah just take that out.

(NM) Put him back here behind Jake's car well sit and talk.

(CC) All right, Mister Burger, how are you?

(JB) Decent.

(CC) Been better?

(NM) I'll take that.

(CC) A little disruption for your morning?

(JB) A little bit, throwing it out of sync.

(NM) Yeah. Would you be able to give us the pin for your phone man.

(JB) Uhh sure. I mean I can do the touch ID. Yeah.

(JEB) Actual what's your pin?

(JB) Its uhh 200.

(JEB) It's got to be four digits right?

(JB) Yeah, 200610.

(NM) I'm going to write that down.

(JEB) I'm sorry, its kind of early for a lot of math.

(NM) Let's open this up.

(JEB) I'm just going to check it real quick.

(NM) Just making sure the pin works and stuff like that.

(JEB) 200610.

(JEB) Alright, I'm going to hand this to you, you go ahead and hold onto it so it doesn't fall on the ground.

(NM) OK.

(JEB) And then well hand it over to evidence.

(NM) is that your car?

(JB) Nah, no.

(NM) Ah, just a random cat?

(JB) We used to have one though

(NM) Do you guys have any cats or anything here?

2

(JB) Just dogs.

(NM) I can hear the dogs what kind of dogs are they?

(JB) Uhh, one's a collie me and then the other is like a like mix, but I can't really tell you what he is.

(KB) UI crying in the background.

(JB) So, he said you were gonna explain.

(NM) Yeah, I am going to wait for Carletta to come back. Do you have any idea why we're here?

(JB) I can't think of one.

(NM) You can't think of one?

(NM) We have a search warrant of the house and we have a search warrant of your phone. You may have made some threats on the Internet.

(JB) Not towards anyone, I think.

(NM) Not towards anyone? What, what threats do you think you could have made that caused all this?

(JB) I don't know. Maybe I was like playing the video game or something, and like you know threated somebody, is that why?

(NM) What? What games?

(JB) Uhh, well, I don't know. I play a lot. I play you know I've got PC and then.

(NM) What do you play?

(JB) Uhh, PC like computer.

(NM) Computer, yeah.

(JB) PC gaming consul.

(NM) What games do you play on there, man? What games do you play?

(JB)

Typically, I'll play right now I'm into. Warhammer and Minecraft, stuff like that. Uhh, I also play, actually I don't really play Call of Duty much anymore. Umm, stuff like that, mostly just small unit creative games where you get to, you know, uh, build and things like that or maybe some survival based games.

(NM) OK. Do you do your own Warhammer stuff? I know.

(JB) Oh, like uh figurines?

(NM) And like do your own paintings and stuff like that.

(JB) No, I wish I mean, it's real expensive and you know.

(NM) And it takes a long time.

(JB) Yeah, yeah. Why you into that stuff?

(NM) I've done Warhammer stuff before. I Wasn't, I never did make your own pieces and stuff like that. I do have a lot of friends that did all that stuff and they would spend weeks and weeks and weeks just growing in painting the figurines and stuff like that.

(NM) What were you guys going to Florida for?

(JB) Memorial, actually.

(NM) Memorial? Who's memorial?

(JB) Uh my Nana's. My grandfather 's on my father 's side.

(NM) Grandfather's on fathers' side huh. Could you give me like all your contact info like your phone number and stuff like that? Make sure we have the right thing so.

(JB) Yep, 682-816-2673

(NM) 673.

(NM) Your name is James Wesley burger.

(JB) Yeah, if the shoe fits right.

(NM) And what's your e-mail address?

(JB) JamesBurger357@Gmail.com.

(NM) What was it Gmail?

(JB) Yeah.

(NM) Do you have any other e-mail addresses?

(JB) Uh no.

(NM) Does anybody else have access to your phone or e-mail addresses?

(JB) Um, no.

(NM) No, OK.

(JB) It should just be me.

(NM) Once they get the house cleared out, we can un cuff you and go inside and sit down and talk a little bit more comfortable that way you're not cuffed sitting sideways in a car. Who? Who do you play these games with online?

(JB) Typically just friends from school and maybe every once in a while, a work friend or something.

(NM) What do you do for work?

(JB) I'm actually either a part of our back house staff at Hooters. Or every once in a while, a host cause the the good tips to be made there.

(NM) Ah, yeah I imagine.

(NM) What do you do back of the house?

(JB) Ah. Worked in the kitchen, so I get to put together, you know. Like. All the links and all that good stuff.

(NM) I worked in a restaurant growing up, like my entire time in high school where I lived, I was a cook for 7 or 8 years.

(JB) Yeah, I mean, you know it works and it's it's a fun environment. So you know.

(NM) Yeah.

(JB) I can't complain.

(NM) It's definitely a different environment than any other first job you could possibly ask for.

(JB) Oh, well lucky for me. You know, for me it wasn't my first job.

(NM) Oh really?

(JB) And yeah, and luckily you know, and the jobs they had worked before mostly were revolved around, you know, food service. Or like that type of yeah. Like region of business, so you know it wasn't too hard to pick up. The biggest things were, you know, obviously making everything and you know, learning how exactly.

(NM) And that's a good experience. You get to learn. You have to keep that info forever.

(NM) Where else did you work before it?

(JB) At Papa Dough in grape Grapevine. And then before that I worked at this place. It was a drive in movie theater called coyotes.

(NM) OK.

(JB) In Fort Worth.

(NM) Now, when did you guys move down here?

(JB) I'd say about one to two years ago.

(NM) OK.

(JB) No, no, no, two. Years ago.

(NM) OK. Is this one of your dogs?

(JB) It is.

(NM) So two years ago. Why did you move down here?

(JB) Uhh, Jobs.

(NM) For your aunt and uncle?

(JB) Uncle.

(NM) Oh ok. What does he do?

(JB) Well I believe he. Well, I know for a fact he works in IT, but he does, uh, like stuff with that all like all over. Like he contracts with anywhere from, you know, like a local, you know, electronics business to something like the state or federal government.

(NM) OK.

(JB) You know, so he helps work on. That type of infrastructure, I guess.

(NM) OK. Do you have any interest in doing that stuff?

(JB) Not really.

(NM) What do you want to do?

(JB) Uh, honestly, uh, you know, graduate and you know, probably just, you know, work for a bit and maybe pursue some higher education and then just, you know, probably move out of the country or something.

5

(NM) Oh really?

(JB) Yeah.

(NM) Where did? Where do you wanna move to?

(JB) I'm not sure currently but. Probably somewhere in uhh. I I hear that northern Europe is really nice, especially around the Balkan region.

(NM) OK.

(JB) And I don't. I haven't really thought of anywhere else you know that's a big thing to consider.

(NM) Have you ever been there?

(JB) Yes, I've I've been. I've actually been on a trip to. It was kind of like a trip around, like three or four EU countries. And so we went and it was for a language course. We went to the UK in England and then we went to the South of France near Marseille and Saint Remy. And I believe we may have went into Spain, but I'm not sure.

(NM) What English course? What language course brought you to the UK, France and Spain?

(JB) French.

(NM) OK.

(JB) Kind of, you know, no brainer there.

(NM) I was like, you're hitting English, Spanish and French there, so.

(JB) Yeah, I mean, you know.

(NM) That's an exciting trip. When did you guys or when did you do that?

(JB) This was in about twenty, twenty two or twenty three.

(NM) Oh so while you were or, once you were down here in Austin area?

(JB) No, this was when we were still in Keller. So near Grapevine.

(SJ) Deactivate body warn cameras.


[*Agent Note*: *From 8:44 am to 9:03 am, there was no recording of the interaction between Burger and FBI Agents. Also, during this period, Burger sat handcuffed in the back of an FBI vehicle with the car door open. SA Mustico stayed in the vicinity of Burger during this time period. Burger never asked to leave or to be unhandcuffed. The handcuffs were removed at the start of the surreptitious recorder.*]


(JB) Say enlightened and, you know, civilized place, but, you know, it, it's a place that kind of, when you look at its history with the broad scope, you know, cycles and kind of loops through the same process, you know, of, you know, rise, decay and then collapse, you know, all across. Um, but in in terms of Islam, I guess it stems from, you know, a, umm, increasing knowledge or, or thirsting for, for knowledge of the religion which, umm, you know, originally, umm, started with me looking more into Christianity, which, you know, is the is the religion I was born into.

(NM) Is the rest of your family in Christian? I didn't ask you what religion they were for.

(JB) I guess. Uhh, yeah, Yeah, I guess you could say they're Christian.

(NM) Your mom and dad aren't here, obviously. Where are they?

(JB) Umm, I couldn't tell you.

(NM) OK. You don't talk to them at all?

(JB) Here and there. Well, you know what, we keep in touch, but you know, I've no clue as to where they are as of

(NM) when was the last time we talked to them.

(JB) Umm, I'd say maybe 2, anywhere from like 2 weeks to a month ago.

(NM) Oh OK, it's been a little while. Where did Carletta go?

(AH) I'll go find her.

(NM) I'm just going to find it.

(NM) (UI)

(NM) It was a couple of weeks since you talked to your parents?

(JB) Yeah

(NM) Why or How did you end up living with your aunt and uncle?

(JB) It's a long story.

(NM) Yeah.

(JB) Yeah.

(NM) I got time (UI)

(JB) Well, it was uhh, I would say primarily due to just, you know uhh, economic shortcomings.

(AG) One say, I just want to check a couple things really quick. -  You do have a lot of pockets there.

(NM) I have a lot of pockets. This is not my phone. There you go. You guys have the code?

(AG) Yes, Sir.

7

(JB) Say again.

(NM) I was asking them to make sure they had the code that you gave us. Thank you for that, by the way.

(AG) What's the passcode, I don't think it's…

(NM) 200.

(AG) 200

(NM) 610

(AG) Gotcha.

(NM) It makes reviewing the phone a lot easier. We'll get there eventually no matter what, but makes breaking your phone not happen. So what happened with you and your parents?

(JB) Uhh, mostly an economic downturn and then poor personal decision making on the part of one of my parents?

(AG) Can we get his biometrics for that one really quick?

(NM) Sure.

(AG) Can I get a thumbprint please? Thank you. (UI) sometimes people lie (UI) biometrics (UI)

(JB) Not as as far as I'm aware.

(NM) What was the economic downturn that?

(JB) Oh, I just poor, uh, financial decision making and you know, that eventually led to, you know, things like eviction and so on and so forth.

(AG) That's just in case we don't get it.

(JB) Never too fun.

(NM) Is that, what, were you living with your mom or your dad at the time?

(JB) Mom

(NM And was that up in Fort Worth? Or where was that? What were you?

(JB) At Fort Worth.

(NM) So how did you end up coming to live with your aunt and uncle?

(JB) I reached out to my aunt, and she took me. It took me and you know, the the rest is history, essentially. You've heard the rest so far.

(NM) Very generous of her to take you in. Was she living up in that area with you? Was that were you guys close?

(JB) Yes, relatively, but you know, she she had no problem with, you know, the drive, especially when she, you know, uhh realized, you know, it wasn't a good situation or anything for me or my brother. You know, she took us both into her.

(NM) Was your brother, you had told me his birthday earlier, but I don't think I even got his name.

(JB) Uhh, John.

(NM) Is he living here as well? OK. Where's John? Like…

(JB) With my grandparents.

(NM) With your grandparents

(JB) On my mother's side.

(NM) And how old is John?

(JB) 10 or 11?

(NM) Okay, so did you reach out to the grandparents and try and get him someplace better too?

(JB) No, that that was actually a later ordeal because, you know, originally the the case would have been that he stay, uhh, with, you know, us, but, umm you know. Kind of long story, but he, you know, he he went over to visit my grandparents.

(NM) So was he staying with you guys originally?

(JB) Yes.

(NM) OK. So he was staying with you guys. OK, got it, I didn't catch the point where you you guys left your mom's house and he moved in with your aunt. And then you said he went to go visit your grandparents and then what happened?

(JB) Umm. They, you know, essentially just kind of retained him. And you know, umm, at the time, you know, aunt and uncle were in like no position and they didn't want to enter anything like a legal battle or like a custody battle. And you know, obvious and you know, it was, it's a

good environment for him. So you know, obviously you know, it's not the most preferable option, but you know, compared to the possibilities, you know, it's definitely better.

(NM) Right. You guys are separated now, but at least he's, you know, he's in a safe environment.

(CC) Would you like a bottle of water?

(NM) I'm good thank you.

(CC) Would you like a bottle of water? Okay

(RP) (UI) You mind if I grab the camera?

(NM) Yeah sure

(RP) One less thing after we're done

(NM) Appreciate it.

(NM) So how is he liking it up at his grandparents? Are they still in the Fort Worth area or where is your grandparents?

(JB) Umm. Yeah, they're in the Fort Worth area.

(NM) Okay. Do you ever get to see him still?

(JB) Yeah.

(NM) OK. How often do you get to go out and visit?

(JB) Every once in a while. It's kind of sporadic.

(JEB) Bryant (UI) He's ready to be interviewed.

(NM) So there was a custody battle between the two of them. And that's what - not a custody battle -
He went to go visit, and your aunt and uncle didn't want to get in a custody battle, right?

(JB) Yeah, pretty much.

(NM) And your aunt is how she related to you? I know you said your

(JB) Father.

(NM) your grandparents are your maternal grandparents, and this is your paternal aunt.

(JB) Bingo

(NM) What was that?

(JB) Bingo.

(NM) Oh, Bingo.

(NM) Do you want to find a place inside? I'll go get rid of all of my stuff.

(CC) Yeah. What, what stage is ERT at?

(NM) Don't know. I've been here talking to him.

(CC) OK, I'll go check to make sure they have a room good for us.

(NM) Sounds good, thank you. This is also not comfortable for me.

(JB) So as in the vest or this interaction?

(NM) The vest. You, you've actually been very forthcoming and I really appreciate your cooperation and giving me all the information. Usually I talk to people and they don't like me, so it's a lot harder of a conversation.

(JB) Well, (Laugh) frankly, liking you has nothing to do with, you know, my truthfulness or, you know, I guess what you're saying as cooperative, you know umm, you know, because umm, whatever this is related to, uh you know, I'm sure either was a, you know, something that was, you know, A noted and taken out of proportion or B, something I wholeheartedly, you know, believed in and obviously, when it shy away from at the at the sign of, you know, repercussion from it, because you know that this ties back into, you know, Islam and the Quran. You know, if is there is a people you know, among truth, then surely, you know, they will be tested, you know, by our hand, meaning, you know, Allah.

(NM) Allah

(JB) Allah and the angels, which you know, he dispatches to uh, to carry out his will. So, you know, yeah, you know, let let truth flourish and, you know, let falsehood falter. You know, that's my perspective.

(NM) I know it's pretty common Muslim preaching that lying is a sin too. So act against a lie on its face. Any any lie that is told is a lie that is told to Allah. Is that right? You're much more versed than I am.

(JB) Yeah. Yeah, I know you're you're pretty spot on, actually. Yeah, but yeah, you're right, lying is one of the well, you know, it's something that is ikhtilāf or basically difference of opinion amongst scholars. Some consider the major sin, others consider it a minor sin. But regardless,

you know, it's, it's a sin in and of itself and it and it's especially one that can very easily manifest the self-destructive,

(NM) Right.

(JB) which is, you know, why there's no need for it.

(NM) Right, where do you fall on the scholar scale and what lying means? Are you the the grave sin or that it's a minor sin?

(NM) I consider it or, you know, I take from the the ikhtilāf that it is a major sin to lie. And, you know, especially when it's in the context of lying to, you know, another believer, which, you know, I wouldn't consider it in this circumstance, but certainly, you know, it's, it's never good. It's, you know, there's very few circumstances where, you know, it becomes acceptable or in some instances even, you know, necessary or permissible. But um, from the overall consensus, you know, because, you know, Islam is something that is built upon a nature of prevention but also a nature of exception to the rule for most instances. Um. You know, it's a mixed bag.

(NM) Yeah, yeah. I know the scholars are all over the place. I know every you're going to read every scholar and then you're going to form your own opinions because you're an adult Muslim man who has the right to read everything they want and understand what they want. And like most religion, it's all out there and you just choose which stuffs that you want to read. And this doesn't say verbatim in the Quran. This is what the rule is. It's all different scholarly translations and readings of it.

(JB) Well, dependent upon the circumstances because there's certainly, you know, a plethora of things that are set in a very black and white stance and you know it.

(NM) Right

(JB) You know, when you begin to differ, that's when it becomes a problem because there's definitely a very minimal, minimal need or desire for, you know, opinion or self-interpretation. You know, if it was set, if the scholars set the standard, you know, and especially from the three greatest generations, you know, the Salaf, the tabi'un and the tabi'in as well as, you know, if the standard was set by obviously the Quran and the Prophet Muhammad, sallallahu alayhe wasallam, then you know, there's no going against that. And there's no, you know, kind of saying, oh, well, you know, so and so says, you know, because it can't do that.

(NM) What would you could be considering the situations where it'd be OK to lie?

(CC) Nick, hold on. We're going to we'll let you get comfortable. We're going to take you out of handcuffs.

(NM) He's already out of handcuffs.

(CC) OK, you're already out. Then we'll we're just going to have you sit inside in that way. We're not on the street out in the open. We're going to move this car, um, so it's out of the way.

(NM) Do you want to take him and I'll de-gear and find a nice place to sit inside? And I will join you.

(CC) Uh, yes. I'm waiting for them to be done, though.

(NM) Oh, OK.

(CC) Yeah, we already have an area we're going to sit at. Mikaela, are they good to go?

(NM) Back to my question, what areas would it be OK to lie?

(JB) Oh, well uh, there's really only one from, you know, my understanding thus far, there's only one instance or actually 2 that I can think of where it is permissible to lie. And that is, uh, 1. You know, when it's uh, for the sake of or, you know, the protection or the survival of yourself or, you know, concealing or, you know, it's a concept to really rather than just, you know, lying since that can be interpreted in more of a broad sense, right. But it's called Taqiyya, which, you know, is essentially lying for the sake of, you know, one's survival, you know, So let's say, yeah, you know, there was an instance where, you know, I was, you know, living on a, you know, nice little ranch and people came to me who were not Muslim or maybe let's even say extremist. You know I have a very warped view of the religion in its commandments. Then you know it's permissible in such an instance to lie if.

(JB) It protects me, or my religion, or my property…

(NM) Okay.

(JB) Ya know. Umm, or umm if you umm, lie for the sake of ya know, uh, uh well basically same thing, ya know, lying for the sake of defending or concealing one's religion, uh, for uh, reasons of ya know self-protection.

(NM) Okay.

(JB) Uhh.

(NM) So if a…

(JB) Which is again mostly dependent upon circumstance such as ya know you're a Muslim living in a country that is oppressive against Muslims, then, then, or that is in war against Muslims, then it becomes, ya know, permissible in such an instance, uh, to lie. But ya know in the uh, uh broader sense, yes, lying is wrong and lying is, ya know, a self-destructive practice, and yada, yada, yada.

13

(NM) So you're saying self-protection just for like, safety reasons, like, someone's gonna kill you?

(JB) Yes.

(NM) Okay.

(JB) Yes, in matters of utmost necessity.

(NM) Okay.

(JB) Of preserving one's self, or one's religion, or one's property.

(CC) Do you wanna downgrade? Do you wanna…

(NM) Yes.

(CC) Okay, go do that we're gonna, and we'll…

(NM) I'll go downgrade and get my car.

(CC) Oh, okay.

(NM) 'Cause this is the one I drove in.

(CC) Okay, cool.

(NM) So do you wanna bring him inside as soon as a space is set up?

(CC) Yeah.

(NM) Okay.

(CC) (Inaudible due to loud metallic sounds)

(Loud metallic sounds while SA Mustico walks inside the residence)

(NM) Sit over here.

(CC) Did you guys just cover the basics? I'm sure I missed it, part of it. I can't be in a thousand places at once.

(NM) We'll backtrack and go back over everything, uhh. You can correct me as I go through if I missed anything.

(Unknown) Do you want me to close the doors?

(CC) Yeah, you can leave it cracked because they're going to be coming in and out.

(NM) His name is James Wesley Burger, phone number is 682-816-2673. Phone number is 682-816-2673. E-mail address is jamesburger357@gmail.com. He is the only one who has access to his Gmail and his phone. Umm…let's see. Uh, usually he plays games like Warpath, or, Warhammer, Minecraft, Call of Duty, I mixed them together, I'm sorry. Very different games (laughs). Usually he plays with friends from school. He moved down here with his aunt and uncle about two years ago, and moved here for his uncle's job.

(CC) Okay.

(NM) He does IT, as a contractor for the state and other contracts. Umm…He took a trip to Europe, uh, what year was that…

(JB) Southern Europe.

(NM) What year was that? Did I write that down?

(JB) Umm, I think I told you it was 22, uh, or 23.

(NM) Yeah, 22 or 23, right? Was it before or after you reverted?

(JB) Uhh, after.

(NM) Okay, so if you reverted in fall of 2022, it was sometime after that.

(Unidentified speaker in background) Your keys, I'm gonna pull your vehicle closer to the curb…

(WW) Jake's keys.

(Unidentified) Is he out there?

(WW) Yeah.

(NM) Uh, so, he went to Europe, and he went to UK, the south of France, he went to Spain.

(CC) Wow.

(NM) Because he was studying French. So, he got to go to all those cool places. Uh, he has a Muslim friend who he talks to online named Abu Musa, who is in France now, so he's helping you keep up on your French, right? Are you still studying French in school?

(JB) Oh, no, because they don't uh, offer it at Round Rock.

(NM) Oh, okay. They don't offer French?

(CC) That's so common now.

(JB) Uh, not from what I'm aware. We have…French…sorry, not French, Spanish, um, I think we have either Chinese or Japanese, and a couple other languages, but I'm not sure we offer French at Round Rock.

(NM) Do you take any languages at all still?

(JB) Uh, currently I'm taking Spanish but it's, it's more…

(NM) Just because you have to?

(JB) Yeah, for, for the credit more than the experience.

(NM) And you found Abu Musa by posting on Reddit forums? Uh, French Reddit forums, so that way you could get in contact with somebody? Anything else I'm missing about that?

(JB) No, that's pretty much it.

(NM) What were you for, just on the French forums, like looking for somebody…

(JB) Yeah, looking for like a tutor, or someone who's pretty proficient in French, ya know.

(NM) And you went with Abu Musa because he was Muslim, because you could relate more to him, or?

(JB) Yeah, yeah, yeah.

(NM) Okay, makes sense. You wanna have somebody that you have some common ground with and stuff like that. He, uh, reverted to Islam in October 2022, or October 28th, 2022, that is the same day that his younger brother John's birthday, who is 10 or 11, so he always remembers that. John is with his grandparents right now. They both left mom's house in Ft. Worth around the same time, and that's when the aunt got involved, but brother was gonna live with grandparents…Maternal grandparents? Maternal grandparents. He remembers that day as his brother's birthday, and that's the day that he found God and all his sins were taken away. Do you wanna elaborate more on that? Does that sound about right?

(JB) Yeah (laughs). Yeah so, so in, in a basic sense ya know. When one, ya know, reverts to Islam, uh ya know, as the Quran states, ya know, even if your sins were as thick as the foam of the ocean, ya know they're literally wiped away, so it's literally as if you're shedding (laughs) ya know, your skin, ya know, it's a very, um, both philosophically, but ya know, from my view in a literal sense it's a very unique, uh, metamorphosis.

(NM) Yeah.

16

(JB) Especially because ya know, if you're truly sincere in your reversion in your seeking of Islam, then uh, the metamorphosis will only continue toward, what you were uh, before and what your understanding was before into uh, the truth, both in your appearance and your mannerisms, and uh, but also how you think, ya know. Umm…(laughs) It's a very big contrast, ya know, if you truly follow Islam then you'll have, in reality, zero ideological or emotional connection to, ya know, places, such as, uh, the United States, or ya know, any place that is a part of what is called (ui) (8:32), um, which is the lands in disbelief, you'll have, ya know, zero care for what's going in those lands or what the people in those lands are doing or how off they are, um…Which again, ya know, Allah addresses by saying that, you, know, the disbelievers will be victorious and, ya know, amassing in their wealth in this world and then, ya know, once they all die, which, which, ya know, surely (laughs), they will. None of us are immortal. Um, ya know, they'll be dragged through the plains of hell fire, for their disbelief, but also for believing that things such as their power or their wealth would be of avail to them, or their idols, would be of avail to them, ya know, other than Allah. Um, and so, ya know, that, that's the fine line is, ya know, you're either, you're in this camp, ya know you're in the camp of Islam, or you're in the camp of everybody else in the world, who is, ya know, (laughs), ya know, in the reality, um, going to face a very harsh, ya know, endless, relenting punishment for what they did, even when they did not know it, ya know. Their disbelief and their conscious actions, ya know 'cause we always, uhh, philosophically, ya know, Nietzsche, and other philosophers like to say every decision is a choice with consequence, and they're right. But, ya know, they believe it to be, uh, consequence in the worldly sense. Whereas, ya know, in reality it's the consequence of the unseen, which is, ya know, being recorded and, uh, written out for them. Years and years, or maybe even days from now, ya know, because, uh, ya know, obviously we have no clue, uh, when our time will come and we can only, uh, ya know, only ask that, uh, ya know, we die upon truth and, ya know, and not upon a sinful nature or anything like that.

(NM) And this is how we got into the conversation about truth and lying. (Laughs) Uh, I asked him if he believed, as a lot of scholars do, lying is an afront to Islam, and lying to somebody else is basically a lie to Allah. And you caught part of that conversation (laughs), where he considers it a big lie and the only way it is acceptable to lie is if you are trying to save yourself, or save your religion, or save your property. More of like, save your life than save the situation.

(CC) Do you like to go by James? Do you go by Jim, Jimmy?

(JB) James.

(CC) James? Okay. That was, uh, my brother's name. He just passed away, so..

(JB) My condolences.

(CC) I like the name James. So, I'd like to know about your life. How did you, how did you get here? So, just, you know, fair warning, like, we have looked at your mom's social media, your dad's social media, and I see beautiful pictures of your mom and you and your younger brother…

(Unintelligible conversation between CC and JB due to rustling of recording device)

(JB) They're very nice pictures.

(CC) Yeah, so, I'm just interested to know, tell me about your early life growing up. What, what was that like? And…your mom and dad.

(JB) Uhh….My early life was very, uh, turb…turbulent….and uh, terminalist(ph), if that's a word (laugh). Um, and ya know, it was just a very grief stricken time for me, ya know, because it was a lot uh, un…state…instability and, ya know, unsteadiness in the home. Which ya know, obviously is uh, something that I can't control and couldn't control. Umm…but ya know, ya know, just uh, a very turbulent time, and for a very long time. Uh, I would say, ya know, it was a very socially, um, ya know, um, very aggressive, ya know, and I wouldn't really, uh, be able to interact with people as much just because the norm was much more, uh, aggressive.

(CC) At what point did you not live with your mom anymore?

(JB) Umm….

(CC) At what age?

(JB) Say either 14 or 15.

(CC) Okay.

(JB) It was fairly recent (laughs).

(CC) And was she involved in drugs, or..

(JB) Um, from what I've been told, but also just from, ya know, what I've kinda come to conclude, yes.

(CC) Okay.

(JB) Throughout ya know, mirroring periods basically. But, uh, yes.

(NM) Did you ever have to witness any of that stuff, or was…?

(JB) No. I kept away ya know, uh…luckily (laughs).

(CC) Was there ever any abuse, like (ui) as a child?

(JB) Yeah, yeah, no, I was never harmed or anything as a child. But I was definitely witness to a lot of the, ya know, uh domestic violence, uh that's, ya know, the terminology we use now a days.

(CC) Yeah.

(JB) Witness to a lot of that in the home, uh from a very young age, which ya know…uhh.

(CC) Between mom and dad?

(JB) Yeah, yeah. Which is never, ya know, uh, a fun time (laughs).

(CC) I could understand that. Probably, definitely has an effect on viewpoints growing up, and, ya know, so I could understand the social aspect. Most people think, like in our jobs we had perfect lives before this, but I can understand what you went through as a child. So, that's been pretty difficult. Where did you go to like, elementary school at, or…?

(JB) Umm…A.V. Cato Elementary in uh River Oaks. It's a little small town with like a couple thousand right next to Ft. Worth, like right there by the metroplex.

(CC) Okay. What was the name of the elementary school?

(JB) Uh, A.V. Cato.

(CC) Oh, A.V. Cato, okay.

(JB) Cato.

(CC) Cato, okay.

(JB) C-A-T-O.

(CC) Okay. Did you, I mean did you have food, clothes, were you kept…

(JB) Yeah, yeah, yeah. No, my, uh, everything was, uh, provided for me, and ya know, very, uh ya know and I never went without, and that's one of the things I'm grateful for. Was that even though, obviously, uh, ya know, all those things are abnormal for me, ya know out of the norm for a child, um, in terms of, ya know, my needs everything was met and all of that was, ya know, uh, fulfilled. Ya know, like if I wanted a, a Lego set or something, ya know I'd get, I'd still be able to get a Lego set and stuff like that. So there were definitely, um, downsides, but overall it was not, ya know, uh, the most unbearable time I've been through. Um…and uh, yeah, I mean to sum it up it was a very turbulent period, ya know. And that kinda tracks, uh, ya know, up until about maybe the past two or three years.

(CC) Okay.

(JB) Uh..But ya know, that's, uh, ya know, it's, it's not anomalous to me, and it's definitely not something that when I tend to reflect on it, which certainly happens, um, it's never something that, I ever really worry about shifting blame, or even just worrying about it, ya know, in general, um…What has happened, ya know, uh has happened.

(CC) You can't change the past. Yeah.

(JB) And uh, ya know, um...Again to put it in a, ya know, religious perspective, ya know, Allah wa Ta'ala speaks ya know the Quran when he says ya know, verily, ya know when the people declare, ya know, we believe, um, do they not believe that they will be test by affliction after affliction as a test of their belief. And, verily, we test them in ways that they do not know. Um, and so he know….um whatever, ya know, um, (laughs) hardships, ya know, befall, or anything like that, ya know, um, ya know, it's just kinda something I've come to have a status of acceptance upon. Um, ya know, and just keep the ball rolling, ya know.

(JB) More or even just being worried about you know, in general, because you know. Umm What has happened, you know, uhh what has happened.

(CC) You can't change the past, yeah.

(JB) And uhh you know, to put it in a you know, a religious perspective, you know uh Allah, what to Allah speaks. You know the Quran when he says, uh you know, verily, you know, when when the people declare, you know, we believe um till they not believe, that they will be tested by Affliction after Affliction as a test of their belief. And verily we test them in ways that they do not know um and so he, you know what whatever you know. Hardships, so you know befall or uh anything like that, you know um

(CC) MHMM

(JB) You know it's just kind of something that I've come to have a, you know, status of, you know, acceptance upon. Um you know and to just keep the ball rolling. You know. No time to get uh caught up or, you know, hurdle myself on you know, a bunch of um worldly conditions or, you know, uh temporary tribulations, you know. (Laughs)

(CC) Do you, did you do you still? Have a relationship with your mother. Do you speak with her?

(JB) Yeah, yeah. I still speak with uh my mother and my brother and uh my family on that side.

(CC) OK

(JB) as was my family on my uh paternal uhh end.

(CC) Do you speak to your dad at all?

(JB) Yeah, here and there. But you know, it's it's much more. Uhh Difficult. I guess you could say 'cause. You know, his communication is much more sporadic.

(CC) Yeah.

(JB) Uhh So you know, it's kind of it's. One could say. An on and off type of deal.

(CC) Yeah, I understand that. Umm it's it's tough. So I've always been told to love from afar. Love those type of family members from afar you know. Welcome communication, but don't expect too much. This is the special agent Garcia right here and he would like to talk to you About your your phone really quick.

(AG) We just need your fingerprint again. We just want to Take a look at the albums. Alright. And the other one was, thank you.

(CC) Are you OK sitting here, or would you like to go somewhere else?

(JB)No I mean this is fine

(CC) Ok alright I didn't know if it was too much of a distraction for you, but I also didn't want you to have to sit outside or be cramped in a vehicle, because you're tall and everyone's taller than me. So, I don't want you to be too caught up.

(CC) Did your family grow up Christian, did you go to church?

(JB) Uh yeah uh yeah actually used to, you know it's funny, I used to attend, you know, like a Bible study and all that good stuff and go to like the little uh summer camps and all that good stuff. But You know when it when uh you know, I reached a point of, you know uhh becoming more cognizant in terms of privilege and in really dwelling into it.

(CC) Yeah

(JB) I'm a lot more deeper and serious nature. Umm You know Christianity, they kind of started to wane, uhh you know, just just because it's a religion that has never, uhh You know, at least from from my opinion, uh  you know, has never been able to and from my own experience in studying, you know has has never really been a religion that is fulfilled umm you know, monotheism, you know, in and an absolute uhh pure sense. And I and I think that's one of the biggest reasons why um Islam ended up being appealing so much more, because it is the only religion in which which preaches and is built upon a fundamental, and message uhh being an absolute monotheism and you know un even if you umm know what you must say.

(CC) Yeah.

(JB) Before you know you, you can even consider yourself a Muslim you know, Ashhadu an La Ilaha Ila Allah.You know that right there La Ilaha Ila Allah. Meaning you know, there's no God but God. You know you have to testify that and you have to truly, sincerely believe it, that there is only one you know, and there's no equal and you know he didn't give himself a son or a daughter or, you know, a partner or anything like that, you know. Umm and he's one without equal. And you know without umm.  You know any sort of attachment, including to to, you know, us. Umm And so I think that's probably the biggest appeal of Islam to me is the simple and you know, absolute principle of monotheism that it uhh attests to.

(CC) Okay umm

(NM) Before, before we go, do you have the passwords to to the Chromebook thats upstairs.

(JB)Uh which like which one?

(NM) Uhh Alex. Hey, Alex. Yes. I'm gonna guess it's one in your room. Do you have to chrome book in your room?

(JB) Umm, it might have been like my school one but-

(NM) Oh okay.

(JB) but that (Laughs), you know, that wouldn't really be.

(NM) Oh, OK. Do you have any other computers or anything like that upstairs?

(JB) No.

(NM) No Laptops or tablets or anything like that. What's the password to the school one? Or is it?

(JB) Umm it should just be my school ID.

(NM) What is that?

(JB) Umm one nine six,

(NM) one, nine, six,

(JB) five, seven, four. Pretty basic.

(NM) That's pretty simple yeah.

(NM) You don't have any like electronics or anything like that upstairs?

(JB) No

(NM) OK.

(NM) That way we don't have to stop randomly in the middle of our conversation to ask you for passcodes again.

(CC) Umm so you seem very like you have drive. Most people I know still in high school are not going to high school and working uh a job like Hooters and you know, you seem like you have

many responsibilities and you're very driven. And you're intelligent and you've taken time to read like you've read, tt sounds like you've studied a part of the Quran if not all of it. Have you ever sat down and really truly read through the Bible? Or really- there's people that say like you're raised in the church and then you're raised in in Christ. So have you truly sat down and read through the Bible and compared it to what the Quran might say and?

(CC) Oh, you're just the cutest. Yes, you are. I know you probably can't hear me. But You are. (Talking to the dog)

(JB) Would you mind if I help her up? (Referring to the dog)

(CC) Sure.

(CC) Do you think she has to go outside maybe?

(JB)She might. I just noticed she was trying to get up and she has problems in her back hips just 'cause.

(CC) Yeah, yeah, go ahead.

(JB) She's real old and so.

(CC) Oh, poor girl, poor girl. I imagine the tile is pretty hard, Umm would she be more comfortable out Outback or?

(JB)Uhh no, she well, I don't know. She likes being outside, but she's one a dog that goes you know back and forth so.

(CC) Umm back to that, yeah back to that question. Have you truly spent time reading the Bible and trying to learn? The properties of of being Christian as much as you have with the Quran?

(JB)Umm in all honesty, yeah no definite, uh definitely not. Umm Although you know, luckily I do have uh you know, friends who you know are Christian, who uh you know, every once in a while, you know, we'll have a little tidbit back and forth on a you know.

(NM) You do have Christian friends?

(JB) Yeah.

(NM) Oh

(JB)Umm (laughs) only only a few uh and it's mostly because just just for uh general sense of, you know understanding. Umm you know like like she said, having a proper understanding of uhh you know other religions 'cause you, it's uhh it would be pretty, uhh you know, foolhardy, you know, from from both the religious but you know even I guess you'd say, you know, a tactical perspective, you know? Um you know, like Sun Tzu says, you know, you can't really

denounce or attack your enemy without having a, you know, full understanding of them. You know, Umm so you know, it's nice and it's refreshing here and there too you know, to interact with Christians and uhh you know to to hear um bits and pieces of their faith, especially because umm you know it does give a proper and a better understanding you know, both from their perspective, but umm you know overall, but you know also at times can be um uh definitely a little, a little humoring, I I could say umm.

(JB) Humor.

(CC) Yeah, you mentioned humor. Why why humor?

(JB) Humor, uh I guess. In in the sense of, you know, some of the Dogma uh you know, I hear sometimes when whenever you know, um certain things, such as uh you know umm the Christian and Islamic difference on iconography and iconoclasm. Um You know it's um it can be humoring at times to hear um the argument that comes from the side of Christianity because it's not at times, you know, it really can devolve from, you know, more of a religious tract to more worldly justifications, and and that's where it becomes laughable when they start to apply more manmade conceptualities, you know, such as different philosophies or, you know, even things like you know uh the Declaration of Human Rights. You know, when when they apply all of these different things that you know, are just thought up by, you know, no doubt vastly intellectual people.

(CC) All right.

(JB) Um you know, it just kind of makes the uh the argument and the sake of it. Um very laughable and very, very hard to take in a serious note because you know many Christians will consider themselves or do consider themselves, you know the truest faith umm and you know that that they're right. Um but you know, when when they begin to falter on, you know, having a basis for some things, and they have to start relying on things outside of you know, religion or religious texts that interprets certain concepts. You know then it you know it it definitely makes the respect for both the religion and for the person arguing in that sense, you know, the respect drops very significantly.

(CC)Mhmm

(JB) Umm you know when they begin applying all of these things, um which you know again, uh you know, if if if it's something which their religion tolerates umm or you know um falls back upon then you know that that's perfectly acceptable and you know, I definitely believe, you know, it's not the duty. Umm Or I I definitely don't think that you know, Islam is going to be or should be umm you know supreme or anything like that or dominating the world. Umm which you know, although if it did, you know.

(NM) Isn't that the story of the end of days though? Once Islam would inhabit the earth that's when Jesus comes to uhh resurrect everyone.

(JB)You're correct, but the uh thing is that um will have to happen so you're you're correct in saying that Isabin Mariam, you know the Messiah, the Mahdi. He'll descend and you know upon the earth temporarily he'll establish, you know um a reign of temporary khalifa, um in which everyone will be judged on this Earth and you know Sharia will be, you know, fully reestablished, and you know um those who neglect the you know, the Sharia and you know Tawhid, uh you know the belief that, you know, in the oneness of God, you know, they're they're basically just going to be um harvested. You know, e-e-essentially and um but but in reality um the disbelievers and Allah says this very clearly, the disbelievers say you know the Christians, the Jews, the pagans, the atheists, all of these other groups, you know from the camp and the lands of disbelief, in the end they will uhh inhabit the earth and all of the believers, the Muslim um they all perish, and it'll be a very gradual process which will begin with the you know, abandonment of the, you know, the teachings and the law, umm and eventually in an absence of, you know, the religion in general. And then you know, all of the Muslims, the the true Muslims, will uh you know die and be raised to paradise, and then um as you said, the day of Judgment will begin and a very unbearable punishment will entail for all those left on the Earth in their disbelief.

(CC) One second, Do you want to move her to like carpet? Because she keeps trying to get and I don't want her to keep falling, is there a carpet that we could put her on , or?

(JB) Uhh There Should be, yeah. Yeah. One in the living room.

(CC) Let's let's put her, I hate to see her struggle to get up.

(JB) Yeah.

(JEB) Is he taking a break?

(NM) He's moving the dog to carpet.

(JEB) Okay, you have consent form? Do you have a consent form? So you need to bring his phone back in at some point and make sure you go through his phone with him. Look at all the apps that he goes onto and get usernames and passwords to all of them so we can look at them, (UI) know what I'm saying? (UI)

(CC) Oh, poo. Randell, can you grab some paper towels?

(JB) Fair enough well at least we know why she was trying to get up and go outside.

(NM) okay

(JEB) (UI)

(CC) Thanks Randell you're a- you're a true champ.

(RP) You're welcome, it's like I'm at home.

(JEB) (UI)

(CC) So before before you got in Islam, you told me a little about about your your early life, how was growing up, um before Islam, were you involved with any other groups? Like did You have any other viewpoints or beliefs? Like I understand Christianity, but outside of thinking about religion, spirituality-

(JB) Um not really. I mean, I've never really been a huge person in terms of you know, politics. You know, for a period you know I was um you know, religious or politically interested and, you know did some, you know, research into different ideas and, you know, ideologues and so on and so forth but um I would say I never really subscribed to you can know a political ideology or, you know, supported any, you know, candidacy or anything like that, you know. Um.

(CC) OK. Um what about Neo Nazism?

(JB) Um no. (Laughs)

(CC) No, Never been a white supremist, never hated other people you know based on their race or?-

(JB) Umm I would say the closest would probably be when uhh you know I did, did research on fascism. But yeah, in the end, you know the, you know, the [UI]-atarian nature of it and you know also, you know. Some of the ideology that especially that that is persistent today, which is more racially based, um is something that I don't align with uh you know whatsoever umm. Purely because you know umm. Separation based upon, you know race or phonetics or anything like that is, you know, uhh just in my eyes. Very barbaric because you know it's, you know, and it's another reason why I'll never consider myself, you know, nationalists.

(CC) Yeah

(JB) Um is because both you know racial supremacy and nationalism or, you know, national supremacy I guess, you know, are both just, you know, an evolved uhh conceptually, basically tribalism.

(CC) Okay

(JB) Umm You know which uh you know obviously, I feel as though most would say has very little roots or or value in today's world. Um-

(CC) Okay. Well, there's do you think there's anything wrong for being proud of where it came from or who you are?

(JB) Oh, no, of course not. Um I think you know it's important that people understand and I definitely appreciate their heritage and their culture. Um- so long as it's, you know, obviously not something that conflicts uh you know, uh religion or the the the religious commandments.

(CC) Okay

(NM) What are the things that are out there? (UI)

(JB) Uh (laughs) Definitely things such as uh you know, for example, like um you know uh a founding day, you know, like which I guess you know for us, you know Independence Day. Um or you know, things like obviously other, you know, religious holidays, you know, like uh Christmas or, you know, Easter things such as that. Um

(NM) Like Easter. (OL)

(JB) You know uh a Yule. (Laughs) Uh you know just um oh and you know other things, and this is definitely a much more nuance um thing you know, it's definitely not something that is as stressed by scholars today, but um birthdays. You know, birthdays, I don't celebrate my own birthday, you know even if all you know. Ill Allow you know just for for the sake of you know um not, not really uhh (Laughs) challenging uh the normalcy or the you know, the idea of you know, um who I am and what I believe.

(NM) Mhmm

(JB) Umm you know, even even if I'll take part in, you know, they will celebrations and you know, clap and eat a little piece of cake and all that good stuff. Uhh I don't celebrate my own birthday uhh privately and it's you know, something that's just kind of uhh in necessity. (Laughs) You know, (Laughs) and it's an an anomaly, I guess you could say, you know, it's something that was created or you know something that we've made into something without reason?

(NM) (UI) Putting people as the Idols as is the idea?

(JB) Umm Not really.

(CC) I hate to interrupt you guys but you have a Chromebook in your backpack that was in the car?

(JB) Correct

(CC) Okay so there's two Chromebooks? There's One in your room and one in the car?

(JB) Yes.

(CC) What's that password for the one in the your backpack?

(JB) Same. As the other one.

(CC) It's the same?

(JB) Yeah.

(CC) OK.

(NM) Are they both school lap-, school laptops?

(JB) Yeah, they're both school ones. (Laughs)

(NM) Why do you have two school laptops.

(JB) Umm. Well, one was like an old one that I didn't get to return before we moved, so I just kind of retained it.

(NM) Oh. That one is from umm, Fort Worth area?

(JB)Yeah.

(NM) Ohh.

(JB) And uh the other one is here.

(NM) Okay. So, birthdays sorry. Uh do you think it's sacrilege because it's like the idea of worshipping a false idol. Why do you not celebrate birthdays?

(JB) Umm. Well, primarily because umm. And this this this is a bit historical, you know, umm during the times of Jahiliyyah you know pre-Islamic ignorance they used to.

(JB) Have the same practices of when someone would, you know, umm have the birthday or a day of birth. You know uh they would light candles and they would sing and clap and dance and all these things. So it's a it's a practice um that is forbidden because it's an imitation of the of the uhh of the kufar and the Pagans um at the time of being a pre Islamic ignorance. Umm and you know that's exactly why you know I won't uh you know, clap for people, you know even if I'm listening to you know, a lovely speech or something, you know. Uhh you won't find me you know clapping or cheering 'cause you know again, it's an imitation of uhh Jahiliyyah and kufar, um which you know is explicitly forbidden you know, the imitation of disbelievers or practices of disbelief, you know umm, even if it's not explicitly forbidden. You know, imitating it is forbidding, you know. So even though you know umm there might not be a verse or, you know, ruling you know specifically saying, "hey, you know you can't wear a cross," verbatim you know, it's umm pretty clear, you know, to most Muslims uhh you know you wouldn't wear a cross because you're imitating the disbelief then you know also wearing an idol. Uh see, that's a double fold there. (Laughs) But um you know it's a it's an imitation of something outside of Islam and something that is- becomes um unnecessary, you know? Um just like you know, umm really the, the, the majority of holidays you know. Oh, umm you know whether they be secular

28

or religious, you know, have very little uhh importance, I guess, and and even some practices that Muslims nowadays do practice such as um Malawi know the birthday of the Prophet Muhammad.

(NM) Mhmm

(JB) Um I'm very staunch in warning against and forbidding because firstly, you know it's not something that the Prophet Muhammad umm sala Allah 'alayhi aa sallam even did himself and secondly, it's exalting him, and you know um and uh his life to a point that. Is not acceptable and that he did not do it himself, you know, and none of his companions celebrated their birthdays and so on and so forth. So, there's a lot of things in the modern day you know, especially with this uh ton of the internet and this rise of you know more umm progressive uh interpretations of Islam and Sharia. Umm It's led to the revival or the establishment of all of these uh bid'ah innovative practices umm that are you know a hundred percent wrong, and you know unacceptable. Umm so you know, the way I I see it, I guess is if it's not something that was forbidden, but it is also something that does not have a necessity. Then You know, it's um you know not not really something I care about or something I need, so you know? Birthdays nahh, you know? Um you know I'm sure maybe I'll even reach a point where you know, it'll be video games and then you know.

(NM) How How do you feel about the idea that the Jinn may be in electronics and set for?

(JB) Umm I've I've heard. This uhh said, you know a couple of times and you know it's it's an interesting um you know, (laughs) concept I definitely don't believe it's possible that uh you know, like, you know, like uhh Jinn or Shaitan you know, possessing you know, electronic devices or anything but umm I definitely think the Internet and you know, electronics as in a broad scope are definitely a source of of fitna and you know, unnecessary umm uhh you know unnecessary things. Umm You know, it can definitely very easily umm you know, as a witness firsthand can lead away from Islam and can lead to you know, being led away by others, you know who you know, uhh you may never even see. And all you all you do is just read a couple of lines of text and then boom you know. The. Week you're you're a Catholic and you're. Uhh and (Laughs)you know. Uhh You know to put in again, you know a very black and white sense, you know. There's going to be a very harsh punishment that awaits for, you know, the disbelief. Umm which you know definitely can can depend because um you know, but while while disbelief is something that you know cannot be uh really, I guess compromised within it's definitely not something that you know is should be considered you know, acceptable. Except for in the sense that you know something that you cannot inherently change, especially by your own hand and it's something that you know, has been promised, you know, which comes off as a shock to many people when you know, they hear that you know the end game for Islam and for Muslims isn't, you know, global domination and you know everybody you know worships Allah. You Know the end goal is literally either the world you know combusts or we combust.

(NM) What's the idea behind Gog and Magog? [UI]

(JB) Um so Gog and Magog or Yāj- or Yājūj and Mājūj, as they're called in Arabic. Um they are two factions essentially, that will uhh descend, I believe, from umm Mount Sinai. Um Around the time of the day of judgment, uhh when Isa descends and after he kills uh Al- Al-Dajjāl uhh you know the antichrist, uh by his own and you know, establishes Sharia and khilafah again over the whole earth umm then Yājūj and Mājūj will literally uhh you know, (Laughs) break out of these mountains and uh from a sort of stasis umm and will descend upon the khilafah and upon the the Muslim and the army Imam Mahdi 'Alayhi Alsalam and you know it'll be essentially the greatest final battle Umm Of Islam, you know in which uh Yājūj and Mājūj will descend and you know there will be huge amounts of destruction and uh decay caused by them when you know when they erupt from these mountains, because uh in the accounts of you know Yājūj and Mājūj you know from authentic reports and uh authentic Hadith um you know there these huge, fast, hulking beasts that you know, could you know, basically rip someone like me or you, you know, shreds in in one blow. Umm So it will be essentially the the apocalyptic battle um that will seal the the uh fate of Islam and of the true believers. Umm that, you know, because many, many, many Muslims will die during this uh you know, epic battle between Yājūj and Mājūj in the army of Imam Mahdi 'Alayhi alsalam, and uh it will only be minute populous of you know, true believers Muwahidin and Mu'minin that will be left uh on the Earth and then you, they will die and then there will be zero Muslims uh left. And then you know, um as we know um or as it's been stated in both the Quran and Afridi, um by that point, the world will be uh completely destroyed once you know the final believer has uh has died. Umm and and so umm ( Laughs ) you know it, it goes to show you know Islam has never been a religion really concerned with this world or the inhabitants of this world, but really only molding them back into their you know, natural predisposition. Umm Which is you know as uh scientific studies have have proven and you know and as Islam has proven is, you know to worship something and to adhere and obey a higher power in some sense um which we call you know the fitra um the natural, you know your natural status of being that you were born with, which is, you know that you want to, you know, submit to something higher. You want to submit something greater than yourself. Um and uh you know, will continue to fulfill that goal. Uhh you know, in in one form or another. You know whether that be through uh you know, like what we see today where you know, where a lot of Europeans and you know, Asians and so on and so forth are being reverted through through Dawa. Through through guidance by, you know, the word or, you know, uh we'll see a return back to you know, the methodology of profit, which was you know, the spread and the survival of Islam by uh by the sort you know through um the properties of you know, um seizing land and wealth you know for the sake of Allah and you know, um ensuring you know as Allah wields for us to do that you know, the whole Earth is uhh is for Allah alone and for his rulership alone.

(CC) Do you attend a Mosque?

(JB) Umm I used to. But I haven't been able to find one umm. Locally and you know, I also haven't been able to really find the time, I guess, to attend uh massage to too often.

(CC) Which one did you use to attend?

(JB) Um it was one in the Metroplex of Fort Worth. I believe it was called like umm the Islamic Center of Deep Elm.

(CC) In deep elm?

(JB) Deep Elm.

(CC) Ok.

(NM) And do you pray here now? Do you have a prayer rug and stuff [UI]?

(JB) Oh no, I don't have a prayer mat, but I I do attend to my my Salah. Um-

(NM) How do you do your Sala without praying?

(JB) Uhh no, no, no I will pray, just not upon a mat, which is um interestingly enough, not a a necessary uh (Laughs) you know thing you know it's not required to pray on a pray mat and you know some uh even consider you know an unnecessity. Considering that uh you know uh the Prophet Muhammad Sala Allahu 'Alayhi wa Salam never did it. Uhh umm you know or at least in the way which uh which we do today you know, upon these very nice luxurious mats and uh so on and so forth. But um yeah, no, I I I definitely still do pray according to the the

Hanbali. Uhh Methodology or you know, jurisprudence. Umm (Laughs)

(CC) What methodology?

(JB) Hmm

(CC) What methodology?

(JB) Hanbali.

(CC) Hanbali?

(JB) Yeah. H A N B A L I which uh you know to put it in a simplest sense, it just means someone who follows the uh the teachings and the interpretation of uh Sheikold Islam. Um Imam Ahmed Ibn Hanbal.

(CC) OK.

(JB) Uh who was you know uh seventh century uh theologian and [UI] scholar for Islam and one of our most respected uh scholars.

(CC) OK. It's uh I imagine no one else in your family is Muslim?

(JB) No.

(CC) Now I imagine that kind of gets pretty lonely, being the only one, not really having anyone to share your beliefs. Who do you talk to about all this, or who do you share umm like, prayers with and teachings with?

(JB) Umm (Laughs) Nobody really in particular, but you know I I do like to from a from an anonymous umm perspective because you know it's it's encouraged that if we are seeking or giving knowledge, you know it should be from a position of uhh uhh anonymity.

(CC) Okay.

(JB) Umm so you know, I will uh though go out and you know give Dawa, you know give the guidance to you know uhh to uhh choose a Christians which which you know actually has has worked out, uh you know very well for me like um like the uh earlier this month, uhh I met a very nice uhh "Hereti" Jewish girl who reverted to Islam after uhh you know umm some time discussing it with me umm and I was also able to reach out and speak to her Sheikh in the UK and uh you know, uh so Alhamdu Lillah, you know umm now they see the God that you know umm she was able to take the steps to revert, especially being from a very uhh fundamentalist Jewish community.

(CC) Okay

(JB) Umm you know, uhh which doesn't.

(CC) When was that, you said last month?

(JB) Uhh Earlier this month.

(CC) Oh, early in this month, OK.

(JB) And uh you know it's, you know, it's umm it's a good thing for both me and her because, you know, whatever rewards she receives for her deeds and her prayers and so on and so forth are uh you know, transmitted to me and and vice versa you know, so it's uhh You know, it's a very uhh you know, beautiful system and you know it's important to, you know, give guidance, but umm especially not in a futile sense because you know, uhh I'll see some brothers uh who you know, like, let's say for example in the UK again, you know will go to speakers corner and you know will spend hours and hours being taunted by Christians or entertaining their, you know, apologetics and polemics and so on and so forth. Umm without really realizing you know it that while Dawa is obligatory you know it uhh it's its futile and specially in the religious arena of today. You know umm and and so you know, I tend to when I am giving Dawa to to give it to those who whose hearts are truly open, you know, and as Allah you know states, you know, he will guide and also let go astray, which to some you know sounds very cynical and you know uhh bad, you know, because if God's going to punish you for disbelieving, why would he let you disbelieve? But umm you know umm that's the way it is you know, there's going to be a cycle uh of believers and disbelievers until the end of times and you know belief will be superior you know during some eras and then disbelief will be superior in other eras. Like we see today you know, feel disbelief and you know systems and modules of disbelief are reigning you know,

they're they're you know uhh dominating the world of today, and even, you know, corrupting you know what uh what's considered Islamic countries which you know is a term I loathe, you know umm , 'cause in reality, there are no Muslim, there are no Islamic countries today. Because they all they they all neglect they all neglect Sharia but they all also rule by a system other than Sharia that takes them outside of the Islam. Like uhh you know for example, you know, Uhh I was reading an article by uh by the Washington Institute talking about uh you know, the UIE or the UAE and uhh you know they're carrying out uhh the you know Shari punishments umm which you know are really just using things such as the Sharia you know, for their own goals. You know, such as you know beheading a scholar who calls for Sharia over you know, a constitution and the monarchy there under now. That person you know, is either imprisoned or you know beheaded then and called a Khawarij a rebel. Um and you know all these other labels you know that they attribute to these scholars and these secrets of truth. Umm You know, while you know on the same hand the the UAE will give uhh you know about, you know, millions of dollars to kafir groups that you know are against Islam.

(CC) OK.

(JB) Um you know, so so when I see people use things such as Muslim country or Islamic country, yeah. You know, it's something that that is very loathsome to hear.

(NM) Yeah, earlier you used the word nonbeliever countries are not believer countries.

(JB) Yes.

(NM) So would those be considered believer countries or how would you consider whether you how differ between an unbeliever country and a believer country?

(JB) Umm. Well, there's three categories of types of Dar al Islam.

(NM) Alright

(JB) So there's firstly Darul Islam, which is the lands of Islam, which means the lands you're living in um are fully under the Sharia, which means you know the Sharia is fully, uhh you know, obligated and followed and implemented. And you know, it's not abrogated by something such as, you know. Uhh. A code of laws or a constitution, or, you know, an amendment, or, you know, whatever. Umm. Or, you know, the the whims of parliamentary officials, Uhh you know, or judges. Umm. And judges in the sense of, you know, like, you know, Judge, I would see in the county, you know.

(NM)Right Like an Attorney or who sits on a bench.

(JB)Yeah. Rather than, you know, obviously a religious judge is. Yeah, you know, entitled to, you know, give this ruling space upon their knowledge and the sincerity of the position. Umm. But yeah, you know, to be in the rule Islam means you're in a land where it is predominantly Muslim and Sharia is fully implemented umm.

(NM) What countries would you say examples of that?

(JB) Not in today's world, not here.

(NM) Can you think of any that existed?

(JB) Not even you know umm. I don't know, well, you know umm (Laughs ). Obviously, the the Caliphates. As the time of and succeeding, you know the death of the Prophet Mohammed from the Umayyads up until the Abbasids. Umm and uhh not including, you know the realm, I mean the Ottomans.

(NM) Mhmm

(JB) Or anything like that, since obviously you know historically we know for a fact they abandoned Sharia umm but also other court of Islam, you know much before then so they can never really be considered you know true caliphate, or Islamic country, because of their uhh you know, neglect and or rejection of those obligatory, uhh you know uhh principles and laws umm but I guess you know historically really just the the Caliphates umm.

(NM)Which caliphates?

(JB) Umm the the uhh the Umayyad Caliphate, the uhh Abbasid Caliphate.  Umm. Theres one other i was trying uhh the Abbasidian caliphate, umm and I would say that's about it you know, those three caliphates historically were the closest we've had to.

(NM)And-

(JB)What constitutes umm-

(CC) Nick are we 84

(NM) Say again.

(CC) Are we 84.

(NM) I don't know.

(NM) The recorder.

(NM) Uhh, yeah. What was I saying?

(CC) The Caliphates.

(NM) Yes, the caliphates uhh when were they? In the original one with the Prophet Muhammad? When he first spread the word of Islam.

(JB) This was uhh around umm well you in in  B.C. you know, this would be around the the seventh, the seventh to eighth century and umm in the you know the Islamic calendar from the. First, until the third century.

(NM) Okay first. What? What about the other caliphates?

(JB) Umm. Well, many historic examples outside.

(JB) If those three to four rightly guided caliphates. Umm Which were led by, you know, various companions and advisors to the Prophet himself. Umm they're all, you know, not true caliphates and not true Muslim nations, uh again, because of their rejection of something that is far done. Which means, you know, obligatory upon all. Umm you know, so I tend to look at you know, umm other caliphates such as the Safavids, which were uh you know Shia (Laughs) Caliphate. You know which um yeah, you know the sectarian part you know, it's definitely a big basket that um we can touch on later.

(NM) So you're Sunni I assume, based on that reaction?

(JB)Yes. (laugh) Umm and even so far as the Ottomans, which you know, people love to "dant" over today and you know, say, oh, they were the (Laughs) greatest you know, Muslim empire and they were you know, true Muslims and yadda yadda yadda. Umm they're they're they're wrong and that's because Allah says they're wrong and if you say Allah is wrong, then you know at that point, there's really no saving you, your loss is complete. Uh you know?

(CC)How do you how do you feel about other the other group of Muslims, like Shia Muslims?

(JB)Umm honestly, it's a it's a position of indifference towards the majority but um the the belief for me, and the belief for most Muslims should be um that Shia and um especially in in today's sense of what it means to be Shia-

(CC) Mhmm

(JB) -um is that they're enemies of Islam and they're disbelievers. They're equal to Christians and Jews and Pagans and all of that. [*verified by CC 3/27/25 to put into iCloud affidavit*]

(CC) OK.

(NM) So do you believe the Shias are also going to be left on Earth during the Rapture or at the end of days, that they also then go exact through hell fires or are they separated a little bit?

(JB) Um it depends (laugh) indefinitely upon um upon you know the individual because you know, um it's the consensus of you know, the scholars that although there are certain sects uh within Islam that are undoubtedly, you know, deviant in some regards or even in the majority of regards um do we can't establish mass packed fear or you know, we can't mass excommunicate them. Umm you know, and it has to be something done uh upon the basis of the Big Valley. So really, it's uh you know, not for me to say whether they will or won't, but you know I will say,

that if they are Shia, who curses umm the wives of the Prophet or the companions of the Prophet, or who affirm things about the Prophet or his wives, or his companions, or Allah himself. That was never confirmed or has been proven as you know, weak or inauthentic, then a hundred percent they're going to be uh one of the people that Allah describes as having their flesh constantly burned off, reattached, and then burned off again in an endless cycle. That's what's going to happen to them when they insult and belittle you know, the the wives of the companions of the Prophet, which has become a huge issue among the Shia today, and umm due to this you know, uh huge schematism due to, you know, umm sectarian differences. Umm which again you know um becomes an irrelevancy because of you know, when you when you look at the history of what it stems from and um especially the sectarian violence that is happening today, especially in places like Iraq and Syria and so forth. Umm you know, um it's almost entirely worldly and um in reason and you know it doesn't speak or give justice to the historic reasoning for why the uh the Shia broke away from the the Jama'ah, the main body of the Muslims and of Islam. Um but um yeah, for for the most part I would say you know, they're a group that I tend to avoid and very openly warn against because it can very easily lead to either outright disbelief and outright kafir or you know, a kafir that you were unaware you're committing, you know? Oh um such as cursing the wives of the Prophet you know, because there- there's this increasing body of, you know, Shia, who who like to ridicule or or make fun of the the youngest and most beloved prophet, wife of the Prophet Muhammad sallallahu alayhi wa sallam, whom is a you know Hazrat 'Aysha Bint Abu-Bakr, Razi Allahu 'Anhum um you know they they love and they have this, you know huge uh you know obsession with you know belittling her and her character and so on and so forth and and for that you know Allah is preparing a very harsh punishment, you know and and um the Angels, you know as the law states, they're watching literally over the shoulder of the one who is belittling the character of the mother of the believers Aisha bint Abu Bakr um and those things are being recorded. You know, every every single one of the misdeeds, Allay you know. Umm Obviously, being all knowing is aware of but he is also aware because of the Angels account against the one who is openly committing you know, these blasphemous acts uh you know against the mother of the believer. Which uh you know uh very much so you know something that pains me you know, to you know, because if umm and you know it's a red line for me, (laugh) you know. You can belittle you know Islam and you can uh belittle ahh you know uh Sharia and you know, uh and even in prison and kill us and you know uh we we will accept that but you know, the minute that you know, you begin to uh to insult the honor of you know uh the the the Prophet Muhammad sallallahu alayhi wa sallam and uh you know his wives and his companions, you know that that's, you know a red line and surely you know and I'm not differing in this regard, you know. Surely uh you know, I would not be uh unwilling to to literally give up my life for the honor of, you know, of Allah and you know his final message. Uh you know it it's definitely something that I feel very um you know personally about, so uh you know it's it's one of the reasons why we're warning against the Shia uh because, you know, it's a growing phenomenon among them to commit this act of disbelief, to you know, commit this flagrant uh blasphemous barbaric you know insults you know, uh against the mother of the believers. Uh and you know, so so that's definitely one of the reasons why you know I view them um and their beliefs in the progeny, as you know, although (laugh) I can't outright say, you know, the disbelievers, as you know, there's the majority of them uh fall upon disbelief and Allah wa ta'ala, will have you know no sympathy and uh nothing but recompense uh for them and for what they do would save [UI]

(NM) So would you say that you think that they are worse than the nonbelievers? Or that Shia, because they are interpreting Islam corruptly, in your opinion, are worse than the non believers or are they Christians of the Jews?

(JB) No, definitely not. (Laugh) Because you know they they still attest in you know the the belief of Shahada and um they tend to the prayers and everything.

(NM) Mhm

(JB) Umm which you know is what separates them you know, according to Mohammed from the disbelievers. Um you know, which is prayer, you know prayer's the divider, prayer's the criteria.

(NM) What do you think is appropriate retribution for somebody who does besmirch Allah's name?

(JB)Um well, yeah, you know, it's it's the consensus of the scholars um and you know, it's my opinion that the one who insults Allah or his messenger or the wives and companions of the Prophet, um should be put to death, and even if they repent from what they said eh- they should still be put to death and you know that's the end all be all, because that that is one of the unforgivable sins, um you know, regardless. Um and the you know, hundred percent, if someone came before me, (laugh) you know, and insulted, uh you know, Aisha bint Abu Bakr, or Mohammed Mustafa, or Allah you know, um then then by Allah you know I would do what was in my power to to end that person you know, to destroy that person for what they said.
[*verified by CC 3/27/25 to put into iCloud affidavit*]

(NM) Do you think that's within Islamic law and right stands-

(JB) Yes.

(NM) -to kill that person if they speak fully against Allah?

(JB) It's um it's not well, it's not only the right, but it's the obligation of the believer that when they come upon someone who insults Allah or his messenger, then that person should instantaneously uh you know, be be put to death. Umm and you know that that's the very black and white nature of it, you know. Um and while it may be considered, you know, something you know of barbarity or extremity or, you know, even criminality, um you know, those are all very minute null terms and consequence in the eyes of a Allah, because you know well well you know, (laugh) there's nothing worse than you know uh the punishment of Allah and you know when you neglect his commandments and you neglect what you know is made obligatory on you um you know verily you know, Allah- Allah is taking note of that and you know, is uh and and there's certainly you know, punishment awaiting the one who does not make himself fully you know, a slave of Allah. Uh you know, without paying heed to. Uh the opinions or the desires of others, or even themselves, you know. Umm if you truly believe, then you know, verily, Allah and his messenger will be dear to you than yourself and you know, um you would be willing to you know, um sacrifice anything you know of wealth, of belonging, of safety, even of your very existence, if it ensured you know the the supremacy or ensured the survival of Islam and and the

remaining of it and its truth above you know any form of disbelief or any testimony or system of disbelief.

(NM) So any of these actions taken in the disbeliever could be justified in that, is that what you're saying?

(JB) Um. In that specific instance, yes.

(NM) Ok. What do you consider afront to Allah? Like what would justify these actions?

(JB) Umm (laugh) very much um you know something as simple as you know um alleging that you know Mohammed was, you know, a false prophet or you know, uh you know, uhh here is a really good one that people love to throw out that that Mohammed, umm (laugh) you know, was a was a pedophile or, you know, some or, you know, a warlord or, you know just some some crazed man. You know if they say that, any of those things you know, regardless of, even if they meant it in a joking sense and they say sorry, two seconds later, it doesn't matter, that person should be killed. You know, for what they said, and and if they say something that you know like, uh you know, (UI)Aisha, you know was raped by the Prophet and had no conceptual understanding of, you know, her, her her uh betrothal, um you know that(laugh) person should be killed. Umm and that that you know, so so it's simply announcing your open disbelief and opposition as an enemy of Allah and his messenger, declaring that even if just by one word. Umm Makes the blood of that person halal by the by the consensus of the scholars of Islam.

(NM) So do you con- I know a lot of the other religions itself, they point uh Mohammed as a false prophet because they're propping up their prophets as well. You consider that to be declaring Mohammed a false prophet?

(JB) Umm I'm sorry I didn't quite understand.

(NM) So like Christianity, uh props up prophets of Jesus as a prophet. So would you consider them denouncing Mohammed as a prophet, as being an affront to Allah? Because that's the idea behind Christianity, and behind Judaism, and behind Hindu, like the idea behind that is to say our prophet is the correct prophet. Therefore, your prophet is wrong.

(JB) Well, I would say it uh it definitely becomes a matter of circumstances of circumstance because, well, you know all of. Religions are undoubtedly in a front and you know and uh you know an enemy uh to the religion and the establishment of it as supreme. Um you know um it becomes a matter of circumstance because each one is disavowed, uh you know for different reasons, but theologically and um scripturally. Um you know like for example you know, um Christianity, you know, it's not something that you know, a Muslim should be against because you know, they think um you know Mohammed wasn't a prophet or you know, because they think um the Trinity is true or anything. Um but the main thing is that they vowed that God, whom is one, you know without equal and uh you know um you know um (laugh) um does not beget nor is begotten, you know, had both you know, (laugh) in essence, birth a son for himself, which was a you know, form of himself, which in itself is blasphemous making God uhh into parts, you know, into models or mod- or using a concept of modality (laugh) for God. Um and

you know avowing that uh you know, God begot his his only son, um which is both of those things umm alone which are, you know, sound according to the scripture and there are scholar's um is a hundred percent wrong and you know. Umm very clearly when you affirm either of those things, you know either that God had a son or that he had begotten that son, you know upon you know, a Roman torture device um for criminals, you know um it becomes um very blasphemous, very quickly. And it becomes very wrong very quickly because you know you literally have to affirm your belief that uh you know um Jesus Christ um is son of God and Lord and savior. Umm which you know from an Islamic perspective is, you know, completely ah completely wrong because, you know, you're vowing something that you know, um God, you know disavowed um about himself and uh you know, but also something that from the very essence, you know, nature of God does not make sense and is anomalous and wrong, and contradicts the very character in nature of God or or the being. I guess you would say of God. (laugh) You know which is that uh you know he can't be besmirched by you know um having anything of equalness or likeness to him, or having anything else that was created you know, alongside him, you know? Umm because he you know, he's a- he's above you know everything everything else. Umm

(NM) So if the Christians do believe [UI] the Trinity and they believe that God is sacrifice his son, uh do you believe that that would give them halal blood? Are they the same as somebody who were to directly-

(JB) No.

(NM) Ok.

(JB) Um no my my belief is that uh those people are um you know, um just simply upon disbelief and misguidance and you know they should be, uh you know, if God permits it, they should be uh you know, upon Islam but um definitely my view towards the Christians and Jews is very little and you know, I kind of wave them off. You know I I I don't tend to spend a lot of time worrying about what's happening to or what's happening with these other religions so you know, um really the the focus for believers should only be upon, you know, um the religion and the knowledge of the religion because you know it's um it's as Mohammed sallallahu alayhi wa sallam, bluntly put it you know, everything um of this world, everything in this world is um a curse and everything of knowledge and creation in it is a curse you know, aside from um the religion and the knowledge which stems from it. You know so uh you know really um my view of the you know the Christians and Jews is is simply based upon you know, verbatim what uh you know the Quran and Sunnah as state. Umm you know, and it doesn't really ever go well beyond that you know, it doesn't go into you know, anything of philosophy like oh, you know, I know this Christian and, you know, I know God says, you know, (laugh) when he says God has a son that makes you know uh the mountains quake and you know the earth tremble but you know it's ok because he's a pretty decent guy, you know. Umm, you know (laugh) that's not acceptable you know, and you either have to um put yourself on one side or you know you put yourself on the other and there can be no middle ground.

(NM) Right.

(CC) So do you agree with- there's certain organizations out there, um that believe the same that you do when it comes to disbelievers and Shias, who have committed violent acts towards them because they believe they should be put to death for the things they say or do even though they Shias might be a little bit above Christians because they still do prayer, correct? Do you support those organizations? Such as we have, you know, ISIS, we have Haqqani, we have Hamas, we have all these different things, we have al Qaeda. What is your viewpoints on all of those?

(JB)Umm well uh I guess in terms of groups such as Hamas and you know Al Qaeda and I view them as uhh , you know, more of a deviancy, especially in relation to, you know, Hamas, because you know, uhh you know, the media and Hamas loves to prop itself up as this you know Sunni Islamists you know, freedom fighter organization but if you look at the history of the group, and if you look at what it's fighting for and what it's you know, leaders and umm advisors, you know 'cause it 'cause it lacks scholars. It has very few actual Sheikhs and Hamas.

(NM) How about Hezbollah? Hezbollah is made up of a lot of scholars.

(JB) Umm Well, they are uhh what would be called uh Raufi, which is a term referring to you know-

(JB) Um a sect among the Shia who uhh you know who, who um fought against Sunnis. Um after the death of the the the Prophet Muhammad umm.  And so my view on Hezbollah is they're they're the enemies of Allah. And you know, when uhh you know uhh. Speaking of their scholars, you know when uhh when Nasrallah you know umm when he got blown up. You know, regardless of whether it was by, you know, Israelis, um that was a day of immense celebration, you know, because it was the death of a charlatan. And um you know, a a someone who had butchered thousands of Sunni Muslims uhh over a huge period of time, just like when uhh when Kosamanni died.

(NM) Mmhmm.

(JB) Boom. Celebrated that, too. Regardless of whether Trump did it, you know. It's still, uh, something that..

(NM) You are talking about Soleimani the Irianian general, right?

(JB)Yes, umm, and uh you know, so, you know, if one group of disbelievers kind of wipes out the other, you know, I'm not going to sit and, you know, complain, you know, that's uh, it's uh becomes basic strategy at that point and you know basic uh survival, you know. If um, you know, the Christian world as we know it today or the Jewish world as we know it today are going to keep, you know, engulfing themselves in these endless wars, you know, for their nation States and their democracies. And uhh you know all of these other, you know, ideologues umm. You know, let them. You know, there, there should be no reason why, you know, um as Muslims, they should be, you know, is there a real response or attention given to you know what's going on between the Christians and the Jews and you know. Umm, whatever they do, you know, is is what they do and you know they should just kinda be left alone.

(NM) What about more um Sunni's beliefs like Al Qaeda or ISIS?

(JB) Oh. Um. Well,  Al Qaeda I would say was, uh you know, umm was, you know something, or or somewhat upon, uh you know, the proper understanding for a time under the uhh the rulership of you know, um of um Osama Bin Laden (OBL) um. But then I would say after the death of OBL and umm, many other senior, umm, scholars and leadership uhh to the group, it became, you know, gradual process beginning with um their current, you know, top advisor, uhh Sheikh Ayman Azawai. You know, began a gradual process of, you know, self destruction and uhh, shifting towards deviancy and apostasy.

(NM)How so?

(JB)Umm, well, much like the Taliban, you know, they, they, they began as, you know, something upon truth and increasingly became more deviant and lukewarm in their approach of, you know, istishhad, umm you know, or their interpretation of jihad. Umm and how "SHA-RAY-ISH" and "HA-BOOD" (PH)  you know, the ruling should be implemented and carried out and you know, it was umm eventually, gradual capitulation to the very groups that they once fight, like the Taliban, for example, you know, Taliban loves to vote, you know, (Background coughs ) that they're Sunnis and oh we have Sharia and all this and we we defeated the Americans. Umm but in reality, they didn't they. They were able to wage a very successful you know insurgency for a long time against, you know, our forces, but umm they never won. And that's exemplified by things such as the Doha Agreement, you know which, umm, very clearly takes them outside of Islam by making, you know, an alliance with, uhh, with non-Muslims, you know, at the, uhh, at oh, at a uhh historic disadvantage to Muslims because some people will try and testify that by saying, oh, you know, the Prophet had treaties and allegiances with the Christians and Jews at his time, which is a hundred percent true. But it was always under the conditionality that the Muslims would be the superior party. Umm, and the Muslims.

(NM) (OL) If you're Taliban, we're giving up to majority when they worked with Christian nations?

(JB) Yeah, a hundred percent. But I think um, you know, it would have happened anyways because these groups fight more for you kn- N for an amended idea or, uh you know, would eventually manifest into an idea because you know, even if they're very successful at their, you know, insurgency or jihad, you know, or whatever umm. Like al Qaeda, like the Taliban, like the Islamic State. Um they eventually, you know, have to fall back on a nation building model that uhh  in one way or another ends up, you know, diminishing them umm. And I would say you know, the the Islamic State is really the only one that, uh, in today's world, you know, umm, implemented Sharia and the conceptuality of the telapa um to the same extent as the rightly guided caliphs and caliphates at the, uh, time succeeding Prophet Muhammad.

(NM) Do you believe that ISIS Caliphate was a true uh Caliphate?

(JB) Not that, (nervous laughter) not that I would say that, but that you know, if you want an example of what Islam is supposed to be and what Islam should adhere to then you know, well look no farther than the Islamic State. But, um you know, I, um, don't support them. Um, that's

41

because there's nothing to support, (nervous laughter) you know, anymore. They've been, you know, umm, dismantled um across vast regions and you know umm, you obviously can't just have allegiance to, you know, nothing uh. You know, or you know, a baseless, uh, territory, you know, in the middle of um.

(CC) Do you?

(NM) They still have leaders at this point, people are still praying fatwa to them, or?

(JB) Well yeah, for sure. And then there's definitely still uh, you know, they're definitely still active. Um, but you know, um, it's not possible, (nervous laughter) you know, to um really give proper, uh you know, bay'ah or allegiance to you know. Um, and today being, you know, today's arena, especially because you know they're umm, they're caliphate is, you know, faceless and, um, unknown and, you know, they may even be dead, you know, as far as you know, the US is concerned. Umm.

(NM) Would you pledge bay'ah to one of the ISIS leaders?

(JB) (Nervous laughter) Nah, I don't think so, um, definitely not anytime soon, you know, perhaps if I've been, you know, uh, a Muslim, uh, before you know during during eh uh you know when um uh….

(NM) You know the Taliban or?

(JB) Baghdadi was still alive, you know, would have been a possibility. Possibly. But, um, you know, you can't, uh, give bay'ahs to an emir or to, you know, a caliphate. Khalifa, that's, you know, not, um, established and doesn't have a proper, um, base.

(CC) Have you ever given money to…?

(JB) No, no, no, mostly mostly cause I wouldn't know how. (Laughs)  But not that I would want to.

(CC) What about Go fund mes

(JB) Uh, here and there, but mostly that was to support, um, like Sunni Muslim families trying to cross from um from, Rafa, um, the Rafa crossing into Sinai into Egypt. Um, cause, uh, you know for the sake of you know escaping, you know, possible death or, you know, destruction. Umm. And it's only been here and there, you know. Very umm sporadically I guess (Laughs).

(CC) OK. So how do you know these Sunni Muslim families?

(JB) Um, usually through the advocacy of um of Salafi communities that uh you know I'm a part of, you know, that they'll reach out uh on behalf of the family or on behalf of the brother or sister, you know, the individual or the family. Um, and, you know, ask umm. You know, uh for the sake of the law that you know, donations, uh charity be given to, uh, to said people.

(CC) Ok, where are they going from? Where, like you said, you're giving money to the Sunni families who are going from where to where?

(JB) From Rafa, which is, uh, you know, basically a tent city, um and small, um, town in the south of Gaza, um, and the uhh border with Sinai, with Egypt.

(CC) Ok, so they're going to Sinai?

(JB) Yes.

(CC) Ok. And you said, it's, you have found these families because of who reaches out?

(JB) Um, oh it's, uh fellow Muslim communities, uh.

(NM) Would you consider yourself Salafi? I heard you mentioned you were talking with Salafi families.

(JB) Uh, yes, I woul… I would consider myself uh a follower of of a Salaf, and you know um terms you know, like Salafi or Wahhabi (Laughs). Uh, you know, are terms, I tend to not really use very often because you know they've become more of a mocking label rather than, you know, an actual terminology that has basis umm. You know, because Salafi really just means, you know, um you're a follower. Of you know, umm, the teachings of the Salafina, the three greatest generations, um in succession to the Prophet Muhammad umm. So, you know, obviously his immediate companions, um some of whom became uhh , as I explained earlier, you know, early oo Caliph's such as uh Abu Bakr al-Siddiq ra-de ya allah who ayn-hom or Umar Ibn Al-Khattab ra-de ya allah who ayn-hom or uh you know later, umm, you know, scholars or people of importance such as Sheikh Al Islam, uh Ibn Taymiyya, um ra-de ya allah who ante ayn-hom. Um and um So yeah, yeah, I guess I would consider myself Salafi in the in the broad sense, or Wahabi in the broad sense that I'm a follower of, you know, um, the teachings of and the rulings of the Salaf and the teachings and interpretation of uh Sheikh. Muhammad ibn al-dubahar

(CC) What are the names of these Muslim communities that you belong to? Are they strictly online? Or did you meet someone here that puts you in contact with them?

(JB) Ohh no (laugh). They're predominantly online, one of which is it's called the Lighthouse of Truth. Which was actually, uh you know, the community which uh helped to introduce me to Islam, um, and help further my understanding and what have you.

(NM) How did you find the lighthouse of truth?

(JB) Umm, just through, uh, gen searching for, you know, a decently sized and knowledgeable, um, you know, religious community of Muslims, which was originally for the sake of, um, you know, kind of debate or, you know, umm, having questions answered, you know, um, when I was still christ christian but um,  which you know eventually became, um, you know, a very flagrant interest in Islam and, you know, eventual conversion.

(NM) And where can we find this lighthouse of truth? Is it like a website or is it an app?

(JB) Um, I think, um, well from where I interacted with (nervous laugh) it was again, you know, on Reddit, um, and, uh, I think they're on there and maybe Twitter or, well, I know it's not called that anymore but, um, I can't really think of, um, any other means. I just know they're big on, uh, Reddit and things like that.

(CC) Who reached out to you?

(JB) Uhh no one reached out to me actually, I had reached out to them.

(CC) Ok, but who was like, when you reached out to them, who was your point of contact and said hey James nice to meet you?

(JB) Oh. Um, a, um, he's a very knowledgeable brother. His name is um Bashem.

(CC) Can you spell that?

(JB) B-A-S-H-E-M or I-M, you know it depends on dialect.

(CC) OK.

(JB) Umm. But, um..

(CC) And what did he do to help introduce you to Islam? Did he give you, he sent you like a bunch of pamphlets or he said give us money or do this?

(JB) (laugh) Uh, no, actually it, uh, it started out with, um, with the answering of some of my questions about Islam specifically, Why Islam? You know things such as why Islam differs upon, you know, who, or if there's a son of God, you know. Um, and, you know, um, just some of the basic beliefs of Islam I had answered for me, you know, some of the basic conceptualities that, uh, you know become either an obligation or, you know, um, you know, recommended, uh, you know, actions or teachings that, uh, you know, I I had explained to me by the, uh, by the brother. Um, so mostly just basic things um, and then, uhh (Laughs) you know, I'm sure I'll find it or you'll guys will probably find it, you know, somewhere later on, um, you know about two weeks into, you know, the back and forth with the brother..

(CC) mhm

(JB) Who was very patient, um, you know, I took my shahada and, you know, became a Muslim and you know, um you know, I'm lucky, 'cause uh the audio that is still saved somewhere, uh that you (laugh), every once in a while I go and revisit. And, um, so yeah, I mean really, it was just, um, having things that I was unsure about assured before I took the step to, you know, follow something that I had deep respect and, you know, umm understanding for, um, you know, um, in the past, you know, um, 'cause, I would, i would say  'cause he asked, you know, before, what

made Islam appeal and everything and, you know, I told them, um, definitely the simplicity of the, um, monotheism and the absoutless  and the absoluteness, um, of it. But I would also say, you know, um, the lifestyle of, you know, Muslims, um, has certainly been, and certainly was a huge motivator in my willingness to study and to be open to Islam. Um, but also, at a certain point, you know my ignorance of it 'cause I used to definitely be, um, someone who was openly against Islam. Um, and openly against, you know, um, Muslims. But, um, as you know, it began to become more of a academic research more than just a hatred of the unknown or a distaste for the unknown and ununderstood um. You know, it led me to adopt a much drastically different outlook on Muslims and their lifestyle and what the religion commands. Um, in which, you know, eventually led me to, you know, my reversion, um you know subhan allah.

(CC) Um, do you know at what point did someone ask you for money?

(JB) Um, this was actually earlier this year. Um, and, or actually no, it was last year around either, uh, November or December. (laugh)

(CC) So 2024 or 2023?

(JB) 2024.

(CC) Okay.

(NM) So two months ago.

(CC) Are you aware that anyone from the Lighthouse of truth might be under the influence of ISIS? Or they're trying to collect money for ISIS or any other?

(JB) (OL) No, and um, many of the brothers, uh, in the server are, um, either mildly or moderately against, uhh you know, the Islamic State or the, you know, actions of it.

(CC) Ok.

(NM) How do you feel about the actions of it?

(JB) Um, it's it's really, uh, you know, position of indifference, you know. There's some things they did that are, you know, um a hundred percent, you know, good, like, you know, demolishing, you know um, idols, you know, ancient, you know, even if, you know, um, you know, all of these rights watch groups and so on and so forth, you know, want to get, you know, the panties in a waste about you know, some statue of Buddha that got destroyed because it's, you know, fifteen hundred years old or something. Um, that, that, that, that doesn't matter. You know what matters is, you know, um, you know, Mohammed and the prophets before him, you know, Jesus and Abraham and so on and so forth. They all, um, demolished the idols, you know, at their time, you know, the statues at their time, so you know. So, um, if the Islamic State follows in those footsteps, you know, that's good. And if the Islamic State contradicts the footsteps of the salaf, and Mohammed, and, you know, um, so on and so forth? Then you know, obviously it's it's bad. So really, um, mean it becomes a matter of circumstance, but overall, I

would say my view is very indifferent towards them, you know. (Laugh) They're just, you know another faction among the factions, you know.

(NM) But the killing of Shia or Christians and stuff like that, how do you feel about that?

(JB) Uh.

(CC) You personally not what Islam tells you, but, um, if you take if you take religion out of, out of everything, you as a person, how you grew up, um, the stuff you saw in your own home. For instance, when your parents, the stuff you see on the streets, or in the schools and so, so violent. How do you feel about what is done to another person based on their beliefs?

(JB) Um (laughs) I would say, uh, you know, for the most part it really is.

(ES) (OL) He needs to take Sebastian his lunch, can he grab that (UI).

(JB) uh, opposition, of the uh, of the indifference on the matter, um, and you know from time to time they that may manifest, um, you know. Um, you know, it's definitely regrettable when, you know, like, I don't know, when life is lost regardless, um, like, you know, it's it's always a temporary thing. And you know, it's, it's um, you know it for example, you know what happened in in New Orleans, you know, was a very tragic, um, event, but you know, it's something that's not anomalous. You know, people are going to continue to die and um, you know, and I don't mean that, you know, because of religion, but literally just pets, you know, the the way our reality is, you know. Uh..

(NM) What do you know about the new Orleans attack?

(JB) Um, well, I know that that it was alleged that the guy was, uh, was an ISIS supporter or like ISIS member or something like that. Um, and you know, I know that you know basically the basic details, but, uh, you know, um..

(NM) That he was conducting the attack on behalf of ISIS?

(JB) Yeah, yeah, yeah.

(NM) Would you ever do anything like that?

(JB) I don't think so. I don't think there's, um, a reason why I would or why I should you know, um.

(JB) Yeah, you know. And it's definitely not something that's obligatory, unlike the killing of someone who, you know, insults Allah or his messenger, which you know a hundred percent I would do. You know it becomes really, just a matter of of opinion. But it's definitely not something that I think you know I would be willing to do. And it serves very little purpose to, you know, the end goals of Islam, you know, while it may serve the end goals of the Islamic

State. It doesn't benefit, you know, Islam in the end, you know. So it's something that you know, definitely I don't see myself doing.

(NM) You know have you ever planned for something like that? Have you ever thought about it before?

(JB) No, I mean I -I would say you know, there's definitely been thought given to to going abroad. You know, for the sake of, you know, fighting and, you know, dying. You know, but umm, definitely umm. I don't think I'd ever you know waste my life or, you know my time. You know, for the sake of, you know, a five minute attack on you know the US or something, umm you know. Because it's -it's not something of necessity, and it's definitely not something encouraged or something I would encourage. And so, you know, it's definitely just something that wouldn't happen. See, now it happens. And you know there's no need for me to uh fret or, you know, lose sleep over that. Or umm. Even if you know it's something very brutal, you know. Without a doubt, you know, it -it's not something that's gonna change the outcome or change the realities that you know. At least in my view that, you know, the animosity between the two camps, you know, is only going to increase until, you know, literally as I was saying earlier, you know, there's no middle ground now. There's not going to be a Muslim living in in the UK or the US that's saying, you know, "Oh yeah, you know. These guys, you know, want to turn Gaza, you know, into condo strips" or, you know, openly declare, you know their support for, you know, other than Islam or you know who rejoice when you know they bomb and kill hundreds, if not thousands of Sunni civilians. You know there there should be, no, you know, real loss or, you know, regret if if those Muslims remain there. Because that's just been solidifying their place, you know, as a disbeliever, you know, because. Definitely I think it'll reach a point where you know either your place is going to be here or there and all the Muslims today that you know, want to have these little, you know, circles of coexistence religiously and want to, you know, sit and have Bible and Quran study or want to go out you know among the communities and say "yeah you know. Muslims should go out and vote" and all this other blasphemous nonsense, you know. Eventually it's going to reach a point where those charlatans and those lukewarm people who think there can be, you know, status of coexistence or that we are supposed to be in that state. With them. You know you know eventually their hypocrisy and their disbelief is going to be their own undoing. As Allah, you know, promises and assures. You know the hypocrites will expose themselves.

(NM) Are you in support or against or are you just indifferent based on the attacks that happened like the Pulse night club shooting in Miami?

(JB) I'm indifferent to it, you know.

(NM) You're not supporting or something like that?

(JB) No, because you know, even though you know it might fulfill an Islamic quality, you know, sure, you know the guy who did the the pulse shooting or whatever, you know, went out in a rampage and undoubtedly followed the Sunnah, which is that you know when you see a person committing or having Sodomy, you know, committed upon them. You know what's described by the Prophet as the the actions of the people of Lot. Then that person should be killed. You know

he he followed that Sunnah. And that's the good part, but with the means by which he used and the fact that you know him and a lot of these other you know so-called Lone Wolf sympathizers. Umm. You know, think that they are doing something which will be of an ultimate benefit to Islam is is very foolhardy and you know, self-destructive both to the religion but also to those brothers and sisters who think they're doing right, which which in some instances they are. But you know it it umm.

(CC) So how can you be a follower of the Sunnah and support that, but then when they actually do follow it and they commit violence, how can we be against that?

(JB) Primarily because, you know, it becomes the fact that you know they're not doing it simply for the sake of the supremacy of Allah and the religion alone. But they're doing it for the supremacy of, you know, the faction, the Jamaat, that they're adhering to, which is the, you know, the Islamic State, which is why it's laughable, when you know, I see things like, you know, oh, you know, saying that, you know, such and such attack was a lone wolf attack or something because you know in reality they they would have had to have some level of deep connection, you know, to these people, whether they be, you know, basic sympathizer or an actual plotter, you know, organizing all of these attacks, you know. They begin to act upon the desires and the intentions of the Jamaat and their own desires and intentions. Even if it is for the religion, they're -they neglect the, you know, necessity of selflessness when you're doing it. Which is why, you know, you'll find a different of difference of opinion on you know whether or not it's okay to, you know, strap a bomb on yourself and and explode yourself, you know, because many of these things boil down to the view of the intention and the opinion of the intention and the opinion of what's right or wrong in the intention and what makes it sincere and insincere, and so on and so forth.

(NM) So would you believe in, like a suicide attack if it was sincere and for solely the sake of Allah and it wasn't for the forwardness of ISIS or [inaudible]?

(JB) I couldn't really say and that's primarily because you know it's a, it's a matter of, you know. It's a matter of difference of opinion upon the scholars, and it's definitely a subject that you know I'm not well versed on, so it's it's not my place nor my right to to to say whether you know it's acceptable or unacceptable, because then, you know, it starts becoming a sinful, you know, to just interpret by when or-.

(NM) When do you believe it would be acceptable?

(JB) Literally, when you know someone has decided that they are you know prepared to sacrifice themselves wholly, like in likeness to you know, the the martyr Tariq and Sayed, who you know was -had a similar circumstance obviously not where he blew himself up, but where he fought and plunged himself into, you know, the lines of the disbelieving armies. For the sake and knowing you know that he was going to die purely for the sake of Allah. And you know Muhammad said that he would be a martyr. You know, so I believe, you know if you're not doing it under the advisory or the guise of, you know, a group or faction and you are doing it, you know, for the sake of a lot of his religion and, you know, especially for the sake of things like

48

stopping oppression by your hand, if you're a witness to it, then I think you know. You know, yeah. I think in such an instance it's acceptable. And that person dies as a martyr.

(NM) Do you think that person dies if they die in an effort to stop oppression from someone?

(JB) Yeah, you know, you know it would. I guess, to give an example, you know, if someone you know decided to blow themselves up in in Moscow, for example, and blew up a bunch of policemen and bystanders. And it was, you know, purely in the name of Allah, not in the name of the Islamic State or, you know, some Chechen jihadist group or, you know, something like that. That person dies a martyr because they are literally ending the oppression that is propagated behind you know the Russian Federation, especially in regions such as the Sahel, Sham, Syria, and Iraq. You know it is that person is halting the oppression and the war of attrition that Russia 's waging against Sunnis, the followers of Sunnah by their own hand, you know. And so, you know, if someone decided to do, wholeheartedly you know they would, in my eyes, be correct.

(NM) You think the US is one of these oppressive states well? I know you said Moscow, Russia would be. Do you think the US is on the same scale?

(JB) Definitely. But you know, I mean, I would say that, you know, I've been indifferent towards the US because you know, the US kind of chose this path for itself, you know, time and time again, you know. It chose this path for itself when Bush came out on his December tenth, seventeenth two thousand one and said, you know, you're either with us or you're against us. You know that is something that, you know, Muslims should be happy with because you know it's drawing the line in the sand between, as you know, I've been saying the two camps, you know. But America is continually kind of doomed itself upon this path of, you know, having to in a reactionary state, you know, always be in reaction to religion. Because you know, democracy and the so-called freedoms and all of this nonsense is essentially the God and the religion of the United States. Dating back, you know, and of course this is a difference of opinion. You know, just on a personal level, going far as far back as you know, the founding fathers when they said, you know, when they prioritize, you know, the concepts of, you know freedom of religion and you know, freedom of speech and all these other so-called freedoms. You know, they essentially, you know, doomed themselves at the very, you know, inception, which is another reason why you. As I said earlier, I no desire to continually reside here.

(NM) Mhm.

(JB) And that's simply because, you know, America is a country that has solidified itself in this, you know, position of reactionary democracy and reactionary foreign policy and reactionary politics that uh, you know, it can't backpedal anymore. And it will continue to wage war against Islam and her people until the United States is, you know, or Islam is gone, you know, until either one or the other is you know.

(NM) So do you consider the US a direct uh...

(JB) Opponent?

49

(NM) Opponent to Islam.

(JB) Uh definitely. But you know, I'd say it becomes you know a multi-faceted issue because it's not only you know. Oh, you know, American made JDAMs or you know, American fighter jets continually bombard and maim and, you know, leave children without limbs and and skulls and all these other horrific things that we, you know, uh wholeheartedly support through our policy. And our very belief which you know has essentially transformed into you know non-Americans are, you know, grouped into categories of dehumanization. Uh you know, uh I'm indifferent as to what happens to America or what America does because, you know, they chose this for themselves and they've chosen disbelief and war against Islam for themselves time and time again. And um.

(NM) You spoke up earlier about having any direct opponent of Islam deserves to die and you spoke-

(JB) Individually, of course.

(NM) Yes, but if the US is a direct opponent of Allah and Islam and martyrdom is okay to attack them, do you believe that martyrdom is okay in the US?

(JB) It definitely becomes, uh, you know, dependent, I mean, I would say. You know, if you're, you know, coming from some place like, you know, you know, the Middle East and going out of your way to America for the sake of trying to cause destruction and havoc that, you know, obviously it's wrong 'cause, your your intention is in seeking out that. But if you're an American and a revert to Islam, who is, you know, witnessing, single handedly the the destruction that the United States and its dollars and its military is causing to Muslims around the globe and you believe and you've come to the conclusion that going out, you know from, you know, America as an American, you know and and umm, seeking Qisas, seeking retribution for the deaths of all of the thousands of Muslims, I think. Wholeheartedly. It is acceptable and obligatory that that one, if they sincerely come to the conclusion that that is correct. Obviously upon basis from Quran and Sunnah or from the interpretation of the scholars in the ulama. Then yes, I would believe it's, then they should act upon that.

(NM) It seems to be a very similar situation you're in. You're an American revert. You yourself said your witnessing oppression. Do you believe that martyrdom is something that you would go for?

(JB) I mean it's. It's definitely not something that, you know, I would say you go for so much as you know. You know, I guess. I guess you reach a certain point of you know. Diving into the religion and you know. A point of black and whiteness where you know you no longer really see the value in in anything else other than what the religion encourages you know which again can be, you know, it's multifaceted, you know. But I think it would be much more beneficial. Um. To to remain alive and to and for the sake of trying to spread the the proper understanding and care for the Koran and Sunnah and for the proper understanding of the religion and what it entails. I think would be much more necessary than than sacrificing yourself, even if you know it is a hundred percent, you know. Acceptable. Umm. You know, it is still a process of, you know,

sacrifice that leads to the destruction and the diminishing of, you know, knowledgeable soul. You which, you know, is very important because you know. Once the scholars of this generation, you know pass. You know it's the duty of, you know, the youth of Islam, you know, and the progeny of the past generations to, you know, to continually educate and ensure you know Islam doesn't become warped and distorted like it will be, you know, at the end of the times. So, you know, while I'm I'm certainly not against martyrdom and it it's certainly something I would pursue myself if the circumstances permitted and made it necessary. Umm. But it's certainly not the you know big go to and it shouldn't be for the believer.

(NM) What would be those circumstances? What would be your circumstances where you think that martyrdom would be your best option?

(JB) Umm well, I think you know the circumstance are are you know. I'm sorry. Let me ask you to go back. Just one more. So you said in which I would find martyrdom...

(NM) As like your best option. Right now, you said you would consider it.

(JB) Ah.

(NM) You consider it, but you find that preaching Dawa is the better option. In what circumstances did you find that moderate would be the better option for you?

(JB) Definitely. You know if if we continue to see. Which, you know, luckily isn't happening, right now. But if we continue to see the diminishing of Islam and you know kind of its waning. And then I think you know. Dawa. You know who would buy that point become, you know, kind of futile and you know. As the saying goes, you know talking to a brick wall because you know if the world itself reaches a point of disbelief where you know Islam begins to shrink or falter then you know. And the wars against Islam and her people continue. You know, as they are today. And as they have been then. Then I think it becomes. Obligatory upon all to, you know, to go out and seek martyrdom and to enjoin themselves in fighting against the enemies of Allah, even in their homes and their lives, you know. Because, you know ultimately while Islam will not have supremacy over this world, in the end, you know. Islam, due to its you know inherent nature as a thing and system of prevention, you know, is obviously going to fight to ensure the prevention of other religion and disbelief over belief, you know. And you know, to ensure that only Allah and his law and his rule are accepted and seen as supreme, which is exactly why, you know. You know, going back to our discussion on, you know, Islamic countries is exactly why I don't recognize any because none of those countries fulfill that duty of raising Allah and his rulership and his lordship and his laws as supreme and neglecting everything else. Which, you know, goes toward.

(JB) permissible, what's impermissible? Or, you know, explaining something as simple as you know why you know the Prophet 's marriage to Aisha bint Abu Bakr was, you know, ordained, or why it's okay, you know, and they, they start, you know, literally having this very emotional and attached response to it you know. You know, it's not something that really needs to be responded to in extreme detail or you know really with an argument or, you know, a lengthy response you know it's just, you know. You know, I'll just take it. You know, it's it's not something that's

disturbing to me or you know an affliction to me, you know. 'Cause people say much worse things about, you know, my prophet and about the religion itself. So you know anything that someone says against me personally is, you know, is really tantamount to, you know. Let's say someone insults, you know the prophet or insults, you know Islam and says you know, it's this backwards belief and yada, yada yada, that is something I'm gonna respond to and be -take take personally much more than anything you know someone does to me, you know. You know. 'Cause me, you know, I'm just -I'm just a person, you know, someone insults, someone wrongs me? You know, someone even kills me, you know. There, there's nothing really that I could do to stop that, you know, or that I should do to stop that, you know, because if it's willed to happen, you know, it's willed to happen. Then you know nothing, you know no luck, no fate, you know, not even my own decision in most instances will be some sort of intercession or, you know, saving grace for me, you know? So if someone you know wants to do me wrong, do me wrong. But, you know, do me wrong by my religion and you know there there's a much different problem that arises from that. And so I guess that's it. You know, if someone 's hurling insults at me. Go for it. I'm not going to care. You know, you know, I'm just going to really sit there and laugh at it. And that's kind of my philosophy on a lot of those things like, you know, if I'm in high school and you know someone wants to be acting tougher something, I'm not going to respond to it or, you know, become agitated. It and you know. It's just, you know, it's not an anomaly. And you know what we understand is entitled in, you know, being a part of this world, you know. Nobody says, hey, you're never going to not face a bully uhh . So you know that that's how I see it. You know everything that comes comes, and you know everything that goes goes.

(ES) It's a really mature way to to deal with that.

(JB) Yeah, I mean, you know. Well, there's no need to, you know, I guess um, emotionally respond to, you know, things. In regard to this world, you know? You know, like someone takes some money from me. You best believe you know for a minute or so , you know, I might be upset about it, but you know, I'm not going to go find the guy and like rob him back or something or inflict harm on him because he robbed me. You know, but it it's definitely much more different in in terms of you know when it comes to degrading or oppressing or, you know, being against openly the religion, you know. That that's, you know a bit different, I suppose in terms of, you know that that it's not only affecting me, you know whether or not be, you know, physically affecting me. You know, it's an affliction that is, you know, from an Islamic standpoint, affects the entire body of the Muslim. You know the death of one Muslim is, you know, tantamount to, you know, the death of all Muslims and you know. The oppression of one Muslim is tantamount to the oppression of all Muslims. So you know it, it obviously becomes much different with, you know, the implication. You know you do wrong by somebody and that person comes back and does wrong by you. You know, just in a general sense, you're just doing that, you know, of your own volition of your own desires, of your own -when you know for revenge or to one up this guy and, you know, there's no justification for it. You know, it becomes, you know, an an anomalous action. You know, you're going out of your way to, you know, do something that is, um, unnecessary. And I guess that's how I see it, you know.

(ES) Have there been a lot of instances where people will insult your faith to you?

(JB) No. And I would say, you know, mostly because you know, it's just um.

(ES) That's good.

(JB) Not really a focal point of discussion outside of our obviously, you know Muslim communities and whatnot. Or at least you know for me. And you know, there's nothing that really gives me away, you know, as a individual, you know, as a Muslim, except for, you know, maybe the beard or something, if you're really trying to, you know, reach. You know, based off first appearance, obviously. And so yeah, I mean, you know, so. So there hasn't really been any instances where someone's, you know, insulted my religion, or you know my prophet or anything like that or or at least you know, as far as I'm concerned, you know, in front of me, or around me or anything like that or to me. You know, so. Which is a good thing, you know nobody wants to, you know, have a little religious tidbit, you know, especially when it's devolved into something like just hurling insults or degrading the other person's faith. You know, there's no need for it and it's, again, just like you know, you seeking out the guy who robbed you. You know, it's acting on your own desires rather than acting on something justified or implied by the religion, you know, which should be the criterion for everything, you know. You know that it has some basis or implication or justification, you know, from the the religion and the scripture and so on and so forth umm. You know, and everything outside of that is kinda "meh".

(ES) Yeah.

(NM) Do you go around town to be Muslim or does it just -it comes up in natural conversation?

(JB) I mean, if it comes up in conversation but um.

[Squeaking door] [Inaudible]

(JB) I think it was in the bathroom.

(NM) Oh, ok.

(JB) I mean, if it comes up, you know, I'm never shy if you know, expressing what I believe in. You know, and explaining at times, you know 'cause, there's definitely a plethora of people who are ignorant, you know, and I don't mean that in like a really negative way, but literally just they are upon ignorance about Islam or their conception of it is very based in, you know, either confirmation bias or some some type of bias you know against Islam. You know, so so if it comes up, you know, it's something that I'll explain and tell and all that, but you know, it's never something that I really go around just flaunting, you know, 'cause, there's no need to be prideful about it. You know 'cause it because, you know, there's there really no superiority, you know, for a Muslim over a non-Muslim except, you know, I you know their works and their needs. So you know, things such as prayers, things such as you know what you give in charity, you know. Things such as how much you are upon the religion, you know, that's the, that's the division. That's the criterion you know, is is your your prayer and your works and your deeds and all that good stuff. And you know that's the only sense in which a Muslim could be, you know, superior. And even then, you know, it's a it's a... to put in a simple sense, kind of like a universal ranking system, you know, imagine all of humanity is being weighed, you know, by their deeds and their

prayers and all that which you know obviously Islamically it has to be in the name of Allah. You know everybody 's, you know, either up here or you're down here or you're somewhere in between and, you know, that's how we're all going to be judged. You know, is... and all of our deeds and prayers and all of those good things are, you know, going to be weighed literally on a giant scale on the day of Judgement. And you know that's going to determine who you know is in the abode of, you know, paradise and who's in the abode of hellfire. And you know also who is better than the other, you know, 'cause, there will be seven levels to both paradigm -to both heaven and you know the hellfire, I mean, you know, you're going to be either higher or you're going to be lower depending on everything you did in this life. And all of your deeds and misdeeds, all of your prayers and missed prayers. And you know everything you did since you know, basically birth, it's going to be, you know, weighed out, you know, on a record against you. So you know, I guess that's how I see it. You know, you know, there's um. Always the possibility that you know. All of us you know can coexists, but it's only really can be possible among the true believers of each religion or I guess you know, one could say the more devout, you know, fundamental of each religion, and for Christianity that kind of becomes more murky, you know, because you have fundamentalist like, you know, evangelicals, which are really just kind of like a political like, hob gob you know. And you know. And so on and so forth. But I I definitely think, you know, there's no natural superiority to, you know, to me over you or really anybody. Except for, of course, by prayers and deeds. Which you know is is from my perspective, you know it's fair because you know if there is, you know Christian or Jew who is is a true believer and, you know, there's the ability that, you know, they will enter paradise before me. You know, even though I'm a Muslim, you know, if they're a true believer, if they truly submit to their faith and to the one God, which again, you know, becomes real murky. Then their their boats going to be paradise. And no doubt they could be even above, you know, some layman Muslims in this life, you know, because you know there's no real saving, you know, in Islam. There's no guarantee that you're saved. You know, it's not like, I think well for Christianity, you know where where you attest your faith and you know you attain salvation, you know. There's really no salvation. It's just up to the mercy of God, you know. And if you're a good soul, you know you did good deeds and you prayed and you, you know, obeyed and submitted, you know, and then did everything in your in your power in this life to, you know, follow Islam and to ensure Islam as you know. Supreme you know. There's going to be no, you know, real hardship for you, you know God 's not going to punish you. And I mean that's just common sense, you know. If you were a good person, you know umm, the judge of all judges isn't going to twist to you know right or wrong, you know. Yeah it really boils down to either you're right or wrong in this life, you were either good or bad in this life, and uh that's you know, how every person 's going to be ranked and you know, judged, you know, it's literally just by the nature of their being and their works and so on.

(NM) That differs literally a little bit than what you were saying earlier about having all the non-believers burn in hellfire though.

(JB) Oh yeah. No, I mean, they definitely will and the majority of Christians and Jews and even Muslims today will be from the abode of hellfire and that's, you know, without a doubt, because that's the promise of Allah Allah and his his messenger, but you know Allah clearly states that if whoever among you know the people of the book is a true believer, meaning, you know, they believe in only one God, and they also believe Mohammed is a messenger, which, you know,

most Christians and Jews don't nowadays. Then they'll be in Paradise and you know, so that's the fine line. That's the fine text you know you believe in literally just one God. In an absolute sense, you know, so that kind of, you know, tosses out, you know, things like Hinduism or you know, paganism or so on and so forth. And some would even extend that to the Trinity, but I don't really 'cause you know, again, murky topic. And you know everyone else is, yeah, going to be, you know, have a really bad time, you know afforded to them, you know. Because, you know, they had an entire lifetime to, you know, to seek repentance and you know, to to return to their natural predisposition, which is, you know, worship of, you know, the one God you know. So for their, you know, arrogance, whether they knew it or not, you know in this life, you know, they're going to have an eternity of misfortune, you know, waiting. And that doesn't mean you know that you know, babies or animals or, you know, literally people who have never heard of religion are going to, you know, be suffering for eternity, which is where Christianity differs. But you know, literally the fine line is, you know, if you were physically, you know, mentally by like all means incapable of receiving or having understanding of the message and the word, then you know, then there's no punishment for you because you're in a literal state of blissful ignorance, you know. So how could something that had no knowledge of the unseen and unheard and of the word, you know be punished. You know. Umm. Which again extends to things like animals and infants and all of that good stuff. And really, I mean, you know, it's umm. Just that you know, Islam tends to be a very preventative religion, you know, it's built upon principles of prevention for the world, but also for the believer. You know, there's never really -except for, you know, obviously what goes against their religion any strict forbiddance and there's always -or nearly always- you know, an exception to the rule. So you know it's it's a very much a religion of second chances. And just, you know, building upon prevention through one's you know obedience and understanding of the religion you know, if you have understanding and you read and you truly, sincerely accept it and live by it. Then, you know, um you know nothing is going to alter your perception of that. You're going to see how supposed, you know, in my view how you're supposed to see it and that.

(JEB) Youre Good.

(JB) Is the kind of it.

(CC) Hi Buddy

(ES) Is there -is there any difference in the... I'm demonstrating my ignorance. Is there a difference for those who find Faith in Islam later in life? So how long have you been following Islam?

(JB) Umm. For about uhh three years now.

(JES) Okay. So you were fifteen-ish? Sixteen?

(JB) Or no, actually I guess three to four years then 'cause it it was around when I was fourteen.

(ES) Okay. So someone who finds faith at fourteen, fifteen are they measured differently than someone who's raised in the faith from the beginning or finds it later in life at thirty-five, forty years old?

(JB) Umm.  No, not really except for, you know, again on the criterion of your your deeds and your prayers obviously. Someone born into the religion, you know. Umm. Is obviously more probable to have prayed, and, you know, performed more deeds, good deeds than you. But that doesn't mean there's any real supremacy to, you know, or or, you know. Dating uhh superiority when you know when you revert.

(ES) So is it the the deeds and the prayer? Is is it a matter of quantity, quality or or both?

(JB ) Definitely both, because there are some deeds that you know you do once that can be equivalent to, you know, a quantity you know of another type of deed, meaning... So you know, so it's a mixed bag I guess.

(ES) What -I'm sure you all have talked about this at some point today, but what let you see your faith?

(JB) Umm, definitely the the simplicity of the doctrine and you know they be absoluteness of the monotheism of it, you know, because that that was definitely something that I feel led me away from Christianity. Because you know it, it's. Or at least probably you know my perspective it was a are religion, that. You know, kind of. You have to grapple with, you know, the concept of the Trinity and you know it's kind of natural confliction with, you know, the the concept of monotheism. And even though you know it's been explained and you know, people can justify it. You know they're apologetics or dogma and so on and so forth. You know it's not what I personally, you know view as actual.

(JB) And the disbelievers the Kafirs. Umm You know which is, you know, umm definitely a much bigger end goal for me than, you know, martyrdom or anything like that. I would much rather dedicate my entire being to umm you know making the split between you know Muslims and non-Muslims? You know or the riff so you know, realistic and widened that you know there there can't be you know any sort of co-existence or middle ground or anything like that you know. Umm that would be much more beneficial overall. Um to Islam and it's end goal and umm go in comparison.

(CC) Did you have a specific time that you said that you would harm Christians at an event.

(JB) umm

(NM) And you said that umm you these weren't mistake threats online right? You you said you would really carry these out, but you didn't have the means? Right. What were the means that you needed to carry out this attack that you had planned?

(JB) umm (laugh) Well I mean umm preferably you know uh um a firearm, something of this sort, and you know, umm but uh really. You know, as I said earlier, the means become, you know

irrelevant you see. You know something as as you know, little as you know, a a kitchen knife or, you know, a car is umm is suitable enough, you know. Umm But, but obviously you know. Umm There's uh No need I I guess you could say, as of now, to act but umm you know had it been. (laugh) You know that definitely there wouldn't be, you know, second thought or you know I guess you know really a process of, Umm You know umm regret or recant recanting for you know. Umm The possibility or you know the the falling through with ah such claims.

(NM) Move back to your question. Picture up.

(CC) Did you have a specific time that you would carry out this attack?

(JB) Umm I don't think. I mean, you know, because of you know again it's. Umm (laugh) It would probably be, you know, whenever his (laugh) most suitable ah in terms of you know. Definitely significance, but you know umm also you know. The means you know, because there's no need to simply throw yourself away. You Know if it's not going to be, you know. Through, through a means or you know in a way that's going to even if just temporarily, you know, paralyze the media and the, you know, apparatus of. You know, (laugh) whatever. Oppressive country, you know. Umm You are (laugh) planning on attacking know.

(CC) So can I? Can I be direct with you?

(JB) Yeah.

(CC) Umm Did you tell other people that you were planning on being a martyr and harming Christians at an event in April?

(JB) Umm I don't think in April, but I remember saying something about an event yes.

(CC) OK. If I show you a photo, would that help you remember?

(NM) With Rama, you know Ramadan is coming up obviously. Like, the April is a month would be a month after Ramadan. What is the verbiage for that?

(JB) It would be the month of Shawwal. Yeah. Currently (ha) we're in the month of Shaban, which is considered the second most blessed month. Umm After Ramadan and umm then Shawal will proceed Ramadan (laugh) after the month.

(NM) And Shawwal would be in the April time frame, right?

(JB) Yes. Yeah. According well, yeah, using the lunar con.

(NM) The lunar Calander versus the

(CC) Do you recognize this conversation? You do.

(CC) Is this your character in white wearing the black covering?

57

(JB) Umm No, my account is actually umm. This One of your fears, the one that is AFK. In the picture the one that says be one that says Ali.

(CC) Mm.

(JB) laugh But umm I am familiar with the conversation.

(CC) OK. Umm What are your usernames on Roblox?

(JB) umm Well, so it's it's that one uh KardalAlii umm with like three or four 'I's,

(CC) OK.

(JB) And then the second is umm is it's called FollowerofTawhid. You know, originally would have been, you know, just to be cheeky would have been Shia in Talib because umm Shia actually means follower just in the in the broader Arabic context. (laugh) You know, but um. You know, obviously Islamically it refers to, you know the the the the sect and everything. (laugh)

(CC) So who is this crazy pain you're talking to? Craze three pain. I think that is.

(JB) umm I don't know. He's he's someone. Who's basically (laugh) very like minded in terms of um views butum. I can't say that I know really anything, personally, (laugh) he mostly just because you know. (laugh) Nobody really is uh ever. The. I guess that sincere on the Internet, huh?

(CC) I guess. What do you need, so this is Roblox, I don't play Roblox, I don't have kids old enough to play Roblox or discord or any of those things, so what do you need to sign up for Roblox?

(JB) Umm. Nothing (laugh) yeah. No, you don't even need an e-mail or phone number. Just Type in a Username that's not already taken and a password and then boom.

(CC) But someone could put in an e-mail?

(JB) Yes. Yeah, yeah, yeah. So yeah, someone could put in a well. It's encouraged by Roblox itself, and uh you know. I guess you know it would make sense if you're going to play it. You know very often you'd attach some sort of back-to-back up, you know, contact. So You don't lose access to your account 'cause, that's always what's. Umm There warning about if you don't have an e-mail or phone number attached to that account that you have the ability. To lose it.

(CC) Lose it? Yeah. So what e-mail? You use to sign.

(JB) Umm I actually didn't use an e-mail. Umm I used my phone number umm but I didn't use that at first. At First, I just made the accounts. One of them is still unverified, like with nothing attached. The The deleted one umm But ah for the Kardal account, umm you know I have my

number attached just as a way. You know, if I ever lose my password or anything, I have a means of attaching or or receiving. You Know umm the password reset and all that

(CC) OK.

(JB) But umm yeah, I mean, it is definitely a. platform you don't really need you know anything umm to sign up. Aside from, you know, fingers.

(CC) What? What about discord?

(JB) I believe it's a similar ordeal where you know, umm but I think they changed it recently where you need an an account to be created with either a phone number, an e-mail. But umm my account's old enough. Umm On discord, at least, where umm I didn't need an e-mail to to verify it or have one attached to it. And you know, I never switched accounts or anything, so there's no necessity in attaching one.

(NM) I have some new names I wanna throw out at you.

(JB) Okay

(NM) Uh Afrikaner, A F R I K A N E R, is that one of your user names?

(JB) umm More like uh... Yeah, but uh (laugh) I would say um. That one is definitely waned. Uh you know that um I don't know um that's pretty old. Yeah.

(NM) That's an old one you already told me. What about crazy pain? C A R Z Z E P A I N.

(JB)Uh yes.

(NM) That is also yours?

(JB) Yes.

(NM) what is that one for?

(JB) Um it's for my uh Roblox except umm er well, for my Roblox password but for a username, umm I only use it for Instagram.

(NM) OK. so, it's your Instagram account?

(JB) handle yea (laugh).

(NM) This is your password you were saying on Roblox?

(JB) Um yeah.

(NM) OK.

(JB) Or from what I remember. (laugh)

(NM) Bartholomew vanzetti?

(JB) Umm Was (laugh) but uh that account actually got uh, uh Taken from me and the only reason why I still don't know how. Umm But like someone like hacked into the account. Umm and the only someone I had that one ah was actually to pretend (laugh) to be a Ukrainian anarchist.

(NM) Oh, how? Why?

(JB) Why? Uh Well. Umm. I don't know, just very interested in uh history and you know it's never. (laugh) You know, too bad to uh you know from from time to time imitate, (laugh)uh you know. But it was mostly just gam- the sake of cam play, like, you know, raiding, umm you know Roblox groups that represented countries with something, you know, Russian uh you know, takeover and everything. (laugh)

(NM) What about Mujahid Mane M A N E M U J A H I D M A N E.

(JB) Umm That one I actually don't know umm

(NM) You don't recognize that one at all?

(JB) No.

(NM) Or Sebi S E B I ?

(JB) Oh, that's uh(laugh)

(NM) Is that one?

(JB) That's uh no, no, no. Sebi is uh that's just uh the nickname for my uh Cousin. (laugh)

(NM) which cousin?

(JB) Sebastian.

(NM) Oh, that makes sense.

(JB) Yeah, and I think.

(NM) Would that Would that be his username then? Was that his?

(JB)Yeah. Yeah, yeah, yeah.

60

(NM) OK.

(JB) (laugh) But I also think that's umm That's specifically the way it's like written.

(NM) Mm.

(JB) Might just be related to like what I have his password saved on because I do tend to monitor his Roblox account because you know, as I said, not a lot is required to.

(NM) Mm.

(JB) Access it.

(NM) Do you ever go on his Roblox account?

(JB) Uh No. We'll play together every once in a while, but I would say you know, I never really go on his never really. (laugh) on purpose. The only reason why it's just so you know, I can manage his password and everything. In case he ever gets logged out

(NM) That makes sense

(JB) or starts messing with settings or whatever.

(CC) So let's let's go back to the original photo. I showed you.

(JB) Okay

(CC) Um You said you did not know who this character was. Craze three pain or crazy pain? Yet, you just told my counter agent that that Is your name. Well you say it was your password on Roblox and your IG username, so then you are familiar with the name.

(JB) Well, yeah, but not that specific account, I guess.

(CC) Ok, so is someone else created a character with the exact same name that you use as a password?

(JB) (laugh) Well, I actually took that name from someone else 'cause it's um. Kind of hard to explain, but there's this guy who's named crazy pain who has a YouTube channel. Uploads a bunch of Roblox stuff. So I took that name from him and then that account took said name from me. If that makes sense.

(CC) OK.

(NM) So you had a robust account name, crazy pain at some point in time, just not that specific one.

(JB) No. Oh. Nah, my my only Roblox accounts that are in use are the Tahwid one and the Kardal Ali. Umm And the password is only crazy thing. For the the Kardal one.

(CC) Well, let's look at discord. Is discord your username then? Or I mean, sorry. Is Afrikaner your username on discord?

(JB) umm I don't think so anymore. Like umm, unless you mean like is it spelled with 3 And an I? Umm. Then yes that I think that's like my. Just saved like user that I gave myself when I like umm joined discord, (umm) but I think the display handle is something completely different.

(CC) What's the display handle?

(JB) umm It should be. I think Ibn Issa.

(CC) And who is Ibn Issa.

(JB) Umm Not really a person. Umm It just means. Umm Son of Isa, which is just the Arabic spelling for Jesus. So yeah, you know, Ibn meaning son of or if I said Abu Isa, you know, it'd be father of. Umm (laugh) You know umm. So it's just like. A handle I guess are non bigger umm

(CC) What about Abu Faizan?

(JB) Umm On discord or?

(CC) On Discord.

(JB) Umm Possibly. Umm But I don't think so. I think right now it's just Ibn ISA, and that's what it's been for for a while.

(NM) Has it been, have you ever had an Abu name at all for any of your discord or Roblox or any of your accounts?

(JB) Umm Well, I know the Tawhid one will have a display name. Umm Saying Abu Baker. Umm Al Ferranzi. Which is, you know, Abu Baker. Umm The Frenchman, basically. Umm And I think that's the only Abu name that I've used. Umm As of late, (laugh) or really ever umm

(CC) OK, so you know that we're we're not here for No reason, right? Think it's become pretty apparent.

(JB) Figures

(CC) OK. I've been really honest with you. I think for the most part you have been honest with me. And so, because of the reason why we're here, I want to give you the opportunity to tell your story, your beliefs, and you're reasoning behind things that have been to us, complaints. And I want you to be truthful, but I don't think that you've been truthful about your usernames and the

information you have used to create these accounts on Roblox and discord. So I'm giving you the opportunity to maybe rethink. The questions I've already asked. Of those accounts on Roblox and discord. So let's go back to Crazz3pain.

(JB) OK,

(CC) OK. Have you used that as a character on Roblox?

(JB) Umm (laugh) umm I interacted with him a lot and uh we share accounts from time to time umm Meaning like the password will always be the same, umm which is why I know it and why he knows it 'cause umm we both use the account?

(CC) So what's what's the password for Crazz3pain?

(JB) Umm It should be the same the the same one I was telling him where it's crazy pain with the with the three or with a three. And then I think it ah might have a hashtag like at the beginning or end 'cause you know it requires a special character.

(CC) OK. What would it be? Can you spell it out?

(JB) Umm Either capital or lower case. Oh well, either hashtag capital or lower-case C. R A Z Z 3 P A I, N or that just with the hashtag flipped at the end.

(CC) And who do you share the account with?

(JB) Just a Muslim brother, but you know, I don't know him umm or really anything personal about him and vice versa. Umm It's simply that we share the account. And it's primarily due to, you know, shared umm doctrine. I guess you could say.

(CC) So why would you find a person and just openly agree to share a share an account with them?

(JB) Well, umm not not. Really that I just found them, but rather, you know, through communication for, you know, a long time. Umm Which is, you know that definitely still ongoing. Umm You know, we decided it would be best suited if one account was simply shared So that way you know, any accounts were terminated or disabled or anything, the loss would be much more minute. And other accounts you know could just instantly be used from that main account. You know.

(CC) OK Why were you worried that accounts might be lost?

(JB) Umm Not really a worry, more of just a preparation. For when umm when you know, because it's definitely umm a possibility. That you know, every once in a while, Roblox will pick up in its moderation, and, you know, crack down on, you know, people who are, you know, like, like white supremacist or Neo Nazis or, you know, people who want to support the Islamic State. On online, you know, every once in a while to crack down on these groups in some. Huge band

63

waves, so you know it's less of a fear or worry over. The possibility and more of just in, a preparation for when it occurs, you know umm which, you know kinda ties into what I was saying about, you know, if the county shut down, if the account is, you know, disabled or banned or whatever. Umm Other accounts can very quickly be opened and launched, and you know whatever. Umm Purpose was being served before can be. Instantly, you know, put back on track, you know umm

(CC) And what purpose are you serving by sharing an account with someone?

(JB) Umm

(CC) What's your purpose of Crazz3pain?

(JB) Primarily Dawa. Laugh umm

(CC) Primarily what?

(NM) Dawa (UI)

(JB) Dawa giving guidance to Islam. Umm and aside from that, just keeping up with uh real life friends and umm (laugh) playing video games with them. Um but I would say uh you know the purpose of sharing the account is simply to negate the damage done to you know um of any community of you know of umm you know people giving Dawa, or people supporting Islam. Umm you know, (laugh) if if Roblox cracks down on those accounts. You know let's say they close one, you know, boom. Three are opened already instantaneously and in its place. If they ban, you know, three boom. Thirty accounts are open in its place and and that continues because umm you know, it's a it's an easily exploitable platform. (Laugh) Um in terms of moderation and security, umm but it's also very easy to uh from a completely uh anonymous you know, an ease of access perspective um easy to propagate and easy to give guidance, you know, without very much concern upon you know the individual or Umm [*verified by CC 3/28/25 to put into iCloud affidavit*]

(JB) Uh you know, um really um individuality.

(NM) Were you the one that made the statement saying about shooting up the Christian concert

or Christian uh church, or was that Crazz3pain?

(JB) Um I think that was him, but uh I'm not aware of um that occur- uh uh well, I mean, if he's

using it and I'm not (laughs), you know, obviously I can't know what he's up to at all times, but

um, I-I can tell you that you know, uh while I've been truthful about the other things such as, you

know, uh making threats and so forth, I can't say, you know, I did- I said anything like that, 'cause

you know, it seems res- or uh related to urm a very specific instance that you're here for. Um you know from what you've shown and what you're saying. Um, so I I didn't say anything like that. Um.

(CC) I imagine it gets pretty confusing of who said what, if you two share the account so regularly.

(JB) Yeah. (Laughs).

(CC) How can you be sure that, you know, you made one threat and that he made a different threat? How do you diff-

(JB) (OL) Um.

(CC) (OL) -erentiate? How do you know?

(JB) Well, (Laughs) primarily just through, you know, shared trust. Um, but also, (Laughs) you know, like let's say he says something or I see something and then, you know, another brother um in Islam you know, is confused and trying to figure out which one of us said it, you know, um typically you know, we will um not really date, but you know, kind of just keep track of when each person signs in, what they did, so on and so forth. For the sake of you know, eliminating um the you know that, ability of confusion, either you know amongst ourselves or um you know amongst our other brothers.

(NM) (UI) Where is that information held? Where do you keep track of that?

(JB) Um I think uh (Laughs) from what I remember, we would just kind of note it in our Roblox chat. Um like we'll like we would just write it out um. In a like message to one of our other accounts and then just kind of keep track like uh kind of like a database, or kind of like a time card, um on there. Um.

(CC) So what's his name?

(JB) His? Um (Laughs) I don't know uh his exact name, but uh you know he goes, he goes by the kunya, which is the, you know, essentially like um. Like a secondary given name, he goes um by the name of uh  (Laughs) Abu Hashimi um Al-Alamani, which uh means uh "The German". Um. So he, you know, he's from in the EU. Um. I'm obviously from here. Umm. And so we share the uh the accounts simply based on you know, a shared interpretation of the religion, and you know, the uh the realization that, you know, there's not really uh a need to invest so much in multiple accounts when uh one account can, you know, simply be used for the same purpose by multiple people and if any, you know, um. If that account, you know, gets shut down or whatever can uh, just easily be um have other accounts activated.

(CC) OK. Have you, used another e-mail account?

(JB) Um, like ever? Or?

(CC) For the Roblox and Discord.

(JB) Um, (Laughs) I think uh only like one that I can think of.

(CC) What's that?

(JB) Umm. It's um (Background Noise) Africane- uh, it would be easier if I wrote it down. What do you mind?

(CC) Can you spell it?

(JB) Oh yeah! A F R.

(CC) Mhm.

(JB) I uh K A N E R the um (background noise) twentieth, but I think I misspelled twentieth. Like I think it's spelled T W E N T I E T H.

(CC) OK.

(JB) Um, @gmail.com

(CC) OK. And did you use that for Roblox or Discord?

(JB) Um I think both. Or maybe one or the other. Um, 'cause I know for sure, Discord, but um maybe for Roblox.

(NM) At this point, I am going to advise you of our, the law states like it's illegal to lie to us. Uh, and I want you to go to read over it, just so you understand potential consequences of lying to us and everything. And then you can sign. If you don't wanna sign, let me know if you verbally understand what we're telling you. And I can initial it.

(NM) Would you uh like to sign, saying you understand what you read.

(JB) (Laughs) Umm, sure. (Laughs)

(NM) In the signature. Yeah.

(NM) Basically, it's saying that if you lie to us, there's all these repercussions and it's a felony to lie to FBI agents during an investigation.

(CC) So you said that you and this other person, I'll be honest with you, you said his name or what he goes by; can you spell it?

(JB) Um ehh fully? Or uh?

(CC) Yes,

(JB) Uh.

(CC) I know how to spell Abu.

(JB) Um Hashimi, so H A S H I M I.

(CC) OK.

(JB) Or Heshami you know, again, its a dialectic thing.

(CC) Mhm.

(JB) Uh, and then A L - A L A M A N I Alamani.

(CC) I was close. I had a Y.

(NM) (Laughs).

(CC) I had a Y at the end.

(NM) Now that you've read the repercussions, umm, what it, is there anything that you wanted to change from anything that you told us?

(JB) Uhh, in regards to anything specifically or just?

(NM)  Any thing you can think.

(JB) (OL) Know from my.

(NM) (OL) Anything that you can think – anything you can think of that you may have been lying about before that you would like to correct the story on, that way we have the correct facts from you.

(JB) Umm.

(CC) Like I said, you are. We're just trying to get your side, want you to be truthful. We're just trying to get to the bottom of why somethings are the way that they are.

(JB) Um. I mean. (Laughs) Um. No, I mean, I can't really think of anything. Um. Yeah, really. Um. I mean (Laughs) I'm pretty sure that's that's it so far.

(CC) OK. Now let's go back to how you and Abu Hashimi Al-Alamani. Is that how you say?

(JB) (OL) Alamani.

(CC) (OL) Close, close, Alamini, OK, how you log who uses the Crazzepain account?

(JB) Um. Well, (Laughs) again, we just log it by either the chat or by looking at. If you go to settings um. I'm pretty sure there's like a category in there that displays like will show off from where and when, like a sign in occurred. Um, so we're also able to keep track um off of that. Um.

(CC) And he's in the EU, you said?

(JB) Yeah.

(CC) Are you aware of IP addresses are attached to every single time you log in and log out?

(JB) Um, yeah, yeah, or or, not really aware, I guess so much as, uh I would say,

(NM) (OL)

(JB) Just aware of what it is.

(NM) (OL) You know what an IP address is

(JB) (OL) And how it works

(NM) (OL) And it tells you where they are and stuff like that.

(CC) And so what if I told you that none of the IP addresses attached to Crazz3pain reside in the EU?

(JB) I mean, it wouldn't really be...too concerning for me, you know. Umm. Primarily just because I wouldn't see (Laughs) you know, necessarily how that umm you know, disproves (Laughs) what I said or what I'm saying. Um, especially because, again, you know this is a completely faceless person, you know, and we're living in an era of cyber security in which its very easy to mask your uh IP address. (Laughs) Umm, so you know, regardless of of what he does, (Laughs) you know it's um...has very little um...or effective or regard for me, you know, because he's he again, you know, he's his own person. Um.

(NM) (OL) Are you aware that your phone produces an individualized IP address which is only.

(JB) (OL) Yes.

(NM) (OL) Unique to you.

(JB) Yes, I'm aware. Umm (Laughs) but then again, whenever, uhh we would share the account, it would typically be through a laptop. (Laughs)

(NM) (OL) Your laptop.

(JB) (OL) It's better.

(NM) Will do the same thing, produces individualized IP address.

(JB) Mhm.

(CC) So what I'm saying is each IP address attached to Crazz3pain has been right here.

(JB) Yeah, in in the house or in the area; I figured as much.

(CC) Yes, there are none in the EU. So again, now you already signed the statement about not lying to a federal agent. You already admitted before you signed that, that you have made some threats online, on Roblox.

(JB) (OL) Mhm

(CC) (OL) Before then, I never mentioned Crazz3pain until now, and then all of a sudden, it's, you say it's not you using the account, it's someone else who used that account. You say-

(JB) (Laughs)

(CC) You do not use it. And then there's no differentiation between who made what threats or when, and you're saying that he's in a different country, but based on IP addresses and based on the information that you provided to sign up and save your account so you don't lose it and you can log in, it all comes back to you as a user of Crazz3pain.

(JB) Mhm. Yeah, yeah. The information is all related to me. Umm, 'cause again, you know it's an account that was in his name and then changed over to my name or being under, you know, I guess my guise. Um, because he's you know, younger than me. Umm the- you know, seniority kind of went to me and all of the information related to the account comes back uh on on me.

(CC) We have no record of there ever being a change in personal information given, to establish the account.

(JB) To, you, well yeah, because you know, again, as I explained, there's nothing necessary to establish you know all of these things were added later on, which I'm sure uhh the logs would show.

(NM) And you said he was younger than you.

(JB) Yes.

(NM) How old is he?

(JB) Umm, he's uhh seventeen or sixteen.

(NM) OK. And where is he? (UI) You said he's in the EU somewhere? Do you have his phone number? How do you guys usually communicate?

(JB) Umm playing Roblox through the account and through his other account.

(NM) What's his other account?

(JB) Uhh, it's called Noor Allah. Umm, I guess you know that should probably be spelled.

(NM) (OL) N O O R A L L A H

(JB) Uh, N O O R U L L A H

(NM) Oh Ok. Do you speak Arabic?

(JB) Uhh, yeah, oh well some and it's primarily Fusha, uh you know much less versed on, you know, I guess contemporary Arabic like Gulf Arabic, you know you throw me in Kuwait or something, I'm hardly gonna be able to speak, you know a lick. Umm, but yeah, yeah. Um, I-I know some Arabic, uh as well as French and umm, but the Arabic is less of an interest and more because you know it's uhh you know it's it's an obligation, for uhh, you know, for for a Muslim to learn Arabic, you know, for the sake of having the best understanding and, but uh you know also 'cause you know it's the language, you know, of our beloved prophet, so you know, uhh, who wouldn't want to...you know, imitate him, you know our role model, to the best of their ability.

(CC) What other accounts on Roblox do you have?

(JB) Umm, the Crazz3pain, and the Kardal Ali, and the FollowerOfTawhid, and that should be the only three.

(CC) Ok. Alright, what happened to Discord? You use it often as often as you use Roblox?

(JB) Uhh, no, honestly not. Um, and that's mostly just because, you know, I've become less and less, umm you know, umm, attached to to social media. (Laughs) You know. Uhh, and just kind of the social media platforms. Umm, especially Discord, because you know it's it's uhh led to like a lot of religious infighting before, which is, you know, uhh definitely uh you know, a no go. Uhh.

(CC) It's led to what?

(JB) Religious infighting, like uhh between different Muslim brothers and everything. Umm, so it's it's just something that I tend to, although I still use it umm and still have an active account, umm I tend to not use it as much, and sometimes it's literally just 'cause, you know, I'm busy enough with my own life uhh going on, that you know, uhh I don't really have the time for it or, (Laughs) you know, the the desire to really invest a whole lot of time in it.

(CC) Mhm. So, but you can have like a profile picture or a character on Discord?

(JB) Umm, yeah, yeah, yeah.

(CC) What's your current profile picture?

(JB) Umm, I think it's a rose umm and it has the seal of the Prophet next to it.

(CC) Have you ever changed it?

(JB) umm, yeah. (Laughs) Umm.

(CC) What did you change it to?

(JB) Well I know uhh I don't know. I guess I kind of change in between it like umm I think my most recent ones have mostly either been like other Islamic based that you know type of profile pictures or like things like cats. Umm, you know. Umm.

(CC) You said Muslim- uhh I'm sorr, what leaders?

(JB) Uhh, not leaders, just, you know, like, yeah, more Islamic uhh profile pictures of like pictures that are Islamic in, in meaning or you know. Uhh such and such, you know, like I think a while back I had it just literally, as you know, the finger going like this 'cause, you know, Islamically that you know was supposed to represent Tawhid.

(CC) (OL) Mhm.

(JB) (OL) Umm, you know your belief in the oneness of Allah. Umm, (laughs) you know, so it mostly revolves around either the cats or you know, Islamic stuff.

(CC) Let's let's go back to the one where the finger gun as you say. Um

(JB) Uhh (Laughs) not a finger gun

(CC) Not a finger gun but it shows Tawhid, right? Yes. Is that your current picture?

(JB) Uhh no, my current one is the rose with the seal of the prophet.

(CC) OK. Can you further describe though the one of the Tawhid?

(JB) Uhh yeah, yeah. So it's umm it was literally uhh a stock image I found online. It's umm just of a a hand, like I guess of a boy or something, umm raised like this and you know the background has like sunlight shining through and stuff. Umm, it's it's literally is just the finger. All you can see is the finger pointing up, umm with, you know, the sun in the background basically or like sunlight, umm in the background.

(CC) Was there ever a flag?

(JB) Umm. Not that I remember. Umm. Like what? (Laughs) Like what style of flag, I guess? Umm.

(CC) Was there uhh a flag for uhh ISIS on the background?

(JB) Uhh, no, I don't think I've ever had. Well, 'cause that's you know pretty risky. Um no, I've never had like, one that has the flag of ISIS or anything, umm displayed on there for my profile picture.

(CC) What kind of flags have you had?

(JB) Umm, well, I own one IRL uhh or in real life, sorry.

(CC) Ok.

(JB) (Laughs) Umm, which displays the uhh the shahada, we-which is you know getting that declaration of faith, you know your belief in Tawhid and Mohammed is the final messenger. Umm.

(NM) Where did you get that from?

(JB) Uhh, actually from uhh Shopify. (Laughs).

(NM) Shopify? (Laughs)

(JB) Yeah, uhh and it waves because of like a post from like a Muslim business based in in uhh Russia. (Laughs) Umm, and I think I still have the like uhh card or whatever that they sent with it, you know, somewhere. Uhh, you know, in my room or something. Umm. But yeah, I mean I think that's the only flag I've ever displayed either online or yeah, in real life. Umm, in terms of ISIS or their flag, I don't think I've ever displayed it or really anything in likeness to it. Umm.

(CC) Do you know what the flag of ISIS looks like?

(JB) Yes. Yeah, yeah. It umm, so it's uhh you know, black banner, umm with the the seal of the Prophet uhh upon it on the lower half. Umm, and then in uhh the Syrian dialect of Arabic and writing it, you know, yeah, the inscription of the shahada umm at the top.

(CC) What about a Taliban flag?

(JB) Umm

(NM) Or al Qaeda.

(JB) Uhh. Well, I don't know if uhh al Qaeda has a flag or.

(NM) Did they not raise black banners when they orginaly took over in Iraq?

(JB) Umm. I feel like they raised the same one as ISIS 'cause they they used to, from what I remember used to be real close and used a lot of same symbolism.

(NM) Al Qaeda was first right?

(JB) Yeah. Umm, but I wouldn't really say anything in particular, from either of those groups, mostly 'cause you know I'm not uh supportive of them. Uhh, or, you know, really, their their policies or movement or anything like that.

(CC) So what about Taliban?

(JB) Uh, same, they're in the same basket as Al Qaeda. Umm, no good.

(NM) If we had your phone brought in, would you be able to show us the messages back and forth to say when you were logged in?

(JB) Umm, possibly. Umm, I'd have to see.

(NM) OK. I'll see if I can grab somone next time they come in.

(Background Noise)

(CC) Hey, can we get Alex?

(NM) Or Jake.

(NM) We're gonna look through his phone (UI) too look through for messages from Roblox.

(UI)

(NM) Thank you. Then that could help show some validity to to the story you're saying about having messages and back and forth to start your logging time.

(CC) Is that, is that what we'll see, is like you messaging with him saying "hey, I'm logging on?"

(UI)

(JB) (Laughs) Uhh no. Umm. Mostly either just like literally saying like umm that you know, I'm using the account or you're using the account.

(JB) Do you want to sit here so you can see?

(JB) Sure umm.

(JEB) So I'm going to stand next to ya. All right. We're gonna let you kinda drive, then I'm gonna tell ya, so you can tell me, how like where I need to go to drive and then they're gonna be able to observe what we're looking at, alright?

(JB ) Okay.

(JEB) So where do we need to go?

(JB) Uh, scroll to the right… and then… here.

(JEB) This one right here?

(JB) No, ah, no.

(JEB) This one?

(JB) Uh, this one.

(JEB) Oh that one, okay. Perfect.

(NM) He's old, he doesn't know what Roblox is.

(JB) [whispers] Oh man.

(NM) [laughs].

(JB) I noticed, uh, your, your hat, it says Baghdad. Did you,

serve?

(JEB) I did -

(JB) Ah –

(JEB) - and I still do.

(JB) Two tours or…

(JEB) I've had multiple tours, yes. Out of the airplane mode it.

(NM) Probably. Just trying to figure out how to work your phone.

(JB) Don't worry, I get it, you know.

(NM) [laughs].

(JB) Complex world we live in today.

(JEB) Yeah.

[UI]

(NM) Will you also show us what other apps and stuff you use out

here, like your encrypted apps and stuff like that? Or what other –

(JB) Uh –

(NM) - encrypted apps do you use?

(JB) Can I ask what do you mean by encrypted? Cause, I, I don't think, um…

(NM) Uh, encrypted apps are like Telegram… I mean, Discord is mildly encrypted, WhatsApp. Stuff like that. [UI] Those are all the encrypted messaging apps.

(JB) Um… so do you mind.

(JEB) [UI]

(JB) [laughs].

(JEB) Okay. Tell, tell me what you're going to do before you do it.

(JB) Ah, just click right here because that's like –

[OV]

(JEB) No, no, like -

(JB) - where all the messages.

(JEB) - where, okay going into messages. Gotcha.

(JB) Yeah. So, all the messages should be in here. And then…

(JEB) Go ahead.

(JB) You, can I scroll?

(JEB) Mhmm.

(JB) Okay. Um, and then, you should be able to see if I can find his account, you should be able to see.

(JEB) His who? Which one are you looking for?

(JB) Um… I'm looking for one named… Nor Allah. Um… and then…

[Islamic call to prayer]

[whispering]

[OV]

(JB) Ah, would you mind [laughs], I know this is, you know, a

bit unorthodox, would you mind if I go to uh, to pray?

(NM) Okay.

(JB) And then we can, uh, resume?

(NM) Okay.

(JEB) The -

(JB) It's just uh, you know.

(JEB) The, the request was made that he can go pray.

(NM) Oh.

(JEB) And then continue the interview.

(NM) Yes. Where do you need to pray?

(JB) Uh, [laughs], well I mean –

(NM) So your –

(JB) - you know anywhere outside of the bathroom is pretty much acceptable.

(NM) Okay.

(JB) But uh, typically I'll just pray, ah…

[OV]

(JEB) Obviously somewhere where it will have to be a, a bit…

(JB) In, in my room. Yeah, observable.

(NM) Yeah.

(JEB) Okay, that's fine. Well, we'll, we'll pick this back up [UI].

(NM) Would, would you sign the consent form to let us, like, search through, like, the Roblox messages and stuff like that while you're gone? And look through the encrypted apps?

(JB) Ah, yeah [laughs].

[OV]

(NM) We'll do that. Uh –

(JEB) And then you can go pray.

(NM) I'll have you sign this now and then we'll take you to go pray. So… [UI]. Ah –

(JEB) [UI]

(NM) Just Roblox apps, encrypted apps, message apps.

(JEB) Yeah, messaging apps. Like, generally I put, like, the account, like, so, you have Roblox? And his account.

(NM) Roblox… and then… what other accounts do you have on here? Like, [UI].

(JB) Uh…

(NM) WhatsApp, Discord.

(JEB) Discord.

(JB) [laughs].

(NM) Telegram.

(JB) Yeah, uh, Discord, uh, Instagram [laughs], ah, Snapchat, I guess [laughs], you know, that one's kind of an irrelevancy. Uh…

(JEB) And then you want to get the usernames and passwords for them as well.

(NM) Okay.

(JB) Um…

(JEB) For each one of them.

(JB) I guess, you know, Roblox, uh…

(NM) Mhmm.

(JB) And um… Telegram, I think as well.

(NM) Yeah, is that on here?

(JB) But that one, yeah, but that one I don't really use for much [laughs].

(NM) Okay.

(JB) Um…

(NM) Can you give me the usernames and stuff for these?

(JB) Uh… yeah. So uh, the one for Roblox is the…uh, the crazy pain, and, the uh…

(NM) Make sure I spell this right.

(NM) C-R-A-Z-Z… is it three? P-A-I-N? And what's the password to that one?

(JB) Um… It should be either the, the same thing, or um, I know the current password is saved. Oh, and I also have a passkey I think assigned to that account, which means that my, my ID –

(NM) Okay.

(JB) Um, it should, ah, work.

(NM) Okay. But you don't know the password off the top of your head?

(JB) Um… [laughs], honestly no, I can't, uh, tell you off the top of my head [laughs].

(NM) What other ones do you have for Roblox that would -

(JB) Um…

(NM) - be on there?

(JB) Um, uh, follower.

[IA]

(NM) Spell it for me.

(JB) Uh, [laughs], follower.

(NM) Yeah.

(JB) L-O, uh, W-E-R… of -

(NM) Of.

(JB) Uh, and then tawhid. T-A-W-H-I-D.

(NM) [IA] You know the password to that or anything?

(JB) Um, no, that one I actually do know.

(NM) Okay.

(JB) And it should be, uh, capital G green.

(NM) Green? G-R-E-E-N?

(JB) Mhmm. Capital G, poo.

(NM) Poop?

(JB) Without the P there ah, the second one.

(NM) So goop? G-O-O-P?

(JB) No P, um, poo.

(NM) Green, G-O-O-P? Okay.

(CC) I think you said poo?

(JB) P-O-O.

(CC) Yeah, green poo.

(JB) Mhmm.

(NM) So green, capital G or capital P?

(JB) Capital P [laughs].

(NM) Oh.

(CC) That's what I'm saying, green poo [laughs].

(NM) Got it. That's why I was really confused. Green, P-O-O. P, poo.

(JB) Mhmm. Oh no, no, not a, not a second P. Sorry.

(NM) Not a second P.

(JB) And then –

(NM) Got it.

(JB) - Thirty-four.

(NM) Thirty-four.

(JB) That's it.

(NM) Alright. And your Discord?

(JB) Um… the user should be... A-F-R-I… uh, K-A-N…

(NM) K-A-N.

(JB) E-R.

(NM) E-R.

(JB) Uh, I mean three R. Sorry.

(NM) Three R. Three R. Got it.

(JB) Um…

(NM) Do you know the password?

(JB) I think it should [laughs], should be the same as, as here.

(NM) Okay.

(JB) Ah, yeah. [UI] that little cheeky password here and there [laughs].

(NM) Okay.

(JB) Um…

(NM) Any other you-, names on Discord?

(JB) Mm, no other accounts.

(NM) And Instagram is crazy pain? Same spelling as the other one?

(JB) Yeah.

(NM) And do you know the password?

(JB) Um, should be the same [laughs].

(NM) Okay. I never would have guessed your password is green poo thirty-four, so.

(JB) At least it works.

(NM) [laughs] What about, uh, Snapchat?

(JB) Um, Snapchat the user is, um, the same as here except with a, uh, three for the I. Um…

(NM) So…

(JB) P-A-one N.

(NM) P-A-one N. Got it.

(JB) And then, ah, I actually don't know the password for that one.

(NM) Okay. And Telegram?

(JB) Um… I don't know the, the, handle. Um –

[OV]

(NM) Do you wanna, do you wanna look it up?

(JB) It should be the same, yeah. Um, [laughs] I mean it should be the same as nearly everything else in terms of password and, uh, if you scroll to the left. I mean, uh, right, right, right

[laughs].

(CC) For Telegram?

(JB) Mhmm.

(NM) [UI] are backwards. [UI] the confusion. You should be able find the username.

(CC) A-B-U, F-A-I-Z-A-N.

(NM) F-A-I-Z-E-N?

(CC) Z-A-N.

(NM) [UI].

(CC) F-A-I –

(NM) Yeah.

(CC) Z-A-N.

(NM) Whew, alright. And do you know the, um, the password for that?

(JB) Um… I don't.

(NM) Okay.

(JB) But I also think that may be the wrong username you're giving [laughs]. Um, because, you see the one where it has the @, next to it, next to the phone number?

(CC) Okay.

(JB) I believe that's the actual…

(CC) So Abu Faizan is like the display name? Okay.

(NM) Ah, okay.

(CC) So then, @, the @ sign.

(NM) And then [UI].

(CC) C-R-A-Z-Z-E-P-A-I-N.

(NM) No numbers that time. Alright. Cool. Uh –

(CC) [UI].

(NM) And what's today's date, twenty-eighth… need your signature, right here. Saying that, we can look at those things. He just told us all of them, so. Do you care which, who goes with you to watch you pray or anything like that?

(JB) Uh…

(NM) Would you prefer it be me as opposed to her?

(CC) That's fine, that's fine.

(NM) Okay. I'll go. [laughs]. Make sure you're, more comfort-, want to keep you as comfortable as possible.

[IA]

(NM) Jake, are you going to go with him then?

(JEB) I'll go with him, you guys can go –

(NM) Okay.

(JEB) - through his phone and stuff.

[*Agent Note*: *The interaction between the FBI and Burger was not recorded while Burger was praying. At approximately 12:47 p.m., Burger requested the opportunity to go pray. After voluntarily signing an FD-26 Consent to Search Form, at approximately 12:54 p.m., Burger got up from the dining room table and went upstairs with SA Jacob Baillie to Burger's bedroom to pray. Burger asked SA Baillie if he could close the bedroom door behind them, to which SA Baillie complied. SA Baillie asked Burger when he was finished, if he was ready to go back downstairs and continue his voluntary interview. Burger said, "yes" but asked if he could "wash" before he went back downstairs. While Burger washed, SA Baillie asked Burger if he understood his participation in the interview was voluntary and he didn't have to continue if he didn't want to. Burger told SA Baillie he understood his participation in the interview was voluntary. Burger returned to the interview at approximately 1:02 p.m.*]

[IA]

(NM) Do you feel enlightened?

(JB) [laughs].

[OV]

(NM) Or do you feel like you did you do your duty to Allah?

(JEB) [UI] want water or anything? You sure?

(JB) Yeah.

(JEB) You want a snack or anything?

(JB) Nah, we're all good.

(JEB) You sure?

(NM) I, I have an energy drink too if you want an energy drink.

(JB) [laughs].

(NM) I have Rock Stars and… Rains, after, if you're interested.

(CC) So, what was the name of the guy you said you're sharing an account with?

(JB) Uh, it should be Nor Allah.

(CC) Mhmm. There's nothing.

(JB) [laughs] [UI] messages. Yeah, yeah I saw the same. Um, [laughs].

(NM) Uh, you use the name Abu Faizan on Telegram right? Do you ever go by any of those other aliases in real life? Or, do you go by any other names?

(JB) Um, [laughs], um…

HM Or do you, is that your kunya?

(JB) [laughs].

(NM) Or like your –

(JB) Um…

(NM) - exaggerated kunya, or, cause it's, [UI] Abu [UI] have any children. That I know of.

(JB) Yeah.

(NM) Do you have any children?

(JB) [laughs]. No. Ah… Ah, yeah. No, it's, it's just a kunya.

Uh, [laughs] and yeah as you said, you know, obviously not a father to anyone yet. You know, uh, inshallah [laughs]. Uh… but –

(NM) Do you go by any other kunya's or anything like that?

(JB) No [laughs].

(NM) Do you have other –

(JB) It's –

(NM) - who, does anybody call you Abu Faizan, or… okay. Where did you, the name Faizan come from?

(JB) Um, well, not really, uh, Faza but um, fazan meaning, um, uh, for mer-, um, merciful-

(NM) Okay.

(JB) - or of mercy. Um, and so, you know, um, yeah. It's just a name that I guess stuck out to me because, you know, uh, [laughs] you know, Islam's a very, um, I won't say you know religion of peace because that's a very laughable term, for me, but it's a, it's a very… uh, beautiful and merciful religion and, and peaceful. You know, for the one who… believes in it.

(NM) Mhmm.

(JB) - and you know, while that's not true and uh, isn't meant to be true for, you know, uh, the other groups of people you know among the world. Um, you know, uh… it would, um, [laughs] definitely, um, makes sense that, you know, if you put your trust, you know, in Allah…

(NM) Mhmm.

(JB) And then uh, you know, Allah wa Ta'ala will provide for you, uh, you know, to, to put in kind of a poetic sense, you know, Allah will provide for you ah, you know, as he would provide for, you know, a bird or family birds, you know. Uh, ah, you know, they leave their nest, you know, empty. And, with that, you know, empty stomachs in the morning and return full by night. And you know, verily, you know, if you have faith, and you're connected by your ibada, you know, your worship, uh, to your Lord, then you know, um, then like the birds, you know, you'll be, uh, provided for, you know, and, uh… and tested, you know, just like the birds as well. Um…

(NM) On, on Roblox it mentions very specific weapons that, that you would use in a potential martyrdom. What are those?

(JB) Um… [laughs] um… really, I guess, just, you know, it kind of varies. You know, me personally, I'd seen, ah, you know, something like a twenty-two being, um, very, you know, um… preferable as, you know, opposed to something else like, you know, something crazy, machine gun or something.

(NM) [UI]

(JB) Um…

(NM) And you said you didn't have any access to any guns or anything like that?

(JB) No, um.

(NM) Does anyone in the family have any guns?

(JB) Um… I know my paternal grandfather does, but I know he keeps all of his in like um, like a safe somewhere.

(NM) Okay.

(JB) Uh, you know, simply for the sake of, you know, because he has a lot, you know, he doesn't need them like all over the house is how he puts it [laughs]. So he just keeps them all in one place.

(NM) What about anybody in this house?

(JB) Um… no. Uh -

(NM) What –

(JB) - I know we don't have any guns. Um -

(NM) Do they own any guns, not necessarily have it, they [UI].

(JB) Um, I don't think so, uh, 'cause I mean I know both my aunt and my uncle are pretty against gun ownership, um, I can, I do remember, uh, like my uncle, um, I think brought some guns back from his parent's place, but I don't, I know that he, like, put them in s-, in like storage or something.

(NM) Okay.

(JB) Um, and I, I'm pretty sure they were like sentimental guns, like a couple of shotguns or something. Um…

(NM) Do you know which kind of guns those were?

(JB) Um… no. [laughs] just that they were shotguns, uh, from what uh, wh-, uh, you know, told me. Um, uncle [UI] yeah like just shotguns. Cause I know his, his dad had, like, a bunch of guns. But I think he only kept like one or two and I think that was just for the sentimental value of them. Um, but I know for a fact, you know, um, I'm pretty sure you know they're just sitting someplace. I guess in our storage or whatever.

(NM) But you don't know where that is?

(JB) Um, I mean, I know where one in Round Rock is, but, as far as I am concerned, um it's like at like a storage unit all the way out, like in Grapevine near Keller. Um, so you know unlikely, ugh, you know, I'm voyaging up to Kellner anytime soon, really, North Texas. Um, Except for family.

(NM) The description of the guns that are supposedly owned by you on Roblox match guns that your uncle has in storage. Why would that be?

(JB) Say. Say again?

(NM) Ugh, your character in Roblox says they have access to these guns. They have these guns, and they are the same guns that your uncle has in storage.

(JB) Which would be?...

(NM) The shotgun (OL)

(JB) Like shotguns?

(NM) (OL) His shotgun and Rugers, it specifically mentions the type of guns that they are.

(JB) Um. Well, I don't know about Ruger. Um. But I know he has ugh or he got, um, I'm pretty sure it was like a Remington or something.

(NM) Remington? What other knowledge do you have of these guns?

(JB) Ugh, just that he got them like last year I think from, ugh his grandpa, when they oh wait they are not from his grandpa, um from his dad when they moved or when they moved from their ranch into like a like an apartment um.

(NM) Makes sense

(JEB) (UI) We will figure it out

(JB) And that's very much all right now. As far as that being, he got them. I think like, brought them to

the house, maybe once. And then put them in storage and who knows since.

(NM) Ok. So why would you claim to have access to them?

(JB) I didn't.

(NM) In any of those threats whether online, you had mentioned specific guns that you would use to  carry out any attacks.

(JB) Ugh, I think the closest I mentioned was mentioning I would use like um, a pistol or a car or like a small hunting rifle. Something like that. I don't remember mention of like a shotgun.

(NM) Mention using shotguns or trying to acquire a sniper rifle.

(JB) Um, maybe not sniper, but you know I probably said like a hunting rifle or something.

(NM) Were you looking to acquire a rifle.

(JB) Say again?

(NM) Like you would be looking to acquire a rifle of some sort to carry out an attack...

(JB) Uh, heh heh, um.

(NM) Yes

(JB) Yes. Pretty much.

(CC) Have you ever played in the church experience?

(JB) Um. The church experience?

(CC) Mm-hmm

(JB) Um, do you mean the game?

(CC) Yeah. What do you call the? On Roblox or church?

(JB) Oh, yeah, yeah, yeah. Every, every once in a while. Typically, from the Tawheed account. Um, which is you know for the Dawla and everything. Um, and then every once in a while. Umm. On the, the crazz3pain one.

(CC) Right. Umm. We have had complaints that you've been pretty hostile, and you've made violent comments to others on that game. And they are concerned that you are going to do something to harm other Muslims and other Christians. Why would they think that?

(JB) Uh, I'm not sure why they well, aside from, you know, my own testimony, which you know, as I said, is ugh, you know, a hundred percent genuine, you know. And, you know, had had there been the means and have there been, you know, a Shia mosque or, you know, something of the sorts around here, you know, a hundred percent, you know, I would have um sacrificed myself in in an attack on that place.

(CC) So you already said that the means is irrelevant because a kitchen knife or a car could be used. So you do have access to knives. You do have access to vehicles, you know you don't have a license, but that also doesn't stop criminals from obtaining guns that they're not registered.

(JB) (Laughs) Yeah. Um.

(CC) So why make those threats against people, I know your beliefs, but you can't say that I don't have the means when you already told us that the means are irrelevant to you.

(NM) And if the means become available and you do have a target, would you do, would you Marder yourself?

(JB) I mean. You know it's ugh. You know, it's not for me to say. You know, I can't speak really from, you know, um a position of uncertainty or especially on feature, but um.

(NM) Right... As you said in your threats you would do that but you didn't have the means. So my question is if the means were available, would you have done that attack? Or would you do that in the future?

(JB) I think both.

(NM) Both. OK.

(CC) Ok. What about explosives? Have you ever assisted someone in creating explosives?

91

(JB) Uh. No. Um

(CC) Have you ever explained to them how to make explosives?

(JB) Um. I think the closest is ugh like explaining the process of like a detonated explosion like a remotely, um, but not never anything of uh substance in terms of like actual knowledge, um only on how the mechanism, ugh, for detonation will work.

(CC) The mechanism for that, OK.

(NM) And what did you think they're gonna use the explosives for? What was your idea that they would use the explosives for?

(JB) Uh they actually didn't say they were just asking. Um, and they worded it, you know, very carefully that, you know. Um, you know, if they had explosives and tried to dial such and such, you know thing... Um, would it work? And so I explained, you know, that um it's dependent on frequencies and ugh things like that, you know. So just kind of a basic explanation of, of this question.

(NM) How explosives work. What was? What did you think they were gonna use them for?

(JB) Um I have no clue. And I didn't even know if he had any or not. You know, it's again, just answering the hypothetical. Um, and you know that that account from what I recall, you know it's deleted now. So you know, even if I did want to find out... you know

(NM) But did it matter to you what he was going to use them for? Like if he was going to use them to attack something in the US, would it have mattered? No?

(JB) No, I mean, I don't think it would matter if someone, you know, told me that they, you know, had access codes to nukes, I think it would be an irrelevancy to me. You know, just because it's not something that "afflects", afflicts me, personally, from a religious standpoint and it's not something that afflicts my religious community as far as I'm aware. Um. And so, it becomes, you know, out of sight, out of mind.

(NM) And you said in the past you've encouraged potential attacks from the other people as well, right?

(JB) (Laughs) Um. Well, how do you mean?

(NM) So if someone was saying they thought about doing attack and you would encourage a potential attack somewhere in the US or against other potential oppressors.

(JB) Um, well, not that I have, but you know, if, um, 'cause I, I'm remembering what, what you said. Yeah, yeah. If it came down to it, then yes, I I in the end I would be, um… You know supportive of that. Um… and you know, that's ugh, just, and it, you know, it is unfortunate you

know. Uh 'cause, it's it's definitely not. Well you know, what I want and it's. You know what I think me or you guys or you know, any Christian or Shia or Jew, you know? Um, that was um destroyed at the hands of, you know, terrorists or ugh suspected terrorists, you know? Um, you know, it's obviously not something that we desire. Ugh, at least I don't think outright. But, um, you know, it's something that, you know, we've basically set ourselves upon, you know, we we, you know, put the ugh the ugh the train in motion and ugh you know now there's really, you know, no stopping it on either side, you know. Um, it is, you know, at least my view and you know obviously it's, um you know, it's it's never a good thing when, you know, lives are lost. Essentially aimlessly, um…, but you know it's, it's something that occurs day by day, you know, either, you know, at the hands of one person or at the hands of an army, or you know even at the push of one button, you know. Um, and you know, it's just something that you know, unfortunately, you know, if we can't change it, you know why not, you know embrace it, you know. If you can't beat em, join em. Um, and and I mean, that's just the sad reality is you know. Um, nobody wants terrorism, but nobody's going to stop it. There's no way to stop it. You know you can arrest all the people or watch list all the people and you know that's all good, you know, and that's that's preventing, you know, like, like Islam is built upon preventing. Um before you know something can occur, but you know it's not going to stop the if or the when, you know. Um and then that's just the the the unfortunate ugh reality of the matter. You know, it's, it's definitely, ugh you know, emotionally tugging, you know. Ugh. Um, you know, for me, you know, my view is very black and white, but obviously, you know, when ugh, you know, people are killed, it's never a good day. You know it's never, ugh…, something of you know, utmost ecstasy or, you know, enjoyment, you know, because it's still the loss of ugh human life, ugh which is, you know, you know, on some level, you know, even if at the most basic, you know, un-unacceptable. Ummm. So so. I definitely believe you know, ugh if the circumstances were set and the means were available, that it would definitely, ugh you know, occur. It's definitely not something that ugh I see as a necessity or as a absolute good. Since there are certainly downsides to it, you know. Regardless, you know, the the media and public outlook on Muslims or the retaliation that could come from such events. You know whether that be, you know, locally or through social media or, you know, though, through your governments, you know? Um… So that's all.

(CC) Do you pay for anything on discord or Roblox?

(JB) Nothing on Roblox. I mean, unless I wanna like buy the currency. Um, (nervous laughter) which is pretty, you know, that's pretty basic for video games.

(CC) OK.

(JB) And then I think. I might have a subscription.

(CC) On discord.

(JB) Yeah.

(CC) How do you pay for that?

(JB) Ugh, just using my my bank. Ugh, like my, egh, wages from my my job.

(CC) OK. And do you have to attach an e-mail address to that to your payments?

(JB) Ugh, no, just your credit card. And then I think maybe a phone number. Um, but I don't know about an e-mail or I think it's one or the. You can attach either e-mail or a phone number.

(CC) OK.

(JB) Well, that's all. I can think of as far as that.

(NM) Where do you bank?

(JB) Ugh, Wells Fargo.

(NM) OK. Well that's good. I, when I, moved, I had a, I had a small bank I used to bank at and then I lost all my bank stuff. Now I cannot get any money anymore.

(JB) Well, that's no fun.

(NM) And I go to big banks 'cause. They're everywhere. So, especially if you're traveling, I was saying do you go back and forth to Florida at all.

(JB) Um, typically, every every summer or like every once in a while for a break, you know, they'll come to us or we'll come to them. You know, one or the other.

(NM) Who's still out there besides, your dad, is it your grandfather still out there? OK, Grandpa, still out there.

(CC) OK. And what about Bitcoin? Do you use Bitcoin at all?

(JB) No. I wish, you know, maybe I would hit big or something, but ugh no, I don't use Bitcoin or any cryptocurrency currently. And that's mostly just because, you know, I wouldn't have a clue about it if I did, um but also because it's, it's something that's expressly forbidden in Islam or at least using, you know those types of unbalanced currencies or you know unregulated currencies. Um.

(CC) Have you ever told other players in Roblox that you fund ISIS through go fund me or Bitcoin?

(JB) Um, not through either. Mostly because you know it would be pretty hard to fund the Islamic State. Um.

(CC) Have you ever had those types of discussions, maybe you didn't say I fund through go fund me, but have you had those discussions with people on Roblox.

(JB) About fun or about like how they receive funding? Yes, and explaining you know that the majority 'cause you know, ugh, mostly like when people will say like oh, you know, you know, the Islamist state was like, you know. So I'm completely buffered out by, you know, like Israel or the US or something, um you know? Typically, I'll explain, you know or would say, you know, the majority of their funding came from, like the Gulf countries like Qatar and like Saudi Arabia and stuff. That was mostly through like Bitcoin and you know, things like that.

(NM) I think, you said, isn't it against Islam to use Bitcoin?

(JB) It is. Um, which you know again is is another one of my discrepancies, um with the state, which is why I don't support them. Ugh, in, in, in entirety or even in, really, a ugh, general sense.

(CC) Can you make multiple Roblox accounts together?

(JB) Make as in, like umm. I mean.

(CC) Can. Can you make multiple Roblox accounts under the same phone number or e-mail address. Or can you create a different person every time you log in.

(JB) Ugh, you can't, from what I know have accounts to like using the same e-mail or phone number, um,  'cause, I think it'll like tell you oh this e-mail or this phone number is already being used for like another account. Um, but you can definitely like create multiple accounts just off the go. Like you know, if you just loaded up on a laptop or phone or or whatever, you can use the latest um. Create, you know multiple accounts, you know, over and over and over. Um, without really having any need to verify or anything like that. Unless, you know, maybe you're trying to get into like a experience like you were saying that you know has like an age verification. Um, like a tracking on your account or something like let's say you just made an account, you're trying to join a game that you're kinda to be like ten days old. Then it'll automatically like block you from accessing um just certain experiences or whatever, or having certain abilities like you know. Obviously if you want to ugh join like the more adult-themed stuff, um you have to like verify you know obviously with your ID you know and show you're a real person old enough and all that good stuff. Um.

(CC) OK. Do you have a record of all of your Roblox characters or Screen names. Are they saved on this phone?

(JB) Like

(CC) Can you go back and see like the different characters you've created?

(JB) Ugh... Not really. I mean, unless you have them saved. But no, all of your like stuff that you used to customize your avatar, it'll just be like all thrown together and, like, meshed into your catalog I think is what it's called. Or like your marketplace, one of the two. Um, and it'll just everything will be in one place and it won't really like show where or if you have anything like specifically. Um, worn like even if you.

(CC) So if you say you have crazypain. But you also say you have Carter Ollie.

(JB) Correct.

(CC) So how do you simultaneously use both of those?

(JB) Just log in at different times. Um, not that I use them simultaneously like. It'll either be one or the other, and it's just very easy to like um flip back and forth because um.

(CC) So do you have two? Accounts on this phone.

(JB)Uh no. I only have, I think one or actually, yeah, I think I do have two on there, but it's not the um Cardo Ali one I think the Cardo Ali one is only on laptop. For you, which is all the way in Florida.

(CC) OK. So then how did you log on to that? If it's in Florida,

(JB) What do you mean?

(CC) How'd you log onto the Cardo Ali account if it's on a laptop all the way in Florida?

(JB) I had it before. It only recently traveled to Florida with along with my Aunt.

(CC) Ok, so you just went to Florida?

(JB) No, she left with it there.

(CC) So she took the laptop there. So if you can have one or the other, and you can't do them simultaneously, how are you in these chats, Crazy pain and carto ali?

(JB) Say again?

(CC) How are you in the same chat with? Both of your characters, if you can't operate them simultaneously, were you on your phone and on the laptop at the same time.

(JB) No, well, I can. You know the Crazypain account is a shared one. Um.

(CC) I think we're past this. As far as it being shared, because I can see that it is your name on here. There's no conversations between you and another person saying. Hey I'm having…

(JB) What do you mean by my name?

(CC) It's crazy pain on here and Abu Faisal... it's not. Lord Norah signing on. There's no conversation between you guys saying I'm logging on or I'm using it. So, remember this. This is your second chance, OK? And I'm going to remind you of what you signed. You are solely using the name crazy pain on Roblox, are you not?

(JB) No, and I mean I, I'm going to, you know, maintain that you know. Um because they're real realistically, we're sharing those accounts and unless I can have something that, you know, disproves what I'm saying, you know, then I don't see the purpose in the back and forth over a single account.

(CC) OK. Can you produce some kind of conversation where you're telling someone that you are using the account together.

(JB) Yeah.

(CC) Where Is that conversation?

(JB) I believe it would be under, uh, my Discord account.

(CC) OK. And what is the name on Discord they are using for you to talk back and forth about this?

(JB) Nor Allah as well.

(CC) Show me how to get to that conversation.

(JB) Should be. Wrong one. Sorry. This account here.

(CC) How many people are in this chat? Just you and another person?

(JB) Yeah. Just me and him.

(NM) While she's looking. Do you have another Roblox account? By the name of ghurabaah?

(JB) Uh.

(NM) G-H-U-R-A-B-A-A-H

(JB) No

(NM) That's not your account? Do you know whose account that would be?

(JB) Also no. But the inter....the username is interesting.

(NM) Would you be surprised if it came back to your phone number or e-mail address?

(JB) Umm...No, not really surprised so much as wondering how. Umm...which I guess is surprise.

(Dogs scratching door, followed by Unidentified Speakers) I gotta leave the door open or anything. Feel free....

(CC) So what does O-F-P stand for? Where he says change your OFP?

(JB) I think he meant to say PFP, profile picture. Umm...'Cause I don't know what else he would mean, but I remember, that, that message and that was in relation to, uh, profile picture.

(CC) OK. Why would he tell you to change the profile picture?

(JB) Umm...I think from what I remember, he was inviting me to a server, and, uhh, he was just concerned that my account would be banned, uhh, for having the picture, the one that I have now, the one with the rose and the seal, he was just worried that my account could possibly get banned because of that. Umm which you know, I didn't understand why. But you know. I'm not gonna argue about it.

(CC) So he sent you a game pass...

(JB) Mhmm.

(CC) Under the name xandersrange.

(JB) Yeah, that's the that's the username. The like actual username of the, the Nurullaah account and then the display is Nurullaah, uhh, which should track.

(CC) So then the three of you. But it's just you two in this photo right here. So you have KardalAlii, who you say you are. Then you say that he's using crazz3pain.

(JB) No, no, no. I'm, me and Xander are using the crazz3pain.

(CC) But then KardalAlii, he's also in this little chat right here.

(JB) Mhmm.

(CC) So you are talking to each other amongst the three of you?

(JB) Yeah, I mean, that's typically what we do on the church game when we do, we literally all meet up and discuss. Either you know about Dawa or you know about the lad or about, you know, what's brought you here today.

(CC) What does Xandersrange mean?

(JB) Umm. I'm not sure. I mean, as far as I know, Xander might just be the guy 's name. As for range? I could tell you less. Yeah, you know about as much as me in terms of why he uses that name. I only know him or prefer to call him by either Xander or Nur, or Nurullaah. You know 'cause, it's not like any of us are going around, you know using our full usernames or whatever.

(NM) That's true. So would the communication on Roblox be with xandersange or would it be Nurullaah?

(JB) Uhh, both. Well, just 'cause it's the same account and the same person and everything, just...

(NM) Which way would it show up to find the messages was my question.

(JB) Oh Nurullaah. OK, yeah.

(NM) And you couldn't find those messages earlier?

(JB) No.

(NM) Okay.

(CC) So who's operating which accounts? During this conversation.

(JB) Umm...I know that I was on KardalAlii in this one because of, I was the one asking and like um telling um cra- uh cruh- craz- uh just not to discuss those things publicly un an then um I think Nur was using um his account and the um other one 'cause I know he uses multiple accounts at once.

(CC) So that doesn't make any sense. Why would someone have a conversation with themselves in this game?

(JB) Hmm?

(CC) There's three bodies here.

(JB) Yes

(CC) There's two of you. So why are you guys just talking to a fake third person? Do you understand what I'm saying? Like there has to be a third person operating the other account.

(JB) (laughs) Boy oh, what do you mean by there has to be?

(CC) The three of us are sitting here having a conversation.

(JB) Mhmm.

(CC) We are individuals. I can log on my phone on Roblox and make a character. You can make a character, he can make a character. But I'm not going to sit here and pretend to be me and Agent Mustico, and then pretend there's three people having a conversation. There could only be three people actually having a conversation. So...

(JB) But..but...I just fail, failed to see, you know, like, what do you mean by, by pretend you know? Because, you know that using multiple accounts you know while it seems abnormal.

(CC) But you're using multiple accounts to talk to yourself.

(JB) No, I'm going back and forth between one person. Which is using two accounts.

(CC) So you're saying Nuru or Nur is using two different accounts at the same time to talk to himself?

(JB) Hmm...Yeah. I mean pretty much.

(NM) You understand why that's not as believable as thinking that you were on one account and he was on the other account?

(JB) Mhmm.

(NM) Okay.

(JB) Yeah, I mean, I understand why it doesn't make sense, but it's something he's done, you know, time and time again. I I'm only going based on, you know, the metric of what I know he does, ya know.

(NM) So what you're saying is he's logged on with his account and the, your account which you share with him and talk to himself between his account that he owns by himself and your account that you share with him...and that was it?

(JB) That was a not really conversing between them themselves, I mean. Nuru was talking with me. And then he told me he would sign into the other account. Umm...

(NM) Where he tell you that?

(JB) In the same.... Little session that we were both on.

(NM) In in the Roblox messages?

(JB) No, no, like on the game from Nuru account, he said he was gonna sign into our shared one, and mostly because that account, like he said, you know, has had a lot more...uhh...reports and so you know, whenever it pops up...umm. it typically jerks, a reaction which is less important to me, but you know he is definitely much more for the spotlight, I guess. So you know, he would use the account here and there. Just because of, like I guess, the infamy associated with it.

(CC) So...after he tells you to change your profile photo.

(JB) Mhmm.

(CC) Why is he worried, that you are going to get banned for that profile photo?

(JB) Uhh...This is because he was. Chris (UI), from what I remember him saying. Was just because he was in Islamic communities before, where people with those types of profile pictures had their accounts terminated.

(CC) OK, so he says Brother, shall I make the game pass now? And he says, I made that one long ago. That's at two thirty. And so you click on it and it's xandersrange. So it sounds like he is xandersrange. He's inviting you to play with xandersrange on Roblox.

(JB) No, the so the game pass he created that so that way I can buy the game pass from him and then the proceeds the like Robucks, that's the currency that. Kane, you know from buying the game pass would go directly to him. So that way he, he could purchase like this thing for his avatar, like a flag. That resembled, umm...like the Black Flag of the Prophet Muhammad.

(CC) Okay. So you said you purchased it.

(JB) Mhmm.

(CC) He says join me on Roblox, we will talk there. So what name did you use to talk to him on Roblox?

(JB) Either the crazz3pain or FollowerofTawhid, one of the two. Umm. And then every once in a while the KardalAlii account.

(CC) Okay. He says that he doesn't join servers.

(JB) Uh huh.

(CC) What is he talking about?

(JB) Umm...Just that he doesn't join public servers very often.

(CC) On Roblox, Discord?

(JB) Umm...Pretty sure in that context he meant Discord. Umm, but I'm unsure. Umm...But then again, you know it's kind of hard to avoid like a public server in terms of Roblox because almost everything is public on there, or based on a public, you know, game.

(CC) Alright. So...one more time we're going to go back to these three characters, OK. I have an ongoing conversation and, in the conversation, you talk about dealing a grievous, grievous- [*verified by CC 3/27/25 to put into iCloud affidavit*]
(JB) wound.

(CC) -wound to followers of the cross. So you were able to just put, input that sentence, so that was you that made that statement. [*verified by CC 3/27/25 to put into iCloud affidavit*]

(JB) huh how do you mean?

(CC) You made that statement?

(JB) Yeah, yeah, yeah, yeah.

(CC) And it's within the same conversation that says that you're going to be a ma- martyr at a Christian concert. It's in the same track. It's not like you said one thing two days ago and then on Friday you said the Christian concert. It's all within the same conversation. [*verified by CC 3/27/25 to put into iCloud affidavit*]

(JB) Okay.

(CC) Which is also part of this conversation right here that I showed you that it will be months Shawal, April. So, this should be you operating Crazz3pain, making those statements that you are going to do that to Christians at a Christian concert in April not Nurallah.

(JB) Can I see the, the other?

(CC) And then it says I cannot confirm anything aloud at the moment, but things are in motion. You....KardalAlii says to xandersrange, my brother is about to do his attack.

(JB) Which I've been, you know, tracks with what I've been saying, so can you really say one is more me than the other? If they all have the same idea, they all follow the same idea, they all want the same thing, which is Christian death, Christian, you know, plummeting into the abyss. [*verified by CC 3/27/25 to put into iCloud affidavit*]

(NM) The IP address of those messages come back to you.

(JB) Which again you know, I'm, I'm aware. But if they all match in the messaging and track in the...

(NM) If we look at the Xandersrange messages it won't come back to your IP address. Only the other two would come back to you.

(JB) You mean, meaning uh crazz3pain?

(NM) Yeah. Yeah. And that would change every time you log on. So if I logged on from somebody else 's phone in Germany.

(JB) It would change, yeah.

(NM) It would show a different IP address.

(JB) Yeah.

(NM) It wouldn't show back to your phone.

(JB) Yeah, no, I'm aware.

(NM) Okay, so that's what we're saying. We're saying that was definitely you making those comments because it's coming from your phone.

(CC) Connecting your phone under your account crazz3pain. So, I think that we have established that you are the user of this account and you have been making those statements.

(JB) Yes, I used that account, and yes, I've made similar statements.

(CC) OK. And then had I think you were talking with Agent Mustico about firearms and you know where the firearms are, and...

(JB) No.

(NM) You, you were saying that, you know, they're stored in the storage facility in Round Rock? There is a storage facility that your uncle uses which you don't know if the weapons are there?

(JB) No, I said I'm sure they're not in the one in Round Rock and I said I know we have one in Round Rock and one in Keller or near Grapevine. Which again you know no clue really. Especially as to where the, the later is. Umm...

(CC) So. And you use an Uber to get around everywhere? So you know where it is in Round Rock.

(JB) What is?

(CC) The storage facility.

(JB) Uhh...

(CC) With the firearms.

(JB) No, not with the firearms.

(CC) Based on these, these statements. You making the threats towards Christians, knowing where firearms are kept, having the means to get to those firearms. Do you see why we're here and why it raises concerns? Based, I know you have your own religious views, but.

(JB) Well, yeah, no, definitely based on, you know, the concept of you know. Keeping safety in order, you know, among the, the, the US citizenry, ya know, of course. You know, but.... I would say you know some, some of what you just said is operating a little bit under, you know, an

assertion that you know these things are absolute. You know that I do know where these weapons are, that I do know which facility they're kept at, which is.

(NM) We also talked to your uncle, who told us about the firearms to begin with, so that's what was happening during the time that we were talking with you, so.

(JB) Well, yeah, no, I saw you guys talking to him and I figured that question would probably come up.

(NM) What? What was your goal when you made these statements? Are you trying to incite fear or do you not care about fear? What is the idea behind making the threat to the Christian concert?

(JB) Oh. I guess you know, umm, at the at the time it was mostly a heightened emotional response, umm, but it certainly doesn't take away from the fact that you know that that is...Ya know the concept of what would have occurred, you know, the, the deaths of, of Christians, you know, that's not something that's going, you know, be shunned or, or shied away from, but you know the details definitely you know, became exaggerated which...umm... But you know the, the end, end goal, it's still the same, you know, it hasn't shifted a bit. Umm...I don't think it will. Umm...

(NM) What is the end goal?

(JB) Well, ya know either, you know to obey and you know, submit and live under the banner and laws of God or to uhh, to literally die trying. You know be because it's either you know you accept the Taghut, you know, something other than Allah as your ruler and as your commander, and you know as your lawgiver. And you know, you, you live in a life stuff to be brutalized and imprisoned and killed under these systems of Taghut, such as the US and the UK and Russia and so on and so forth. All these countries where you know there's this abundance of so-called freedoms, but you know, they really only go so far, as you know, the throat or the hand. You know. So you know. So that's the end goal. You know, get the hell out of the US and you know, if I can't, you know, then. You know, martyrdom or bust.

(CC) Revisiting the funding.

(JB) Mhmm.

(CC) Does this look familiar?

(JB) No. He was asking about that account earlier. Umm...but I don't remember it. Or ever having anything to do with it.

(CC) OK. Are you aware that, your log-ons and usages of these accounts are also tracked by Mac addresses?

(JB) Umm...no, I don't know what a Mac address is.

(CC) Well, specifically your Mac addresses are the exact same as the crazz3pain MAC addresses used on the same days, if not a day apart.

(JB) On the crazz3pain?

(CC) Mhmm.

(JB) Yeah.

(CC) And then they are all tied back to your location here. So you talk about through BTC wallets donating to the mujahaidiri (ph)?

(JB) I don't know about that. But I mean I can show you, you know. You know, I have no ties to this account or anything like that.

(JB) Hahaha. Uh what was the term he used again?

(CC) Muja hidir....i. I'm old too.

(NM) (Laughs) You could probably just show him (UI).

(JB) Oh. Mujahideen.

(NM) Oh.  Sorry.

(CC) Alright, what is it?

(NM) Go ahead.

(JB) Uhh. Like a Warrior or or a fighter. Umm. You know, in the, in the states of, you know, an Islamic army.

(CC) OK, so you were. Plan. Thinking or were discussing donating to them through BTC wallets.

(JB) Uhh. I mean, if it were possible, sure, but umm, you know, obviously isn't. Umm.

(CC) I mean, it's not obvious to me. I don't know who you can and can't donate to, or what methods you can use, but someone in my position who is not obvious to, they may see why that might a problem? Or they want to know what your meaning is behind it, or purpose. So I guess why would you make those statements?

(JB) Well. Well, I mean, much like uhh you know. Uhh. You know the the threat. You know, it's it's only a partial exaggeration of what really, well what would occur. You know. Umm. You know. Umm. Man, I guess that that's really it. Umm In terms of. You know. Uh why? Or you know purpose for why you know. Umm. There's not really one and you know there doesn't really

need to be one 'cause, you know, at the end. Um you know, it's it's really just uhh for the sake of you know, causing more divide between this group and that group, causing more fear between this group and that group, causing more chaos between this group and that group and their societies, and you know. Simply having a state of, you know, uh being terrorized of each other, you know? That's uh that's why I guess if you need a justification, you know to enhance the entropy of, you know, the world around us.

(NM) So you're saying you would send money to one of these terrorist groups because they are helping to lead towards the bigger divide and would help bring along the end of the world. 'Cause they.

(JB) I mean.

(NM) Is that what you're saying? That's how I understood what you're saying. I wanna make sure I'm understanding correctly, or we classify what we classify as a terrorist group.

(JB) Yeah. Yeah, essentially.

(NM) You may not classify them that, but what the conventional U.S. classifies as a terrorist group. You're saying you were donate money to them.

(JB) Uhh.

(NM) Because, because they help to ensure the chaos that is going to bring about the end of the world where Muslims will rise.

(JB) Uhh.

(NM) And non-believers will be engulfed in flames.

(JB) In essence, yeah. Umm. And I mean, you know it's it's a you know very abnormal or you know, I guess, apocalyptic view, one could say. But you know that. That's umm, again, you know it's a it's an irrelevancy. You know if.

(NM) So you. You deem these terrorist groups and the conflict as a means to an end, basically is what it sounds like.

(JB) Yeah, I mean, it's exactly why, you know, when the US and the broader West, you know, bombed, Syria and Iraq, I'm not. I'm against it, no doubt. But I'm not going to, you know, say, you know, go go out to my senator and say, hey, you got to stop sending these bombs, buddy. You know, you know. Um, because again, that would be stopping, you know. Umm. The eventual end, you know which. You know, obviously when we look at it, you know, kind of the the being or the state of being of the world, you know today. Uhh you know, there's not much of value really to offer. And it would be much, you know better if you know we we could kind of just uhh you know, get it over with at this point. Umm. And, But you know that really umm donating or supporting or, you know, pledging allegiance or anything so you know. It's umm. It's

it's really an irrelevancy because, you know, they're, they're only a temporary benefit. You know, just like the Caliphates, the Caliphates weren't here to last forever. They were temporary good. And just like you know, when the Massiah when, when Issa descends, you know his reign, you know, no matter how chaste and just it's gonna be, it's only gonna be temporary and that's because Islam is meant to be a temporary thing you know, upon this earth, you know it isn't meant to dominate here isn't meant to you know send out a bunch of missionaries to convert random people or, you know, ensure the message is supreme, you know. Umm. And in fact it it it, umm you know, is built upon the exact opposite if you truly believe. Even your own blood will, will come to despise you for being upon the truth and for have paying no attention, paying no heed to anything else that you know.

(NM) Do you feel like that's happened to you as well?

(JB) Umm. No, I don't. Uhhh. I think it's a possibility umm that it could happen. But you know, I don't think I've been ostracized by my family at all as a result of my religious uhh beliefs. Uhh.

(CC) Do they even know?

(JB) Umm. Yes, my mother and father are aware. Umm. My aunts and uncle are unaware. Uh The only people not aware, I would say I guess are are probably. Um, my grandparents on each side, and that's just because, you know, nobody really wants to deal with the elders.

(NM) Do you harbor a resentment for them for not believing the same way you do?

(JB) No. And uh (OL)

(NM) Would you ever.

(JB) In fact it's something that brings me much more grief than anything you know because uh you know that's my blood. And you know it's a it's it's, uhh you know to a point, you know. Where uh you know they're they're non-Muslims, so you know, so it's clear. You know what their fate will be uh if they die upon that, you know? And it's a it's it's hard 'cause, you know uh I can't. Or I don't even have the ability, I guess to to pray or to, you know, ask for intercession you know on their path because of their status as disbelievers. You know. Umm. So I can only ask that, you know, Allah guides them and, you know, uhh preserves them upon the truth and uhh you know uhh. But you know uhh any type of loss you know like if I were to lose, you know my mother or father and you know they died on the current condition of uh you know, disbelief that they're upon now, you know, obviously it would be very uh tragic. Uh you know (UI)  but uh it would not be something that uh I would let really, uh you know, I guess affect me. You know. Permanently because you know it's a, it's uh really something you know out of any of our control. You know, mortality is, uh, you know, inescapable thing. And you know. Uh. We can only only uh ask about, you know Allahu Alum.  Who knows best, you know uh, guides and let's go straight whom he will so you know, uh like I've had the Muslim brothers and uh Muslim sisters who I've, uhh you know, the hand in reverting, that you know that the. You know, a week later or so are, you know, a month later, you know, they they return to to disbelief to being a follower of uh, you know, these other uh falsehoods, (UI). You know uh even there didn't there

nafts you know their desires and their sins and uh you know, obviously that's, you know, it's something uh very emotionally, uh pungent, but uh you know it's not something that uh should be allowed to be a hindrance, uh you know so uh you know. People will continue to flip back and forth between disbelief and belief, just as you know night turns today and day turns tonight. And you know, I can only ask uh you know uh that Allah guides. Uhh. You know my family upon the truth and uh you know if if they die, you know upon something else, you know, it's it's clear what will happen to them. And you know, it's definitely not beautiful or merciful. But uh, you know, it's not something that, you know, I can change. Or uh that I have control over. So it's certainly something that uh you know. Sleep or, you know, tears shouldn't be uh lost over? You know. And uh.

(CC) Why are you? Why are you crying now? Tell me what's going on?

(JB) Umm. You know, just the uh the idea that uh you know, uh, those close to me, uh, you know my family (UI). And uh you know, be entered into the hellfire with zero zero intersession, zero mercy, you know. Uh. You know, it's very scary, very fearful, you know uh. Much, much less than you know, uh or much more than you know even the, the concept of, uh you know, death or dying, you know that that's much less uh worrisome. And, you know much more uh provocative uh for me. And you know uh what is essentially uh promised, you know, for uh the disbeliever. You know, if those closest to me, you know uh cannot be saved, you know, because clearly you know, you have to have the your belief and you also have to have your your works. Which you know your works are nothing without your belief, and your belief is nothing without your works. So you know when their absence of umm you know, both of those things uhh you know, it's, it's very fearsome and it's very troublesome because no Muslim wants to war uh his family, even if they're upon uh disbelief, even if they're strong in their disbelief. Umm. You know you never want them to, to die upon that and to uh have the punishment, you know which uh which verily you know it's it's awaiting them and there's nothing that could change that. Umm. That will literally, you know. Like a living beast, you know the Hellfire is going to leap up, you know, and consume them, you know, alive. Umm. And you know, that's something uh I wouldn't wish on, you know, anyone uh you know, I would wish. Death. You know, upon many many people. But you know, I would never wish the the a punishment of Allah, you know, upon a single soul, even the the a worst soul you know on the face of the earth, uh, I wouldn't wish uh and not you know, the punishment uh the Hellfire. You know upon them, especially not uh, you know, upon my prodigy, you know, or those you know closest to me by, uh by lineage and by blood and all of that. Umm. And that you know that goes for all of my family, uh you know here as well. Uh You know uh more than anything, you know, I want them to uh study and you know to embrace Islam, but you know. Umm. You know, we're we're just humans, you know, and we have no control of that even through, you know, our Dawa, we can be the most perfect in Dawa in means in Dawa, and you know uh it means nothing. You know it's insignificant. You know, even though you know it's uh ironically obligatory, you know, it's uh very insignificant because there's only so much that uh, you know, we as human beings can, you know, can do and uh especially in the face of the will of Allah wa Ta'ala.

(CC) Do you think that I mean, we've already established that you don't believe that you've been radicalized. What is your definition of radicalization?

(JB) Uhh. A gradual process of, uh you know, being introduced to, uh you know, very extreme rhetoric or, you know, ideology. Umm. Which you know. Umm. You know, you know, many people would say, I guess, you know, I'm a radical or, you know, I'm very extreme in my faith and very extreme in what I think should become a bit hanging and so on and so forth. But you know that's umm. You know, I guess the you know, it's uh always gonna be that the apple is in the eye of the beholder. You know, uh so one person 's, you know, extremist is another person's, you know, average Joe. Umm. And you know, to me, you know, umm, I'm just an average Joe. Anything I've said here, anything I've said online is completely based on the Quran and Sunnah and the interpretations of generations of scholars and judges and, and rulings. Umm. And you know, opinion or logic or philosophy isn't gonna ever take uh supremacy over that. You know, people can argue about the optics or the morality of, you know, killing people for believing in another God. But the thing is is if my God says do, then you know I do. If if if Allah says jump from the Cliff, guess who's jumping from the Cliff, this guy, you know, and that's what it is. It's about that broader. You know. Concept of obedience and submission, which eventually you know means. You know you no longer question you no longer see the value or the necessity in questioning, and if something said, you know, you take it verbatim and you act upon it, or you live by it and you know. Well, there's definitely different elements umm based on. You know like. Umm. Context or the contextual umm differences umm or interpretation of, you know, certain verses or things like that, you know, the,  the overall consensus is that you know you. You read it and then you obey it and you know uh so if it's said, you know. Umm. You know by Allah you know, fight in his path until the world is ya know, for him alone. Umm. You know, that's not real akratic that's just you know, a Tuesday.

(NM) Have you viewed any of this uh material online or what where are you seeing the material that's preaching the same thing your preaching?

(JB)It's mostly lectures from uh actual verified sheikh such as um Mohamed Hoblos or uh umm or uh. But you know that's more of a in a contemporary basis. But most of it is really just based on. Uhh. The text and you know all of the books and you know rulings that come from the three greatest generations seen after uh the Prophet, dating back to, you know, as far as the seventh century. So you know, contemporary scholars kind of become you know void in the face of you know what the Salaf said. So you know, even though you know there might be one guy nowadays that you know may you know. His, his arguments or you know his ideas may align more so with mine or whatever you know. So what? You know, he's not going to be better than the Prophet or his closest companions and so you know.

(NM) Are you familiar with Sheikh Faisal? Or are you a follower of his?

(JB) Umm. Umm. I've Heard of him and I've heard some of uh his lectures. You you mean from Saudi, correct? Umm. Umm. I guess in in some regards you know I take from him, but you know overall. Umm. I try and wain away from, you know, taking a lot of uh contemporary scholars, you know, even as far back as, like a hundred years, you know? Umm. There's generations upon generations that are. Better and in understanding then the uh people who we have of knowledge today. Umm. The the you know, that's pretty much it.

(CC) I think I've addressed everything.

(NM) At some point you had mentioned that you had built munitions, and you were ready to explode them. Does this sound like something you had said before?

(JB) Well, umm. Well, when what do you mean by.

(NM) If you were confronted by law enforcement or police, you were ready to explode the munitions you had built.

(JB) Umm. I remember. I remember for sure, Xander said something or Noor said something along those lines. Umm. I can't, I can't think of me umm saying, you know, but you know. Umm. You know, even if it were uh the case, you know, obviously. Nothing happened.

(NM) Yeah, that's true.

(CC) What about? Yes, I have guns in case the authorities want to arrest me.

(JB) Uhh. Also. Umm. Sounds like umm something that was said but uh yeah. Umm. Can't say for sure.

(NM) Would this be something that you would say frequently? Or something you have said before?

(JB) Uhh. No, no I wouldn't say frequently, you know, 'cause, it's not really uh a frequent nature for something like that. Umm.

(NM) Is that how you felt about the country, if you allowed fighting if the authorities to arrest you for something.

(JB) Oh, uhhh, not entirely. I mean, I guess uh, you know, again, you know, depending on the the circumstance, you know?

(NM) What circumstance would it be acceptable?

(JB) Umm. Less about acceptable 'cause? You know, it's less of a acceptable or not and you know more of a feeling of being a necessity. Umm. Which would umm you know at least in my view would be you know had something already taken place which you know umm of course hasn't so.

(NM) What do you mean something had taken place?

(JB)Uhh. Like uh.

(JB) Like, uhh, an attacker or something, and that doesn't even really imply like by me, but even just someone. If someone I know, you know, did something like that and it would imply that, you

know, it had a chance of, you know, coming back on me, then I think. Then I think uhh. Probably you know. What (ph) myself sky high. Umm.

(NM) So somebody else had come in packed (ph). So if you thought the FBI was coming to talk to you, you or any other police department, basically, you'd be willing to sacrifice yourself to try to kill them?

(JB) Not to, to kill them, but to, you know, prevent my own, you know, imprisonment, you know.

(NM) OK.

(CC) I'm sorry you feel that way. Sounds pretty, you know, terminal list (ph) that you have these feelings and these thoughts.

(JB) Well, you know. Life is a pretty turbed thing, you know. You know. It's, you know, just life and you know, there's no need to, you know, try and, you know, delude myself by any means by saying you know, oh, if I just, you know, do this or do that or, you know, such and such, you know. You know, life 's gonna get any better. You know, so it really is, uh, you know, just, uh a matter of uh, I guess waiting, you know. Uh, until. You know, I guess. The feeling or desire you know to rush towards one's fate is, you know, large enough, you know larger than life I guess you could say. Uh, and I mean, that's really it. Yeah. You know, there's no real...need or desire I guess for you know, really self-preservation because you know. You know, as I said you know. And again, this is just you know, what I consider myself, you know, it's. Has no. Real validity to, you know whether, whether or not you know I am or not, you know? But you know.

(CC) So what are your plans then? You go to work every day. Go to school. If it's all meaningless, what's the point of doing it all?

(JB) Definitely to uhh, to seek meaning, you know. And if that can't be, really sought or found, you know, then yeah. Then at that point, I think it becomes, uhh, devoid of really, you know any, you know, purpose beyond that point. You know because like I explained to you know him. You know, really the only meaning I'm seeking, you know, is a life and you know, understanding, uhh, of, of life and living and all of that lovely stuff, you know that humanity has, you know, umm, debated over and thought about, you know for, for millennia. You know, I just want to... Meaning to be given which you know from, from at least my perspective, uhh, can only be through the, you know, through the religion and you know, very simple living, you know, like. And I don't want to go to, you know, Saudi Arabia or something. And you know. Or Dubai and you know, live it up and, you know, live technically in an Islamic place. Where you know, there's this abundance of, you know, worldly things. You know, I'd rather live a very monastic and you know simple life without, you know, a hatted meaning or unnecessary purpose, you know, given to myself, you know. Because you know the religion sets the standard of, you know what your purpose is and why you exist very clearly you know you were created in a state of and in the image of perfection, you know. For the, you know, the singular goal of, of worship, which you know I clearly don't adhere to really fully. Umm, but ya know I hope at some point you know my. That will be the case to where only the religion and only worship and things such that are, of value and that you know my family and my products (ui), me and so on and so forth. Hold that

111

same, you know, consensus. But you know it's it's yet to be and it's certainly not for, for me to determine, you know so. Yeah, you know. If you if you give your life purpose, which certainly we do when we have a huge desire, you know, for to give ourselves purpose, to give ourselves some sort of larger meaning. But you do it in the in the sense of. You know that you're just doing it to fulfill yourself, you know, and. Yeah. To give a pretty basic, you know, emotional understanding of why things are. You know it is, it's pretty useless and I would say you know, if you base your value of life on that, you can know or on the value of what you, you know, behold, you know, you're never going to really have a life of completion. You may have a life of success and meaning, but you're never going to be complete. You're always going to be, you know, just, uhh, holding on to that, you know, little shred of whatever it is you're convincing yourself is giving you purpose, whether that be, you know, a job or your money, or your dog or you know, you or whatever, you know, whatever in this world you use as basically a crutch, you know? You can have success invariably, you know, the law says. You know the disbeliever will be more successful, more wealthy, more powerful than the believer in this life and then, you know, they'll, they'll die and none of their power, you know. None of this. You know, power that you know Pharaoh had and none of the wealth that Caesar had and none of the, the things that we've invented of philosophy, or of hobbies or of games. You know, complete a person in their soul because you know only worship and only submitting to your natural status and realizing you know that really, you know, you don't have free will in the same sense that you know atheists or Christians would love to stay where you know they believe. Oh yeah, you know you have free will as the, you know, this lovely blessing. Yeah. When in reality, you know free will was given to us, as you know, essentially, you know, you know, a curse, you know, it's it's nothing more than something we are given as another way of you know, testing us, you know. Day by day.

(CC) Mhm.

(JB) You know, which is why, you know, sometimes I'll joke around and say, you know, I'd rather be, you know, a cat. 'Cause you know a, a cat doesn't really have free will. A cat you know they, they live and they die and they die as a Muslim. You know, 'cause, they never really questioned it. You know, they didn't have the same facilities to question, you know, God or what is God or you know. Whom is your creator like like we do. And you know, so really. You know, what, what one person, you know, views as a value you know could be completely valueless to me and you know, obviously vice versa, you know, like you don't see why, you  know someone would seek to in such a violent manner you know.

(CC) Yeah.

(JB) Just boom, you know, sacrifice themselves, but you know, to, to another person you know that can be seen as nothing short of really just, you know an easy path to, to paradise, you know. Umm...

(CC) Will you give Agent Mustico and I one second? Are you good to stay here for a second.

(NM) Yeah.

(JEB) If you could have him sign this. Water, can I get you water, food, anything, anything at all?

All right, so basically this is a, it's a receipt, right? We're old school, right? It falls right along in with me being old. So you probably haven't seen a whole lot of these in life, but this is called a triplicate form. There's three copies of it. You sign the top and then it mirrors it through carbon copy all the way down. This is what we're taking today. OK, this is what we're taking with us today as part of our search warrant. So it's going to be, looks like a phone, some type of bracelet, flag, a Chromebook, another iPhone and a couple letters is what it looks like. But here feel free to read it.

(JB) Okay.

(JEB) And then, uh, when you're done, then all they need from you down here is you will, uh, sign here and then print your name here.

(JB) Okay.

(JEB) So sign on the top and print on the bottom.

(JB) Okay.

(JEB) You have a very deep knowledge of, of the Muslim faith. When did that start? This is just me and you talking, I'm just, I'm just, I'm just sitting in there listening and it's impressive. I mean when did that start for you?

(JB) Uhh, about, you know, uhh, three to four years ago now.

(JEB) Three to four years ago. And kind of. What? What? What? What? Put you on that path?

(JB) Uhh, (laughs) originally, you know it was. Just kind of a a searching for, you know, a deeper understanding of, of religion.

(JEB) Okay.

(JB) But also for a time, you know, a very real, you know, hatred and distaste for, you know, Islam and its faith, umm, and its practitioners, because of, you know, some very broad misunderstandings, things that, you know, I now understand.

(JEB) Mhm.

(JB) And you know, see, you know as. Well, you know, there's, you know nothing wrong with it or you know, it was something that was wrongfully interpreted or you know construed, you know whether that be by, you know, other religious apologetic people or, you know, the media or whatever, you know.

And but I was, you know, definitely the, the simplicity and but also the absoluteness, you know of it. And of the message it teaches, you know. Is definitely something that, you know has led to

a huge, umm, care for, you know, and deeper understanding of the religion and you know the seeking of its knowledge, you know.

Umm, and, you know, it's something that I've been upon, you know for a while, but you know. Definitely, you know I've become, more staunch and more black and white, you know in my....

(NM) Is there anything that happened in August, that made you start becoming more staunch?

(JB) No, I mean really just beginning to, you know, prioritize the understanding of, you know, different religious texts outside of just, you know, the basis of the Quran and you know the basis of Hadith you know. Umm...you know, it just led to the adoption of a much more, you know, black and white view, which you know it, umm. You know. It's basically, you know, either you know it's, it's. We've engineered, you know the world us today, through our you know our philosophies and our politics and all of that, but also through our, you know, general abandoning or shying away from the religion and especially in the more fundamental (laughs) interpretations. You know has, has led to this decay of order and of peace and of, you know, basic normalcy, umm, or a normalcy in our societies. And you know it's, it's reached a point, you know, both by choice and by, you know, powers obviously outside of our will or control. But you know it, it, it's either you know. You, you kill them or they, you know, the Taghut, you know, anything other than Allah and you know, any society that worships and places that. And you know, whatever it may be, you know anywhere from communism to you know, anarchism, you know umm. Yeah, it's an affront to, to God and his, his rulership and his Lordship and his law and, and, and a hundred percent, you know Muslims, especially ones living in the US or in the EU or in the UK, ya know love to say, oh, no, it's, it's not true that you know. America, you know, in a, in a, umbrella sense, you know, is, is at war with Muslims and Islam. Umm...but you know it is because you know. You can even look as far as you know, umm...the Palestinian protest, which I have no support or sympathy for because, you know, they're, they're fighting, you know. They're marching and you know this free mixed amalgamation of homosexuals and women and men and all these other horrendous, you know, things and, you know, communists and all these other people, you know, for the, you know, creation of a state, you know, with a constitution and a parliament and yada, yada, yada. Rather than you know, what the Sunnis in Gaza and in what make the you know would make up Palestine, one which is that you know they, they want Sharia, you know they, they want, you know, the law of Allah and they don't, you know, want Hamas which you know, kills Muslims, who, you know object to it. They, they, you know, they want these groups. And they don't want, you know, a, they don't want a state where you know they have to kick out, you know, all the Jews or, you know, they have to coexist with the Jews. Ya know which is possible. Definitely under Sharia. You know, if you look at historically like you when, when the Muslims ruled, you know Iberia, umm...the, the Jews and Christians there were being perfectly fine as long as they realized that they were, you know, essentially second class, you know, to, to Muslims and ya know they were allowed to do whatever they wanted, you know, practice their religion, have their own economy, so on and so forth. And it wasn't until you know the people's crusade. Where you know all of the Muslims and Jews were literally just butchered, you know, in, in mass. So there, there can definitely be coexistence between Jews and Muslims and even in the most radical, you know, from, from a, you know non-Muslim or even a progressive Muslim perspective, you know, umm, there can be coexistence and it's, you know encouraged but you know it only, comes at the cost of realizing you know, you have, you have to

either you know, live completely by the religion or you can't, you know. Umm...and I mean that's really what it is, you know, just realizing that it's it's black or white. Either you know you're here or there and you know you can't just flip flop or say there's a middle ground, you know?

(JEB) I'm glad you said that.

(NM) Can we get your date of birth first? I never confirmed your date of birth earlier.

(JB) It's tenth. Thirty one. Oh, six.

(NM) That's what I thought it was. I just need to make sure. That it was the right one. That was.

(JEB) Just. You said something that I just, you know, like I said, I kind of sitting there kind of listening and you know, honestly, like I said, you know. You clearly have a vast knowledge right? A vast knowledge, a vast understanding o,f of this religion, and I don't think anybody arguing that here it's, it's, one that you know on, in different circumstances, honestly, I'd love to engage with you in conversation because I can go talk to people that think they understand it right, that you know, they read it, they read a couple online posts and they think they're now an expert, right? You're you know, I get the feeling you're someone that.... You're not doing it because of a fad.

(JB) Yeah, yeah, it's not you know.

(JEB) But you know what I'm talking about, right? There's a lot of people that.

(JB) Yeah, riding the trend or bandwagoning.

(JEB) But you're not. You embrace it like that. We talked earlier. You know. You know, it takes a lot for somebody in the middle of an interview with the FBI to say, hey, do you mind if I go pray? That's, that's somebody that's devout in what they believe, right? So again, but having said that. Like I said, I've been sitting there listening and I am an old guy. But I'm not technologically stupid, right? So my, my degree is in computer science. I spent a vast majority of my career working technological stuff in the Bureau and so the one thing I need clarification on, I would need to understand and I'm hoping that you can provide the clarity for us is I know that, Agent Mustico covered this already with regards to, some of these chats that are made, and I think if I understood you correctly what you said was, the crazz3pain, I believe it was that account specifically. You're stating that that account is shared by at least one other person, correct?

(JB) Yeah. Yeah.

(JEB) Okay. So the, the problem that I have that I'm that I'm that I'm trying to get past and I'm hoping you can explain it to me is, obviously, when we do an investigation like this, there's records, right?

(JB) Yeah.

(JEB) And lots of records. Lots of numbers and stuff out there, and we will submit for those records, right? We'll say, hey, you know, we have a case, there's a concern with, you know, an account in your service you know for this, let's say it's either Roblox or Discord, right? And in that....

(JEB) We're looking for some records. Anything you can provide. And so one of the things they provide back is IP logs. So, it shows everybody, every time that account was logged in from. It shows. The IP address that it was logged from.

(JB) Yes

(JEB) And the, the account has only been logged in from this IP address so, I need you to explain it and I say all this to say this. The statements that were made, I think that the hesitation on your part is you don't want to get jammed up, correct?

(JB laughing)

(JEB) Let's just be honest. We're going to talk like men. You're eighteen right? So we're going to talk like men at the table. You don't want to get jammed up, right?

(JB) Yeah, yeah, yeah.

(JEB) OK, don't want to get jammed up and I got it. But the facts are on the table, right? The facts are on the table that there's an account. Crazy pain. Is that how I say it? Crazy pain.

(JB) Yeah.

(JEB) Okay, so crazy. Well, again, I know it's got some letters and numbers in there, so. Again, I'm fifty, you're eighteen. Different, different generations there, but umm so crazy pain....was created with your, a lot of your account information. E-mail addresses, phone numbers, that type of stuff.  Correct?

(JB) Yes.

(JEB) OK so. By the law, guess who owns that account? You do.

(JB) OK.

(JEB) So whether you shared it or not you own the account, right? But. But then the other side of that is. When these posts were made, they came from this IP address. So how can somebody about... So, I know he's asked these questions and, and Carletta asked these questions as well as they said, did you like they showed you pictures and people were saying things and there was threatening statements made. Correct? And you said, well, I don't remember making that, or it may have been this other guy, but the bottom line is, unless that other guy was sitting in this house or outside here and was attached to this Wi-Fi from T-Mobile... Guess what? Someone from this house made those statements. So, I don't want you to get jammed up. I heard in there

that you signed a statement, for a thousand one, right? Do you understand what that means? You read it, but do you understand?

(JB) No (laughingly).

(JEB) OK. So, so let's talk about it, right. Let's talk about. So again, we've established I'm old, okay. Have you ever heard of anyone named Martha Stewart?

(JB) Yes.

(JEB) OK. Did you ever hear that Martha Stewart was arrested for lying to the federal, of to the federal government during an investigation?

(JB) I actually did not.

(JEB) Ok. So she was investigated for some crime. She was interviewed and during the interview she lied. She didn't go to jail because of the crime she did. She went to jail because she lied, right? It's a fancy way of saying, like, obstruction of justice, right? It's kind of, it's a fancy way. So our thousand one violation basically says, I'm not going to lie, and if you get caught in a lie, you can go to jail just for lying. Doesn't matter what the crime is, you go to jail for lying. So they have re, you know, been re-harping on being honest, being honest and again I get you're eighteen and this is kind of a new thing, right? I mean, generally, most people don't give visits from the FBI. So, I'm trying to help you right? Again, like I told you early, earlier, I respect who you are trying to be, okay, and I'm going to give you that, right? I'm going to give you that. You, you are trying to be the person that you want to be, that you feel that you need to be, and that's why we live in this country. You're allowed to do that, right? Those are the rights the rights afforded to you. But, certain rights aren't afforded to you when you start making threatening statements online. Those are not rights that are afford..you.

(JB) Yeah.

(JEB) Hey you can do it, but now there's consequences on the backside of that. So...

(JB) Yes, it's not an absolute.

(JEB) Correct, correct. So, with that, these threatening statements that were made, they were made by you, correct? I need you to say it.

(JB) Oh, yes.

(JEB) Ok, so these threatening statements, all the ones that were covered today, they were made by you. There's not another guy that shares the account or there is a guy that shares the account but he didn't make the statements.

(JB) Uh... we do share the account, but you know I can't, I can't say, uh, yes. (Laugh)

(JEB) I, I can say it because I have IP addresses, so I heard you say in there you'd have to show me proof. I have all the proofs you need. I can pull the IP logs and I can show you that you make, either you, Sebastian, the twins or your aunt and uncle, one of you made it. So, do we want to throw them under the bus or do we want to be a man and take onus for it?

(JB) Uh, (Laugh) definitely be a man. (Laugh)

(JEB) And are, so you made those statements, you made those threats?

(JB) Yeah.

(JEB) Ok, so, where do we want to go from here? Like, what do you think should be done? I can't have somebody In Round Rock, Texas going to a Christian concert and killing people. And that's what you threatened to do, correct? You gotta say it, yes or no.

(JB) Yeah, yeah.

(JEB) OK, so you threatened to, and how, how are you going to do it? I think I remember seeing some chats you said there was some, you have you had acquired two guns and you, you had two guns and you were acquiring some more guns. Does that sound familiar?

(JB) Umm, (laugh) I remember, I remember I said two. I don't know about more.

(JEB) OK, so you had two guns and....

(NM) This is where we talked about where I said sniper rifle, but you would change it to hunting rifle.

(JEB) Yeah. So there's multiple guns, right? You have guns.

(JB) No. (laugh)

(JEB) Ok, so why did you that? Are you flexing online, like what?

(JB) Oh no. (laugh) Certainly. If if it were in my desire, you know. I have the, you know, the, the finance and you know, obviously working for my job and everything (laugh) and you know. Umm, I guess you know, not really. But you know the means of getting a firearm, you know, wouldn't necessarily be too difficult. I mean, I'm sure you can agree with that. Uhh, you know...

(JEB) So I guess the question I have here is...

(JB) Mhmm.

(JEB) And again, we're looking at safety...

(JB) Uh huh.

118

(JEB) Right, so. Uh, so I'm gonna divert here for a question to just understand that we're all talking from the same platform. Sebastian, your cousin, right?

(JB) Yeah.

(JEB) Do you care about him? You do?

(JB) Yeah.

(JEB) Ok, so let's say... Aunt, uncle care about them? Not really, maybe? And again...

(JB) I do.

(JEB) Ok, well, I mean some people, they don't like their aunts and uncles. Your cousins? Do you care about them, deeply? Not deeply?

(JB) (Laughs) Uh I'd say, well, you know, we can meet somewhere in the middle.

(JEB) Ok, but Sebastian, we deeply care about? OK. So we deeply care about Sebastian. Sebastian goes to a Christian concert because that's the route he's going, right? OK. So he's at a Christian concert, right?

Maybe aunt and uncle take him to a Christian concert. Somebody comes in with a gun and they kill him. What did he do wrong?

(JB) Hmm, nothing, umm...

(JEB) But now, he's dead because somebody who had a belief...went there and they killed him. And that's what you're threatening to do.

(JB) Mhmm.

(JEB) You're threatening to take somebody else's nine, nine year old away for doing nothing wrong. There's one thing to say, okay, Jake Baillie, the fifty year old guy that's served in the military and, and is part of the FBI. He's done bad things and deserved to die. Ok, that's, that's a fair statement . That's a fair assessment that maybe somebody could make, but could you make that about a nine year old?

(JB) I don't think so.

(JEB) I don't think so either, but that's what you're threatening. So that's the viewpoint I have to approach this from, with this job, is you're making threats online, saying I'm going to go to a Christian concert, and I'm going to either shoot people or, what was it? Umm... Something with ah munitions?

(NM) Uh, like, expend my ignitions, or?

(JEB) Yes, so. So, you're going to go there with the intent of not just hurting people, but killing people.

Because they're at a Christian concert and that doesn't align with your, with your beliefs. Is that correct, is that, am I summing that up correctly? OK. Yes or no?

(JB) Uh, yeah, in a, in a basic sense.

(JEB) Basic sense, okay. Umm well, obviously that doesn't align with the law in America. You can't do that. But what you're saying here is if you came across a, a, a, a handful of guns tomorrow and ammunition, you're telling me, I wanna make sure I'm understanding this correctly sitting here with you. You're telling me that if I came across, someone handed me some guns and ammunition, and there's an opportunity, of a concert here in the Austin, Texas area you'd be okay going and shooting up, even sitting here today, you'd be ok with that?

(JB) I'm sorry, can you repeat that? Sorry (Laughs)

(JEB) Yeah, absolutely. Absolutely, absolutely. So, if we leave out here today.

(JB) Mhmm.

(JEB) And, you go for a walk, and you come across a bag, and in that bag are two rifles and a pistol and a bunch of ammunition. So now you have weapons, you have ammunition. After talking with us today, my understanding is you would still be ok with identifying a target of opportunity, and going there and killing people. I just need to understand where your head's at.

(JB) Yeah.

(JEB) You'd be ok with that?

(JB) (Laughs) I mean not, and maybe not today, but you know.

(JEB) But in the future?

(JB) In, in the foreseeable future, that's (UI).

(JEB) So what does that mean? Give me foreseeable three months, six months, six weeks, two weeks?

(JB) (laugh) Umm, you know, I guess just as, as you know, far as I can think you know, which would be, you know, if I had to assume you know, what, what might occur to me, or you know what might lead me to either differ or double down on that, ya know I'd say give or take a year, you know ah.

(JB) So. So your goal, just so I'm clear is, sometime within the next year, your goal or something you would like to accomplish is you would like to carry out some type of attack here in the United States?

(JB) Oh, no, no, no, no. I'm sorry, sorry let me reword that. So, what I meant was simply that, you know, by, by the foreseeable future which was that, you know, just that, you know, obviously I can't say for certainty whether or not you know, my beliefs will still be the same, ya know in terms of this. Umm, you know, I guess you know the permissibility of, you know, attacking, you know, disbelievers or whatever. Umm, you know, I can't really say, you know, whether that might shift or not. You know, umm, which is exactly why I say you know, it's it's kind of a, you know, and you know, because it definitely, umm... would always be in terms of over reaction, rather than a, you know causing of one, you know. 'Cause, you know there's no need and it's, you know, forbidden to, you know, to spill blood unjustly even in a time of war, you know, or without some sort of justification.

(JEB) Ok, so why make the statements then? Because those people that are at a Christian concert, is that considered just?

(JB) As in the...

(JEB) You made...

(JB) Targeting?

(JEB) Oh yeah, you said, I, I, I want to go. I'm paraphrasing here I don't have it in front of me, but my understanding and, and Nich correct me if I'm wrong.  Umm..I, I'm looking to martyr. Is that right? You said martyr myself. Umm, at a Christian concert and kill. Uhh, kill Christians, expend my, my munitions or whatever it was, something to that effect. So my question there is. Is that just? Like what did, what are they doing wrong? I understand that they're practicing their beliefs, but does that align, and again, I don't know. I'm not sitting here saying I understand your beliefs. I'm trying to understand of are you a danger to society? Because if you have these beliefs that, hey, I'm driving down the road and I see some people that are practicing their religion and it's not a religion you agree with, are you gonna go kill them? Because I can't, I can't let you out on the street. And you're not giving me, like, a warm fuzzy that in a year from now or two years from now, someone does something that doesn't align with you and you know, again, you're, you're in the United States we have laws here, but you're kind of like, well, yes, you have laws, but I have my own personal barometer, my own personal compass, and if I see someone and they're doing something that I don't like, then I'm going to take it into my own hands and then I'm not doing my job because my job is to protect the citizens of the United States against threats and so I'm trying to assess. Are you a threat? So how do I... help me understand how you are not a threat or you can straight up say you know what I am that threat?

(JB) (laugh) Oh well, I mean, you know, really it uh... (Laughs)  You know umm...

(JEB)  Let me ask you a question. Do you have a nervous tick? I'm trying to understand the laughter because I don't find this to be a laughing matter at all. I really don't.

(JB) Umm

(JEB) But you keep laughing, you keep giggling, and if it's a nervous tick, then I get it. But I'll be honest, it's almost offensive to me because this is not laughing at all. We're talking about taking life and death, and for someone that is a devout believer in their religion. If I was sitting here and I was saying disparaging things about your religion and I was kind of laughing and stuff, you wouldn't be laughing, would you? Would you be upset?

(JB) Yes.

(JEB) So I understand you're kind of laughing and if it's a nervous tick because, because you're, you're nervous and I get it. But I need you to understand this isn't a laughing matter to me.

(JB) I definitely don't...

(JEB) Because my job and his job is to protect the homeland, which for us is the United States from everybody that wants to hurt anybody inside the homeland.

(JB) Mhmm..

(JEB) And you unfortunately, have ended up on that radar by your comments. You have admitted that you have made these threats online through various chats. We only covered crazy pain, but. Any threats that we have recovered, they came from you, correct? They didn't come from these, the ones that are the accounts associated with you, that come back to this IP address. The only person that made those was who? Who is that?

(JB) (laugh) Me.

(JEB) There you go, it's you. I just need you to say stuff because I don't want you to not, you know, be like well, I never said that. It's you and we have to be big boys about that and own that. So, you're making what we call terroristic threats. Would you consider those terroristic threats?

(JB) Yeah. Yeah, I mean, well, yeah, you know, I mean, they're undoubtedly, the, the intention, umm and the action is something that is meant to or will cause terror. So, you know, I cannot agree with the term terrorist, you know, I definitely agree that it serves the same means that a terrorist would be seeking.

(JEB) Well, and again, terrorists. I mean, I'm glad you brought that up. What is a terrorist, right? I mean, obviously the Western, the Western world, what do we see a terrorist as? What we flip on the news we watch a war in the Middle East and we see a terrorist. We see Hamas, we see very extreme ISIS and that type of stuff, right? And, and that's what the world knows as a terrorist, right? But terrorists like you said, can be anybody that is inflicting terror, correct?

(JB) Yeah.

(JEB) Agreeable.

(JB) Yeah, yeah, yeah.

(JEB) OK. So, in that sense, are you a terrorist?

(JB) (laugh) I mean, yeah, yeah. By, by the sense and, and, you know, by my very own definition, yes, I guess, you know, I would be uh, a terrorist.

(JEB) Ok, so by alignment. Where do you say you fall? Where, where do you say you fall with organizations that sit outside? No?

(JB) None.

(NM) He doesn't align with, with any organizations.

(JEB) Hey, you don't align with anyone. So no ISIS?

(JB) Not even ISIS, which may be closest.

(NM) The closest is ISIS, right?

(JEB) Closest is ISIS, but probably legacy ISIS is what I would call when they first formed, and they had an actual ideological belief. Now it's gone really, kind of a different direction.

(JB) I guess.

(JEB) So maybe that's what you're saying, is the legacy ISIS is kind of where you would align that that really doesn't exist anymore because they have?

(NM)  Under Abu Baker Baghdadi...

(JEB) Yes.

(NM) Is, is where you said that you said...

(JEB) Okay.

(NM) You said earlier when they had the caliphate, that's where you said you most closely fell. That's where you most aligned, right?

(JEB) That's fair, that's perfectly fair.

(JEB) So here's the issue we have. How do I let you back on the street? How do I know tomorrow that I'm not going to flip open the news, and you went and killed somebody? Because you clearly are OK with it. You're OK with the idea of it now, whether you would actually have

the stones to pull the trigger or blow something up or blow yourself up, or you have the, the means or the ability to make a bomb that, that's all, that's all conjecture at this point. But you clearly, mentally are fine with it. Am I correct in saying? Yes or no?

(JB) Yes.

(JEB) OK. So where do I go from there? Put yourself in my shoes. You got a guy... So now let's flip the, what, if you couldn't live in the US, where's a, a preferable country you would want to live, to live your life, your religion.

(JB) Umm, probably, some place like, like umm Yemen or Syria.

(JEB) OK. So which one, Yemen or Syria?

(JB) Umm, either or, you know it's, it's, I guess it doesn't have to be absolute.

(JEB) What's your favorite? Where would be the favorite one you would want to live?

(JB) Probably umm, probably Syria.

(JEB) Ok, so let's talk Syria. So you're living in Syria, life is great, and you've adopted my job in Syria, right? So you're an investigator and you're investigating people that are in your country in Syria, that want to do bad things. So now, we're magically in Syria. You now have my job and I'm you, but I'm the American you in Syria, I will, I've now come to Syria and I want to do bad things to Syrian people, to Muslims in Syria. Because I don't like XYZ and what they did, what they're doing, is wronging me. What do you do? What's, what's the plan?

(JB) As in, you know from the.

(JEB) You're in, your law enforcement now, I'm the bad guy. What do you do? What's the plan? What do you... So the bottom line is, what should happen to you?

(JB) Yeah, I mean it's, it's uhh, really I guess not for me to say, but you know, if I would say it's, you know. Umm...I guess most suitable, that umm you know, umm I don't know I'd be reprimanded or apprehended, or you know, some sort of ended, I guess.

(JEB) But how do I keep you from hurting American citizens? Or not even American citizens, people that have come to this country looking for a better life. They don't have to be citizens, right? People that live here in the US, you know, legal permanent residents. You know USPER, whatever you call. How do I protect them from someone? Like you. You're basically telling me you're....What's up?

(NM) We need to remind him that he's free to go anytime and that he knows everything is all voluntary and stuff like that, just so he knows that everything he's saying.

(JEB) I know. You know that we talked to about it earlier.

(NM) I know. I just need to remind him because we've been talking for so long, so we don't want him to think that he's stuck here with us.

(JEB) So I can get a bathroom break? Ok. Ohh yeah. You wanna bathroom break?

(JB) Yeah.

(JEB) You wanna use the one upstairs or the one downstairs?

(JB) Umm, one downstairs would be.

(JEB) Yeah.

(UI conversation while chairs are moving).

(NM) Also says he's made other threats like that before. Not just that one.

(Unidentified speaker) Yeah.

(NM) We just only had that one, he said also the other stuff like that before.

(JEB) Alright, water. You got to want some water. Want some water?

(JB) I can't.

(JEB) Oh, are you?

(NM) It's not Ramadan yet, is it?

(JB) It should be either today or tomorrow.

(JEB) I thought it was tomorrow...OK, if you can't have any water, that's fine. I'm not going to force you. Food, can you have food?

(JB) Well, I actually no. That would probably be uh, be worse, but you know it's, it's perfectly fine. You know, it's.

(JEB) So what Nich was saying, what Agent Mustico was saying......

(NM) We just want to make sure that you know you can leave whatever you want and you don't have to actually talk to us, but we do want to hear your story and, we would like to keep talking with you.

(JEB) Yeah. We're, we're. Yeah. We're just trying to understand where. You're where you're coming from.

(JB) Yeah. And I mean, you know, and so just like you know online, you know, for, for you guys, you know, I'm not going to, outright lie about anything, you know these are really my beliefs.

(JEB) Well.....

(JB) (Laughs)

(JEB) So let's let's, let's hit that statement.

(JB) Okay.

(JEB) You're not going to outright lie, but you have. You have, right? Because I heard you say until you can prove to me that I didn't do this, I'm not going to say I did. So, it's not an outright lie, so you're kind of you're really skirting that...

(JB) (Indiscernible)

(JEB) OK, but so what? Yes.

(NM) Don't worry, we can move forward.

(JEB) Again, that's why I'm sitting here and having this discussion 'cause. I don't want you to get jammed up a thousand one. Because I'll be honest, we have enough to jam you up on one thousand one.

(JB) OK.

(JEB) And enough to take you to prison for lying because you straight up lied and I can prove it, and they ask you time and time and time again. So, going forward, it's got to be the truth. It can't be these loopholes, like you're a man, you're, you're devout in your beliefs. You have to own your life, good and bad. Right. You, you made some threats. That's not gonna work in this country. Maybe in Syria, maybe in Yemen you can get away with stuff like that. You can't do it here. You eventually get caught. You eventually have to pay the piper, okay? Now, what does that look? I don't know, right? We're fact finders, that's our job. We come, we talk, we gather information. Okay, and we try to understand, are you a threat? So I'm going to ask you straight up and I want a straight answer. Are you a threat to the citizens and the people who reside here in the United States?

(JB) Umm......Yes.

(JEB) You are a threat to them? Okay, I appreciate your honesty, but why are you a threat to them?

(JB) Umm..I mean, I can't. I guess I can't really give you know any specific reason, but you know if, if I had to say it's, it's literally just because, you know, I'm you know of the view that,

126

umm, ya know, there's really, really, there's no chance, that, you know, honestly, just just that you know, umm, that I would seek out, you know, I guess, peaceful cohabitation.

(JEB) You would not seek out a peaceful cohabitation? Is that what you said? I, I just thought you had your hand in front of your face. Just going to try. I heard you correctly, yeah.

(JB) And I mean and then that doesn't mean you know, umm. You know I don't, ummm, tolerate them or you know I can't be amenable towards them because you know my.

(JEB) Who's them?

(JB) Non-Muslims, you know, just in a broad scope. You know anywhere from.

(JEB) I got you, that's why, why I asked. You know, I'm just trying to make sure I understand what you're saying.

(JB) Yeah. And you know, because my religion definitely does teach and commands that, you know, we'd be amicable with, with, with Christians and Jews. But you know, we've really crossed, you know, umm... I guess kind of the boundary, you know, you know, umm... Where you know, that's really...possible, you know, and that's certainly on both sides. Ya know, both, both are to be at fault, and I, I'm definitely much more critical, you know of the Arab world today and the so-called Islamic Muslim countries, umm..you know then then I think I'll ever be towards, you know the US or you know the rest of the disbelieving world, 'cause, you know, they're just doing what you know, they, they know. You know well, why should I care what, what, what they're up to as long as it isn't having direct consequence, you know, upon Muslims or Islam. You know. Then there should be, you know, really no concern about what they're up to. You know, it doesn't matter if they, you know, get a net worth of, you know, fifty trillion, and have the world 's greatest army and all this good stuff, and all of these, you know, incredible, umm, the liberties and, you know, institutions. Umm...that, you know are able to provide, you know, such a incredible way of life, for the have roots (ph) of American. You know, really that all, despite its greatness, which is undoubtable, umm, you know., just kind of falls short when it comes to, you know, the idea of God and you know, pleasing God, which, you know, has to entail you're living under, you know the rule and the law that he set down and you're living in the way that he demands you know you, you live, you know. Umm...you know, until come point, you know you truly are, you know, a slave of Allah Subhanahu wa Ta'ala. Which it is certainly you know what I want to pursue, which is why, you know, I said. You know, I don't really see much of a future for myself here, or even in some place like, you know, the Gulf countries, you know, like the UAE and Saudi Arabia and all that good stuff, you know, 'cause that, you know, I'm not here, you know, really for a a good life and you know.

(JEB) What are you here for?

(JB) Really, just, to, to submit and to find purpose. And you know if, if religion is said purpose you know then, then that's really all I need and you know. You know simplicity.

(JEB) Okay.

(JB) You know which, umm, you know, really is just because you know that's how my life has been, you know. Uhh, for the most part, you know just growing up and everything. But uhh, you know if religion, or rather, I should say if if Allah you know gives meaning and reward to that endurance and that you know essentially suffering you know, that's much better than you know, living a life of luxury in you know self-denial and you know just trying to, you know, temporary fill that gap into, you know, delude yourself in the, you know, idea that you're complete because of your wealth or because of your status or because of, you know, you know your drug use or whatever. You know, and so I think that's, that's what I'm here, here for in the long haul.

(NM) Earlier you mentioned that if it was, travel out of the US or martyrdom was your, what you goal was right?

(JB) Right.

(NM) Is that? What you're thinking like if you can't leave the US, you, your plan would be martyrdom?

(JB) I mean. Most likely, yeah. I mean just 'cause, you know. Out, outside of that, you know, umm, what would you know? And of course, this is from my, you know, perspective. Uhh, what real purpose would I be fulfilling if living in a country and paying for taxes and laboring and even worshipping in a, in a, in a place that's devoid of the purpose that you know God, really, set for us, you know. Then uh you know.

(NM) Do you believe that place exists? The place that God really set forth for you?

(JB) Yeah.

(NM) I know that you said that the caliphate was that place at one point in time. But then you said that no one really follows Sharia law effectively now. So yeah, what? What is that place for you?

(JB) Oh. Definitely, Syria and you know that's both because of, you know, theological reasons, you know, because the, the, you know Prophet Allah Subhanahu wa Ta'ala before his death in cabin (ph), you know, he said that the Ummah, the, the body of the Muslims would follow, you know, him, group after group, you know, striking one another 's necks, and he said, that the place of safety for the mu'min, the true believers, the faithful would be Al-Sham, which is Syria. Umm, so you know, there's a huge implications, you know both, uniform Al-Sham but I also think you know it's the type of lifestyle umm, that I'm pursuant of, you know. And you know, I think, you know, if there is a place in the world today that is, in a truly valuable aside from like Mecca and Medina it would be the lands of Syria, you know, because he knows many places throughout Syria, you know, are also implied and especially towards the ends of end of times. Umm you know.

(NM) What would you do in Syria? Do you just want to be there to prepare for the end of times? What would you do there?

(JB) Umm mostly. I would say for the sake of studying, you know, religion. But also you know for, you know work and living. You know, probably pursuing in a degree and something within the medical field 'cause that, that was my plan here originally, but obviously there's been much, different, much more drastic transition as to what you know, my goals are now, but you know. That, that I guess is you know. It just to live and die in, you know, truly a Islamic place, you know.

(NM) You know there's Christians and Shias in Syria as well? If you were working as a medical practitioner and those were your patients, how would you feel from that?

(JB) That well. I wouldn't deny them that. You know even though, they're undoubtedly disbelievers, you know uh. And you know it's, it's of my view that you know, they, they should be fought. You know if, if I was a, you know doctor or surgeon or, you know, a field medic or something. You know. It's obligatory to, you know, to treat them, with fairness and you know. You know, even though I may think, you know, Allah hates them and you know I by extent, you know. Because you know, Allah's hatred should be the hatred that the believer has. You know, even if I disagree with them to the utmost amount, I wouldn't, you know, deny them life, you know, because. You know, it's just wrong.

(JEB) In Syria, you would not deny them life, but in the United States you will deny someone life?

(JB) Umm..

(JEB) I'm just trying to understand, trying to understand it.

(JB) Well.

(JEB) There's not a right or wrong answer, I just.

(JB) In the sense of, I am taking a life because in Syria, if I was fighting, if I was a part a group fighting...

(JEB) Well denying care is taking a life, right like the someone came in and so, you would not be okay doing that here but here you are okay taking a life.

(JB) Say that...

(JEB) So you said I would not deny medical care because if you did, you're taking a life. But you have stated if you stay here. You're okay taking lives? Of I think you call them disbelievers, here. So you're okay staying in America and taking lives and possibly martyring yourself? You're okay with that? But if you were in Syria and you came across disbelievers. If your medical, is it only if you are a doctor or is it if came across them...

(JB) Only f I were doctor.

(JEB) So if you weren't a doctor and you came across disbelievers in Syria, you'd still be okay taking their lives.

(JB) Yes

(JEB) Okay. Trying to understand.

(JB) Yeah, no, of course. But yeah, well, I mean, you know, obviously, you know, there's, you know, the implication of, you know, the Hippocratic Oath and everything. (Laughs)

(JEB) Totally agree, totally agree, I got you.

(JB) Obviously isn't really religiously implied, but you know it is religiously implied that you know. The you know. That there should be...amnesty between you know....the people of the book, meaning the Jews and the Christians and the Muslims. You know, we should all be able, you know, realistically to coexist. But you know, unfortunately, you know things have been, engineered in such a way, both by, you know, our governments in the East and the West, and also by Allah that you know that's not the case now. And you know, that's not to say it won't be in the future, which you know inshallah, God, God willing. You know, we should hope for, you know, and I'm certainly hopeful for. But umm, you know, currently there's not really a whole lot of means to coexistence or.

(JEB) In your mind, there isn't a means. Okay. So this is kind of your viewpoint?

(JB) Yes.

(NM) Because at the end of days it will not be brought apart until there is no more coexistence and Muslims and non-believers are all cited (ph) it right. He wasn't here with all that (iu) you said.

(JEB) It's fine, it's fine. I'm just trying to get down really. I know you guys had a phenomenal conversation. I did hear bits and pieces of it. But. But I'm just trying to get down to meat and potatoes.

(NM) Do you have other people in the area or online who feel similar to you? Like, who you discuss this with?

(JB) Uhh, online

(NM) Online, nobody in the area though?

(JB) Not that, no.

(NM) Okay.

(JEB) Not that what?

(JB) Not that I can think. (Laughs)

(JEB) Okay, I didn't, not that that really matters. Okay got you.

(NM) I'm sure you have friends that you hang out with still here somewhere.

(JB) Yeah.

(NM) Are they also Muslims or?

(JB) Umm, some and...some are Muslims and I see you know a little minute amount are disbelievers.

(NM) That has to be hard for you to have your friends be disbelievers too. But no, you said earlier that you non-believers and believers can't be friends, but it doesn't work that way.

(JB) Yeah, I mean it's, it's hard (laughs). And you know definitely, I would say I've trimmed off the majority of, you know they've, they've gone (laughs).

(JEB) And the friends that you have that are the believers, do they believe this? I'm going to say a word here and I'm...I just don't have another word.

(JB) Okay. Don't worry.

(JEB) I'm just being honest right here. I Know I, I feel what you're saying. The other Muslims are, do they believe as extreme, in as you believe and I say, extreme, not a necessarily bad way, but I feel that.

(NM) Are they as devout are you are?

(JEB) It's devout, like you're really devout, but with your belief.

(JB) No, I don't think so.

(JEB) Okay so.

(JB) I think there's about one person I can think, and he's not extreme at all in the in same sense that I am.

(JEB) And maybe extreme is not the right word, maybe devout, and I'm just looking at the fact that you are literally saying, telling me, yeah, I'm if I stay here, I'm going to probably martyr myself, which is probably going to take other people 's lives. Are they that way as well?

(JB) No.

(JEB) OK...That's...

(NM) What about the people you talk to online?

(JEB) Yes.

(JB) It's a, it's a mixed bag.

(JEB) So is there one location online that you specifically talk to these people?

(JB) Umm, I would say probably through Roblox is the predominant means.

(NM) How do you find them basically?

(JB) Well, I mean that, you know, believe it or not, you know it it when you're, when you're looking for like-minded people, they're going to turn up. So it really is, you know, just. Just you know, you look, uhh, you look around and you know.

(JEB) You see the indicators and you thought that.

(JB) Yeah. Yeah, you know the, you can tell by the character or by the verbiage or whatever.

(NM) Well, you can tell the difference between somebody who's faking it, and somebody who's real.

(JB) Yeah, I mean, I guess so.

(NM) I can tell little bit.

(JEB) And maybe not initially, but pretty quickly afterwards.

(JB) Yeah.

(JEB) You can tell if they're actually living for Allah, or if they're faking it.

(JB) Yeah. Yeah. Which again, you know. Certainly ,you know it's possible, but you know it's, not really something I encourage. You know when, when there are Muslims who have a much more progressive or even just a very ignorant and basic view of Islam and you know we'll hear some things said that, you know, as you said, sound very extreme, umm, from the view of the modern world, and you know, everybody else you know. You know, it's much better to simply correct them because that's, that's another tenant of Islam is literally you're self-policing yourself and those around you at all times. You know to, to mold yourself, and those are in the community. Know the, the jama'a and the ummah, into the most you know, perfect, devout, you know believers they can be. Umm, and so, you know, it's much better. You know I'm, I'm very against, umm, when some brothers I'll see you know they'll, they'll become very harsh against

other Muslims who have a much more layman interpretation or understanding of certain Islamic concepts or just Islam in general. So, it's much better to, you know to, to respond in kind to, you know, in, in terms of when dealing with fellow believers and, and even people of the book, you know all of Ahl Al Kitaab, the, the Christians and the Jews, you know it's not, you know, everyday that I'm out, you know, wishing death upon them or saying you know I want to slay them. But umm...

(JB) You know when they cross, you know the red line umm of disrespecting or dishonoring the honor of, you know, the profit or of Allah or of Islam and Sharia. And you know, they're very openly acting against it, whether it be through, you know, vocally or physically or even after their legislation or, you know, by by whatever means, you know. If they make themselves through their actions and their sayings, you know, even what's concealed, you know, in their hearts and minds, you know? When they make themselves, you know, openly an enemy of the religion, they become an enemy of myself. And you know, that's umm, you know that's how I would like it to be. I, I want to be able to answer the questions of Jews and Christians. And do, you know, to exist and have understanding of them just as they want to, you know, exist and, you know, have understanding of Muslims but, you know. (laugh) You know the the Christian Jewish body of today maybe makes it very hard to have that and to be able to desire that, you know, progeny of, you know, all three Abrahamic religions being under one banner and, you know, being in harmony and all this good stuff. Simply because, you know, that's just not how it is right now, you know. And that's not to say can't change in the future.

(JEB) Well, so based on the discussion we we've had since I've been sitting here, after listening to you and really trying to understand where you're coming from, right, um 'cause, obviously I don't know you and you don't know me. So, in this limited time, I'm really trying to get a feeling of where you're at in life. Right. And and how your life, and again, never to minimize what you've been through in life, because I don't know, I have not walked your path. So, I don't know. You know everything that's happened that has brought you brought us together today. OK, but I have to believe that the threat you made online about going to a religious concert, Christian concert in somewhere in the Austin, Texas area. In and around to what we determined to be about April of 2025. I know you didn't say April you used.

(NM) he did.

(JEB) Did he say April?

(NM) He did He changed it for his friend.

(JEB) OK so.

(NM) You said the month, right? The month after Ramadan. Not sure how.

(JB) Oh. Yeah, Shawa yeah, yeah I did.

(NM) And then then you said April after that.

(JEB) April after that. April of 2025. You were going to martyr yourself, kill Christians that were celebrating in concert, and ignite munitions or new missions something to that effect. I gotta believe that was a real threat.

(NM) He, he said he was going to ignite munitions if law enforcement came to try and arrest him.

(JB) You know.

(NM) Those are two different statements. He wanted to go to the Christian concert and then he said he would ignite the munitions if law enforcement came to arrest progressively potentially afterwards; I assume it wouldn't be during.

(JEB) So you'd go to the Christian concert?

(NM) Well, that was two. Both things happened. He threatened to shoot people on the Christian concert. I guess with your guns and potentially.

(JEB) So let's talk about that. Let's split that. I have to believe after sitting here talking with you, listening to you, and we verified, you know, that you have, that you were the one making these threats. Wasn't some nefarious other person. That's a real threat, isn't it? That's a plan that you were planning.

(JB) (Laugh) Yeah, no. I mean it is something I stated. Umm but no, it's not something that I would act upon.

(NM) Have you looked at any of the Christian concerts, and that that are coming here.

(JB) No.

(JEB) That, it's, it seems so specific. And again, this is where I need you to be honest because if we go down the road and continue this investigation, and let's say I looked at the laptop, right? We finally, this is where I have a feeling, we may run into some problems right? Some significant problems. When that laptop comes back from Florida. I'm gonna get it, and I'm gonna start and.

(JB) Yeah (laugh).

(JEB) I'm going to look at Google searches and I'm going to look at whatever search engine and I'm going to look at internet history and going to look at all that. And I'm gonna look at your phone, and I'm gonna look at your phone history, internet history, search history, all that stuff. Then we're going to look at your online presence, cloud. We're going to look at all that stuff, and if I go into there, I see that you were searching Christian concert venues in the Austin, Texas area; you were searching places to buy weapons, maybe specifically ones that you discussed in your in your chats, right? We run into a problem. OK, so I'm asking you again. Is this something that you were planning?

134

(JB) No, it was something that I stated. Umm And you know, it's definitely something that, ah you know, the the the other brother, umm, from the the picture, umm said or considered, as you know, real. Umm.

(JEB) So you, you told him, and he believed it was real. But you made those statements. Those were you? Yes or no.

(JB) Yes.

(JEB) OK. Side question. Why? Why is it, I feel it's, it reads on your face that it's painful for you to admit that you made those statements. Why is that?

(JB) Umm I mean, you know, it's never easy to, you know, come clean when it's time to, you know, pay the piper, right?
(JEB) OK but you believe it. You're OK with. You're OK with going to that. Maybe you hadn't planned it, but you did state it and you're OK with that? You've stated you're OK with that.

(JB) That's correct.

(JEB) It's just, it's just, I'm trying to understand you the best that I can in this short time that we're going to have together. So, going back, you said you made the statements, and the other guy believed the statements. Right.

(JB) Uh huh.

(JEB) He believed the threat. But you had not planned really to do it. Just had come up with an idea. Explain how it works.

(JB) Umm

(JEB) You came up with.

(JB) The well, no. So, what had happened, to kind of give like a timestamp,

(JEB) Some context.

(JB) Yeah. Um so the other brother. Umm (JEB) Other brother 's name. Is it in the chat?

(JB) Yeah, yeah. Well, his username, but yeah.

(JEB) What was his username do you know?

(JB) Umm Xander's umm range or.

(NM) Xanders range or nora…?

(JB) Noralock

(JEB) OK

(JB) Umm, had been discussing, um since he lives in Kuwait, umm there's ah

(JEB) He you know, he lives in Kuwait or he proports he lives in Kuwait?

(JB) Yes no no I know

(JEB) How do you know? Not to get off topic, just trying to understand.

(JB) Umm mostly from, umm, like pictures, umm, and then, umm, I mean, that's pretty much it, umm but.

(JEB) So he lives in Kuwait.

(JB) Yeah, so, you know, umm, he, he had been saying because there was this umm woman, a Shia woman, who had been running around, you know, on Roblox, blaspheming against the Prophet and his wife, Aisha Bint Abi Bakr? Umm and, you know, he was, he was saying, you know, that he was planning an attack on on her mosque, which he had received, umm, the details on from from someone else. Umm, and then that's when I, you know, came up with the little plot, umm, about the thing and Shawa and he he believed that and, you know, like wished it well, essentially.

(NM) What did you say when he said he was gonna attack the mosque?

(JB) Umm, I just told them you need to be careful about saying those things online.

(NM) Mhmm, okay.

(JB) Umm, you know, (laugh) because, umm, I certainly believe, yeah, he has the capacity to do such. Umm, and it certainly wouldn't pain me if, you know, a woman who is insulting the Prophet and his wife from, you know, behind the screen finally, you know, faces retribution, you know. And, umm, I'm not going to lose sleep over it or anything like that. Umm, you know. Umm, (laugh) but, you know, it's yet to be, you know. I, you know, I have no clue whether there's any validity to these. All I know for a fact, that's valid, is the details of the woman's mosque and that he lives in Kuwait so.

(NM) What? What mosque was it? Do you remember?

(JB) No, I just remembered the the address, he said.

(NM) And he said that he knew her mosque.

(JB) Yeah, he had received the the like information on her mosque from someone else who also was, you know, against her for the besmirching, you know, the the honor and the image of the Prophet, umm, and his wife.

(NM) And her Mosque was in Kuwait as well, OK.

(JB) Yes, it's a Kuwait Mosque.

(NM) And what happens when they detonate them? Or?

(JB) I have no clue

(NM) When they if they attack her mosque for her, what about the all the others Shia's there? Are they collateral damage? Like, what is your opinion on the other Shias there that hadn't besmirched, uh, the Prophet's wife? Just don't care?

(JB) (laugh) Not that I don't care, but just that, you know, umm.

(NM) Their life isn't significant? Like I I'm trying to figure out which is that is.

(JB) There's really just that, you know, it's, um, it's irrelevant as to whether you know, umm, I guess, you know, umm, it it's, you know, one person or, you know, many people, know it's it's.

(NM) So if you kill one person that's aiming for and other people die in the process, that's enough?

(JB) How do you, how do mean by?

(NM) So as long as there's one true target and everybody else that is so.

(JEB) As long as you kill the one main target, the people that die around, that's OK.

(JB) Essentially, and that that's something that, you know, has Ikhtilaf, you know, difference of opinion from the, umm, the scholars. Both contemporary and historically, umm.

(NM) So I know you said that you would take action if somebody besmirched the same way that Nasser in real life. So, if that were to happen here and then it was on the collateral damage, you would be OK with that as well?

(JB) I, uh, well, I mean, I doubt that there would be, well, you know, I can't say for certain, but.

(JEB) Finish that thought.

(JB) OK. I was going to say, I doubt there would be collateral damage in an instance in which you know there's one person that I know for certain, you know, insulted the Prophet or Allah or his wife or companions.

(NM) Would you attack a Shia Moss the same way here in Austin or?

(JB) No. Well obviously, because, umm you know, the the circumstances would be very different, you know umm. What he's alleging or what he's plotting, umm, is, you know, something that, you know, he has the legal evidence of.

(NM) Right.

(JB) You know umm, that, you know, justifies that seeking alqasas, uh, retribution, umm, on or against the person who.

(NM) So same scenario. Say there is a Shia woman here you know insulted the Prophet 's wife and she goes to the Shia Mosque that's in Austin. Would that be an OK scenario for you? Would you seek retribution the same way?

(JB) Umm, most likely.

(NM) OK

(JEB) Do you have the means to do an attack like that?

(JB) (Laugh) No. Well, I mean, I guess it depends on what you mean by means.

(JEB) He's talking about blowing up a mosque. Would you have the means to the capabilities to do that?

(JB) Umm well, he didn't say that he was going to like blow himself.

(JEB) He was going to attack?

(JB) Yeah. Yeah, which, I mean, he was, I guess, you know, vague on the details and all that, which was, you know, umm you know, because I told him, you know, obviously don't be so obvious.

(JEB) I got you

(JB) If he's genuine, and also, just because he he he himself was being vague.

(JEB) So, so going down this road. You think you have the capability to build a bomb?

(JB) Uh No. (laugh) No

(JEB) Do you know how?

(JB) No

(JEB) Have you ever researched on how to build a bomb?

(JB) Umm, the closest was like, umm, Molotovs, which, that I do know how to make, but I've never made one.

(NM) Where did you get the the knowledge because you were advising someone on a detonator, right? Where did you get that knowledge from?

(JB) I believe it was from one was from, like, a YouTube video on, like, how, umm, those type of like remote control detonators and things like that work. Like, umm, like, especially if you're using, like a, like, a dial or like a phone or.

(NM) Like a kitchen dial or something? What do you mean by dial?

(JB) Umm, like a, like a, where you would dial in to, yeah.

(NM) Like over the phone, OK.

(JEB) The one was from YouTube and what was the other one?

(JB) Umm, and also, I think, a manual, like, from the US Army, umm, like a declassified one or something like that.

(JEB) So Internet search and you found the manual. How did you get (UI)?

(JB) Oh, yeah, yeah, yeah.

(JEB) Have you ever gone to any, used any apps, you know, any chat groups or anything to discuss on how to make bombs, make explosives, make detonators, anything like that?

(JB) Umm, no.

(JEB) You sure?

(JB) Yes.

(NM) Just the detonator?

(JB) Umm, yeah, but that that was a discussion, umm, with someone else on Roblox.

(NM) Ok. No, no you researched the detonator.

(JB) Oh

(NM) Watching YouTube videos and watching or reading the declassified military documents. So, you did your research on detonators, but you never did any other research like that on actual bomb or anything like that?

(JB) No, and I mean mostly just because you know. I don't know it seems a lot more

(NM) Seems like more red flags

(JB) No, not really that. Just, you know, it would be, well, I mean, yeah, I guess. But, you know, mostly mostly just because it would be a lot more difficult, you know, to to try and get a, get ahold of, you know, the the means, you know, to make explosives than it would be to, you know, buy or, you know, make, you know, you're your own detonator or detonation system, you know. Umm, which you know, I guess is, you know, just kind of like, you know, common sense thing. Yeah, you know, it's not like I was gonna be making, like, you know, explosive putty in the kitchen or something, you know? (Laugh)

(JEB) You know how to make explosive putty in the kitchen?

(JB) Nah (laugh)

(JEB) Again, I mean we, we joke about. We kind of jest it a little bit, but obviously these are true concerns for, for us. You know.

(JB) I understand.

(JEB) Like Agent Mustico said, you're extremely devout, you know. Umm, and that's not for me to judge, right? I am definitely, umm, I'm a Christian personally. Uh, but I am a firm believer in he who has no sin, can cast the first stone, and I am not that guy. OK, so, and I, and then I'm also, my dad taught me, you know, never judge a man until you walked a mile in his shoes. And I've not walked a mile in your shoes. So, I judge the very small section of actions that you've done that have brought us here today, that's what I judge, and I don't even judge guilt or innocence. Judge that you're breaking the law, right? You just (UI) breaking the law and with you breaking the law, umm, we have to figure what do we do now, right? You talked about a line earlier. (UI) Crossed over the line. How far over the line have you crossed, and are you a threat to public safety by me leading you out there? I mean what happens if you walk over to the convenience store tonight and someone wrongs you?

(JB) You know, I mean it it well, I would like to say, yeah, if someone wrongs me, you know, someone will, I guess, you know, umm, I'll double back to what I was going to ask, but you know, if someone wrongs me like, you know, someone insults me or, you know, insults my mother or my father or.

(JEB) Not, not so much you obviously, we are talking about the more extreme stuff. You ran into someone you bumped into him, threats start getting thrown back and forth, and then they looked at you and maybe they making a make an assertion that you're Muslim and they say something negative against the Prophet, the Prophet 's wife, something like that. Oh, now we're in a

different ball game. I understand that you'll take it on a chin like a man. Someone bumps into you and says hey, watch it. You know, you loser or something like that, and you're going to be like, OK. You'll take that and you're not going to have immediate action. Somebody threatens your Islamic faith, someone degrades your Islamic faith. You'll react different, correct? So that's, what do we do? So, I asked you that earlier and said, well, it's not for me to say. I'm asking if you were in my shoes. What do we do? How do I protect the Sebastians of the world? How do I protect people that, you know? We live in America, and in America, people have a right to say a lot of things, and you have drawn a line in the sand. From what I can tell that says, hey, you can say whatever you want, however, if you say something that doesn't, that basically, is negative against my Islamic faith, then I reserve the right to take action. Is that a fair statement?

(JB) Yeah, umm

(JEB) So, what do we do?

(JB) Ahh I mean what?

(JEB) You don't have to give me an answer. Want, I want you, you are an extremely intelligent individual. You have a grasp, a grasp of Islam that is very deep. Agreed?

(NM) And you've been studying Islam for (UI) two years now? Three years.

(JEB) Yeah, it's, it's. It's very deep. So, you're very intelligent. All right. Like I said, on a different day, I'd love you to have you down to the office and learn from you. I'm not going to do that now. I'm gonna tell you, but I would love, I would love to learn more about it. Right. So given a different situation, maybe that's where we find ourselves, but we're not in that situation right now. In a situation where you have admitted to making all these threats correct?

(JB) Yeah. Yes.

(JEB) It's, there's no nobody.

(NM) Would, would you make more threats in the future? I know you had said you'd made other threats besides those ones. Were they similar in nature? What other kinds of threats?

(JEB) Again, this is where we're being honest, right?

(JB) Yeah, yeah, yeah. Mostly just like, like dumb things, they're completely unrelated to Christians or the United State, Jews, or religion in general. Just you know uh You know, like over. Voice like a like microphone.

(NM) OK, so like on like

(NM) What other games, like, Call of Duty or one of those other games?

(JB) Yeah, but nothing.

(JEB) So verbal threats, nothing texted or written down you. What I'm saying?

(JB) Yeah.

(JEB) Or you may have typed it within like a game chat or something.

(JB) No, not really type thing. Mostly, if I'm ever on something like that, it will.

(JEB) What else is this out there that we haven't seen. Like if, if you had like, this is confession day, right? This is confession day. I'm gonna go look in clouds. Gonna go look in all the dark places that you, it's like they probably don't know about that, right? And when I find it, this is your chance to get ahead of it. What else is there that is going to become, potentially become a problem in the future, that we haven't discussed here today?

(NM) It's better to get it out now and tell us then us to find it.

(JB) Uh....If I, if I had to think of something, umm, probably just like umm, like I believe I like, I had also made a threat against the same woman and her mosque. Umm, which you know, again, you know, I'm sure you know, you know, we're not going to see eye to eye on or anything like that, but you know umm. Uh, obviously, I guess you know uh.

(JEB) You said you made the same type of threat. Describe the threat you made.

(JB) Just against her, you know, saying that you know, had I been, you know, in Kuwait or something, you know, I would have like uh killed her.

(JEB ) How would you have killed her?

(JB) I didn't really say, just that I that I would.

(JEB) I'm asking, I'm asking you now. I mean obviously we've to find out that that that's something that you're okay with, is it? Are you going to shoot her? Are you going to stab her, choke her?

(JB) I mean. I think I said I, I, I, that you know, I would strangle her.

(JEB) Okay

(JB) I think that's as far as as as means as I got.

(JEB) Strangle her with the means to, to death? Yes or no?

(JB) Yes.

(JEB) OK.

(JEB) Any other threats out there? I don't want to come across something else, like, oh well, there was that one as well and that one as well, 'cause then it gets tiring, right?

(JB) That's fair.

(JEB) I want you to just, just if there's other stuff out there, I appreciate you telling us about that. There anything else out there? I need to know about?

(JB) Umm. I'm pretty sure it's just what you know already, already, and then that the like, the threat against the.

(JEB) And that threat was made on Roblox as well.

(JB) Yeah.

(JEB) So outside of Roblox and, and possibly Discord, are there any other platforms that where you were operating on where you had made any type of threats?

(JB) Uhh no.

(JEB) OK. And the other platforms where you are in groups that were plotting, any plans...Maybe that you didn't partake in, you didn't speak about, but you witnessed conversations about threats to the United States, whether here locally in the Austin area or somewhere in the continental US or against US interests across the world?

(JB) Umm, no, really, most of it would stem directly from the Roblox, and maybe like a tiny bit from the Discord.

(JEB) OK. Are you aware of any, we're going to use your word, you aware of any devout groups out there that wish, that they're on a platform, that wish harm against the US?

(JB) Uhh, not any groups I guess. Definitely people, individuals.

(JEB) Ya know there's, like, chats groups, you know, there's some chat groups. I mean that you get in those things and all they're doing is, man, the US, this, that and the other thing and it's just nothing but hate, right? Hate, vitriol, against the US. Are you aware of anything like that?

(JB) I think only, only one like on, on Discord and I think most of it isn't really even focused on the US just a general...

(JEB) A general.

(JB) Distaste, yeah.

(JEB) Against disbelievers.

(JB) Bingo.

(JEB) All right, we're getting there. See. You're schooling me right up, so.

(JB) No, don't worry (laughs).

(JEB) All right, so again, I'm going to need to chew on this for a little bit. I'm going to step outside. I need to chew on this for a hot second. Are you good in here?

(NM) Okay.

(JEB) I'm going to step out and chew on this for a hot second and kind of figure out what we go from here. All right. We already covered water. Are you good with no food still?

(JB) Yeah.

(NM) What time is sunrise?

(ES) I'm Eric.

(JB) Nice glasses.

(ES) Oh, thank you. Pretty cheap, reliable though.

(JB) Figures.

(NM) How does working at Hooters affect your religious beliefs?

(JB) Uhh....(laughs).

(NM) I imagine...

(JB) Typically in in terms of, you know, obviously the, the, you know, moral aspect of you know you got to a bunch of ladies running around, you know basically half naked. But you know, that is, more easily voidable, avoidable. Simply just by, you know, averting the gaze and everything. It's really things like music that are, that are way more unavoidable...

(NM) Really?

(JB) That you know is more of a pain to deal with.

(NM) No. We're just talking about Hooters.

(ES) Is the food at least decent?

(JB) I would say so. Yeah, it's not that bad. I mean depends on what you get, I guess.

(ES) What's, what's good? What's bad?

(JB) Well, I know we have these really good pretzel bites in right now? It's like a little limited time deal.

(ES) Very cool. Is it like....What kind of seasoning or sauce?

(JB) They're like cinnamon pretzel bites. They're in the middle.

(ES) Alright.

(JB) Yeah. And they come coated in sugar and everything, it's pretty neat.

(ES) Right on. Where, where have you worked before Hooters?

(JB) Papadeaux and then a drive-in movie theater in Fort Worth.

(ES) Okay. Out of the three, which, which have you preferred?

(JB) Umm...definitely, probably the Hooters. But umm, the, the drive in was definitely fun too. Papadeaux though...

(ES) Why?

(JB) Just a lot stricter than both of the other two. Like, you know, you got to be in full get up and everything.

(ES) Mmm...

(JB) You know it's dealing with a bunch of old people all day, you know, at least at Hooters and a, the movie theater, you know, you get to actually have some fun.

(ES) Yeah. Makes sense, makes sense. Do, have you liked working service industry like, do you enjoy it?

(JB) Yeah. No, it's it's fun. You know, I mean, it's definitely enjoyable. I, I like the you know. Umm...definitely the you know, hospitality aspect of it and everything.

(ES) Mhmm.

(JB) And you know it definitely gives you know skills that are good for, uhh, you know just personal use and what not.

(ES) Yeah. I'm sure you have to deal with a lot of complaints from customers. Or are you a server or?

(JB) Uhh, no. You believe it or not, you know.

(ES) You don't meet the criteria for being a server?

(JB) Yeah, I know. They told me, you know, come back in a couple of years.

(ES) Gotcha.

(JB) But no, you know, apparently they like, have this loophole. You know, where it's not discrimination to where, where, like they explicitly won't hire men for that position because they have this loophole where Hooters is considered an entertainment establishment, so all of the girls there are filling a role.

(ES) Okay.

(JB) Like an actor would, I guess. And you know, they don't want male roles.

(ES) Yeah, interesting.

(JB) But, no I, I work in the kitchen,

(ES) Okay. Preparing food, food runner or....?

(JB) Preparing food, yeah. And, you know, every once in a while. I guess food runner. Even though we don't really handle that, that's more of the like host duties. They'll come and run food or the girls will.

(ES) I've never worked in service industry. I don't know... I'm not a very outgoing ,social person, so it seems like a bit much for me, but you definitely develop interpersonal skills and I'm sure you get to see a lot of weird, interesting people and customer stories.

(JB) Yeah, I mean, there's this one. There's this guy sitting over at the bar, he like came and went about like four times in and out of the out of the place, you know, and then on the fourth time back, he comes like stumbling in and you can already tell he's like, you know off his rocker.

(ES) Yeah.

(JB) And he, you know, by the end of the night, you know, he's getting ready to leave and everything and he literally just topples over. In front of all these guests too, while I'm bagging up their food, you know? (Laughs)

(ES) Paramedics come pick him up or...?

(JB) No, no, he's perfectly fine after. Well, perfectly, you know. Umm but like literally, my manager ran outside 'cause he like walked out and we were worried he's gonna go and drunk drive or something. Umm...but...ya know...Instead, he just explained he was going to get his stuff out of his truck, and then he's calling his mom. So, you know definitely makes for, you know, interesting work environment.

(ES) Yeah. Yeah, I don't know if I could. What? What hours do you work?

(JB) From typically four to, well five, to midnight or one.

(ES) I don't even know if I can stay up that late.

(JB) Yeah, I mean, you know, still got young flesh on me so.

(ES) Yeah, I guess. I guess when I was your age, I was, I was staying up late and sleeping in, but now come, come eight o'clock I'm ready to hit the hay. I'm done. Have you liked living in Round Rock?

(JB) Yeah, no. I mean it's, you know, a nice place. You know, don't get me wrong.

(ES) Yeah. Yeah. Do you venture into the city often or?

(JB) Here and there, you know.

(ES) Yeah.

(JB) Either I'll go like to, you know, one of the little, small towns around here like Pflugerville or Kent or something. Umm...or go into the city and, you know, go downtown or something like that.

(ES) Yeah, it's changed a lot. I've been here for about twelve years and it's, it's changed a lot. I'm sure it's changed some since you've been here too.

(JB) Well here and there.

(ES) Yeah, keeps getting bigger.

(ES) Oh boy. Is your, uh, Lego set here?

(JB) Nah, cousins.

(ES) Okay.

(JB) Yeah, he's big on Legos now especially, you know, Star Wars stuff. But you know, I was the one who got him into it.

(ES) Star Wars or Legos? Or both?

(JB) Lego he was, you know, jazzed about Star Wars since before that.

(ES) Yeah.

(JB) Yeah, yeah, it's, it's interesting with him because you know kind of like flip flop between things like and it'll be like you know, because that's typically how kids are, you know, but with him, it's like real, real, like it's like if he gets involved in it, even if it's just for a short bit, it's serious.

(ES) Yeah.

(JB) You know. So you know this, this, the Legos and the Star Wars has been going on for, you know, a decent bit. Yeah. And it's nice 'cause. You know, it allows him to work his, uhh, you know, motor skills and everything. He obviously has fun with it.

(ES) The only bad part about Legos is when you don't see that piece on the floor and you step on it barefoot. I'll get you and get you. So the Christmas tree, you guys not putting that up yet or just taking it down?

(JB) Oh well, it's not still up, yeah okay. Yeah, I was going to say. No, we just haven't put it up yet. I mean, pretty sure we meant to take it to storage. One of these days and... You know. I'm pretty sure we just forgot it. Pretty much. Or didn't have enough room in storage or something like that.

(ES) Yeah. Yeah, this was the first year in a long time that we got a real tree. So that was interesting, that was messy.

(JB) Like sap or anything coming out of it?

(ES) No, just all the little bristles and stuff will shed over time.

(JB) Yeah.

(ES) And you have to water it and our dog would go and try to drink the water. Deal with all that stuff.

(JB) Sounds like a pretty fun time.

(ES) You go to Round Rock High. How's that?

(JB) It's nice. It's a it's a pretty big school.

(ES) Yeah, I, I went to a school with I think about twenty-five hundred kids. I thought that was big, but you guys have more right?

(JB) Yeah, we've we totally blow those numbers like out of the water.

(ES) How many students?

(JB) I don't know off the top of my head, but

(ES) A lot.

(JB) Yeah. Yeah, a decent bit.

(ES) Do these speakers work?

(JB) No, they were like left behind by the past owner and there's two over here and then there's like two in that office over there. And you can't, none of them work. Or at least you know, I don't think.

(ES) Wired.

(JB) Yeah, one of those two. So yeah, they just sit.

(ES) I take it those dogs don't hang outside that long very often. Or they're mostly indoor dogs.

(JB) The older one, yeah, but the younger one, he likes to go out, run around and everything. I'll take him out most days, you know.

(ES) Have you been to Florida before? Vero Beach area or, yeah. I grew up not too far from there. Pretty familiar with it. It's not a not a bad spot.

(JB) Yeah, it's just small and

(ES) Yeah.

(JB) You know, cozy kinda. It's just a bunch of old, rich old people basically.

(ES) Yeah.

(JB) So, you know, not like you should be expecting a whole lot (laughs). It's definitely had a little bit of a transformation though in the in the past couple of years. Like more, like they've expanded a little bit more and brought in more business and everything. So that's nice. You know, it's not as like small and just, you know, the same couple of places that I remember.

(ES) Yeah. Growing up. I remember going to the mall, 'cause where I grew up we didn't even have a mall we're so small. And the Vera Beach Dodgers, the minor league baseball team used to be in Vero Beach. We'd go watch games down there. But besides that, it was old people, beach, seafood.

(JB) Do you mind?

(ES) Let the dog in? Yeah, yeah, go ahead. So that's the old one, I guess?

(JB) This one here? No this is the young one.

(ES) Oh, here's the old one.

(JB) Yeah, you can definitely tell now, huh?

(ES) Yeah, moving slow, slow and steady.

(JB) Yeah. She's still kicking you know. That's what matters, I guess.

(ES) Tell me about those jeans, man, is that the style now?

(JB) Yeah.

(ES) I'm pretty detached from the, the youth.

(JB) Yeah. I don't know a lot of the guys at my school, ya know, it's, it's all about baggy jeans nowadays. Ya know, all the, all the hype.

(ES) Are you familiar with JNCO jeans?

(JB) Yeah, yeah, I actually have a pair. I have a pair of the, I have some like dark denim ones

(ES) Okay.

(JB) And some of my friends have some better pairs than me.

(ES) I, I was probably in elementary school when those first came out, so to see them come back is pretty interesting.

(JB) Yeah, I know. I mean it's, it's neat how a lot of these older brands like, like you know, JNCO, Ecko, all of that type of stuff is like making a comeback. And now especially a lot of the like, like vintage or just the aesthetic, you know? Older looking stuff is definitely something that, like everybody 's hunting for.

(ES) Are tamagotchis back?

(JB) I feel like I've seen a couple, like, I feel like I genuinely have seen some like, fashion websites or like pop up shops, you know selling tagotchis. And I remember I used to have one. Way back when.

(ES) Then I remember they made, forget which brand but, there were, you would like, hook them up together and then they would fight.

(JB) Talking about Beyblades, or?

(ES) I don't know, it's been thirty years (laughs). But you would train your little, animated Tamagotchi guy, and then connect the two devices and they would fight. Because there was no Bluetooth back then, there was no Wi-Fi. Yeah, I remember it's....it's interesting. Then I had a one hundred one dalmatians one and the, the little animated dog would poop. If you didn't pick up the poop, then the dog would die. So pretty brutal.

(JB) Pretty neat concept, you hear that? You poop you die buddy.

(ES) What's this one's name?

(JB) This is a Bandit. Mostly call them that because he's stealing all of her food.

(ES) Oh okay.

(JB) And, and she is Lucia. She's named after, from what I've been told, the Saint.

(ES) OK. You're spoiled. You're like my dog. Spoiled rotten, aren't you?

(MT) Go ahead.

(JB) So when do you think uhh Dos Amigos are going to be back?

(ES) Ohh I have no idea... probably shouldn't be too long. Dos Amigos is that the nickname you made-up for 'em?

(JB) Yeah.  Well, it would have been, uhh, you know (trace(ui) if you know the little lady cop stayed, but she took off pretty fast there.

(ES) Here's another question for you. I've heard that a lot of kids aren't getting their driver 's license.

(JB) Yeah, hahaha

(ES) What's up with that trend?

(JB) Haha, you know what? Honestly. I have no clue. I really just think it's, you know, this generation doesn't have like the drive really.

(ES) OK

(JB) Uhh haha, for that type of thing, umm which, heh you know. Happens.

(ES) Yea. Do you have any interest in getting a license or?

(JB) Uh, yeah. Hahaha, umm, certainly you know hahaha umm

(ES) It's expensive, though. Car insurance.

(JB) Yea, I mean it's, it's a cost, yea, especially if you're a new time driver like and with all of these like crazy trends and everything going on like with the car hopping and the takeovers and all that type of stuff.

(ES) Oh, yeah.

(JB) You know, young people got it screwed hmm hmm.

(ES) Yea. What is car hopping?

(JB)Like uhh like just stealing it,

(JB) Basically GTA

(ES) Oh, OK.


(ES)OK, Got you. Yeah, thousands and thousands of cars get stolen in Austin every year.

(JB) No, no, it's pretty crazy. And I mean, you know. Especially because like a lot of like the really scummy people who do that, you know, are kind of, come up with all these, like crazy ways to get into, you know, both old and new cars

(ES) Umm hmm

(JB)and, you know. Like uploaded on like Tiktok or something

(ES) yeah

(JB) and like everybody will start doing that and it just creates like a little wave of like. Pop of crime,

(ES) yeah

(JB) but you know, obviously it's no good, you know.

(ES) mmm hmm

(JB) uhhh I'm sure you would agree.

(ES) yeah

(JB) Of all people.

(ES) yeah

(JB) hahahaha

(ES) yeah

(ES) Yeah, but I guess ride shares made it a lot easier to get around like we

(JB) yea

(ES) I didn't have rideshare growing up and I lived half an hour from my closest friend so, getting a license was pretty pretty high on the uhh priority list for me. But... See if you don't really need it. (Ui) Oh well.

(ES) Tuckered out

(ES) You use TikTok?

(JB) Neh, haha no interest for that. Uhh I honestly try and limit my social media presence and and also intake, you know (ui). Uhh you know haha At least for me, you know, it's it's a source of uhh your your (ui) nafs you know your your desires

(ES) mmm hmm

(JB) and umm and you know uhh definitely can also be a source of fitma you know, if you're a Muslim and you're on social media, umm you know, there's definitely other Muslims out there who will speak very harshly about other Muslims and it just causes a huge uproar and confusion and a division. And so, you know, it's honestly better to just not

(ES) yea

(JB) partake or deal with, you know, social media. Umm or really have a need for it. You know 'cause it it it just and especially in a place like the United States, it just generates. You know umm I Guess you could say umm. degenerative, you know, content or or or just, even if it's not degenerate. You know, it's things that are Islamically forbidden, like you know, music or you know a kind you know. Uhh or or, you know, like a guy with, you know, his knees exposed, or a lady with her chest exposed, or yadda yadda yadda. Umm and it's just no good. It's uhh kind of melting pool of everything that a Muslim uhh doesn't desire,

(ES) yea

153

(JB) doesn't you know umm wish for umm or wish to, you know, be a part of their view. Uhh or partake in, you know uhh. So, so I guess that's my my justification and it's not 'cause like, oh, the apps from China or the apps from Zuckerburg uhh.

(ES) Yeah yeah, I see. Currently we had Myspace. That was, that was the thing. Then Facebook came out and I've been off social media for years now. I didn't realize how much time I spent just doing scrolling through stuff,

(JB) Uh huh

(ES) getting rid of completely was really helpful.

(JB) Yeah, it's definitely harder I feel like for this generation especially because you know it's kind of what we're prone to

(ES) yea

(JB) you know? Uhh are like attachment to our cell phones and stuff like that.

(ES) Mmm Hmm

(JB) or just to uhh you know electronics in general,

(ES) yeah.

09:16 (JB) Umm (boniouida(ui) uhh, haha it's definitely not something that's hard to give up you know, it definitely had a harder time, you know uhh coping with things

(ES) yep

(JB) like, you know dogs, you know being umm, kind of forbidden. Umm, In the in the Islamic belief.

(ES) Really? I didn't know that

(JB) Yeah, uhh I mean and it's for, you know, an interesting reason it's not like some you know. I guess phony reason

(ES) yea

(JB) like oh, dogs are bad, you know? Umm, but it's really because dogs, you know, they serve a very special purpose. Umm, in Islam, which is that they can see in here umm, or basically sense, you know,

(ES) Mmm hmm

(JB) and use this heightened senses umm, you know, in the Islamic view umm so that they're aware of kind of the unseen, whether that 'd be, you know, umm gin, which are just kind of the umm, the uhh, parallel of humanity

10:25 (ES) mmm hmm

(JB) umm that (alloe)ui) with Allah created umm or something like, you know, demon, Shaitan. Umm, you know, dogs have the capacity to umm, you know, of course, in the Islamic view

(ES) yea

(JB) umm, perceive that and that's why you know it's umm, it was advised by the Prophet Muhammad umm, Salahuddin Salem, that umm, you know when you hear a dog, uhh, you know, barking or howling to uhh, to seek refuge uhh, in allah from the cursed uhh, Shaitan from satan.

(ES) OK

(JB) you know uhh, because that's you know them umm, you know, (persed)ui) being aware and you know, kind of warning umm that you know something is uhh, out there

(ES) So in in your faith are are dogs like used as like a watchdog guardian type thing to be kept

(JB) yea

(ES) outside or

(JB) yes

(ES) not a pet.

(JB) Yeah. Yes, yeah, they can't yeah, that's basically the view is just you know it's it's bad and forbidden for them to be inside the home

(ES) mmm hmm

(JB) and to be kept, you know, just as a domestic pet. If you're keeping it for something like sheep herding or as a guard dog, or, you know, just a general protective dog

(ES) Mmm hmm

(JB) or working dog then completely permissible and, you know umm, viewed as good.

(ES) More of a tool than a family member.

(JB) Yeah yeah, I guess.

(ES) It's like like police dogs in a sense, like they're they're trained to do a very specific thing

(JB) yea

(ES) and they're not, they're treated very differently than like a a dog

(JB) yea like this guy

(ES) like they're kept in a kennel.

(ES) They're very disciplined, regimented and they have their, their job and when they retire, they turn into these things, but when they're working, they're very disciplined.  Yeah, this this guy reminds me of my dog, wants to get pet and sleep. It's about all he does.

12:35 (JB)Yeah, he's pretty worn out, I guess. You know he's running around out there.

(ES)  Yea, Nice day though.

(JB) hmm hmm Yeah.

(ES) Outside.

(ES)How old is Lucia here?

(JB) She is actually eighteen,

(ES) Oh wow

(JB) I'm telling you yea and still mobile you know, she can still believe it or not, she can still, you know, swim and stuff. Like sometimes we'll take her down to like a creek or something and she'll just, you know, paddle around in there.

(ES) Very cool

(JB) Umm so it's nice you know that that she still has mobility and she still goes on walks and everything like that. Uh, you know. Um.

(ES) She walks a little crooked, but at least she still moving.

(JB) Well, that, that is honestly just like uhh uhh, like on and off type of thing. Like, typically, she'll walk straight, but every once in a while, if she like, has trouble getting up.

(ES) yea

(JB) Or if she's having, like, hip pain or something, then yeah, she'll walk a little crooked.

(ES) yea. My dog will have days where he, cause he's thirteen now.

(JB) Wow

(ES) he'll chase squirrels

(JB) pretty up there

(ES) Yea, he'll chase squirrels and get a little too excited and a strain in something, or aggravating arthritis or whatever it is. And then the next day, he's kind of kind of out of it.

14:12 (JB) Oh, there's one of the Amigos.

(ES) One amigos coming back.

(JB) Maybe, we'll see.

(ES) How old is bandit?

(JB) Uhh, He is four years old.

(ES) Really, I thought he older than that. Talking about you, bud. Talking about you (pets(ui)

(JB) Yea, yea

(JB) (ES) (ui)

(JB) (Go up for your day (ui).

(ES) Chunky boy. Does he shed much

(JB) Umm

(ES) with his long hair?

(JB) Ehh

(ES) He sheds a little bit

(JB) Yeah, he sheds uhh, kind of. She sheds a lot, umm.

(JB) But he just kind of sheds. But it's very unnoticeable until you start like scratching or brushing.

(ES) Yea yea

(JB) Umm, which, you know, I've kind of not been on top of as of late.

(ES) Mmm hmm

(JB) Umm, but yeah, he is still a good boy.

(ES) Back for more huh?

15:45 (ES) Just curious.

(ES) So, I bet this morning was pretty interesting for you.

(JB) Hmm Yeah. I think it's uhh not to say that it wasn't uhh, you know, entirely unexpected.

(ES) What do you mean?

(JB) Umm, in the sense that you know, there was always a possibility that you know, uhh, either you know my doctrine or what I've stated. Umm, would would result in, you know visit or you know.

(ES) yea

(JB) Haha, you know, a raid from umm, the some sort of authority.

(ES) Mmm hmm

(NM) Hey baby, They left you inside? All right (ui). Let me run the bathroom and we can come back and I'll talk a little bit more and we'll see how it (goes (ui)

(NM) I'll be right back out, sorry

(JB) I have to give it to you though. How do you guys uhh just...(clap) shhh

(ES) Haha

(JB) rushed in. I mean

(ES) I missed the show. I was very late to the party

(JB) Oh, come on. You missed the the fireworks.

(JB) Come on... Tssh

(JB) Well, I wish you didn't. I was, It was something for sure

(ES) yeah.

(ES) Did they play any like action music?

(JB) Oh, I wish I, you know could have pulled up playing bad boys and all that good stuff.

(ES) Yea,  No thank you.

(ES) Unfortunately, it's never as cool as the movies

(JB) I don't know. It was uhh

(JB) In uhh, wow, I'm totally having a breakdown over trying to figure out the word I'm trying to use.

(JB) Uhh

(ES) Significant.

(NM) I'll be right back (ui)

(JB) Yeah. Yeah, it was, like uhh kind of like....

(NM) Do you want to take a break or anything? Are you, are you good? Do you need any water or anything?  I feel like

(JB) Hahaha

(NM) we've been talking for hours at this point. How's your throat feeling?

(JB) Hey, we're all good.

(NM) Ah right. I'll be right back.

(JB) Ahh

(JB) I don't know. It it was uhh. Surmount

(ES) ok

(JB) to uhh, to the movies I guess.

(ES) Hmm.

(ES) A slow motion effects.

(JB) Neh

(ES) Ahh, yeah.

(ES) You work every day after school?

(JB) Oh, no, uhh it's it's on and off it depends on the week, honestly.

(ES) yea, on average per week how many hours are you working?

(JB) Say about, anywhere from like twenty nine to like thirty four.

(ES) Oh wow

(JB) yea

(ES) that's full time

(JB) Yea

(JB) (ES) (NM) (ui)

(NM) That's that's tough

(JB) (ui) nearly overtime

(NM) Yea

(NM) Ha

(JB) (ui) making good money though

(NM) That's true, that's true. I told you I work in a restaurant growing up too, so

(NM) It's decent money.

(JB) Yeah. Eric was filling uhh me in. Never worked in service industry. He'll never get it.

(NM) Hahaha

(ES) No. I dug alot of ditches and carried a lot of cinder blocks.

(JB) Ohh

(ES) yea

(NM) I never dug ditches

(NM) Haha

(JB) Hey, me there, so he's got us beat there.

(NM) Haha

(NM) Uh, we were talking about music before I left out, why is that harder to tune out than the women?

(JB) Oh well, simply because uhh, you know uhh, well, music is something, you know, forbidden uh, You know, it's seen as just kind of a unnecessary thing, you know, distraction. Umm and you know, kind of like uhh you know, deviancy in one 's uh, programming essentially

(NM) Mmm

(JB) uh, which is...

(NM) What do you mean by deviency in one 's programming?

(JB) Umm, like umm, it's something that causes you to deviate from your natural predisposition, which should be or, you know is fact or, you know, Islamically, factually umm, Worship, you know. So when you introduce things like...

(NM) So, you say music helps to deviate you from worshiping the way you should.

(JB) Yes

(NM) OK, I got it.

(JB) Yea, kinda, well, because uhh as I said earlier, when we first begin, you know, Islam is very binary.

(NM) Mmm hmm

(JB) You know, and everything is in a very either dualistic or, you know, uhh paralleled, I mean, not parallel the parad nature.

(NM) Mmm hmm

(JB) Umm, ya know so umm obviously, you know the uhh, the that idea that you know we as you know umm, both the creation of this very binary umm higher power.

(NM) Mmm hmm

(JB) Umm and the adherence umm you know, to to a very binary religion umm you know. Wuh wuh Would make everything....or it should be for the believer. You know, in a very binary. You know. Black and white narrative.

21:57 (NM) Anything that's not for the religion can be considered against religion.

(JB) Umm not as mu.. not. Well, that is true.

(NM) Haha

(JB) But you know, not in umm relation to this. I mean, I guess you could say anything that is not from the religion can be seen as. Really, just time, you know, an unnecessary.

(JB) You know addition or a you know, distraction from, you know the uhh or or what should be, you know the the reality, which is that, you know, it's either good or bad you know it's either supported or.

(NM) Right

(JB) Uhh, disapproved. You know, so on and so forth.

(NM) You not listen to music at all or?

(JB) Umm not my choice.

(JB) I mean, obviously, you know, being in the United States, but also working in a place like Hooters, you know, people are going to play music. You know, sometimes I get an Uber to play music. You know, I can't force the guy to turn it off or anything, you know?

(NM) Right. But you'll never seek out to listen to music on your own because it forces you to deviate from your religion. Is that accurate?

(JB) Yeah, well, not really that, but just.

(NM) OK.

(JB) that you it is a distraction that can lead to one 's deviancy from the religion and the duties of the religion you know because if you

(NM) Got it. So to lead to a deviancy of the religion.

(JB) Yeah, and you'll you'll probably get, you know, um a kick out of this. I actually read a study by um The Lancet medical journal that was um it was a study conducted about music and it actually proved that music lowers a man 's testosterone. Boom. There's a medical reason.

(NM) Hmm didn't know that (laughs).

(JB) And

(JEB) Any kind of music will lower your testosterone?

(JB) Um I didn't read the article in full. I can definitely find it though um

(JEB) Might be a difference between like Taylor Swift and Metallica.

(NM) (Laughs)

(JB) Oh yeah, you're you're on to something now.

(JEB) Yeah.

(NM) Is that one of the reasons you chose Christian concert as opposed to Christian church when you made threats? Or is that just because that's what you picked?

(JB) Uh That's just what I picked

(NM) Ok

(JB) And I mean, besides, you know um you know, it's it's not really acceptable to attack uh you know, a place of worship, even one that is, you know, undoubtedly you know a a place of disbelief for, you know, a House of disbelief um Really, the as far as Controlling or dealing with, or demolishing, or, you know, doing any type of destruction or harm to, you know, a church or temple or synagogue or whatever um You know, we can really only prohibit that. Well, of course, under the Sharia that you know, there's prohibitions on, you know, the display of iconography or, you know, you can't display the cross or You can't ring the bell on.

(NM) Right

(JB) That's about it. But you know, we can't just level the place or you know go in and kill all the people.

(NM) So you never said like targeting religious building is OK?

(JB) Um no. I mean, aside from um, I guess a Shia mosque and and that that is simply because um (laughs) Because there's a different set of rulings in regards to the the Shia. In uh in terms of uh dealing with, you know Ahl al-kitab you know the people in the book. You know. And so there's really, you know um, just that there's a small difference between uh, you know, uh one and the other, you know, despite the fact that they're all disbelievers. You know, there's a there's a hierarchy, you know, I guess one could say.

(NM) And targeting a Shia mosque is more OK than targeting a church? or a temple?

(JB) Yes.

(NM) OK.

(JB) Which you know again is is something that falls into, you know um much more complex matters of UI you know of the opinions of scholars um especially contemporary scholars um, because it's it's pretty clear among, you know, the the three greatest generations you know what they said about, you know um people of the book and Shias and you know all the other groups um

(NM) What did they say?

(JB) Um

(NM) Summary wise, like the people of the book so that would be Christians, Jews, who else? Who else falls under the people of the book?

(JB) Um I think the only other group is Sabines um, but that's kind of, you know um, not really dead religion, but it's one that's not really practiced uh much anymore. You know Zoroastrianism is probably more practiced today than um Sabine religion. Um so in in summer, you know the salaf um said, you know, in dealing with um, you know the uh groups among you know uh Ahl al-kitab that um you know um from the report of the Prophet Muhammad sa Allah that um you know when he sent out a a an emir, you know, a leader of his armies um to among his enemies um of the mushkirin, which is the polytheist, so you know um the the Christians um, the pagans um and this was obviously at the time um.

(NM) And paganism was much more common than it is.

(JB) (Laughs) Yeah Um and so um not really Judaism, even though that also has um you know, difference of opinion. Um and so when he would send out a, you know, an emir from his armies to among the mushkirin, he would advise his emir to um to one of three choices um. And so the three choices were um firstly to call the enemies of Islam to Islam and to inform them that uh whatever possessions and rights are among the Muslims are among them as well. Um and if they refuse that, then the second option given was to demand jizya the um the tax um that is imposed on disbelievers under the Sharia um and the Khalifa um. And if they refused the jizya, then finally he would advise uh his emirs to seek refuge in this in the um safety of Allah and to fight them until they surrendered, or until they capitulated. Um And and so that's the, you know, consensus overall um for the ulama today. Um especially from among the school of UI or the Salafis um so And and uh so that that that is the view of the salaf on um how to interact with um you know Ahl al-kitab and the mushrikin.

(NM) OK.

(JEB) Hmm.

164

(NM) What about the differences between how you react to the people of the book versus the Shias? Is it the same idea because it's going to be a lot harder to convert somebody to Islam from Sunni to Shia, that doesn't really happen too often. What are the real limits is there?

(JB) Um so the the salaf 's uh view on the uh the Shia or what they they describe as the new Sharia and um Rafida Umm, which are both groups um described by salaf as enemies of Islam um which are also among the most dominant sects within the Shia you know, religion um and um so in their, you know, text, they say that you know outright that um you know the rafida and the new sharia um are not afforded the same rights as um Ahl al-kitab...

(NM) What's jizya?

(JB) Jizya

(NM) Can you spell that out for me

(JB) Yeah, J.I.Z.Y.A.

(NM) One SEC. OK. So they're not for the same rights as. Go ahead.

(JB) As um as the people of the book, they're not given the same uh opportunity and it's from the view of the salaf that um they should be, you know, simply fought um, you know, endlessly until they um are reimbursed upon the correct path of Islam um and until they seek uh repentance in a law for uh their beliefs.

(NM) Hmm. That's interesting. I never would have thought that would come that way um... you wouldn't consider yourself a sloppy jihadist, I assume, based on your idea, that Islam is not supposed to rule the world, right?

(JB) Say that last part again.

(NM) You wouldn't consider yourself a sloppy jihadist, right? Or would you?

(JB) I would consider myself a solid UI. I'm not really uh sure what you mean by uh Jihadists...

(NM) A lot of like the sect from sloppy jihadists are the ones that believe that Islam will eventually take over the world. But it doesn't sound like that's your belief.

(JB) Uh no, no, no, no um and I would say also you know those, I guess groups uh or organizations you know that um you know purport themselves as as Salafis and uh you know so-called well, jihadists is more of like a label than it is, you know, a term that has base.

(NM) What does jihad mean to you?

(JB) Um well, to me, you know, it's um as the salif explains you know there's there's two forms of jihad, the greater jihad and uh the lesser jihad. And um you know, to me, jihad is uh not, you

know (laughs) where where you go and fight and you know, like Tora Bora or wherever (laughs), you know, and uh live up in the mountains uh or anything like that. You know, Jihad is, of course, entails the the Right and the duty, um you know, to to fight in means of self-defense, you know, against Christians and Jews and, you know, really anybody who opposes Islam um when you're attacked, but you know um there's there's no outright justification for uh you know provocating you know a war, provocating, you know fights, you know, against the disbelievers um in the majority of uh you know circumstances.

(NM) Alright.

[Door opens, rustling movement]

(JEB) Oh.

(NM) No no

(NM) Jake

(JEB) Yes, Sir. I'm (UI)

(NM) Do you have any more questions or anything?

(JEB) Umm. The only other question I would have – I'm going to have a seat if you don't mind. This fifty year old back ain't what it used to be.

(JB) Hey, I understand.

(JEB) I was jealous when you were doing your prayer. I was like look how limber that guy is I couldn't even think of doing something like that. I'd hurt myself, but um, the only other question I had and again I only heard bits and pieces of it before, but when it comes to um supporting your brothers right um I heard something about and it's more of a question of understanding. It's against Islam to use crypto coins to make... to support - did I hear something? I only heard bits and pieces so I want to kind of understand that.

(JB) Yes, it's it's the majority view of uh you know contemporary scholars uh ulama today that um you know using things like cryptocurrency or even you know some uh circumstances some scholars consider even using Fiat money um you know as forbidden. You know, you can't use it um and UI advocates instead for, you know, to return to something like the gold and silver standard. You know, we all start using coins and coinage again.

(JEB) Right. (UI)

(NM) (UI) Oh know I was talking to (UI)

(JEB) Gold, you said gold? (UI)) Gold and silver again, that's where you were at, sorry.

(JB) Yeah. Yeah. And I mean, I'm uh definitely supportive because it's a you know it's a system that can actually be back.

(JEB) And based in value.

(JB) Yeah. And it it's something (UI)

(JEB) Let's check versus a sheet of paper that is exactly the same cost, but it may say one, five, ten, twenty, fifty, or a hundred, right?

(JB) I'm telling ya

(JEB) I got you, so question um With that, so, how would one that is developed like you support? I understand you're not really aligned with any one, like any one group, but if there was um a cause overseas that you wanted to support, maybe some brothers that were devout like you, that wanted. How does one support them then in, in today's economy, how would you do it?

(JB) (Laughs)


(JEB) If you had the means right, you know you had money to send, how do you do it? Because most people use like cryptocurrency. Like, it's just easier to do nowadays.

(JB) I mean, honestly um I'm not sure. Um you know, honestly. Yeah, you know, if it were in my hands, I'd just go myself, you know (laughs).

(JEB) Provide the money and help.

(NM) Or you're saying to fight?

(JB) Well, no, just to be you know among them you know. You know, if if it entails fighting, or if it entails support, you know um it is, you know it is what it is. But again, I can't really say that there's any means or anything that's advocated for (OV)

(JEB) Because I head the other

(JB) proven or permissible, especially in today's world where you know most of currencies are, you know, contradictory to (UI) on the standard.

(JEB) Understand. So if you're, let's say in a group or you're in a chat group and and somebody from Yemen or a or uh Syria that wasn't aligned with, you know, A UI you know? A group of people that you know obviously like you said, you weren't online with any one particular group but you were talking online and there are some brothers that you wanted to help. They asked for your help, like financial help. How? Would you handle something like that?

(JB) Um

(JEB) Hey, can you send us a hundred dollars? How would you handle that?

(JB) Um I mean, definitely, you know, it would be something that, you know, would have to be, you know vetted because I've had that happen that before, you know, and I've never um done

(JEB) You said vetted?

(JB) Yeah yeah. Like you know that they're whatever they're claiming, you know?

(JEB) Well, let's say they are like you've vetted them and you're like, OK these are, you know, my brothers, that I need to I do need to, you know, try to provide assistance and I have that money to do. Let's say you had the money, you could provide it, you've vetted them. How would you go about doing that?

(JB) Umm.

(JEB) I mean, you can't just, you can't do crypto. You're not going to FedEx it.

(JB) (Laughs)

(JEB) So is there like a means, and again, this is me asking the question like is there someone you would go and ask like hey or is there someone you give the money to and then they make sure kind of like a a wallet type transfer or something like that. Like how would you do it?

(JB) Um... I honestly don't know

(JEB) Ok.

(JB) I mean, it really isn't something that I've explored you know, as far as currency goes, really and my knowledge is just um

(JEB) What about if they ask for- I don't know, some type of technology.

(NM) Computers, things like that would that be something you'd be more willing to do, so if you were to send a computer or send clothing or anything like that would that would that be something that would be more comfortable for you?

(JB) I mean yeah. I mean, I guess it's supposed to be. Because it's, you know, obviously um the the duty, you know of the believer to, you know, support their fellow believer, you know um by some means, you know um But you know, I wouldn't really say that um have anyway a real knowledge of you know how to go about something like that um. Or really that I've been pursuant of it as far as like sending money to any, you know, Muslim um or, you know, Islamic, I guess you know sources, you know, the closest that's been has just been charity. Throughout like various um either charity organizations or Islamic. Or through like if it's advocated for, you know, like um some of the online Muslim communities, I mean, um and especially the more, the

more mainstream ones, you know? If they're seeking, you know, like donations for someone um. You know, or that person's family or so on and so forth them um you know once in a while I'll donate umm to something like that. Um But that's about as far as it goes.

(JEB) Do you know the name of any of the umm charities or causes you've donated for recently or not necessarily just recently, but just in the past?

(JB) Um I know one is the Gaza Relief Fund um And I believe. I can't tell you off the off the top of my head, but it's like um an Islamic equivalent to to the Red Cross that's currently operating um in the general, like South Asian region as well as in in Gaza and around Gaza um So, so mostly just main mainstream charities that you know will either be advocated for by Muslim communities, I mean or um like that maybe, you know, if I'm on Instagram or something um I'll see, you know, like a thing for giving Sasha, you know, giving charity. Um And you know, we'll maybe donate to to one or two of those charities that I see on there.

(JEB) And these charities or causes that that you give to- You know, you say that it's mainstream Red Cross or it's, you know this that. How do you verify?

(JB) Um

(JEB) I mean, I'll be in in a in a I'll use myself as an example. I see those messages all the time so like hey, text this, this, this and this to Red Cross to donate ten dollars to help the hurricane. And I'll be honest, I'm the wariest guy to that because I'm like, how do I know that's going to those people, right? Again, my question to you is how do you know that the money you donate isn't going to a proverbial terrorist organization perse.

(NM) Or do you care?

(JEB) Yeah, or do you care?

(JB) (Laughs) I mean, definitely. You know UI my money's going to um Hamas or the UI or al Qaeda or something.

(JEB) So like the save the Gaza Strip UI or what did you say it was, relief to Gaza (UI) (OV)

(JB) Gaza relief fund

(JEB) What if I told you actually it was going to Hamas

(JB) Well I (OV)

(JEB) Or if I told you I knew that was going to Hamas

(JB) Um I definitely would be against it. Um wholeheartedly I mean it would be regrettable that

(JEB) That you sent the money?

(JB) That that that would go to something like that.

(JEB) So you would is there ... would you be opposed to donating or providing we'll just say if you will need if you will or any type of support if you will to again, we'll kind of go back to devout people like yourself with those similar beliefs that are that live outside the US would you be opposed to doing that?

(JB) Um Not opposed, but again, like you said, you know it would be

(JB) Something I'd be very wary of, you know.

(JEB) But if you if you vetted it, you'd be OK with it.

(JB) Um, yeah, I mean I, I guess. I suppose. Um.

(JEB) OK. But you have never. Besides these these charities or or or causes that you've talked about already, you've never provided any type of support or aid or money or anything like that to um, any other group?

(JB) No.

(JEB) These are the ones that the the Gaza and the other one. Um, because I think you had said something in a chat that you had provided aid or something to them or support, right?

(NM) The Bitcoin (UI).

(JEB) The Bitcoin, and that was just more of just you talking.

(JB) Umm. (laughs)

(JEB) And again, I only bring it up because you know, I think we made strides to tell the truth, right? Since since we started to where we're at now, we made strides to tell the truth. So I want to verify the comments you made about sending Bitcoin. Because I don't wanna go through bank records. I don't wanna go through your phone or laptop and find that you actually did make transactions. So this is again the chance to get in front of it because those, some statements that we loop holed and we found some grey areas. This is something I need to understand. The statement you made regarding sending Bitcoin.

(JB) Were not true.

(JEB) OK, so you don't have a Bitcoin wallet? You don't have any cryptocurrency of any type? Bitcoin. And any of the, you know, hundreds of different Bit-currencies they have out there, you don't have any of that?

(JB) No.

(JEB) OK. Alright. OK.

(NM) Alright. I think that's it.

(JEB) Alright, here's your here's the copy of the receipt that I talked to you about. The old person receipt, and then this is a copy of the warrant. So we always give a copy. I know we talked to your, to your uncle about it, but it's a copy of the warrant which gave us the reason to be here. OK. So you're, obviously you're an adult. You're here, you're free to leave it, OK? What questions do you have for us?

(JB) Uhh, (laughs) mostly just a follow up on, on your question of you know, what should be done going forward.

(JEB) You know I, I honestly. Um, you know, for the most part, you know, at least with me, you've been honest today, so I'm going to be honest back at you. Um, I think that's being decided right now. If I'm being honest.

(JB) OK.

(JEB) It's being decided, right? 'Cause, you know, you stated yourself. You're a threat. You know and and that and a lot of that's, you know your beliefs and...unfortunately, your beliefs don't necessarily align with US laws.

(JB) The United States. Yeah. (OL)

(JEB) You know and and I'm not going to sit here and lie to you and say that there aren't consequences that come with the things you did. I think we're trying to figure out what does that look like, right? What does that look like you know? Um, I sit here and I've known you for all of yeah, well, four, five hours. Tops. I mean, obviously I've been here. I've only been talking to you for a handful of hours, but you know we've been in contact for most of the day. I'm not the person that judges you on the little I know, like I told you earlier, I've not walked in your shoes and I can tell there's pain in those shoes. But is that a fair statement?

(JB) Yeah, yeah, I guess so.

(JEB) There's pain in those shoes. You know, you have lived a life. It's probably some good, probably a lot bad.

(JB) (laughs)

(JEB) If I'm being, just my own assessment.

(JB) Yeah, yeah, for certain. (laughs) (OL)

(JEB) Because I can look in, I can Look in your eyes and I see pain. I've got kids your age. So, it's a balance. It's a balance act to not push you down a path that's darker than a path you may have already been on in your life. Where, in your mind, I believe the Islamic faith saved you. That's, I think how you see it. You were in a very dark place and Islam was there for you, OK? And I don't want to push you down a path that strives you away from your faith, but at the same time, we are charged with protecting the American public.

(JB) Yeah.

(JEB) And by your own admission, you've made threats, correct?

(JB) Correct.

(JEB) You are a threat to the American people. And you know, you said if you have to stay here and you can't move out of the country, you know, martyrdom is an option that. That is in direct conflict with what we're trying to do. Um, you know killing someone is not off the table, if in certain circumstances. You know, I would argue that most American citizens don't feel that way. And if they go to the store and yeah, they may insult someone, but maybe the worst they're thinking is that they might get punched in the face, right for saying something. You, if they say the wrong thing, you'll take it to to the limit and (UI) you'll take it right to the end. And then yeah, again, those are things that we have to evaluate, you know, and I don't think you're just gonna randomly go out there and walk into a store and just manhandle somebody for no reason whatsoever. We've talked about that and you've stated what your theory on that is, but I can also argue that someone's not going to say something in your presence that's gonna set you off. And then what? In your mind, it's justified. But that's going to be somebody's child, possibly a parent, possibly a brother, a sister, you know. You know what I'm saying? So again, we have to lookout for all of that and so we have to evaluate that. So that's just me being honest with you.

(JB) Yeah.

(JEB) OK. What's your feeling on that?

(JB) Uhh, (laughs) I mean, you know. Um...I mean it it certainly doesn't con, you know, I guess conflict with umm you know uhh (laughs) why you're here or anything. So you know it it's not really I guess a surprise uhh to me you know or or anything like that and you know it's not a giant shock. Um, but you know, we'll see. (laughs)

(JEB) Yes, Sir. Yes, Sir. So, I want to say you know, I appreciate you sitting there and talking with us today. You Know, it's been enlightening for me. It always is. Um, again, I'm. I'm a man of faith, but I'm a man of a Christian faith. But I've been on this Earth long enough to know that I don't know everything. And I'm also someone that...tries to understand other people, other thought processes, things that that aren't necessarily me, right? Um, people that are different, you know, and not different in a bad way they're just different, different than me, different from what I believe in. And uh so our conversation today, although it's sometimes unpleasant, has been illuminating. And I appreciate it and thank you. Umm. Like I said, in another lifetime and under different circumstances, you're definitely someone I would, that you know, I'd like to engage in

some good conversations. You know, the knowledge you have uh, and the belief you have is it's interesting. And so, you have a lot to offer in this world. You really do. But we've got we've gotten into some dark places, you know, as we see it. I know you don't see it the same way, but it's the uh unfortunately, as the uh laws in this country see it, you've gotten in some dark places, and now we're going to have to deal with that. But again, I appreciate you taking time to you know because, you didn't have to, right? I mean, you're aware of that, right?

(JB) Mhmm. (OL)

(JEB) You didn't have to sit here and talk to us but you did. And you know, we allowed you to go pray. Right, um, is there another prayer time coming up?

(JB) Umm, what time is it?

(JEB) Uhh I have five o six.

(NM) Five o six.

(JB) Uhh, I believe around five fifty six.

(JEB) OK.

(NM) (UI) When do you get to eat?

(JB) Umm. Around eight.

(NM) Oh. Wow, it's still a long way away.

(JEB) OK. But again, I appreciate you taking the time and letting us talk with you today and understand you know your your side of it. And I understand it's it's not fun. It's not fun visiting things, (OL) but maybe.

(JB) (laughs) It's it's uh unpleasant, but it's it's certainly, you know, as I said, the, you know, time and time again, you know, it's it's not something that I'm going to shy away from because, you know, say if it's something I really have you know, a conviction in which, you know, I. I believe I do. You know uh, you know I'm not I'm not gonna...change. You know that that belief, umm you know? (laughs) Umm, E E Even you know (laughs) uh under, you know, the threat of of, of the law or anything like that which you know umm I understand, you know, obviously we don't see that the same way but you know. Uhh yeah. You know, I'll (laughs) you know, be as sincere as I can be because you know it's, uh you know, all I could be both, you know, as a slave of the law. But you know, in such a uh unpleasant circumstance (laughs), you know, there's nothing more sacred than, uh you know the truth and sincerity. So, um yeah (laughs), I mean you know, I appreciate that, you know, see it in a you know (laughs) in a very umm...progressive, I guess way? Umm you know, or or very helpful. Um, (laughs) you know it, it truly is just uhh you know my my duty. Uh. (laughs) (OL)

(JEB) Mhm yup. I understand. Like you said, it's kind of an agree to disagree thing, but you know. Um, so, we'll see where where we're at.

(NM) At least you don't have any plans to hurt anybody or anything like that at this point.

(JB) (laughs) No. I mean.

(JEB) What about yourself?

(JB) Umm, (laughs) no, definitely not.

(JEB) And again, obviously that's something we worry about. I know you're like, man, you guys don't know me and we don't. Like I said I don't know what you've been through, but unfortunately I've been working law enforcement a long time and I don't want to, you know, walk out of here tonight and then you do something bad. Bad to yourself, bad to your uncle...that just, you know, or bad to your uncle and yourself, you know. Um, 'cause, obviously you have laid out there that you know, there are reasonings in your mind that you can get behind where that's OK. You know, and again, I don't think he's going to walk in here and you're going to do something bad but you know, if a conversation ensues and he says something negative, we've already hashed that scenario out haven't we? And so then my worry is, I mean again. So that's what he's asking, is that a concern we need to have tonight?

(JB) (laughs) I don't think so. I mean.

(JEB) But again.

(JB) I I yeah. (OL)

(JEB) yeah, don't think so but again, the the option is always going to be on the table for you because that's your conviction.

(JB) Yeah. Yeah, yeah, yeah. I mean.

(JEB) OK. (OL)

(JB) Uh you know, certainly, you know (laughs), you know, I mean it's it's certainly not something, you know uh I can predict or whatever.

(JEB) Right. (OL)

(JB) Yeah, you never know when you're going to run into someone who really does have, you know, very volatile view of something you hold very dearly, you know.

(JEB) Sacred. (OL)

(JB) Um, you know, and uh you know. For other people that might be, you know, uh you know, political belief or an NBA player. (laughs)

(JEB) True. (OL)

(JB) But you know, for me, you know, it's uh it's a religion. And you know, my God and you know if if you're...you know, insulting that me, you know you're insulting uh something that you know inherently has more value to me uh, you know than myself, you know. Um, or than you know this world or or than anything really. You know it's uh, you know, as the saying goes, you know, larger than life. Um and so, you know, if you have, the you know...gall to, you know um, insult something like that, you know that that's just a line that, you know...there's not really any any tolerance or, you know, sympathy for. Um you know? Um...and and I mean that's just, you know, um you know, (laughs) unfortunately how it is, I know uh you know, obviously uh the Constitution (laughs) and the Bill of Rights and, you know, the the US uh, (laughs) legal system doesn't see eye to – eye to eye with me on that umm. (laughs)

(JEB) They do not.

(JB) But um, you know it's um...(exhales) I guess just you know uh what my convictions have have led me to uh, to uh see as you know, the the kind of end-all be-all on the matter, you know.

(JEB) OK. I would ask. And again, you're your own man so you're going to make the decisions you're gonna make. Um. If this plays out to a point where we walk out of here tonight and we drive off and you're here. I would ask...I understand what your convictions are, and ultimately you're going to do what you want to do. But if you continue to engage in threatening, you know, making threats to the community, you know that type of stuff, we'll be right back here again. Probably not nearly as pleasant. OK. And this is just me being honest with you, right. You know why we were here? And I understand that how you see the world and how you know, you see your faith and your convictions. Um, that is given to you by the Constitution here to have that. But, when it mal-aligns with the laws, you will lose every time in this country. And I'd say you'll lose in the fact that we're here, right. Um um it's not a challenge to say, well, I'll show you how I win. That's not what I'm saying. What I'm saying is just the laws of the land will always prevail in this country, um, regardless of what your convictions are, right? So, I implore you, if you're gonna  go online to Roblox or Discord or any of these other chat groups or Xbox or however you're gonna do it...you keep the threats to yourself. Say them in your room, but when you put them out there for the world to see, it's just not gonna go well. OK. And like I said, I think you have a future when you talk about medicine, talk about helping people. I mean, when do you graduate?

(JB) Uh, this year. (laughs)

(JEB) And you're what, in Travis County?

(JB) Uhh.

(JEB) Oh, Williamson County here.

(NM) Williamson County. (OL)

(JB) Yeah.

(JEB) So, you ever thought about college? You're so smart.

(JB) Yeah (laughs).

(JEB) You know even Austin Community College, I believe is free. It's free now.

(JB) Yeah. No, I mean. (laughs) It's uh, you know, something, (laughs) I've given thought. Uh.

(JEB) I mean you can get a nursing degree for free and I understand there was like well nursing is not very good but it's a foot in the door and nurses make great money.

(JB) Yeah.

(JEB) Um, and yeah, you get it for free.

(JB) Yeah, I mean (laughs), I certainly not be against it. (OL)

(JEB) So I mean, you have such an opportunity in life, OK, I mean. Faith, no faith, regardless of how you look at it, your God, whoever that is for you, has blessed you. I understand it's you've got rocky roads, but maybe that rocky road existed before you found Islam.

(JB) Yes, certainly.

(JEB) But you have found Islam and that's something that you believe in and you can get behind, OK, you need to take everything that that has for you. And don't turn a blind eye to the opportunities that exist for you in life. You're getting ready to graduate high school. A lot of people can't graduate high school these days. They're not motivated enough, they're not smart enough and some of them are just downright lazy. But the other side of that is you, you're smart. You're a smart guy. OK. Don't let that go to waste. I understand people are going to do you wrong in life and ultimately you're going to handle that how you're going to handle it. But you also have the opportunity to help people.

(JB) Yeah. (laughs)

(JEB) If you have an opportunity to help people and you speak, when you were talking about being a doctor in Syria or a surgeon or anything like that, I can see the passion in your eyes that you want to help people. So those are kind of my parting words. That's almost my proverbial fatherly advice right, because I'm sitting here talking to you, but I have a nineteen-year-old son, OK? And so, if my son was in your predicament, I would hope that the person that was talking to them would say the same thing. That you have opportunities in life. OK. And even though we're

in this situation we're in and I don't how that's ultimately going to play out, you have a future. Alright. Fair enough?

(JB) Certainly.

(JEB) Ok.

(NM) Alright.

(JEB) So, um let me step out and check the mileage real quick.

(NM) OK.

(JEB) And umm, and then uh, we'll figure this out. I'm going to leave this with you. I'm going to take this one with me, alright. But, definitely appreciate you sitting down and talking with us. I really do.

(JB) 'Course.

(NM) If you wanna review.

(JB) (laughs)

(NM) Ask any questions while I'm still here. I'm happy to answer it if you have any questions.

(JB) (laughs) Oh, come on, you guys couldn't have gotten a better picture?

(NM) I tried, you were pretty pretty out there you know. Before that, all they had a picture was you in like second grade so that wasn't very helpful.

(JB) Well, you not, I look pretty good for you know, second grade.

(NM) (laughs) That was before you started to grow out the beard and all that. Is that new to Islam or?

(JB) Umm.

(NM) Or Is it just 'cause you're getting older?

(JB) (laughs) Definitely uh, you know, a mix of the two you know, it's nice that you know 'cause I'm able to grow a beard like this. Guys that are older than me that I know.

(NM) Right. (OL)

(JB) Yeah, can barely grow, you know little chin hairs.

(NM) Yeah.

(JB) Um, but also because you know it's it's a part of uh you know that...duty. Um, you know, I said uh earlier to umm. Um, follow the Sunnah you know.

(NM) Mhm.

(JB) Umm and to uh you know, be in the likeness, you know, both by uh saying and action. And you may even uh appearance you know, to the uh, the Prophet. Umm, you know, so it it's definitely dual in reasoning.

(NM) Any questions or does, does it all make sense?

(JB) Uhh. Nah, nothing really.

(NM) No questions, okay. This is just a list of the stuff that we took.  Most of it I'm sure, you knew we were going to take when we showed up so. I don't know exactly what time it was 'cause I was talking to you so.

(JB) Mm. Well, I don't know, the crucifix doesn't make sense 'cause that was just more of a sentimental gift from, umm, my mother, nothing to do with, you know, really any convictions, obviously.

(NM) Okay.

(JB) Um...So I guess that's the only out of ordinary thing.

(NM) Yeah, that is an oddity, yeah. The crucifix was from your mom you said?

(JB) Yes. Yeah. It's just a tiny one.

(NM) Oh, alright...Do you keep a crucifix, though, just cause of the sentimental value?

(JB) Oh, just 'cause of the sentimental value. Not that you know, I would keep a crucifix in my home or anything.

(NM) Yeah.

(JB) And yeah, I mean that's, that's about it, just the sentimental value of it. Umm, you know, because you know, even though you know not a big fan of, you know, the belief, the system. Um, you know, it's uhh, from someone who is, who is very dear to me.

(NM) Right.

(JB) You know, obviously. Not just gonna chuck it in the wastebin or something.

(NM) Was it hers, or was it yours previously?

(JB) Uhh, hers.

(NM) Okay. When she did she give you that?

(JB) About a year and a half ago.

(NM) Okay. So right before you moved down here, right around that time?

(JB) Yeah.

(NM) Was it before or after?

(JB) Um, I think actually after. Um, because I moved down here about two years ago. Oh yeah, so it would have been after yeah.

(NM) How do you like this area compared to up north?

(JB) Um, it's definitely nicer, you know, in terms of living and stuff like that. Uh, but you know, it doesn't really have as much to offer. I would say like in terms of, you know things to do or places to go and things like that. It's a lot more, you know, kind of, boring (laughs).

(NM) Not as much of, like, a big city out here as it was up there?

(JB) Yeah.

(NM) Compared to where I came from this is the big city, so, I came from a much, much smaller town, it's not anything compared to Dallas or Fort Worth, so.

(JB) Fair enough.

(NM) Do you still do the Legos? I know you said you were doing Legos when you were younger. Are these all Sebastian and your uncle's?

(JB) Yeah. Yeah, this is all him.

(NM) That's a lot of Legos.

(JB) Yeah. Um...Here and there.

(NM) Yeah.

(JB) You know, maybe if I'm bored or something, you know, I'll mess around with them. But you know, I guess nothing really big or, you know, I don't really buy a whole lot of sets or anything like that anymore.

(JB) Oh, okay.

(ES) It's like doing a jigsaw puzzle. You know, it can be kinda therapeutic.

(JB) Yeah, definitely, fiting the little pieces together and all that.I don't know, I feel like it can get stressful at times too, like especially with the things that you know have, like the real small pieces that you have to wedge all in between.

(NM) Yeah and they disappear. And then in my house at least, I step on them every time they disappear. So.

(JB) Eric mentioned the same ordeal.

(NM) Every time a Lego piece goes, gets disappeared I end up stepping on it and then I find it. It doesn't matter how many pieces are missing I find all of them the exact same way.

(ES) With my personality and it's very hard for me to get up and walk away until it's finished.

(JB) Yeah, for sure.

(ES) Like a jigsaw puzzle, I could sit there for twelve hours and not eat or drink anything and just...(ui) My wife has to turn the lights off.

(NM) Eventually she just turns them off and Eric will get this signal it's time to go to bed.

(ES) I'll light a candle.

(NM) Is there anything else you wanted to talk about before we leave since we're, I think, we're leaving soon?

(JB) Oh. No, nothing I can think of in particular I mean.

(NM) Okay.

(JB) We got down to business.

(NM) (Laughs) Yeah, we've been talking for a long time at this point. I can't believe you didn't drink any water during that time period because you did a lot of talking, and my throat would be completely gone by then.

(JB) People you know told me, you know, I'm a pretty good orator.

(NM) Yeah.

(JB) So, you know, it makes sense. You know, I can go on and on for a decent amount of time.

(NM) Yeah. Certainly are a good orator.

(JB) I guess my only, question would be, and it's more of a personal question.

(NM) Okay.

(JB) Umm...How, how would you personally perceive, ya know I guess, my perception of the, you know, the world and you know other people, ya know, I guess around me, you know, fellow Americans, you know. Because, you know, I'll tell you people have said, you know, I'm a very insane, you know, morbid person for having those beliefs and, you know, it really it doesn't surprise me 'cause it's coming from a bunch of people who, you know, can sit and give away their tax dollars to, you know, drop a three thousand pound, you know, missile or guided bomb on, you know, a bunch of impoverished people, umm you know, and but then, you know, one you know, American or one Frenchman or one Britain dies and you know that it's all hysterics and you know the, the media and the people are all weeping and everything, and so, so I want to get your perspective on, on that because you know. Personally, I just see it, as you know. We're going to, you know, Muslims and non-Muslims we're just going to keep trading blows, you know, and going, you know, one's dominant the others dominant, ya know all the way up until you know we're all gone.

(NM) First, I always just try to leave with empathy, so I try to understand where people are coming from in a place like that. I don't ever want any innocent people to die, whether that person is in Britain or US or in Gaza, Iraq, and I don't ever want anybody innocent to die and would not to try to do harm, something along those lines. So I always try to lead and try to understand those people as well. I don't know if I can put myself exactly in your shoes.

(JB) Yeah, no, of course. Then. Ya know it's not what I'm asking for either. I, I just have a very, inherent, you know, curiosity as to, you know, what others, you know, when, when they see. You know, essentially, you know what, what Islam is, is supposed to be, you know the reality which you know, some may consider morbid or barbaric or, you know, stuck in the seventh century. Umm, you know, yeah, but it, it's always, very fascinating to, you know, to understand and to be able to understand. So you know, I can say, you know, we're in likeness in that regard.

(NM) Yeah.

(JB) So yeah just go for it (Laughs).

(ES) Yeah, I think perspectives are, are shaped a lot by the people you interact with, what you read, what you're exposed to. So you know, you obviously do a lot of study into the faith, and you receive information from different avenues that other people do. Most people you know, turn on CNN or Fox News or whatever and that's, that's the information they get and their opinions and perspectives are shaped by that. They're shaped by Tiktok videos or a lot of people in America are just, you know, here's my bubble, I need to go to work, I need to feed my kids, and they're oblivious to things that are going on around the world, and there aren't a whole lot of

healthy places to share perspective and ideology, umm...so that's why I think you see such a wide variety of perspective and belief and opinion.

(NM) Even in Islam you see such a wide variety of different like levels

(JB) Certainly yeah.

(NM) Of beliefs and certain beliefs and what the end of days is or how what it means to be a good Muslim like you can talk to a thousand different Muslims and you might get nine hundred different answers when you ask what it means to be a good Muslim.

(JB) Yeah, certainly.

(NM) As well, while we were, why we talked earlier about how is it with your relationship with your other Muslim friends and stuff like that. What do they say, like compared to like how they align and stuff like that?

(JB) Umm...Well, I'd say you know, for the most part, you know. My...overall view, you know for the most part, you know, when I'm interacting with fellow Muslims, especially from the West, you know, is to keep it at a very simple level. You know, not to delve into really the more complex things or the things that you know the media or certain groups of Muslims or certain ra..., imams or sheikhs might say is, you know, extreme and you know, radical and yada, yada, yada. You know, it's better to simply...not (laughs) when it comes to such things and they just be in a state of, you know, um, concealment, you know, even if it's something that, you know, some burning in your heart as a conviction, you know, it's better to conceal that conviction because, you know, in reality, you know that the majority of the world does not and probably will not ever see the world through such a black and white apocalyptic lens.

(NM) Mhmm.

(JB) Even among Muslims, you know, some people who consider themselves sincere Muslims, you know, when they, they find out, ya know some of the things that Islam entails as obligatory upon the believer, umm... You know, it's a hard pill to swallow, ya know they can't accept that. Umm...and their sincerity is not, you know...complete. You know it all, it all doubles back to that, you know, concept I mentioned at the start. You know being complete and you can't be complete without literally, basically, basically giving up. Ya know literally as the terminology throughout the Quran states, making yourself a slave, umm, to, to God and the religion and you know, really just plucking out, ya know everything and everyone else that you know, leads to, you know, distraction or neglection or opposition to that, you know. You know. And I mean that that that, that's just unfortunately, not how you know I would choose for it to be. But you know how it's been decided, ya know it will be and you know. None of my grief, or none of my opinions, even if I can back it, with you know a hundred scholars, you know, a dozen verses and so on and so forth, you know it's not gonna matter because, you know, the bigger picture, you know is still going to be in motion and you know there's nothing, umm, you know that we could do to really mold that or stop it, you know? So why not just succumb to it at that point? You know that that's

basically my worldview on the matter, you know, it's just, you know, it's, it's, it's easier and it's you know better to simply succumb.

(NM) Mhmm.

(JB) And, you know, obey and to you know, submit, because you know that that's what Islam is you know you'll hear a lot of people nowadays saying you know, oh Islam is you know the religion of peace or Islam is the religion of this and that. Umm, but really, you know, Islam is the religion of submission and obedience to the creator. And you know, if you neglect that, you know by any regard, you know personally, in the community, in your laws, in your government, in where you live, you know, if you neglect to that, you know, that ob...that nature of being obedient, of being submissive to your creator. Umm, you know uhh. Then again, you know it's not complete and you know you can't really consider yourself sincere in belief if you're willing to compromise or you know, make you know, little tit for tat deals, you know, over the religion, you know, because you know, the minute you begin to, you know, kind of sell out on your faith, which is the, you know, the only thing, that separates you from everyone else. You know you're the same as everyone else. And you know, that's what Allah states and you know so, so you know, if Allah states it, you know it's true and, that's just how it has to be, which obviously not everyone concurs with. Not everyone even thinks you know Allah or the general idea of God is, is real or true.

(NM) Mhmm..

(JB) And you know, there's nothing you know, I can do to stop that, you know. So really it just becomes, you know, a matter of prevention and you know, the only way you could prevent is, you know, to be able to, you know, submit a kind of, you know, have your needs met by, you know, religion and not really having to subsidize off things like, you know, government or, you know, poli...or political ideas, you know you're not going to blend, you know, the religion with, you know, socialism or something, or capitalism, you know, and you're not going to make a compromise on one or the other. You know, you're either here or you're there. That's just kind of the, the, the end all be all on... You know you have to adhere fully or you're not adhering, you know, at all. Uhh, its...

(NM) So how does that?

(JB) Is kind of my take away.

(NM) So how does that work with your relationship with your friends who are Muslim, but they aren't, in your opinion, adhering all the way in.

(JB) Um. Mostly, you know, I'll just advise them on, you know, things mostly basic things, you know, because although there there's some things that I'll see that, you know, I'm, I'm against or the religion is against, you know. Typically you know, for the sake of avoiding fitna, division, among you know um Muslims, you know. I will only correct them on basic things that should be clear to them like you know, you know, don't listen to music, you know. Don't hang out with people who curse Allah and his messenger, so on and so forth. You know pretty simple things,

but you know when it when it gets into the more complex topics like how you know a sister, properly performs, ya know hijab or, you know, advising, you know, a brother that you know, the pants you know shouldn't go below the knee or so on and so forth. When you start getting into the more complex you know, forgotten rulings and obligations, that's when people start looking at you differently, like. Oh, you know who's who's this guy? And you know, thinking he's so pious. Who's this guy? You know this radical, you know? So it's better to simply know what's right for yourself. And you know. To advise, no doubt, but you know to certainly, just kind of, you know, not pay heed our attention to you know anybody else. Oh.

(NM) What happened?

(JB) I don't. If she's just struggling to get up.

(NM) Ah. How old is she?

(JB) Eighteen.

(NM) Oh my God.

(ES) Poor girl. Yeah. There we go.

(NM) That's an old dog. I've got a thirteen-year-old that just limps around. Not quite as much as that, where she can't get up quite yet, but she can't get on the bed yet anymore. She gets up a little bit higher but not quite on the bed.

(JB) Yeah, I mean, she can still leap on the couch every once in a while.

(NM) Yeah.

(JB) If she has the energy and she'll make herself at home on the couch. But mostly she'll just lay around all day, you know, on the floor, or something like that.

(NM) Yeah.

(JB) Ya know I just make herself at home. Lounge around.

(ES) So you, you said that some people will say that you're insane or morbid. How, how do you respond to that?

(JB) I mean typically not really in any sort of retaliatory sense, ya know, really I just see it as comical. You know, 'cause, it's it's coming from, you know, a place that is, Islamically, is the complete opposite of civilization and advancement, you know. Akin to, you know, theologically, Barbarians. And you know, they're sitting here telling me.

(Dog growls)

(ES) What's the matter?

(JB) Oh, you need your ball or something? You know, and they're calling me morbid and everything simply for expressing the religion, in its most real, basic, sincere sense. You know, I'm not going sugarcoat it, you know, if Islam says jump, you know it's not jump but, you know, take a parachute. It's jump and you know you don't question it, so you know. Umm, if, if Islam speaks very clearly. And I'll be in a very negative sense about, you know, the disbelievers then, you know, my view is going to be, exactly, you know, one, one of that or you know very much akin to that. Umm, you know, so when they say, you know, if I if, you know, I'm expressing what the world would be, you know, under Sharia, what would happen to other groups of, you know, face or, you know, just explaining the general consensus of scholars on, you know, what....

(JB) Permissible. What's impermissible? Or, you know, explaining something as simple as you know why you know the Prophet 's marriage to umm Aisha Bint Abi Bakr. Was, you know, ordained, or why it's OK, you know, and they, they start, you know, literally having this very emotional. (UI background noise) And attached response to it you know. Umm. You know. It's not something that really needs to be responded to in extreme detail or you know really with a argument or, you know, a lengthy response. You know it's just, you know. Umm. You know the, I'll just take it. You know, it's it's not something that's disturbing to me or you know. Uh An affliction to me, you know. Umm 'Cause people say much worse things about, you know, uh my profit and about the religion itself so you know anything that someone says against me personally is you know. Is a really, tantamount to, uh you know. So let's say someone insults you know umm the profit or insults, you know Islam and says you know, it's this backwards belief and yada, yada yada, that is something I'm gonna respond to and be, take, take personally much more than anything you know someone does to me.

(ES) yeah.

(JB) You know. Umm. You know. Umm 'Cause me, you know, I'm just. I'm just a person, you know. Someone insults me, someone wrongs me, you know, someone even kills me, you know. Umm. There, there's nothing really that I could do to stop that, you know, or umm that I should do to stop that, you know, because if it's willed to happen, you know, it's willed to happen. And then you know nothing, you know, no luck, no fate. You know. Not, not, not even my own decisions in most instances. Will be some sort of intercession or, you know, saving grace for me. You know. So if someone you know wants to do me wrong, do me wrong. But you know, do me wrong by my religion. And you know then there's a much different problem that arises from that. Umm. And so I guess that's it. You know, you know if someone 's hurling insults at me. Go for it. I'm not going to care. Uhh. You know, you know, I'm just going to there really sit there and laugh at it. You know and that's kind of my philosophy on a lot of those things like, you know, if I'm in high school and you know someone wants to be actin tough or something, I'm not going to respond to it or, you know, become agitated by it, you know. It's just, uhh you know, it's not an ano… an anomaly.

(ES) Yeah.

(JB) And you know what we understand is entitled. In, you know, being a part of this world, you know, nobody says, hey, you're never going to not face a bully. Uhhh. So you know that that's how I see, see it. You know everything that comes, comes and you know everything that goes, goes.

(ES) Yeah, that's a really mature way to, to deal with that.

(JB) Yeah, I mean, you know that. Well, there's no need to, you know, I guess so. Emotionally respond to, you know, things in regard to this world, you know. Umm. You know, like someone takes some money from me. You, you best believe you know for a minute or so I might be upset about it, but you know, I'm not going to go find the guy and like rob him back or something or inflict harm on him because he robbed me. Umm. You know, but umm. It it's definitely much more different in terms of you know. When it comes to degrading or oppressing or, you know, being against openly the religion, you know that that's. Uhh you know a bit different, I suppose. Uhh in terms of, you know that that it's not only affect affecting me, you know whether or not be, you know, physically affecting me. Umm. You know, it, it's an affliction that is. You know, from an Islamic standpoint, affects the entire body of the Muslims. You know the death of one Muslim is, you know, tantamount to, you know, the death of all Muslims and you know umm the oppression of one Muslim is tantamount to the oppression of all Muslims. So you know umm it, it obviously becomes much different with, you know, the implication. You know you, you do wrong by somebody and that person comes back and does wrong by you. You know, just in a general sense, you're just doing that, you know, of your own volition of your own desires, of your own whim, you know for revenge or to one up this guy. And you know, there's no justification for it. You, you know, it becomes, you know, an an anomalous action. You know, you're going out of your way to. You know, do something. That is, umm, yeah, unnecessary. And I guess that's how I see it, you know. Umm.

(ES) Have there been a lot of instances where people will insult your faith to you?

(JB) No.

(ES) No. Okay well that's good.

(JB) And I would say, uhh, you know, mostly because you know, it's just umm not really a focal point of discussion. Umm. Outside of obviously, you know umm Muslim communities and whatnot. Umm. Or at least you know for me. And uhh you know, there's nothing that really gives me away, you know, as a individual, you know, as, as a Muslim, except for, you know, maybe the beard or something, if you're really trying to, you know, reach.

(ES) Yeah.

(JB) Umm. You know, based off first appearance obviously. Umm. And so yeah, I mean, you know, so. So there hasn't really been any instances where someone 's, uh you know, insulted uh my religion, or you know my prophet or anything like that or or at least you know, as far as I'm concerned, you know, or in front of me, or around me or anything like that or to me. Umm. You know, so uhh. Which is a good thing, you know, nobody wants to, you know, have a religious

tidbit, and especially when it devolves into something like just hurling insults or degrading the other person's faith.

(ES) Mhm.

(JB) Umm. You know, there, there's no need for it and it's umm. Again. You know just like you know, you, you seeking out the guy who robbed you. You know, it's acting on your own desires rather than acting on something justified or implied by the religion. You know which should be the criterion for everything you do, you know. You know that it has some basis or implication or justification. You know from the the religion and the Scripture and so on and so forth. Umm. You know, and everything outside of that is kind of meh.

(ES) Yeah.

(NM) Do you go around telling people you're Muslim or does it just if it comes up naturally in conversation?

(JB) Well I mean, if it comes up in conversation, but umm.

(NM) (UI background noise)

(JB) I think he was in the bathroom.

(NM) Oh okay.

(JB) Umm. I mean, if it comes up, you know.

(NM) Yeah.

(JB) I'm never shy of you know, expressing uhh what I believe in. Uhh. You know, and explaining at times, you know 'cause, there's definitely a plethora of people who are umm, ignorant, you know, and I don't mean that in like a really negative way, but literally just they are upon ignorance about Islam or their conception of it is very, based in, you know either confirmation bias or some some type of bias uhh you know against Islam. Umm. You know, so. So if it comes up, you know it's something that I'll explain and tell and uhh all that. But you know, it's never something that I really go around just flaunting.

(NM) Right.

(JB) You know, 'cause, there's no need to be prideful about it. You know, 'cause it 'cause umm you know, there's there's really no superiority you know, for a Muslim over a non-muslim except you know. I, you know their works and their needs. So you know, things such as prayers, things such as you know what you give in charity, you know. Umm. Things such as how much you are upon the religion, you know, that's the, that's the division, that's the criterion you know. It's, it is your your prayer and your works and your deeds and umm all that good stuff. And you know that's the only sense in which a Muslim could be, you know, superior. And even then. You know

it's. It's a to put in a simple sense, kind of like a universal ranking system, you know, imagine all of humanity is being weighed, you know, by their deeds and their prayers and all that which you know obviously islamically, it has to be, in the name of Allah.

(NM) Mhm.

(JB) Umm. You know everybody 's, you know, either up here or you're down here or you're somewhere in between and you know. That's how we're all going to be judged, you know, is, uh you know, all of our deeds and prayers and uh all of those good. Are you know going to be weighed literally on a giant scale on the day of Judgement. And you know that's going to determine who you know is in the abode of, you know, paradise and who's in the abode of hell fire. And you know also who is better than the other, you know, 'cause, there will be seven levels to both paradigm, to both heaven and you know the Hellfire. Umm I mean, you know, you're going to be either higher or you're going to be lower depending on everything you did in this life. And all of your deeds and misdeeds, all of your prayers and missed prayers. Umm. And you know everything, everything you did since you know, basically birth, it's going to be, you know, weighed out, you know, on a record against you. Umm. So you know, I guess that's how I see it. You know, its, you know there's umm, always the possibility that, you know, umm all of us can coexist, but it's only. Really can be possible among the true believers of each religion. Or I guess you know, one could say the the more devout, you know, fundamental of of each religion, and for Christianity that kind of becomes more murky, you know, because you have fundamentalist like, you know, evangelicals, which are really just kind of like a political, like, hob gob, you know. Umm. And you know Umm. So on and so forth. Umm. But I I definitely think you know, there's no natural superiority to, you know, to me or to you or really anybody. Umm. Except for, of course, by prayers and deeds. Which you know is is uhh from my perspective, you know it's fair because you know if there is, you know Christian or Jew who is is a true believer, and you know, there's the ability that, you know, they will enter paradise before me. You know, even though I'm a Muslim, you know, if they're a true believer. If they truly submit to their faith and to the one God. Umm. Which again, you know, becomes real murky. Umm. Then their their boats going to be paradise. And you know, no doubt and they could be even above some, you know, some layman Muslims in this life. You know, because you know there's no real saving, you know, in Islam, there's no guarantee that you're saved. You know it's not like umm well for Christianity, you know where where you attest your umm faith and you know you umm attain salvation.

(NM) Right.

(JB) You know. Umm. There's really no salvation, it's just up to the mercy of God, you know. And if you're a good soul, you know you did good deeds and you prayed and you, you know, obeyed and submitted, you know, and then did everything in your in your power, in this life to, you know, follow Islam and to ensure Islam as you know. Umm. Supreme, you know. There's going to be no, you know, real hardship for you. You know God 's not going to punish you. And I mean that, that's just common sense. You know, if you were a good person, you know. Umm. The judge of all judges umm isn't going to twist to, you know, right or wrong, you know. Umm. Yes, it really blows down to either you're right or wrong in this. And you were either good or bad in this life and uh that's, you know, how every person is going to be ranked and you know, judged. You know, it's literally just by the nature of their being and their works and so on.

(NM) That differs a little bit (UI) a little bit differently than what you were saying earlier about having all of the non-believers burning in Hellfire though

(JB) Oh well yeah. No, I mean, they definitely will. And the majority of Christians and Jews and even Muslims umm today will be from the abode of Hellfire. And it's, you know, without a doubt, because that's the promise of both of Allah. Of both Allah and his messenger. But you know Allah clearly states that if whoever among you know the people of the book is a true believer, meaning, you know, they believe in only one God, and they also believe Mohammed is the messenger which, you know know most Christians and Jews don't nowadays. Then they'll be in in Paradise and you know, and so that's the fine line. That's the fine text you know you believe in literally just one God. Uhh. In an absolute sense, you know, so that kind of, you know, tosses out. Umm. You know, things like Hinduism or you know, paganism or so uh on and so forth and umm. Some would even extend that to the Trinity, but I don't really. Umm. 'Cause you know, again, murky topic. Umm. So. And you know everyone else is. Yeah, going to be, you know, to have a really bad time, you know. Umm.  Afforded to them, you know. Umm. Because, you know, they had an entire lifetime to, you know, to seek repentance and you know, to uh to return to their natural predisposition. Umm. Which is, you know, worship of, you know, the one God you know. So for there, you know, arrogance, whether they knew it or not, you know. Umm. In this life, you know. They're going to have an eternity of misfortune, you know, waiting. Umm. And that doesn't mean you know that you know. Babies or animals or, you know, uh, literally people who have never heard of religion are gonna, ya know, be suffering for eternity. Umm. Which is where Christianity differs. Umm. But you know, you literally the fine line is, you know, if you were physically, you know, mentally by like all means incapable of umm receiving or having understanding of the message and the word then you know there, there's no punishment for you because you're in a literal state of blissful ignorance. Know so how could something that had no knowledge of the unseen and unheard and of the word, you know, be punished, you know. Umm. Which you know again uhh extends to things like animals and infants and all of that good stuff. Umm. And really, I mean, you know, it's umm, just like, you know, Islam tends to be a very preventative religion, you know, it's built upon principles of prevention for the world, but also for the believer. You know there's never really, except for, you know, obviously what goes against their religion any strict forbadeance. And there's always or nearly always, you know, an exception to the rule. Umm. So you know it's it's a very much a religion of second chances. Umm. And just, umm, you know, building upon. Prevention through one 's you know obedience and understanding of the religion. You know if you have understanding and you read and you truly, sincerely accept it and live by it, then you know. Umm. You know, nothing is going to alter your perception of that. You're going to see it how, suppose, ya know, you might be supposed to see it and umm. That.

(JEB) You're good.

(JB) Is the. Kind of it.

(CC) Hi buddy. Bandit.

(ES) So is there is there any difference in the, I'm demonstrating my ignorance. Umm. Is there a difference for those who find fate, find Islam, later in life? So how long have you been following Islam?

(JB) Umm. For about uhh three years now.

(ES) OK. So you were fifteen ish? Sixteen?

(JB) Uhh. Or no, actually I guess three to four years then 'cause it, it was around when I was fourteen.

(ES) OK. So someone who finds faith at fourteen, fifteen are they measured differently than someone who's raised in faith from the beginning or finds it later in life at thirty five, forty years old?

(JB) Umm. No, not reall except for, you know, again on the criterion of your, your deeds and your prayers. Obviously, someone born into the religion, you know. Umm. Is obviously more probable to have prayed, and, you know, performed more deeds, good, good deeds than you. Umm. But that doesn't mean there's any real supremacy to, you know, or or, you know. Uhh. Dating. Uhh, of superiority when you revert.

(ES) So is it the, the deeds and the prayer, is is it a matter of quantity, quality or, or both?

(JB) Umm. Definitely both, because there are some deeds that you know you do once that can be, uhh equivalent to you know, a quantity you know of another type of deed. And you know know, so it's a mixed bag I guess.

(ES)What, and I'm sure you all have talked about this at some point today, but what lead you to your faith?

(JB) Umm, definitely the, the simplicity of the doctrine and you know they be absoluteness of the monotheism of it. You know, because that was definitely something that I feel lead me away from Christianity's because you know it's, it's umm or at least from you know my perspective it's uh, you know, was a religion and you know, kind of. Umm. You have to grapple with you know, the concept of the Trinity and you know it's kind of natural confliction with, you know, the, the concept of monotheism. And even though you know it's been explained and you know, people can justify it. You know they're apologetics or dogma and so on and so forth. You know it's not what I, personally, you know view as actual.

(JB) Monotheism, in an absolute sense, which I think was the biggest uh appeal of Islam to me, which is seen in that belief that you have to state, you know that you have to testify as a believer UI. That you know there's no God but God and you know nothing, nobody you know. Nothing umm Can be equivalent to that or y uh You know or that there's, you know, some sort of progeny, like a son or daughter or multiple spawn. You know from him, you know. Umm There's just, you know, one thing, you know, he's uh. You know, I guess if you want to view it in a kind of cartoonish sense, you know, he's all alone up there, you know, and nobody 's uh next to him or

anything like that or, you know, he doesn't have parts of him running around all over the universe. Umm. There's not multiple of them, so I guess that's the biggest appeal to me and the simplicity of that doctrine as it's laid out throughout Islam umm and the Quran, OK.

(ES) Does the concept of citizen salvation UI.

(JB) No. Well, not that there's a a guaranteed salvation.

Your never guaranteed salvation umm and really, you're not even umm. Really, there's no guarantee on umm. Anything in terms of salvation, I guess. You know, there's guarantees of paradise. And hellfire. And you know everything in between. Umm For you know, the righteous and unrighteous umm. But you know, there's no real guarantee that if you believe and if you pray and so on and so forth, it's going to mean, you know, you're you're safe.

(ES) Yeah

(JB) Umm  Because you know a, and in fact, even if you do believe an. But you're, you know, a hypocrite. A munafiq. You know, you're actually going to be worse than someone who was, you know, a murderer or someone who was a cheat or someone who disbelieved in Allah and his messenger and Islam and or even someone who killed Muslims ye. If you're a hypocrite and you proclaim openly that you're upon Islam. And privately go against it or go against its rulings, or go against its obligations, or neglect some part of it while acting righteous. You know publicly then you're going to be in the in the lowest level of hell and you know your fate sealed and there's going to be no recompense for you, because you know ironically uh. For for some groups of disbelievers their gonna go into the hellfire without a doubt. But there's the opportunity of recompense, and for some, it's even a temporary punishment

(ES) mm-hmm

(JB) that they will endure umm. But you know, for the hypocrite, you know umm. You know, there's there's no recompense. They're they're one of the only groups guaranteed, you know they're gonna to there forever and ever

(ES) mm-hmm

(JB) uh you know, with with no salvation. And uh anything like that, so. You know, really. Umm I guess it just boils down to the sincerity of your and the intention of your prayers and your deeds and so on and so forth that. You know will be. The uh. You know, kind of. You know needle in a hair stack or haystacking a way of determining who is saved and who isn't

(ES) mm-hmm

(JB) umm  you know umm Is the sincerity in your belief in your actions and so on and so forth. umm

(ES) And does does the you know pursuit of paradise, pursuit of salvation through deeds and prayer? Is was that attracted to you as compared to Christianity where it's the, you know belief and acceptance of Jesus Christ as your own savior who died for your sins. that's

(JB) Uh, I would say.

(ES) that's not necessarily per deed or prayer driven? It's more belief driven

(JB) mm-hmm

(ES) So did that attract you?

(JB) Yeah, I would say the works-based nature of Islam

(ES) OK

(JB) in contrast to you know the kind of. Blind faith, you know

(ES) mm-hmm

(JB) based system of, you know, Christianity and its idea of salvation umm, is definitely more appealing and and makes more sense. You know, obviously not for everyone but but for me personally, you know it would make a lot more sense that you know. Someone who does good looking be given good, and someone who does bad will be given bad rather than you know. Oh, I can do bad. But so long as I attest my faith, you know, and I get a free slip basically umm, you know, umm, and I and I guess that's one of the reasons why it appealed. Umm To me, aside from, you know, the umm the monotheistic aspects and the umm yeah kind of overbearing message of, you know umm, obedience, you know, 'cause 'cause Christianity kind of allows you to, you know umm live in a lukewarm sense. You know you don't really have to or. There's not as much stress upon, you know, the commandments and the obligations and everything that's entailed umm. You know, in the religion, you know, there's not as much stress upon it, simply upon the belief you know. In Jesus Christ and the Trinity, and so on and so forth umm. But you know. Doesn't make sense to me. You know, if you're truly seeking, you know, to be faithful. You know, it's something that, you know, you're you're willing to submit to, you're willing to be obedient to and umm you know, you don't really have doubts about it. You don't really have to live your faith on edge, you know, or have to be constantly questioning it. You know, by saying why does God want this? Why does God do that. You know, it's just what God wants you know (laughter), umm and I guess that's it. You know for for me. Umm That's the big three in terms of uh appeal.

(ES) Ok

(NM) Do you get time to go pray and stuff while you're at work and when you're at school?

(JB) Umm, we actually do have a prayer room at the high school, so you know that that that doesn't really umm umm, prevent. You know umm you know any, uh fulfillment of, you know, religious obligations or anything. Umm and and then again, you know, if you miss a prayer, you

know you can make it up, you know umm and all of that. So you know, it's not like a oh, you missed it. You know, boom, your you know umm, no way you can make it up. You know it's it's done. It's over. Umm 'cause again, you know. Going back to, you know, kind of like how some of the things are from my perspective, just kind of a common sense thing. You know. That's one of them, you know umm. That there's always an exception to the rule. You know, there's always forgiveness umm and you know the ability to seek uh, you know, repentance, you know umm. And umm I mean, I guess that's really it.

(ES) Another ignorant question for you. So the Christian Bible has numerous translations like King James, New living translation, whatever it is, is that the same for the Quran or? There's just like one translation per language.

(JB) Umm it's one. Transliteration so like a literal translation per language, but it's highly recommended that every Muslim learn Arabic to have the most proper understanding. Umm there's also, you know, misconception that you know that there like, the Christian Bible, you know, there's different translations, different versions out there. But uh really it's just different versions of Mushaf, which is like different methodologies of recitations. So, you know, literally just orally speaking it umm, but you know the word has remained the same. For fourteen thousand years, you know, verbatim. Umm

(ES) Fourteen Thousand?

(JB) Uh, fourteen hundred.

(ES) OK

(JB) Sorry (laugh). Fourteen thousand? Yeah. I mean, I wish, (laugh) but umm yeah. Umm So no, there there's just one book in in one language. What should be one language? Umm With different forms of recitation, but there's no different interpretation of translation, or of what the words mean. Umm And really, the closest you'll get to that is to like English, just because it's a lot more Basic and nuanced compared to Arabic, you know, like uh you had Arabic one word like. Umm umm Mock can mean you know like six different things, you know, ranging from mock to maca to maca. And you know, so uh to macroo, to so on and so forth, you know umm And it all comes from the same word, you know, and and uh (laugh). So, you know, English kind of simplifies and I guess you could say kind of dumbs down Islam in the Quran and some people will try and use that as a way of saying, oh, you know, look. There's different you know translations 'cause you know there may be different English. Umm Interpretations of the verses you know because of the nuance of the languages between each other umm but in reality, it's all the one same book with the one same meaning umm And the Birmingham Institute actually did a umm study, you know, on the authenticity of the Quran. And I believe they dated it as either nine uh ninety nine point, nine percent or ninety nine point, eight percent, you know umm. Completely authentic. You know, over a period of taking Qurans, you know from hundreds of years, you know various different historical periods. Umm And you know, going through all of them and, you know, found that, you know, I'd said they're all very close. Know there's only very minor nuanced differences, even among the Arabic. Umm That very. Slight (dog barks loudly), which barely have any effect on the meaning or anything like that.

(ES) mm-hmm

(JB) (yawning) And that's it. Really it (laughing) in terms of, you know whether there's different versions or different translations.

(ES) How? How have you learned the Arabic that you know now?

(JB) Umm, I actually take umm courses from this umm institution called uh the Ashma Institution and umm They're based in the UK and so they they mostly focus on giving. Arabic lessons. To like reverts, you know to to people that obviously weren't born or raised in a country where you know Arabic is common and spoken and you know umm But more specifically umm of having understanding and mastery of uh Fusha Arabic, which is. Not really spoken that much nowadays because it's a, you know, basically, Fusha is basically like if you know, I was walking around talking in old English

(ES) mm-hmm

(JB) you know, Fusha is like the classic Arabic that no one really talks in umm. So most of my Arabic is Fusha

(ES) mm-hmm

(JB) purely you know for understanding of the Quran

(ES) mm-hmm

(JB) umm and other religious texts umm. But I definitely want to learn umm You know, like a a dialect of Arabic So that way you know, obviously I can communicate umm. Beyond just. The well, not really the basic, but you know not sounding like I'm all pompous. You know, over there speaking uh, you know, in Fusha. Umm So yeah, most of it comes from, you know, UI on uh on Arabic.

(NM) What was the name of the school?

(JB) Umm I g m a a.

(NM) I'm sure that stands for something.

(JB) Umm

(NM) You know it stands for?

(JB) No (laugh)

(NM) OK, now I think it's got a that's not a word. So it has to stand for something. I thought I heard you say it, I don't know exactly what you said. Do you talk to their students and stuff?

(JB) huh (yawning)

(NM) Do you talk to other students and stuff?

(JB) (finishes yawning) No. it's mostly one on one lessons every once in a while, there would. Like group. held, But it's mostly one-on-one with like umm. Yourself. And then like your tutor or teacher, so on and so forth. And you know, in some instances, you know, yeah, it is a guy like, you know, around my age or like even some some instances like younger. By a little bit umm You know, because obviously they they know Arabic much more than me.

(NM) Yeah. Is it usually like reverts or is it usually

(JB) Umm

(NM)  like not Islamic born?

(JB) Some some are reverts umm, which really is really helpful You know, because they don't like view it in such a basic sense. Like it's not just they give you the basics and then like start rushing into the like more complex stuff, which I've had happen with uh, like Arab. You know, the native native I guess.

(NM) native speaking.

(JB) native speaking umm You can have Arabic speakers um. So it's a, it's a mixed bag. You know, it can be one or the other depending on you know. Guess um the (yawning) the time and the day and so on.

(NM) You have instructors for each year, or how does that work?

(JB) (yawning) Well like each umm each time that there's instruction, it'll typically be either like one main tutor or you you know your kind of like rotate I guess.

(NM) yeah

(JB) umm You know, because they have uh I guess a whole or from what say you know a whole lot of, you know students and staff.

(NM) Right.

(JB) So you know it makes. You know, you're not always going to get the same guy. Umm Over and over.

(NM) Yeah, that make sense.

(MB) You uh you like Chick-Fil-A?

(JB) Umm

(MB) If I can go grab some sandwiches, would you eat.

(JB) Yeah, umm.

(MB) You eat the chicken sandwich?

(JB) Just (laugh), umm, I'll I'll take. But I'm just not going to eat right now because umm

(NM) Ramadan

(JB) Yeah. Today is uh the beginning of Ramadan. So you know, it's uh important to fast.

(MB) Yeah, uh, you can save it for later then.

(JB) Yeah, sounds good.

(MB) I'm gonna pick you guys up chicken sandwiches, sound good?

(ES) I'm good on snacks.

(NM) I'm good. Thank you.

(MB/CC) [UI conversations about the Chick-Fil-A order

(NM) Think what happened is he got really hungry and now he's going to use that as an excuse to go to the store

(JB) I don't blame him

(NM) Laugh

(ES)How's fasting for you? Is it something that's really difficult or you find it to come pretty naturally?

(JB) Umm I mean at times it's difficult. I mean, at the beginning, it's always worse than you know, once your body starts getting adjusted, you know it starts kind of going into that, like comatose you know state but you know, it's definitely more like uh, you know, when I when I first began fasting, you know, my first Ramadan, you know, it's like. You know, felt more like, you know uh, like getting pierced by like a rhino horn or something. And now it's more like, you know, a wasp sting maybe

(ES) OK

(JB) you know, still still hurts and still a an inconvenient at times, but it's not something I'm gonna fret over or break reala really willingly.

(ES) I guess. After you've done it a few times, you gain a better confidence like it's it's not all that bad.

(JB) Yeah, it comes easy. And you know your body is definitely able to adjust more to it.  Umm and you know definitely for you know, this isn't something, you know that I'm capable of doing yet, you know, uh, you know, hopefully at some point, you know, I'll be at that level of, you know (UI Arabic Speaking) you know, faith to where, you know, umm 'cause, the prophet used to fast you know. Nearly the whole month of um Shaban, which is the month or the month we were just in umm. According to the to the lunar calendar. Umm for Muslims. And umm  then would you know, continue to fast Ramadan, you know, so obviously I'm not at that level yet you know umm (laugh). But yeah. You know, hopefully because they're they definitely are people who fast continually umm or who will fast, you know, throughout different times and you know umm. For me, it's typically I'll only fast on either important days where you know fasting is recommended or obli or you know when it's obligatory, unusual Ramadan. Umm But outside of that, I wouldn't really say I fast too often umm. But yeah, I mean, it's definitely something that you after time, you know begin to adjust to umm and to your body will adjust with it, you know.

(NM) And you, you won't take any nutrients then, right? Even water 'cause I.

(JB) Umm No. So so what your allowed to do and, you know

(NM) I've talked to a bunch of other people too. So

(JB) Its umm

(NM) It always varies.

(JB) Is that umm you know you should eat umm Not really copious amounts, but you you should eat a decent UI meal before Fajr before you know your morning prayer and then umm. And then umm you know fast until uh you break your fast after umm  Maghrib after you know your evening prayer. Umm And so yeah, you know, it's, you know you Better drink a whole bunch of water and eat a whole bunch of food. You know, before the sun comes up and then you know umm. Obviously in moderation, you know, because I'm pretty sure you know Mohammed umm uh To rest. You know those who would, you know, eat a whole bunch, you know, right before and, you know, warned against it. Umm You know and an an. advice you know should be you know, in moderation you should only consume as much as is necessary, basically

(NM) mm-hmm

(JB) umm What You know,  (laugh) it works for me.

(NM) right

(JB) You know, 'cause, I'm not a very big guy.

(NM) Yeah

(JB) Umm And there's certainly and I know umm. No, I guess, like uh, need to, you know, over gouge, you know, especially 'cause, you know, they leads to sickness umm. You know, especially if you've been fasting and your body hasn't adjusted fully, you know you're going to just puke up everything you just ate umm. And it's going to be all for nothing. (laugh)

(NM) Yeah.

(JB) Umm. And so I guess that's my view on it, you know, take everything in moderation during fasting.

(NM) Do you do you go the whole day without water too or. Do you only do that once your fast Is broken?

(JB) Yeah, yeah, yeah. I'll go the whole day without, well, whole day uh, you know, without umm.

(NM) Well, yes, yes, the fasting period.

(JB) Without, you know, food or or water.

(NM) OK.

(JB) Umm You know, because uh water breaks the the fast.

(NM) Does it?

(JB) Umm According to Umm

  (JB) Some scholars and especially because you know. Umm, it can cause you to, you know, obviously use the bathroom or whatever, which also breaks your fast and your your (UI), you know, your spiritual cleanliness. Umm, you know. And, and huh, I guess saying you know that's, that's really it. You know, it's umm, something that's kind of differed over.

(ES) So using the bathroom breaks the fast. Or is that what you said, man that would be tough.

(NM) (Laughs).

(JB) Well obviously you know you can reinstate your fast umm, because you know obviously you can't, you know (laughs)

(NM) (Laughs).

(JB) control your body to that extent. You know if you can, you know...

(ES) Yeah.

(JB) (Claps), bravo.

(NM) Right.

(JB) Umm, but yeah, no, it's simply that you would have to, you know, umm, (UI) and everything and then you know, basically re-announce your fasting, that you're going to fast. Umm, and that's it. You know, it's not like you know. Oh, you're cut off for the day, you know.

(NM) (Laughs). The days a wash now that you peed at two o'clock in the afternoon.

(JB) (Laughs) Yeah. You peed when you woke up after (UI) no fasting.

(NM) No fast for the day. Yeah, I've heard people go back and forth about, like, I've heard some people say they will drink water. Some people say they won't, and some people say they will take vitamins, but they won't eat food. So.

(JB) Yeah. Well, I mean, I've honestly only heard very limited things on the vitamin part.

(NM) But like the medicine and stuff like that, it's. Some people have like.

(JB) Oh, like if they have to.

(NM) Yeah (UI)

(JB) Take medicine. I mean, I'm pretty sure... Actually I can't say. (Laughs)

(NM) (Laughs)

(JB) Huh, you know, and don't want to just speak from opinion or ignorance.

(NM) Right.

(JB) Umm, so you know, I guess I. For the most part, you know it's umm, just, difference of opinion, you know depends on who you ask.

(NM) Yeah.

(JB) Umm... And that's it (laughs).

(NM) (Laughs). That's all there is.

(ES) Well, what are you doing when you graduate?

(JB) Umm. Well, I mean you know, the the main goal for you know, while was uh, you know, pursuing higher education, but I mean now it's huh. I don't know, it's kind of up in the air. It's either you know, stick to that and then leave the country or it's leave the country, you know, pretty much, you know, off the bat, you know. Umm, and and pursue, you know. Whatever knowledge it primarily, you know, religious, umm, but (UI) you know. Umm, anything else that I was looking to pursue, you know, here pursue it. There, huh you know, wherever there might end up being. Umm, you know, obviously in a more predominantly, huh, Muslim place. Umm, (laughs) so you know, that's really huh, you know, kind of a time will tell type of deal.

(ES) Gotcha. Do you have a place in mind you want to move to?

(JB) Umm, well, I was huh, telling, huh

(NM) Me and Jake (UI)

(JB) Huh, yeah, (laughs), umm, that I was huh, considering Syria umm, because, you know, it's a place that's implied, you know, is very significant, you know, throughout numerous, umm, accounts, you know of the Prophet and also umm, in the Quran, you know? So, so if God and his messenger are saying, hey, you know, this place is pretty significant, you know? (Laughs). Huh, kind of self-explanatory. You know why it might appeal. Huh, or have you know kind of allure to it.

(NM) How do you feel about the new leadership in Syria now? Compared to the previous one, to the Assad regime?

(JB) Umm... (Laughs) it's honestly, you know, huh kind of a position of indifference because huh, you know, while I'm very happy, you know that the huh, you know, the despotic tyranny of Assad and, you know, his father is gone, umm, I'm not going to be sympathetic or supportive of, you know, the FSA or HT, or Tahrir al-Sham, you know, which are basically just, you know, sock puppets for the interest of, you know, Turkey and Russia and the United States, and basically all the enemies of Islam, you know, in a, in a, you know very umbrella sense. You know, umm, they're just, you know, basically war bands of criminals and, you know, freedom fighters, you know, that overthrew a dictator you know. Which is, which is good, no doubt. But you know they're not what umm, the Muslims, should, you know, desire or you know, the going out and supporting. You know, even though he did a good thing and you know he's he's a Sunni, you know, two points.

(NM) (Laughs).

(JB) For umm, you know, umm. You know he's not going to get sympathy in terms of his regime and especially when he's like the Taliban being all slow and and, you know, flip flop on Sharia. And you know what's allowed and what's not and.

200

(NM) And then they're partially starting to implement Sharia Law in Syria, when he took over. I don't know how much that has escalated, or, to where that's at now. You probably know better than I do.

(JB) Umm, well I mean, I've seen, you know, varying things, you know, like I've seen some things like, you know, after you know the, I guess liberation. Umm, you know Syria, you know, they're having, like this huge concert, and it was a whole bunch of free mixing and people dancing and obviously music. (Laughs).

(NM) Right, music doesn't violate your belief in Islam as well, right? So.

(JB) Yeah, so I mean. It's mixed bag, you know, because on one, on one hand you have junla, huh, Jolani, you know. Who huh, was literally, you know, a breakaway of both Al Qaeda and ISIS, you know. Umm, now you know going out and, you know, acting with all this false eloquence and wearing all his fancy suits and saying, you know. Oh Don't worry, you know we're going to leave the Shia's, and we're going to leave the Christians alone, and people can drink alcohol and, yay, you know, and he wants to act all moderate despite, you know, literally being sent by Baghdadi.

(NM) Right.

(JB) You know to, quell Syria. Umm, you know, it, it just goes to show, you know, he's a, he's a, charlatan basically, you know how he's morphed himself into this self-styled, you know, jihadist politician basically, which, you know, umm, just shows how you know insincere he is. Just like, you know, Iran, just like umm, you know, Afghanistan, just like Saudi Arabia, you know, they're they're all insincere. You know they mask themselves. Under the guise of religion and following implemented, you know the laws. Umm, but in in reality, you know it's kind, it's umm, something that you know huh they, they fall short on, you know, in some regards. Or, you know, in a multitude of regards, you know.

(NM) Yeah.

(JB) Umm. So I mean I'm, you know, I guess that's that's how I see it. Umm, you know, did a good thing. Not really a good guy.

(NM) Yeah.

(JB) Or, you know, good, good, huh, government.

(NM) So would you consider him somebody that's going to like, reach the bottom levels of hell at some point because you say?

(JB) Umm, you know it's not for me to say.

(NM) Okay.

(JB) And it's definitely not right to, you know. Unless the, the disbelief of you know our ruler is, you know, very clear and you know there's no doubt about it, then you know it's not the duty or acceptable, you know, to really speak, speak out or you know, call against those type of people so you know really it's, you know, like I said, a position of indifference.

(NM) Right, ok.

(JB) Umm, you know, it's just one bad guy replacing another. Bad guy, basically.

(NM) Yeah... So which leaders would you say are doing the best job now if there is any?

(JB) Umm, none really

(NM) None really.

(JB) that I can think of. You know, 'cause, they're all, they're all, you know, looking out for themselves by some regard, you know, whether that'd be, you know (UI) or Jolani or Sisi. Umm, you know, or even factions like, you know, Hamas and the Taliban and so on and so forth. You know they're all just interested in their own self-preservation and, you know, make a mockery and, you know, a flagrant, you know, kind of umm, the merge of of religion, you know, and huh, you know, shape it to benefit, you know, to their own benefit rather than for the benefit of the world and of the believers.

(NM) There's not anyone that believes as true or the same way that you do? And, there's not... What percentage of Muslims do you think follow Islam the same way that you do?

(JB) Umm, I would say about like maybe twenty to thirty percent.

(NM) Okay.

(JB) Umm, so you know, a little sizable portion.

(NM) Yeah, it's sizeable, yeah.

(JB) Umm. You know, but umm. You know, there's definitely work to be done.

(NM) Yeah.

(JB) Umm, you know, but umm, that doesn't mean you know I'm gonna, like, go out and say, you know, hey, I'm believing better than you.

(NM) Right.

(JB) or you know, I'm, you know, actually righting a wrong. You know unless it's something that absolutely has to be corrected, you know like they're absolutely wrong, you know. Then huh, you know I'm not going to go out and start seeking fights with other other Muslims, you know?

(NM) Right. You don't want to start the infighting within the religion. Makes sense.

(UI)

(NM) So who would be the ideal leader that you would want to go under? Do you have anyone in mind?

(JB) Umm, (laughs), I mean, nobody besides really the huh, you know, the coming Messiah, you know huh. Umm, you know, if, if a leader emerges that, you know, I think he's good, you know, a hundred percent, you know, I'll probably, go in, you know, give allegiance and you know, live under that territory, you know.

(NM) Yeah.

(JB) Umm, whether that be, you know, a new Crown Prince, or, you know, if somebody, you know, another Baghdadi appears, you know.

(NM) Yeah.

(JB) then umm, we'll see. Umm, you know, and I guess that that's really what it is. You know, we're just in a period of, of, waiting kind, of you know, stasis. (Laughs) Huh, you know, and all we can do is just kind of ben, ben, huh, better ourselves you know, in preparation for you know, what's coming, you know whether the, you know, the Messiah or the end of days or, you know the general, you know, relinquishing of the religion and it's a disappearance. Umm, you know, we'll we'll see. You know, umm, and it's and it's, huh, you know, not, really I guess for us to say, you know, and huh, you know, Allah knows best.

(NM) So would you go to Saudi Arabia if the new Crown Prince was, a believer in the Salafi ideas and followed that as such?

(JB) Yeah. Ah yeah. I mean, if if he followed Islam in the, in the proper sense, you know?

(NM) You say Crown Prince, I assume that's what you meant was Saudi Arabia?

(JB) Yeah.

(NM) Ok, so, I don't want to make assumptions.

(JB) No, no you're good. Umm, then yeah, yeah, definitely. Umm, you know umm. But, you know umm, we're yet to see. So you know, it really boils down to just, you know, fingers crossed.

(NM) (Laughs).

(JB) Umm, and you know until then, the the best we can do is just to, to live among Muslim majority places, even if they're not right, you know, or to the tee. You know, it's better to be, you know, at least among like-minded people and in the basic sense as opposed to, you know, and you know huh, in the heart of a place that's in very much opposite of pretty much everything you could imagine you stand for. Umm, yeah, except for basic things like, you know, morality and you know. Huh, (laughs) equality and things like that, you know? Umm, but you know, beyond those basic things, you know. It's not really a common element I guess.

(NM) I'm gonna hit a hot topic now because you said equality and stuff like that. Where are you on women's rights in Islam, like, should they be working? Should they be educated?

(JB) Definitely both umm. Umm, but, you know, there has to be, huh, well for education, you know, that's like, undoubtedly, you know, there's no like but to that. But in terms of working. Umm, you know, women should be working, but not in the sense of, you know, oh, you know, they're making themselves their own CEO, or, oh, they're, you know, working in an office space where they're mixing with male supervisors or male co-workers. Or, you know, things like that. That doesn't mean, hey, a woman can't own a business or hey, a woman can't work, you know, in in an establishment or work but it, but the majority of the consensus is, you know, if a woman works, it should be, you know, primarily focused upon, things for women you know, it shouldn't be, things that you know are predominantly going to result in, you're mixing with men frequently or you have male, you know, supervisors that are not related to you that are in a giving you orders and so on and so forth and interacting with you on a common basis, umm, you know, and I guess that that's where the line is, you know, umm.

(NM) So, women own businesses for women, basically, but not like jobs like me where they might have a male supervisor? That sum it up?

(JB) Pretty much, yeah, and I guess in like a basic summary, yeah.

(NM) Is that just because of the job role? Or is that because of the, you're not supposed to be taking orders from a male?

(JB) Umm...

(NM) Or that's not your husband?

(JB) Umm, mostly, mostly the latter, but just kind of, but just base huh, you know the basic sense of, you know, avoiding, umm, you know, free mixing and stuff which obviously you know is is much less capable in some place like the UK or the US or, umm, you know, even as far as like Australia, I guess, you know, umm, you know. There's not really going to be that atmosphere of, you know, guys here, women here, you know, and everything is based on that. Umm, you know, well... So obviously, you know, umm, it's hard to apply that that you know, umm, view, and that or that ruling, you know, in places like the UK which you know has has a huge Muslim population. Umm, and a pretty large Salafi community. Umm, you know, unfortunately, because the status quo and the majority is not like that. Umm, not followers of Islam, and especially not in in such a black and white, you know strict sense. Umm, you know, huh, you know, there's

nothing you can really do about it at that point. And, you know, obviously huh, can't just rebel against everyone else or you know umm, anything like that.

**End of Recording**