IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:25-CR-00332-ADA |
| | ) | |
| **JAMES WESLEY BURGER** | ) | |

GOVERNMENT'S NOTICE REGARDING
DEFENDANT'S MOTION TO SUPPRESS STATEMENTS

The United States of America, by and through its undersigned Attorney, hereby files this Notice Regarding Defendant's Motin to Suppress Statements [#52]. Without conceding the arguments raised in the Motion to Suppress, the government elects and agrees to not offer Defendant's statements made to law enforcement on February 28, 2025 in the government's case-in-chief at trial, provided however that the government reserves the right to use those statements in response to evidence, testimony, or argument by the defense that opens the door to the use of such statements. The government also reserves the right to use the statements in cross examination of the Defendant should he elect to testify at trial or if the Defendant presents character evidence.

The government has conferred with counsel for the Defendant regarding this election and the parties agree that the government's election resolves the dispute raised by the Motion to Suppress for purposes of the upcoming trial. The parties thus do not expect to offer evidence or argument regarding the Motion to Suppress at the hearing before the Court scheduled for November 18, 2025.

The issue of Defendant's Motion to Dismiss Indictment remains pending for the hearing.

Respectfully submitted,

JUSTIN R. SIMMONS

UNITED STATES ATTORNEY

/s/
KEITH HENNEKE
Assistant United States Attorney
Texas Bar No. 24054497
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1291

MARK T. ROOMBERG
Assistant United States Attorney
Texas Bar No. 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System that will transmit notification of such filing to the following CM/ECF participants:

Jose Gonzalez-Falla
Charly Herring
Attorneys for Defendant

/s/
KEITH HENNEKE
Assistant United States Attorney
