# Jury Evidence Recording System (JERS) Requirements - Updated 1/23/25

## Time Frame for Submitting Exhibits

All files must be submitted based on the deadline set by the presiding Judge or CRD associated with your case. Your timelines in submitting these files will assist the Court in preparing for the trial. Exhibits submitted that do not meet the Court's requirements will be returned for correction.

## How to Submit Electronic Files

All files must be uploaded to the Box.com links provided by the Courtroom Deputy. Do *not* submit place holders or slipsheets to Box.com, these are not exhibits.

## Requirements for Exhibit File Types

All electronic evidence must be provided using the following formats:

- Documents and Photographs: .pdf, .jpg, .bmp, .tif, .gif (no Excel accepted)
- Video and Audio Recordings: .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav, .3gpp

**VERY Important:** The individual file size of **documents (pdf)** should not exceed **50 MB.**

The individual file size of **audio** and **video** should not exceed **500 MB.**

If possible, exhibits approaching or exceeding this size limit should be separated into multiple files. PDF documents can often be reduced significantly in size by using tools such as Adobe's "Reduce File Size" feature. Images can be significantly reduced in file size by lowering its resolution or dimensions, usually with minimal affect to viewing quality.

## Naming Your Files

All file names **MUST** be named using the following naming convention. Not using this exact naming convention will cause problems in our office when uploading your exhibit files. The file name begins with the exhibit number, followed by an underscore to designate that the remaining text of the file name is the description of the exhibit.



**EXHIBIT**
Exhibit Number(underscore)Exhibit Description(.)File Exension

Example:       1_Photograph of Gun.PDF

**Important**

**Note:** An underscore MUST be placed between the exhibit number and exhibit description. DO NOT use an underscore anywhere else in the exhibit file name.

**\*\*SUB EXHIBITS - ARE NO LONGER ALLOWED - further instructions included at the end of the document. If you need assistance or have any questions, please email me and we can set up a time for a Zoom call to go over a solutions for needs.**

**Examples of Valid Exhibit File Names:**

| Exhibit | Exhibit File Name |
|---|---|
| 1. Photograph | 1_Photograph.jpg |
| 2. 2009 Tax Return | 2_2009 Tax Return.pdf |
| 3. Camera Footage | 3_Camera Footage.wmv |

## Identifying Your Exhibits

The exhibit number needs to be clearly displayed on the **first page** of each exhibit.

i.e. **"P 1"** or **"Plaintiff Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:



**Important**

i.e. **"D 1"** or **"Defendant Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:

i.e. **"G 1"** or **"Government Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:

i.e. **"J 1"** or **"Joint Exhibit 1"** appended on the bottom right hand corner, either typed or written on the following label:



**Source Code:**
Please do not upload anything for your source code exhibits. Please include them on your exhibit list only. We will take care of everything else regarding source code during trial.

Below is an example from a previous case of what the JERS program will display on the screen for jurors to view during deliberations. The left column is the exhibit number and the right column is any description you add to the right of the underscore. If you submitted Defendant exhibit 1, named appropriately as 1_NXP IMP WDTEX 00024396, this shows you what the jury sees during deliberations. Do NOT use the example below to name your files.

| Def-1 | NXP IMP WDTEX 00024396 |
|---|---|
| Def-5 | NXP IMP WDTEX 00024308 |
| Def-35 | RFMICRON 00002019 |
| Def-50 | IMPINJ NXP WDTEX 00007852 |
| Def-62 | TIGER Evaluation Plan April 11 2022 |
| Def-64 | NXP IMP WDTEX 00005248 |
| Def-65 | IMPINJ NXP WDTEX 00000275 |
| Def-70 | NXP IMP WDTEX 00017748 |
| Def-71 | IMPINJ NXP DDEL 00001130 |
| Def-72 | IMPINJ NXP WDWASH 00004293 V2 |
| Def-86 | NXP IMP WDTEX 00005831 |
| Def-90 | IMPINJ NXP DDEL 00002908 |
| Def-128 | Impinj presentation Endpoint IC Update |
| Def-129 | IMPINJ NXP 0047253 |
| Def-134 | IMPINJ NXP 0046697 |
| Def-162 | NXP IMP WDTEX 00019851 |
| Def-166 | RFMICRON 00011774 |

**FILE NAMES:** In file names, please do not use special characters. Special characters include the following characters: ,#$&*():;""+=@, and other characters that are not letters or numbers.

Below are examples of files that the JERS system will not accept:
9_US patent #123,456,789 - JERS will not accept # or commas
10_License & Market Share - JERS will not accept & sign
11_YTD Earnings (2021) - JERS will not accept ()

Pagination is not required for exhibits (this update is currently in draft form for the Court's next Standing Order).

**SUB EXHIBITS AND SPLIT EXHIBITS:**

If you need to separate out parts of what used to be one large exhibit, sub exhibits are not allowed. There are two options. If you have not already numbered your exhibits, you can just number them sequentially (second example below). If you have already numbered your exhibits you can use the top example below.

Example one:

If you have exhibits that need to be split, this is what we have been doing; Go up to the next thousand - somewhere above how many exhibits you have. For example, if you have 5000 exhibits go anywhere above that) to start your split such as 6000 or 9000 or 10000.

So, if you have exhibit number one named "1_patent 789" that was split into four parts, then go up to the next thousand (like 9000 or 10000) and start there with the other parts. But – name them so you know what they are, and what they go with (however it makes sense to you).

You could name like this:
1_patent 789 part one of four
10000_patent 789 part two of four
10001_patent 789 part three of four
10002_patent 789 part four of four

All the "parts" will get their own exhibit number. That means if you wanted to admit the whole patent, in the example above, they would have to move to admit exhibits 1, 10000, 10001, and 10002.

Example 2:
IF you happened to not number your exhibits yet, you could do them with the parts in sequential order:

1_patent 789 part one of four
2_patent 789 part two of four
3_patent 789 part three of four
4_patent 789 part four of four