IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § § § § | |
| *vs.* | | **1:25-CR-00332(1)-ADA** |
| **(1) JAMES WESLEY BURGER** | | |

### ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this action is set for a Status Conference on **Monday, November 24, 2025, at 10:00 AM** at U.S. COURTHOUSE, COURTROOM NO. #5, 6th FLOOR, 501 W 5th STREET, AUSTIN, TEXAS.

SIGNED this 19th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE