UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | § § § § § |
| v. | § § |
| JAMES WESLEY BURGER, | §  CRIMINAL NO. 1:25-CR-332-ADA § § |
| *Defendant.* | § § § § |

## GOVERNMENT'S JURY TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT | ADMITTED |
|---|---|---|
| 1 | January 23, 2025 Screenshots | |
| 1b | January 23, 2025 Phone Note to followers of the cross | |
| 1c | January 23, 2025 Call to FBI | |
| 2 | Keystroke Logger 24, January 16-27, 2025 | |
| 2a | Discord to Roblox Chat and Keylog | |
| 3 | Roblox Screenshots from January 21, 2025 | |
| 3a | Video of Roblox from January 21, 2025 | |
| 4 | Chart Regarding Connections with crazz3pain and Ghurabaah | |
| 5 | Attribution of Xandersrange | |
| 5b | Nurullah Link Chart | |
| 6 | Photos from Defendant Phone | |
| 7 | Discord Profile Picture | |
| 8 | Black Islamic Flag from Search | |
| 9 | Google Search Terms from Defendant iPhone | |
| 10a | Keystroke Logger 1, July 24, 2024 | |
| 10b | Keystroke Logger 45, February 3, 2025 | |
| 10c | Keystroke Logger 88, December 10, 2024 | |

1

| | | |
|---|---|---|
| 10d | Keystroke Logger 100, December 16, 2024 | |
| 11 | Roblox Chat Regarding Making Explosives | |
| 13 | February 4, 2025 Roblox Screenshots | |
| 14 | Roblox Screenshots from February 10, 2025 Follower of Tawhid | |
| 15 | Jailhouse Notes | |
| 15b | Bomb-making Report | |
| 16 | Photo from Laptop | |
| 17 | Defendant Confirms Deleting Ghurabaah Account | |
| 18 | Discord Chat Pledging Allegiance on July 24, 2024 | |
| 19 | Discord Chats between afrikan3r and bigas96 | |
| 20 | Christine Marsh CV | |
| 21 | David Krueger CV | |
| 22 | Discord Chats on January 31, 2025 | |
| 23 | Discord Chats from February 10, 2025 | |
| 24 | Defendant iPhone Cookies | |
| 25 | Discord Chats from January 2, 2025 | |
| 26 | Defendant Phone Chats from December 27, 2024 | |

*Respectfully submitted*,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

<u>/s/ *Keith Henneke*</u>
KEITH M. HENNEKE
MARK T. ROOMBERG
Assistant U.S. Attorneys
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax:    (512) 916-5854

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed on November 11, 2025 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendant James Burger

/s/ *Keith Henneke*
KEITH HENNEKE
Assistant U.S. Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 916-5858
Fax:    (512) 916-5854