**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-CR-00332-ADA** |
| | ) | |
| **JAMES WESLEY BURGER** | ) | |

**GOVERNMENT'S MOTION TO STAY ORDER DISMISSING SUPERSEDING
INDICTMENT AND RELEASE PENDING APPEAL**

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby files its Motion to Stay Order Dismissing Superseding Indictment and Release Pending Appeal, and states:

On November 24, 2025, this honorable Court orally granted the Defendant's Motion to Dismiss Superseding Indictment and granted Defendant release from custody following hearing.

The Government must confer with the Solicitor General on whether to appeal the Court's decision to grant dismissal of the Superseding Indictment.

The Government believes the Defendant is a danger to the community based on the crimes for which he was indicted. The Government requests this honorable Court stay its order releasing the Defendant for 7-10 days following the issuance of the Court's written order to allow time for the Solicitor General to consider whether to appeal this Court's decision to the Fifth Circuit Court of Appeals.

The Government additionally requests that this honorable Court issue a written order setting forth its reasoning to allow the Government to appeal.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

_/s/_____

MARK T. ROOMBERG
Assistant United States Attorney
Texas Bar No. 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100

KEITH HENNEKE
Assistant United States Attorney
Texas Bar No. 24054497
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1291

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of November 2025, a true and correct copy of the

foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF

System that will transmit notification of such filing to the following CM/ECF participants:

Jose Gonzalez-Falla
Charly Herring
Attorneys for Defendant

_____/s/_____

MARK ROOMBERG
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:25-CR-00332-ADA** |
| | ) | |
| **JAMES WESLEY BURGER** | ) | |

## O R D E R

     This matter having come before the Court on the Government's Motion to Stay Order Dismissing Superseding Indictment and Release Pending Appeal, and the Court being otherwise fully advised in the premises,

     IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Motion to Stay Order Dismissing Superseding Indictment, the Government's Motion to Stay Order Dismissing Superseding Indictment is GRANTED/DENIED.

     IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Motion to Stay Release Pending Appeal, the Government's Motion to Stay Release Pending Appeal is GRANTED/DENIED.

     IT IS SO ORDERED.

     SIGNED and ENTERED this     day of     2025, Austin, Texas.

_____
HONORABLE ALAN ALBRIGHT
United States District Judge