UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) NO. 1:25-CR-00332-ADA |
| JAMES WESLEY BURGER | ) |
| | ) |

### ORDER

On this date, the Court considered Defendant's Motion to Dismiss. Dkt. 53. The Court, having considered the motion, the response, the reply, and heard arguments from counsel, is of the opinion that the motion should be **GRANTED.**

On November 24, 2025, the Court orally ruled on this motion and dismissed Mr. Burger's indictment. A memorandum in support of this written order reflecting the dismissal is forthcoming.

IT IS THEREFORE ORDERED that the Defendant's Motion to Dismiss (Dkt. 53) is hereby GRANTED. The Indictment (Dkt. 40 – Superseding Indictment) is HEREBY DISMISSED.

**SIGNED** on November 26, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE