UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>JAMES WESLEY BURGER,<br>   Defendant. | No. 1:25-cr-332-ADA |

## NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's oral order of November 24, 2025, dismissing the Superseding Indictment; its Order of November 25, 2025, denying the Government's Motion to Stay Order Dismissing Superseding Indictment and Release Pending Appeal (ECF No. 76); and its Order of November 26, 2025, granting the Defendant's Motion to Dismiss (ECF No. 77).

                Respectfully submitted,

                JUSTIN R. SIMMONS
                UNITED STATES ATTORNEY

By:  */s/ Keith Henneke*
      KEITH HENNEKE
      Texas Bar No. 24054497
      MARK T. ROOMBERG
      Texas Bar No. 24062266
      Assistant United States Attorneys
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas  78216
      (210) 384-7100

## Certificate of Service

    I certify that on November 26, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                          */s/ Keith Henneke*
                                          KEITH HENNEKE
                                          Assistant United States Attorney