# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:25-CR-00332-ADA |
| | ) | |
| **JAMES WESLEY BURGER** | ) | |

### GOVERNMENT'S MOTION FOR DETENTION/BOND HEARING

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby files its Motion for Detention/Bond Hearing requesting a hearing no later than December 5, 2025, and states:

On November 24, 2025, the District Court orally granted the Defendant's Motion to Dismiss Superseding Indictment and granted Defendant release from custody following said hearing. That same day, the government filed a motion to stay those orders, ECF 72, 75, which was opposed by the defense, ECF 74. On November 25, 2025, the District Court denied the motion for stay, ECF 76, and later that evening Defendant was released from custody without conditions or supervision. On November 26, 2025, the District Court confirmed in a written order its decision to grant Defendant's motion to dismiss the Superseding Indictment, ECF 77.

On November 26, 2025, the government filed a Notice of Appeal of the District Court's orders granting the motion to dismiss and dismissing the Superseding Indictment and denying the government's motion to stay the dismissal and release of the defendant. ECF 78. The government then filed an Emergency Motion to Stay Orders Dismissing Indictment and Releasing Defendant with the Fifth Circuit Court of Appeals. The defense filed a response opposing that motion on December 1, 2025, and the government replied on December 2, 2025.

On December 3, 2025, the Fifth Circuit granted the government's request and entered a

temporary administrative stay of ten days:

> The court hereby enters a temporary administrative stay of ten days, to give the district court time to: (1) provide its reasons for dismissing the superseding indictment against James Wesley Burger and ordering him released from custody, Fed. R. Crim. P. 12(d); and (2) provide this court with a transcript of Burger's detention hearing and the motions hearings in this case. The entry of this temporary administrative stay does not affect any relief that the district court may provide pursuant to 18 U.S.C. § 3143.

A copy of the Fifth Circuit's *per curiam* unpublished order is attached.

In light of the Fifth Circuit's administrative stay, the government requests a detention/bond hearing to determine whether Burger should be detained and returned to custody or released with conditions of release and supervision no later than December 5, 2025. The government further requests that Burger be ordered to attend the hearing in person. Counsel for the government was informed by court staff that U.S. Magistrate Judge Mark Lane, who presided over Burger's initial detention hearing, is available to conduct such a hearing this Friday, December 5, 2025 as early as 11:30 a.m.

The government conferred with counsel for the defense and the defense is opposed to the government's request for a detention/bond hearing. Counsel for the defense stated that he would inform Burger to attend any hearing ordered by the Court.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

/s/
KEITH HENNEKE
Assistant United States Attorney
Texas Bar No. 24054497
903 San Jacinto Blvd., Ste. 334

                                                Austin, Texas 78701
                                                (512) 370-1291

                                                MARK T. ROOMBERG
                                                Assistant United States Attorney
                                                Texas Bar No. 24062266
                                                601 NW Loop 410, Suite 600
                                                San Antonio, Texas 78216
                                                (210) 384-7100

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System that will transmit notification of such filing to the following CM/ECF participants:

Jose Gonzalez-Falla
Charly Herring
Attorneys for Defendant

                                                                /s/
                                                KEITH HENNEKE
                                                Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-CR-00332-ADA |
| | ) | |
| JAMES WESLEY BURGER | ) | |

## O R D E R

This matter having come before the Court on the Government's Motion for Detention/Bond Hearing, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Motion, the Government's Motion for Detention/Bond Hearing is GRANTED/DENIED. The hearing is scheduled for _____, 2025 at _____ a.m./p.m. before the Honorable Mark Lane.

IT IS FURTHER ORDERED that Defendant James Wesley Burger shall appear at the hearing in person.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____ 2025, Austin, Texas.

_____
HONORABLE ALAN ALBRIGHT
United States District Judge

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 3, 2025
Lyle W. Cayce
Clerk

No. 25-50976

United States of America,

        *Plaintiff—Appellant*,

*versus*

James Wesley Burger,

        *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1
_____

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Jones and Graves, *Circuit Judges*.

Per Curiam:

    The court hereby enters a temporary administrative stay of ten days, to give the district court time to: (1) provide its reasons for dismissing the superseding indictment against James Wesley Burger and ordering him released from custody, Fed. R. Crim. P. 12(d); and (2) provide this court with a transcript of Burger's detention hearing and the motions hearings in this case. The entry of this temporary administrative stay does not affect any relief that the district court may provide pursuant to 18 U.S.C. § 3143.