IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-CR-00332-ADA |
| ) | |
| JAMES WESLEY BURGER ) | |

### O R D E R

On this date came on to be considered the Government's Motion for Detention/Bond Hearing (Dkt. 79), and Defendant's Motion for Release Pending Government Appeal (Dkt. 81). The Court has reviewed both Motions, as well as the applicable law and relevant facts.

After a second hearing on the merits on November 24, 2025, the Court orally dismissed the superseding indictment against Defendant Burger. When the Court stated its intention to have Burger released following the dismissal of the indictment, the Government made no objection. Following the conclusion of the hearing, the Government filed a Motion to Stay Order Dismissing Superseding Indictment and Release Pending Appeal. Dkt. 72. The Court DENIED that Motion on November 25, 2025. Dkt. 76.

On December 3, 2025, the Fifth Circuit entered a temporary administrative stay of ten days. Dkt. 80. However, the Fifth Circuit clarified that, "entry of this temporary administrative stay does not affect any relief that the district court may provide pursuant to 18 U.S.C. § 3143." *Id.*

Under 18 U.S.C. § 3143(c), the Court "shall treat a defendant in a case in which an appeal has been taken by the United States under section 3731 of this title, in accordance with section 3142 of this title, unless the defendant is otherwise subject to a release or detention order." Under 18 U.S.C. § 3142(b), the Court can release the defendant on personal

recognizance, unless such release will not reasonably assure the appearance of the person or will endanger the safety of any other person or the community.

    The Court finds that Defendant poses no flight or safety risk. Burger is a 19-year-old that lives with his family. Dkt. 81 at 2. He has no driver's license or vehicle. *Id.* He has no access to firearms, weapons, or munitions. *Id.* The Government's Motion (Dkt. 79) raises no facts that suggest otherwise.

    IT IS HEREBY ORDERED that the Government's Motion for Detention/Bond Hearing (Dkt. 79) is DENIED.

    IT IS FURTHER ORDERED that Defendant's Motion for Release Pending Government Appeal (Dkt. 81) is GRANTED.

    SIGNED this 4th day of December, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE