**FILED**
December 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50976    USA v. Burger
                           USDC No. 1:25-CR-332-1

After further review, the notice of appeal filed in District court on 12/11/25 is severed from the above appeal and bears the above case number.

The emergency motion to vacate the release order, response and reply has been filed in 25-51021 and all are pending before the Court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

Ms. Maureen Scott Franco
Mr. Carl Richard Hennies
Mr. Zachary Carl Richter
Mr. Mark Twain Roomberg