# United States Court of Appeals for the Fifth Circuit

**FILED**

December 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_

DEPUTY

No. 25-50976

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

JAMES WESLEY BURGER,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1

UNPUBLISHED ORDER

Before ELROD, *Chief Judge*, and JONES and GRAVES, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the temporary administrative stay previously entered by this panel on December 3, 2025, and extended on December 10, 2025, is extended to December 23, 2025.