# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-50976    USA v. Burger
                         USDC No. 1:25-CR-332-1

**FILED**
December 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Enclosed is an order entered in this case.

BY: _Christian Rodriguez_
DEPUTY

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. Philip Devlin
Ms. Maureen Scott Franco
Mr. Carl Richard Hennies
Mr. Zachary Carl Richter
Mr. Mark Twain Roomberg