**Meredith Sanchez**

| | |
|---|---|
| **Subject:** | FW: James Burger |
| **Attachments:** | James letter DRAFT.pdf |

---

**From:** Jose Gonzalez-Falla <Jose_Gonzalez-Falla@fd.org>
**Sent:** Monday, December 22, 2025 7:54 PM
**To:** Henneke, Keith (USATXW) <keith.henneke@usdoj.gov>
**Cc:** Mark.Roomberg@usdoj.gov; Charly Herring <Charly_Herring@fd.org>; Horatio Aldredge <Horatio_Aldredge@fd.org>
**Subject:** James Burger

Keith,

While I agree that the Fifth Circuit stay of the release order reimposes the original order of detention, I strongly disagree that detention is necessary in this case. I hope that with all the progress that James has made while in custody and later, while on conditions of release, the government will agree that detention is no longer necessary and agree to conditions of release.

James has learned a lot from this experience and no longer entertains the same thoughts or beliefs that he expressed while he was making those statements online.

To begin with, he has been undergoing counseling with Parents4Peace, an organization that specializes in deprogramming persons who have become radicalized. This organization was recommended to Dana Best by the FBI and I worked with them to have them meet with James while he was in custody at the Burnet County Jail. I have attached a letter from Mubin Sheikh, an experienced deprogrammer, who has been working with James. This is a draft of a letter that we were going to present to Round Rock High School with the aim of having him readmitted so that he could complete his senior year. The letter reports how James has expressed remorse over his actions and how he has gained an understanding of how he was on the wrong path with the radicalization that he was undergoing. The counseling has continued under the supervision of his family.

Meanwhile, since James was released, he returned to live with his aunt and uncle, Dana and Jim Best, at their home in Round Rock. James was going to Florida with his grandfather, Tom Burger, but returned when I told him that the Court was entertaining whether to order his detention. Tom Burger brought his grandson back with him. Tom has been living in a hotel, while James has been living with his aunt and uncle at their residence. James has not had any internet access. He does not have a cell phone and does not have access to a computer. These were restrictions that James agreed to abide by, under the direction of his aunt and uncle. They were not imposed by the Court.

James no longer uses marijuana and has not been consuming any alcohol. James has remained sober while he has been living with his family. He has been enjoying the holiday season with them, attending church services.

In addition, the family has maintained communications with the FBI and answered their questions. I understand from Tom Burger that the FBI was aware of the time that he was leaving for Florida with James and of the fact that he later turned around and brought him back to Round Rock so he could be in the Austin area should his appearance in Court be required for a detention hearing. I also understand that Jim Best has answered the FBIs questions when asked about James and his conduct. In short, the family has been supportive of the FBIs interest in knowing about James' conduct. The family also wants James to remain home with them.

This update should ease any concerns you have about needing to seek James' detention. The FBI can corroborate what I have reported to you about the family's cooperation with them. The government

should reassess its position in light of this information and agree that conditions can be set to address its concerns.

I am requesting that you wait to proceed on this until Monday, when I am back in Austin. James has been out and doing well and there is no reason to disrupt the progress that he has made.

If you however demand that he surrender to the US Marshals tomorrow morning, I will instruct him to do so. My office will then file a motion to vacate the detention order and seek an immediate hearing before the courthouse closes for the holidays.

Best regards,
Jose

Jose Gonzalez-Falla
Assistant Federal Public Defender
Western District of Texas – Austin Division
504 Lavaca Street, Suite 960
Austin, TX 78701
Tel: 512-916-5025



This email contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, or an authorized employee or agent responsible for delivering it ot the intended recipient, you are hereby notified that any dissemination or copying of this email is strictly prohibited. If you have received this email in error, please notify us by reply email. Thank you for your cooperation.