

Date: [Insert Date]

To SCHOOL

Parents for Peace (P4P) is writing this letter in support of James Wesley Burger's re-entry into the academic environment following his prior arrest and subsequent release from custody.

Parents for Peace is a U.S.-based nonprofit organization specializing in early intervention, disengagement, and prevention of violent extremism. Our work involves supporting individuals and families navigating ideological radicalization, grievance-based violence, and identity-driven extremism. We work closely with families, mental-health professionals, educators, and, when appropriate, law-enforcement partners to reduce risk and promote safe reintegration.

During James's period of custody, Parents for Peace was granted the opportunity to engage him in multiple structured intervention sessions. These sessions were conducted by Mubin Shaikh, Exit Interventionist with extensive experience in terrorism investigations and disengagement work, alongside Allizandra Heberhold, LMSW, a licensed clinician with expertise in Behavioral Threat Assessment and Management (BTAM), acute adolescent psychiatry, and trauma-informed care.

Across several one-hour sessions, James demonstrated a high level of engagement, openness, and self-reflection. He was able to articulate his personal history, including significant trauma, and showed a growing understanding of how those experiences contributed to maladaptive beliefs and online behaviors. Importantly, James expressed clear remorse regarding the perceived threat his statements caused and demonstrated insight into how online environments and unvetted sources influenced his worldview.

From an ideological standpoint, James has made meaningful progress. He now recognizes that his prior understanding of Islam was shaped by anonymous online sources rather than credible scholarship or lived community engagement. He has shown substantial maturation in distinguishing extremist interpretations from mainstream religious teachings and has been receptive to corrective education and guidance.

Since his release, James has voluntarily expressed interest in continuing his intervention work with Parents for Peace. He is currently meeting on a weekly basis with Mr. Shaikh and

www.parents4peace.org



remains engaged, cooperative, and forward-looking. This voluntary continuation is a strong indicator of accountability, insight, and commitment to personal development.

We recognize that educational institutions must prioritize safety and community well-being. Based on our professional assessment, James does not present as an individual seeking harm, but rather as a young person who has undergone a significant corrective experience and demonstrated growth, emotional regulation, and improved judgment. Continued access to education will serve as a stabilizing and protective factor in his ongoing development.

Parents for Peace supports James's re-entry into school and believes that reintegration, paired with continued support, aligns with best practices in prevention, rehabilitation, and long-term public safety. We remain available to collaborate with school officials as appropriate and to continue providing structured support.

Please feel free to contact us should you require any additional information.

Respectfully,

For Parents for Peace:


Mubin Shaikh
Exit Interventionist
number


Allizandra Heberhold, LMSW
Licensed Master of Social Work
number


www.parents4peace.org