UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. A:25-CR-00332-ADA |
| | § § | |
| JAMES WESLEY BURGER | § | |

**ORDER**

ON THIS DATE came on to be considered Defendant James Wesley Burger's Motion to Revoke Detention Order, and the requested relief is hereby GRANTED.

The Court finds that, for the reasons stated in the Defendant's motion, the Defendant should be released on bond on conditions to be set by the United States Magistrate Judge.

SIGNED THIS _____ DAY OF _____ 2025.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE