IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-CR-00332-ADA |
| ) | |
| JAMES WESLEY BURGER ) | |

**GOVERNMENT'S EMERGENCY MOTION FOR ARREST WARRANT**

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby files its Emergency Motion for an Arrest Warrant, and states:

The Defendant was initially detained in May 2025 by the magistrate judge as a danger to the community and risk of flight, ECF 13, and was incarcerated until the Court's recent orders releasing the Defendant without conditions. *See* ECF 76, 77, and 83.

On December 3, 2025, the Fifth Circuit Court of Appeals granted an administrative stay in this case. No. 25-50976, ECF 28. On December 22, 2025, the Fifth Circuit extended that stay indefinitely and further ordered the Court's "second release order" stayed. No. 25-50976, ECF 41 (copy attached). With both of the Court's release orders stayed, Defendant is subject to the original Detention Order, ECF 13. Accordingly, Defendant should be in custody. As a result, and pursuant to the Fifth Circuit's orders, the Government requests the immediate issuance of an arrest warrant to facilitate the government's carrying out of those orders by taking Defendant into custody.

Counsel for the government has conferred with defense counsel. The government asked defense counsel to notify the government by 10:00 a.m. today whether Mr. Burger will be surrendering himself to the custody of the U.S. Marshalls Service today. As of the time of the filing of this motion, the government has not been informed whether Mr. Burger will surrender himself today. As a result, an arrest warrant is necessary to effectuate the Fifth Circuit's order.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

_/s/_____
KEITH HENNEKE
Assistant United States Attorney
Texas Bar No. 24054497
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1291

MARK T. ROOMBERG
Assistant United States Attorney
Texas Bar No. 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System that will transmit notification of such filing to the following CM/ECF participants:

Jose Gonzalez-Falla
Charly Herring
Attorneys for Defendant

_____/s/_____
KEITH HENNEKE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 1:25-CR-00332-ADA |
| ) | |
| **JAMES WESLEY BURGER** ) | |

**O R D E R**

This matter having come before the Court on the Government's Emergency Motion for an Arrest Warrant, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Emergency Motion for an Arrest Warrant, the Government's Emergency Motion for an Arrest Warrant be in all things GRANTED/DENIED.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____ 2025, Austin, Texas.

_____
HONORABLE ALAN ALBRIGHT
United States District Judge

# United States Court of Appeals
## for the Fifth Circuit

_____

No. 25-50976
CONSOLIDATED WITH
No. 25-51021
_____

United States Court of Appeals
Fifth Circuit
**FILED**
December 22, 2025
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

          *Plaintiff—Appellant*,

versus

JAMES WESLEY BURGER,

          *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1

_____

UNPUBLISHED ORDER

Before ELROD, *Chief Judge*, and JONES and GRAVES, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that this appeal is CONSOLIDATED with case No. 25-51021.

    IT IS FURTHER ORDERED that the administrative stay in No. 25-50976 is continued pending further order of the court.

No. 25-50976
c/w No. No. 25-51021

IT IS FURTHER ORDERED that the "second release order" is administratively stayed pending expedited assignment to and reconsideration by the next available merits panel.

A brief explanation of the stay of the district court's release orders pending appeal is required. The appellee was indicted for violations of 18 U.S.C. § 875(c), pled not guilty, and was ordered detained pretrial by a magistrate judge on May 27, 2025. A substantial hearing was held in connection with the pretrial detention order, in the presence of appellee and family members, and the government offered testimony and numerous exhibits. The magistrate judge dictated in the record lengthy reasons for pretrial detention as prescribed by 18 U.S.C. §§ 3142(e), (g), and (i). Appellee did not appeal the pretrial detention order.

On November 24, the district court dismissed a superseding indictment and simultaneously ordered Burger's release from pretrial custody while indicating that its reasons for its decision would follow. The government filed a notice of appeal on November 26, together with a motion to stay the dismissal and release orders while Burger was freed during the pendency of these appeals. Burger was released, however, and ostensibly is residing with family members either in Austin, Texas or "Florida." On December 3, this court temporarily administratively stayed the district court's orders and ordered the district court to "provide reasons" for dismissing the indictment and for "ordering him released from custody." This court also required production of the detention hearing transcript and stated that the temporary administrative stay "does not affect any relief the district court may grant pursuant to 18 U.S.C. § 3143."

At the same time, on December 3, the government and Burger filed competing motions seeking, respectively, a hearing and renewed detention or a bond order, or release pending appeal. One day later, the

2

district court denied a renewed detention hearing and reaffirmed Burger's release order without conditions. The court concluded that the defendant "poses no flight or safety risk" because he lives with his family, has no access to firearms, weapons or munitions, and has no driver's license or vehicle. That is the "second release order."

On December 10, the district court memorialized its reasons for dismissing the indictment in an 8-page order. On December 11, the government appealed the second release order and the next day filed an emergency motion to vacate that order.

Since there has been no involvement by Pretrial Services in this matter, the district court's reasoning reflects only the representations of defendant's counsel that Burger "lives with his family," allegedly "has no access to firearms" at this time and is "undergoing counselling." Yet the transcript of the detention hearing and exhibits, together with further evidence offered by the government during district court hearings on November 18 and 24 indicate that a stay is warranted since the district court released him without conditions based on the considerations listed in 18 U.S.C. §§ 3142(c) and (g). Indeed, defense counsel himself indicated to the magistrate judge that for this troubled individual, the court should consider "strict" release conditions, including "electronic monitoring with home detention," "monitoring . . . where he cannot be on the internet without some sort of software," and psychiatric treatment or psychological counselling. The district court nevertheless concluded that these conditions were unnecessary.

Given the record before us and the nature of the case, we think it prudent to grant an administrative stay pending expedited assignment to and reconsideration by the next available merits panel, with the understanding

No. 25-50976
c/w No. No. 25-51021

that "[t]he appeal [from a release order] shall be determined promptly." 18 U.S.C. § 3145(c); *see also* FED. R. APP. P. 9(a)(2).

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:




Date: _____     _____
*Issuing officer's signature*

City and state: _____     _____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____     _____
*Arresting officer's signature*

_____
*Printed name and title*