UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § | No. 1:25-CR-00332-ADA |
| § | |
| **(1) JAMES WESLEY BURGER,** § | |
| *Defendant* § § | |

## ORDER

Before the Court are Defendant's Motion to Revoke Detention Order, Dkt. 98, and the Government's Emergency Motion for an Arrest Warrant, Dkt. 99. Both were filed this morning, just before the courthouse's noon holiday closure. The undersigned asked counsel for Defendant and the Assistant U.S. Attorney to join a call shortly after the noon closure. Having considered the parties' positions with respect to both motions, and in light of the disputes regarding the effect of the Fifth Circuit's most recent order administratively staying the case, the Court has determined that the most prudent approach here is to set both motions for a hearing to be held the morning of Monday, December 29, 2025.

Accordingly, the Court sets Defendant's motion, Dkt. 98, and the Government's motion, Dkt. 99, to be heard before the undersigned in Courtroom 3 of the U.S. District Courthouse at 10:00 a.m. on Monday, December 29, 2025.

2

SIGNED December 23, 2025.

                                                  DUSTIN M. HOWELL
                                                  UNITED STATES MAGISTRATE JUDGE

2