IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   No. 1:25-CR-00332-ADA |
| | ) |
| JAMES WESLEY BURGER | ) |

**GOVERNMENT'S *EX PARTE* RENEWED EMERGENCY MOTION FOR ARREST WARRANT**

COMES NOW, the United States of America, by and through its undersigned attorneys, and hereby files its *Ex Parte* Renewed Emergency Motion for an Arrest Warrant, and states:

The Defendant was initially detained in May 2025 by the magistrate judge as a danger to the community and risk of flight, ECF 13, and was incarcerated until the Court's recent orders releasing the Defendant without conditions. *See* ECF 76, 77, and 83.

On December 3, 2025, the Fifth Circuit Court of Appeals granted an administrative stay in this case. No. 25-50976, ECF 28. On December 22, 2025, the Fifth Circuit extended that stay indefinitely and further ordered the Court's "second release order" stayed. No. 25-50976, ECF 41. With both of the Court's release orders stayed, Defendant is subject to the original Detention Order, ECF 13, as the defense has conceded. Accordingly, on December 23, 2025, the government filed an Emergency Motion for Arrest Warrant. That same day, the defense filed a Motion to Revoke Detention Order. At approximately 12:30 p.m. on December 23, 2025, the Court convened a status conference with counsel via telephone regarding both requests. After hearing the positions of both parties, the Court scheduled a hearing on both motions for December 29, 2025 at 10:00 and did not act on either request.

After the status conference concluded, a merits panel for the pending appeal with the Fifth

Circuit issued an order setting the briefing and oral argument schedule for that appeal. No. 25-50976, C/W No. 25-51021, ECF 81 (attached). Addressing the issue of the defendant's detention or release on conditions, the order stated:

> To avoid any uncertainty regarding the various orders of the district court and of this court, this merits panel now clarifies that per the December 22 order of the administrative panel, nothing prohibits the government, in its discretion, from detaining the defendant or from requesting that the district court impose conditions of release pursuant to 18 U.S.C. § 3143, pending further order of this court.

*Id*. at 2. The government, in its discretion as permitted by the Fifth Circuit, is seeking to detain the defendant. In order to carry that out, the government requests the immediate issuance of the attached arrest warrant to facilitate law enforcement's execution of the Fifth Circuit's orders and the existing prior Order of Detention.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

 /s/
KEITH HENNEKE
Assistant United States Attorney
Texas Bar No. 24054497
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1291

MARK T. ROOMBERG
Assistant United States Attorney
Texas Bar No. 24062266
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-CR-00332-ADA |
| ) | |
| JAMES WESLEY BURGER ) | |

## **O R D E R**

This matter having come before the Court on the Government's *Ex Parte* Renewed Emergency Motion for an Arrest Warrant, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that, for the reasons set forth in the Government's *Ex Parte* Renewed Emergency Motion for an Arrest Warrant, the Government's Emergency Motion for an Arrest Warrant be in all things GRANTED/DENIED.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of December 2025, Austin, Texas.

_____
HONORABLE DUSTIN HOWELL
United States Magistrate Judge

United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 23, 2025
Lyle W. Cayce
Clerk

No. 25-50976
CONSOLIDATED WITH
No. 25-51021

UNITED STATES OF AMERICA

*Plaintiff—Appellant*,

versus

JAMES WESLEY BURGER,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1

_____

UNPUBLISHED ORDER

IT IS ORDERED that briefing and oral argument in the consolidated appeal shall be conducted according to the following schedule:

• December 29, 2025, at noon: Simultaneous letter briefing (not to exceed five pages) on the need for interim relief, if any, due. Counsel should address whether any emergency interim relief is sought to be granted before the argument scheduled for January 20, 2026.

• January 2, 2026: Appellant's merits brief due.

No. 25-50976
c/w No. 25-51021

- January 12, 2026: Appellee's merits brief due.

- January 16, 2026: Reply brief due.

- January 20, 2026: Oral argument at 9:00 a.m.

Given that these are two consolidated appeals, counsel may each use 10,000 additional words above the word count limits laid out in Federal Rule of Appellate Procedure 32(a)(7)(B).

To avoid any uncertainty regarding the various orders of the district court and of this court, this merits panel now clarifies that per the December 22 order of the administrative panel, nothing prohibits the government, in its discretion, from detaining the defendant or from requesting that the district court impose conditions of release pursuant to 18 U.S.C. § 3143, pending further order of this court.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.

James Wesley Burger

*Defendant*

) ) ) ) ) ) )

Case No.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Wesley Burger ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

18 USC 875(c) - Threats communicated in interstate commerce

Date: _____

*Issuing officer's signature*

City and state: Austin, Texas

Dustin Howell, United States Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*