UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. A-25-CR-332(1)-ADA |
| JAMES WESLEY BURGER | § § § | |

**OPPOSED MOTION TO PERMIT TRAVEL TO NEW ORLEANS, LOUISIANA TO ATTEND ORAL ARGUMENT**

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS

COMES NOW Defendant James Wesley Burger, by and through his undersigned counsel, and moves this Court to amend Defendant's bond conditions, showing the Court as follows:

I.

The Court set conditions of release on December 29, 2025, placing James Burger in the custody of his grandfather, Thomas J. Burger, with home detention. The Court further restricted his travel to St. Lucie County, Florida, and surrounding counties, with travel permitted to Austin, Texas, for court and to meet with counsel. Burger's case was pending the Government's appeal of the Court's order dismissing the Indictment and setting conditions of release at the time these conditions were set.

II.

The Fifth Circuit has set James Burger's case for oral argument on the morning of January 20, 2026. Burger requests the Court's permission to attend the oral argument with his custodian and grandfather, Thomas J. Burger. If granted, Mr. Burger will take his grandson, the defendant, by automobile to New Orleans on January 19, 2026, and spend the night. The next morning,

January 20, both will attend the oral argument scheduled for 9 AM in the East Courtroom. They will then return to their home in Florida on the same day. Burger's whereabouts will be monitored through the GPS system that operates to enforce the home detention restriction. Burger will also remain in his grandfather's custody.

III.

Assistant US Attorneys Mark T. Roomberg and Keith Hennecke are opposed to Burger's request. U.S. Pretrial advised counsel that if this motion is granted, Pretrial can adjust the GPS monitoring system to insure that his travel remains restricted to the geographic areas authorized by the Court.

IV.

FOR THESE REASONS, James Burger requests that his conditions of release be modified to permit him to travel to New Orleans, Louisiana, with his grandfather, to attend the oral argument in his case.

    Respectfully submitted.

    MAUREEN SCOTT FRANCO
    Federal Public Defender


    /s/ JOSE I. GONZALEZ-FALLA
    Assistant Federal Public Defender
    Western District of Texas
    Lavaca Plaza
    504 Lavaca St., Ste. 960
    Austin, Texas 78701
    (512) 916-5025
    (512) 916-5035 (FAX)
    Bar Number: Texas 08135700

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2026, I electronically filed the foregoing Defendant's Unopposed Motion to Permit Travel to New Orleans, Lousiana, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark T. Roomberg
Keith Hennecke
Assistant U.S. Attorneys
816 Congress Ave., Ste. 1000
Austin, TX 78701

                                                         /s/Jose I. Gonzalez-Falla

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CAUSE NO. A-25-CR-332(1)-ADA |
| | § | |
| JAMES WESLEY BURGER | § | |

**O R D E R**

On this day there came before the Court the Defendant's Unopposed Motion to Permit Travel to New Orleans, Lousiana, and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel to New Orleans, Lousiana, for the purpose of attending the oral argument in his case. All travel arrangements must be conveyed in advance to U.S. Pretrial Services, who must approve the arrangments in advance.

All other bond conditions remain in effect.

SIGNED THIS _____ DAY OF _____, 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE