IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No.  1:25-CR-00332-ADA |
| ) | |
| JAMES WESLEY BURGER ) | |

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S MOTION TO PERMIT TRAVEL TO
## NEW ORLEANS. LOUISIANA TO ATTEND ORAL ARGUMENT

The United States of America, by and through its undersigned Attorney, hereby files its Response to Defendant's Motion to Permit Travel to New Orleans, Louisiana to Attend Oral Arguments, and states:

The Government stands on its position that the Defendant should be detained based on the danger he poses to the community. While not waiving this objection, the Government requested the district court set the conditions of release such that the Defendant would be subject to strict home detention other than for required court appearances and mental health treatment approved by Pretrial Services. The Defendant's presence is not required at the Fifth Circuit oral arguments on Tuesday, January 20, 2026. Therefore, the Government opposes further travel by the Defendant.

If the Court determines that the Defendant should be allowed to travel to New Orleans and be allowed to attend the Fifth Circuit oral argument, the Government recommends the Court should alert the Fifth Circuit of this decision immediately so that they can take any steps they deem necessary.

### Conclusion

WHEREFORE, the United States respectfully requests that this Court deny Defendant's Motion to Permit Travel to New Orleans, Louisiana to Attend Oral Arguments.

        Respectfully submitted,

        JUSTIN R. SIMMONS
        UNITED STATES ATTORNEY

        /s/
        MARK T. ROOMBERG
        Assistant United States Attorney
        Texas Bar No. 24062266
        601 NW Loop 410, Suite 600
        San Antonio, Texas 78216
        (210) 384-7100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System that will transmit notification of such filing to the following CM/ECF participant:

Charlotte Herring, Esquire
Jose Falla-Gonzalez, Esquire
Assistant Federal Public Defenders

        /s/
        MARK T. ROOMBERG
        Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:25-cr-00332-ADA |
| ) | |
| JAMES WESLEY BURGER ) | |

### O R D E R

This matter having come before the Court on the Defendant's Motion to Permit Travel to New Orleans, Louisiana to Attend Oral Arguments, and the Court having received the Government's Response thereto, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that, the Defendant's Motion to Permit Travel to New Orleans, Louisiana to Attend Oral Arguments is DENIED/GRANTED.

IT IS SO ORDERED.

SIGNED and ENTERED this _____ day of _____ 2026, Austin, Texas.

_____
HONORABLE SUSAN HIGHTOWER
United States Magistrate Judge