UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. A-25-CR-332(1)-ADA |
| § | |
| JAMES WESLEY BURGER § | |

**OPPOSED MOTION TO PERMIT TRAVEL TO ROUND ROCK, TEXAS**

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS:

    COMES NOW Defendant James Wesley Burger, by and through his undersigned counsel, and moves the Court to permit travel with grandfather, Thomas J. Burger, between Vero Beach, Florida and Round Rock, Texas, as follows:

I.

    The Court set conditions of release on December 29, 2025, placing James Burger in the custody of his grandfather, Thomas J. Burger, with home detention. The Court further restricted his travel to St. Lucie County, Florida, and surrounding counties, with travel permitted to Austin, Texas, and surrounding counties, for court and to meet with counsel. The Court previously permitted James to travel to New Orleans with his grandfather to hear the oral arguments in his case that took place on January 20, 2026. A ruling from the Court of Appeals remains pending.

II.

    Family necessitates the request for this travel permission. Thomas J. Burger needs to travel to Round Rock, Texas, to help his daughter, Dana, resolve matters relating to the dissolution of her marriage. If allowed, Mr. Burger and James would leave their home in Florida on February 10, 2026. They plan an overnight stay in a hotel on their way to Round Rock. Once in Round Rock, they will stay in a hotel, with visits to Dana's home in Round Rock. They intend to stay in Round Rock for so long as it takes Dana to meet with an attorney, file for divorce, and resolve issues relating to the custody of her young son. It is difficult to predict how long this will take.

Therefore, the Burgers request the Court to permit an open return date.

III.

James will always remain in custody of his grandfather as required by the conditions of release. His whereabout will remain monitored by the GPS system that enforces the home detention condition of release. Because the length of their stay in Round Rock depends upon circumstances that are unknown, the travel permission sought does not have a date for the Burgers to return to Florida. U.S. Pretrial Services advised counsel that if this motion is granted, the agency can adjust the GPS monitoring system to ensure that the travel remains restricted to the geographic areas they have approved for travel and residence in Round Rock.

IV.

Counsel expects that Assistant US Attorneys Mark T. Roomberg and Keith Hennecke are opposed to this request. The government opposed the initial release order and challenged its legality in its appeal to the Fifth Circuit.

V.

FOR THESE REASONS, James Wesley Burger requests that his conditions of release be modified to permit him to travel with his grandfather, Thomas J. Burger, to Round Rock, Texas, beginning February 10, 2026, subject to the prior approval of all travel plans with U.S. Pretrial Services.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ JOSE I. GONZALEZ-FALLA
_____

Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February 2026, I electronically filed the foregoing Defendant's Opposed Motion to Permit Travel to Round Rock, Texas, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark T. Roomberg
Keith Hennecke
Assistant U.S. Attorneys
816 Congress Ave., Ste. 1000
Austin, TX 78701

/s/Jose I. Gonzalez-Falla

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. A-25-CR-332(1)-ADA |
| JAMES WESLEY BURGER | § § § | |

**O R D E R**

On this day there came before the Court the Defendant's Unopposed Motion to Permit Travel to Round Rock, Texas, and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel to Round Rock, Texas. All travel arrangements must be conveyed in advance to U.S. Pretrial Services, who must approve the arrangements.

All other bond conditions remain in effect.

SIGNED THIS _____ DAY OF _____ 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE