UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. A-25-CR-332(1)-ADA |
| JAMES WESLEY BURGER | § § § | |

### ORDER

    On this day came before the Court the Defendant's Motion to Permit Travel to Round Rock, Texas ("the Motion"). Despite the Motion's request to travel on the morning of February 10, 2026, no Response was filed as of 3:15 PM on February 9, 2026. Nonetheless, the Court has considered the Motion and finds it reasonable. Accordingly, the Motion is hereby GRANTED.

    Defendant James Wesley Burger is authorized to travel to Round Rock, Texas. All travel arrangements must be conveyed in advance to U.S. Pretrial Services, who must approve the arrangements.

    All other bond conditions remain in effect.

    SIGNED this 9th day of February, 2026.

                                                        ALAN D ALBRIGHT
                                                         UNITED STATES DISTRICT JUDGE