**FILED**

March 19, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_

DEPUTY

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 19, 2026

Lyle W. Cayce
Clerk

————————

No. 25-50976

CONSOLIDATED WITH

Nos. 25-51021, 26-50011

————————

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

*versus*

JAMES WESLEY BURGER,

*Defendant—Appellee.*

————————————————————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:25-CR-332-1

————————————————————

JUDGMENT

Before ELROD, *Chief Judge,* SMITH, and WILSON, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

No. 25-50976
c/w Nos. 25-51021, 26-50011

District Court for further proceedings in accordance with the opinion of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



**Certified as a true copy and issued**
**as the mandate on Mar 19, 2026**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2