## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2026

**FILED**

March 19, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 25-50976   USA v. Burger
    c/w 25-51021  USDC No. 1:25-CR-332-1
       26-50011

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _Rebecca Andry_
          Rebecca Andry, Deputy Clerk
          504-310-7638

cc w/encl:
    Ms. Maureen Scott Franco
    Mr. Carl Richard Hennies
    Mr. Zachary Carl Richter
    Mr. Mark Twain Roomberg