**FILED**
April 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ VAR _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**JAMES WESLEY BURGER**<br>**Defendant** | **Cause No: 1:25-cr-00332-ADA**<br><br>**SECOND SUPERSEDING INDICTMENT**<br><br>**[Cts. 1 - 3: 18 U.S.C. § 875(c) – Interstate Threatening Communication]** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 23, 2025, in the Western District of Texas and elsewhere,

Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, publicly

accessible statements on Roblox about attacking a Christian concert, and the communication

contained a threat to injure the person of another. Specifically, the communication, in response

to a question by another Roblox user, included:

> It will be months…Shawwal…April…It will be a glorious wound…Upon their capitol…And deal a grievous wound upon the followers of the Cross…I cannot confirm anything aloud at the moment…But things are in motion…Don't delay yourselves too long brothers, Jannah awaits us

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a

threat, and recklessly disregarding a substantial risk that his communication would be understood

as a threat.

<u>Special Finding</u>

The Grand Jury further alleges that Defendant Burger intentionally selected a Christian concert as the object of his threat because of the actual and perceived religion of individuals associated with the Christian concert.

All in violation of 18 U.S.C. § 875(c); U.S.S.G. § 3A1.1.

**COUNT TWO**
**Interstate Threatening Communication**
**[18 U.S.C. § 875(c)]**

On or about January 27, 2025, in the Western District of Texas and elsewhere, Defendant,

**JAMES WESLEY BURGER,**

did knowingly transmit in interstate commerce a communication, specifically, publicly accessible statements on Roblox about attacking a Christian concert, and the communication contained a threat to injure the person of another.  Specifically, the communication included:

> I've come to conclude it will befall the 12 of Shawwal aa/And it will be a music festival/Attracting bounties of Christians s/In'shaa'allah we willl attain martyrdom /And deal a grevious wound upon the followers of the Cross /Pray for me and enjoin yourself to martyrdom

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

<u>Special Finding</u>

The Grand Jury further alleges that Defendant Burger intentionally selected a Christian concert as the object of his threat because of the actual and perceived religion of individuals associated with the Christian concert.

All in violation of 18 U.S.C. § 875(c); U.S.S.G. § 3A1.1.

## COUNT THREE
## Interstate Threatening Communication
## [18 U.S.C. § 875(c)]

On or about January 21, 2025, in the Western District of Texas and elsewhere,

Defendant,

## JAMES WESLEY BURGER,

did knowingly transmit in interstate commerce a communication, specifically, publicly

accessible statements on Roblox, and the communication contained a threat to injure the person

of another. Specifically, in the context of Defendant's plan to attack a Christian concert, the

communication included a threat:

> Yes I have guns...In[ ]case the authorities...Want to arrest me . . .I am ready...To
> sacrifice my life...For my Rabb...Detonate what I've prepared...Of
> munitions...And use my firearms...To take many with me...Yes wish me
> luck...On the path of martyrdom...In'shaa'allah

for the purpose of issuing a threat, with knowledge that the communication will be

viewed as a threat, and recklessly disregarding a substantial risk that his communication

would be understood as a threat.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL

████████████████

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: MARK ROOMBERG
KEITH M. HENNEKE
ASSISTANT UNITED STATES ATTORNEYS