UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. A-25-CR-332(1)-ADA |
| | § § | |
| JAMES WESLEY BURGER | § | |

**UNOPPOSED MOTION TO PERMIT TRAVEL FROM FLORIDA TO TEXAS**

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS

COMES NOW Defendant James Wesley Burger, by and through his undersigned counsel, and moves this Court to permit James Burger to travel from Florida to Texas, with his grandfather, Thomas J. Burger, to prepare for and attend his trial as follows:

I.

The Court set conditions of release on December 29, 2025, placing James Burger in custody of his grandfather with home detention. The Court further restricted his travel to St. Lucie County, Florida, and surrounding counties, with travel permitted to Texas, for court and to meet with counsel.

II.

James Burger's case is set for jury trial on May 18, 2026. He needs to travel to Texas to meet with counsel and prepare for trial. He and his grandfather would like to leave for Texas on May 8, 2026, and remain in Texas to the conclusion of his trial. The trial should not take more than three- days.

III.

James Burger's whereabout will remain monitored by the GPS system that enforces the home detention conditions of release.  Because the length of their trip requires travel overnight, U.S. Pretrial advised counsel that they require the Court to amend the conditions of release to permit such overnight travel.

IV.

Assistant US Attorneys Mark T. Roomberg and Keith Hennecke are not opposed to Burger's request. U.S. Pretrial advised counsel that their agency can adjust the GPS monitoring system to insure that his travel remains restricted to the geographic areas authorized by the Court.

V.

FOR THESE REASONS, James Burger requests that his conditions of release be amended to permit him to travel overnight from Florida to Texas and back, with his grandfather, subject to the approval of his travel plans with Pretrial Services, with travel dates from May 8 through June 3, 2026.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April 2026, I electronically filed the foregoing

Motion to Permit Travel from Florida to Texas, with the Clerk of Court using the CM/ECF

system which will send notification of such filing to the following:

Mark T. Roomberg
Keith Hennecke
Assistant U.S. Attorneys
816 Congress Ave., Ste. 1000
Austin, TX 78701

/s/Jose I. Gonzalez-Falla

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-25-CR-332(1)-ADA |
| | § | |
| | § | |
| JAMES WESLEY BURGER | § | |

**O R D E R**

On this day there came before the Court the Defendant's Motion to Permit Travel from Florida to Texas and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel overnight from Florida to Texas. Travel dates are authorized from May 8, 2026, through June 3, 2026. All travel plans must be conveyed in advance to U.S. Pretrial Services, who must approve the plans with the defendant.

All other bond conditions remain in effect.

SIGNED THIS _____ DAY OF _____, 2026.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE