UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

**FILED**

April 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-25-CR-332(1)-ADA |
| | § | |
| JAMES WESLEY BURGER | § | |

## O R D E R

On this day there came before the Court the Defendant's Motion to Permit Travel from Florida to Texas and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel overnight from Florida to Texas. Travel dates are authorized from May 8, 2026, through June 3, 2026. All travel plans must be conveyed in advance to U.S. Pretrial Services, who must approve the plans with the defendant.

All other bond conditions remain in effect.

SIGNED April 30, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE