**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:25-CR-00332-ADA** |
| | § | |
| **JAMES WESLEY BURGER** | § | |

## ORDER[1]

On May 11, 2025, the Court held a pretrial conference on this matter. The Court took up the Government's Notice and Amended Notice Pursuant to F.R.E. 404(b) (ECF No. 56 and 58), the Defendant's Response (ECF No. 65) and Defendant's Supplemental Response to the Government's 404(b) Notice (ECF No. 133), and the Government's Trial Brief Regarding 404(b) Evidence (ECF No. 134).

After considering the Government's proposed exhibits and argument from both parties, the Court **ORDERS** that the following Government exhibits are **HEREBY EXCLUDED**: Exhibit 1b, Exhibit 2a, Exhibit 5, Exhibit 5b, Exhibit 6, Exhibit 7, Exhibit 8, Exhibit 9, Exhibit 10a, Exhibit 10b, Exhibit 10c, Exhibit 11, Exhibit 15, Exhibit 15b, Exhibit 16, Exhibit 17, Exhibit 18, Exhibit 19, Exhibit 22, Exhibit 23, Exhibit 24, Exhibit 25, Exhibit 26, and Exhibit 27.

**IT IS FURTHER ORDERED** that the following Government exhibits are excluded, pending a stipulation being reached by the parties: Exhibits 4 and 14a. Should the parties fail to reach a stipulation on attribution of Mr. Burger's Roblox avatars, the Government will be permitted to raise this exhibit for further consideration by the Court.

**IT IS FURTHER ORDERED** that the following Government exhibit will be **ADMITTED IN LIMITED FORM**: Government Exhibit 2 will be admitted provided the Government redacts all information apart from that pertaining to 1/27/2025.

---

[1] The government reserves and does not waive its objections to the Court's rulings as stated on the record and in this Order.

**IT IS FURTHER ORDERED** that the Government may move to admit Government Exhibit 10d at trial through anticipated sponsoring witness James Best.

The Government advised that it will withdraw the following Government exhibits pursuant to the Court's other rulings: Exhibit 20, Exhibit 21.

The following Government exhibits were not objected to by defense counsel: Exhibit 1, Exhibit 1c, Exhibit 3, Exhibit 3a, Exhibit 13, Exhibit 14.

The Court also considered the Defendant's Motion to Strike Surplusage (ECF No. 129) and the Government's Response in Opposition (ECF No. 135). The Court issues the following rulings:

**IT IS ORDERED** that Defendant's Motion to Strike Surplusage (ECF No. 129) is **HEREBY GRANTED.** The Government is ordered to redact the Special Findings from the Second Superseding Indictment.

**IT IS FURTHER ORDERED** that the Government's request for a Special Verdict Form is **HEREBY DENIED.**

**IT IS FINALLY ORDERED** that the Government must produce any grand jury testimony or other material required under *Jencks v. United States*, 353 U.S. 657 (1957) by 5:00 pm on Wednesday, May 13, 2026.

**SIGNED** this 12th day of May, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2