UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                              No. 1:25-cr-332-ADA

JAMES WESLEY BURGER,
    Defendant.

**NOTICE OF APPEAL**

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's oral order of May 11, 2026, and written order of May 12, 2026 (ECF No. 138) dismissing in part the Second Superseding Indictment. The United States also appeals to the United States Court of Appeals for the Fifth Circuit from this Court's oral order of May 11, 2026 and written order of May 12, 2026 (ECF No. 138), excluding Government Exhibits 1b, 2 (in part), 2a, 4, 5, 5b, 6, 7, 8, 9, 10a, 10b, 10c, 11, 14a, 15, 15b, 16, 17, 18, 19, 22, 23, 24, 25, 26, and 27. The United States Attorney certifies that this appeal is not taken for purpose of delay and that the evidence at issue is substantial proof of facts material in the proceeding.

Respectfully submitted,

*/s/ Justin R. Simmons*
JUSTIN R. SIMMONS
United States Attorney

By:    */s/ Mark T. Roomberg*
MARK T. ROOMBERG
Texas Bar No. 24062266
KEITH HENNEKE
Texas Bar No. 24054497
Assistant United States Attorneys
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
(210) 384-7100

**Certificate of Service**

I certify that on May 13, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Keith Henneke*
KEITH HENNEKE
Assistant United States Attorney

**Notice of Appeal**                                                                 2