UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                          No. 1:25-cr-332-ADA

JAMES WESLEY BURGER,
    Defendant.

**GOVERNMENT'S EMERGENCY MOTION TO STAY PROCEEDINGS**

The government moves this Court to stay the trial scheduled to begin May 18, 2026, and all related proceedings and deadlines until the Fifth Circuit resolves the government's pending appeal.

1.    On May 13, 2026, the government filed a notice of appeal from this Court's oral order of May 11, 2026, and written order of May 12, 2026 (ECF No. 138) dismissing in part the Second Superseding Indictment and oral order of May 11, 2026 and written order of May 12, 2026 (ECF No. 138), excluding Government Exhibits 1b, 2 (in part), 2a, 4, 5, 5b, 6, 7, 8, 9, 10a, 10b, 10c, 11, 14, 15, 15b, 16, 17, 18, 19, 22, 23, 24, 25, 26, and 27. *See* 18 U.S.C. § 3731.

2.    When the government appeals under § 3731 from a district court's pretrial rulings, that notice of appeal "instantly divest[s]" the district court of "its jurisdiction to take any further action in the case pending resolution of the appeal and remand from [the Fifth Circuit]." *United States v. Jefferson*, 623 F.3d 227, 232-33 (5th Cir. 2010). Therefore, this Court is without jurisdiction to proceed with trial. *See id.*

3.    Accordingly, this Court should stay the trial and all related proceedings and deadlines until resolution of the pending appeal. The government respectfully requests a ruling on this emergency motion by close of business today, May 13, 2026.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:    */s/ Mark T. Roomberg*
        MARK T. ROOMBERG
        Texas Bar No. 24062266
        KEITH HENNEKE
        Texas Bar No. 24054497
        Assistant United States Attorneys
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas  78216
        (210) 384-7100

**Certificate of Service**

I certify that on May 13, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Keith Henneke
KEITH HENNEKE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

                                          No. 1:25-cr-332-ADA

JAMES WESLEY BURGER,
    Defendant.

**O R D E R**

      This matter having come before the Court on the Government's Emergency Motion to Stay Proceedings, and the Court being otherwise fully advised in the premises,

      IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Emergency Motion to Stay Proceedings and in light of the Government's Notice of Appeal of the Court's May 11 and May 12, 2026 oral and written orders (respectively), the Government's Emergency Motion to Stay Proceedings is GRANTED. The trial scheduled to begin on May 18, 2026 and all related proceedings and deadlines are STAYED until resolution of the pending appeal

      IT IS SO ORDERED.

      SIGNED and ENTERED this _____ day of May, 2026, in Austin, Texas.

                              _____

                              HONORABLE ALAN ALBRIGHT
                              United States District Judge