**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO.    A-25-CR-00332 (ADA)** |
| | § | |
| **JAMES WESLEY BURGER** | § | |

**DEFENDANT JAMES BURGER'S RESPONSE IN OPPOSITION TO GOVERNMENT NOTICE OF APPEAL AND EMERGENCY MOTION TO STAY**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ALAN D. ALBRIGHT:

Following this Court's May 12, 2026, Order excluding government exhibits from the trial pursuant to FRE 403 and 404(b) and granting the defense's motion to strike surplusage from the indictment (ECF No. 138), the government filed a Notice of Appeal (ECF No. 140) and Emergency Motion to Stay Proceedings (ECF No. 141), seeking to stay the trial in Mr. Burger's case that is set to begin on Monday, May 18, 2026. The Court should deny the government's motion to stay the trial because its notice of appeal is deficient.

The government may seek interlocutory review of an order "excluding evidence" if "the United States Attorney certifies to the district court that the appeal is not taken for purposes of delay and that the evidence is a substantial proof of a fact material in the proceeding." 18 U.S.C. § 3731. "The certification requirement is intended to ensure that the government thoroughly and conscientiously considers its decision to appeal and to 'prevent[] needless delay and prolonged worry in criminal proceedings.'" *United States v. Hernandez*, 626 Fed. App'x 900, 903-04 (11th Cir. 2015) (quoting *United States v. Salisbury*, 158 F.3d 1204, 1207 (11th Cir. 1998)).

In this case, the government's notice of appeal does not meet the requirements of 18 U.S.C. § 3731 because the United States Attorney has not signed the notice of appeal docketed by line

1

Assistant United States Attorneys this morning. ECF No. 140. In other cases in the Western District of Texas in which the United States Attorney's Office has filed interlocutory notices of appeal on evidentiary rulings, the United States Attorney has personally signed and certified the appeal. See **Exhibit A,** *United States v. Isaik Anthony Perez*, 03:19-cr-2794-KC, ECF No. 85 (NOA personally signed by then-United States Attorney John Bash). Here, because "the United States Attorney" has *not* personally "certifie[d] to the district court that the appeal is not taken for purposes of delay and that the evidence is a substantial proof of a material fact in the proceeding," the government's Notice of Appeal (ECF No. 140) is deficient and a stay is not warranted.

THEREFORE, the Court should deny the Government's Motion to Stay (ECF No. 141) and continue with jury selection and trial as scheduled.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

_____

/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700

_____

/s/ CHARLOTTE A. HERRING
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960

2

Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
TX Bar Number: 24064026

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Mark Roomberg
Keith Henneke
United States Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

_____
/s/ CHARLOTTE A. HERRING

3