# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cause No: 03:19-cr-2794-KC** |
| | ) | |
| **ISAIK ANTHONY PEREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

The United States of America gives notice pursuant to 18 U.S.C. § 3731 that it appeals to the United States Court of Appeals for the Fifth Circuit from this Court's December 16, 2019 oral orders granting Defendant's *Daubert* motion, denying the Government's motion for reconsideration, and ordering suppression of evidence. The United States Attorney for the Western District of Texas certifies that this appeal is not taken for purposes of delay and that the excluded evidence is substantial proof of facts material in this proceeding.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:    */s/ John F. Bash*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Appeal has been mailed to John Calhoun, Federal Public Defender's Office, 700 East San Antonio Street, Room D-401, El Paso, Texas 79901, on this the 16th day of December, 2019.

*/s/ John F. Bash* _____

2