UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

JAMES WESLEY BURGER,
    Defendant.

No. 1:25-cr-332-ADA

**GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO GOVERNMENT NOTICE OF APPEAL AND EMERGENCY MOTION TO STAY**

Out of an abundance of caution, the government has filed a Notice of Appeal [#144] that contains the hand signature of U.S. Attorney Justin R. Simmons certifying that the appeal is not taken for purpose of delay and that the evidence at issue is substantial proof of facts material in the proceeding.

Because any perceived deficiency in the Notice of Appeal has been corrected and the defense does not identify any substantive reason why the government's emergency motion for stay of proceedings should not be granted, the government respectfully requests that the Court grant the requested stay.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:   */s/ Keith Henneke*
     KEITH HENNEKE
     Texas Bar No. 24054497
     MARK T. ROOMBERG
     Texas Bar No. 24062266
     Assistant United States Attorneys
     601 N.W. Loop 410, Suite 600
     San Antonio, Texas  78216
     (210) 384-7100

**Certificate of Service**

I certify that on May 13, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Keith Henneke

KEITH HENNEKE
Assistant United States Attorney