**FILED**

May 13, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.                                                    No. 1:25-cr-332-ADA

JAMES WESLEY BURGER,
   Defendant.

**O R D E R**

This matter having come before the Court on the Government's Emergency Motion to Stay Proceedings, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that, for the reasons set forth in the Government's Emergency Motion to Stay Proceedings and in light of the Government's Notice of Appeal of the Court's May 11 and May 12, 2026 oral and written orders (respectively), the Government's Emergency Motion to Stay Proceedings is GRANTED. The trial scheduled to begin on May 18, 2026 and all related proceedings and deadlines are STAYED until resolution of the pending appeal.

IT IS SO ORDERED.

SIGNED and ENTERED this 13th day of May, 2026, in Austin, Texas.

_____
HONORABLE ALAN D ALBRIGHT
United States District Judge