**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**FILED**

May 20, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

**UNITED STATES OF AMERICA**

*v.*                                                    **NO. 1:25-CR-332**

**JAMES WESLEY BURGER**

## ORDER

It is hereby **ORDERED** that the above-named and numbered case is **TRANSFERRED** from the undersigned's docket to the docket of United States District Judge David Counts. This transfer is made with the consent of Judge Counts.

It is further **ORDERED** that the Clerk of Court shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving judge. Any current referral judge will be terminated and reassigned according to the receiving judge's orders.

**SIGNED** this 20th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE