EXHIBIT
2

**Court Report & Support Document**                                    June 17, 2026

*Re: Hearing for James Burger*

Executive Summary

Mr. James Burger has engaged consistently in the Parents for Peace (P4P) intervention program since October 5, 2025, completing fifty-five 1-hour weekly sessions to date. He has also undergone a mental health evaluation and has since pursued mental health intervention, in addition to accepting recommendations from that evaluation as part of his intervention plan.

He volunteers at the Church's food pantry, attends church with his grandfather, is medication compliant, and maintains constructive daily structure within the home. Within the P4P program, he has demonstrated measurable progress in emotional regulation, communication, and coping strategies, supported by active and consistent family involvement.

Clinical observations indicate that his difficulties stem from trauma-related vulnerabilities and maladaptive coping rather than deliberate ideological commitment. He is developing insight into his challenges, demonstrates help-seeking behaviors, and is establishing a sustainable support system with his family and community resources. With continued structured support, Mr. Burger has the capacity to maintain progress and build long-term stability.

Introduction

Parents for Peace (P4P) is a registered 501(c)(3) nonprofit organization dedicated to supporting



families in preventing and addressing violent extremism. P4P operates a national helpline that provides free and confidential assistance to families concerned about a loved one becoming involved with a violent extremist movement.

Through its intervention programs, P4P assists families and individuals in disengaging from extremist influences by providing education, structured assignments, and peer support. Each participant is assigned an intervention team composed of trained professionals with backgrounds in mental health or related fields. These teams follow established protocols and are protected by liability insurance.

P4P is supported in part by the Department of Homeland Security's Targeted Violence and Terrorism Prevention (TVTP) grant, in addition to private donations. The organization collaborates with law enforcement and the courts on matters involving extremism, including the present case.

This report is respectfully submitted to summarize the services provided to Mr. Burger.

Intervention Team Members

*1. Stephanie Dubina, PsyD (Clinical Psychology)*

Mental Health Consultant & Technical Advisor, Parents for Peace.

Psychotherapist and clinical researcher specializing in trauma-informed interventions and prevention of violent extremism.

*2. Allizandra Herberhold, LMSW (Licensed Master Social Worker)*

www.parents4peace.org *501(c)(3)/EIN#: 47-4142897



Professional background in acute psychiatric care, behavioral threat assessment, and youth disengagement and deradicalization.

*3. Mubin Shaikh, MPICT, CPS (Policing, Intelligence, and Counterterrorism)*

Certified peer supporter and former undercover counterterrorism operative with international experience addressing extremist organizations including Al Qaeda and ISIS.

### Daily Functioning and Adherence to Conditions

Mr. Burger attends online sessions weekly and demonstrates high functioning in this environment. He maintains consistent attendance, follows his requirements from the court, and achieves results appropriate for his age and abilities. His reliability in this area reflects capacity for structure, responsibility, and constructive goal-directed activity. Frequently, Mr. Burger expresses a desire for the future and dreams to finish high school, gain employment and attend college. This stability and optimism for a future without an ideology complements the progress observed in his intervention sessions.

### Progress Summary

Mr. Burger was referred to P4P on August 6, 2025 and began participating in weekly intervention sessions thereafter. To date, he has completed fifty-five 1-hour sessions. He was also referred by Parents for Peace for a mental health evaluation and to begin medication for anxiety through a community mental health center. The family made arrangements to have him enrolled and begin in less than 5 days from when the referral was sent, demonstrating a supportive family unit and willingness to take suggestions. During his psychiatric appointment,

Mr. Burger reportedly participated throughout and plans to begin working with a trauma therapist at the center. The results of that evaluation have been incorporated into his intervention plan.

Throughout his participation, Mr. Burger has attended every session that has been scheduled for him, showing up 5 minutes before it starts to ensure he is there on time, and gives his full attention throughout. James is able and willing to imagine and plan for a future that does not involve ideology. He has demonstrated thoughtful reflection into his actions, which led him to write statements online, and how he plans to make changes to not repeat the same mistakes. He has expressed remorse, shame, and guilt for his actions. He has demonstrated an understanding of the magnitude of the impact of what this has done to his family, the community and his own life. He has expressed a desire and willingness to change his life and become a better community member.

His Aunt and Grandfather have actively contributed to his progress. They are very involved with helping him improve his life and stay on a positive trajectory for his future. They have expressed disappointment in his actions and have shared the impact it has had on them. They have demonstrated that they are a supportive, loving, and forgiving family unit with Mr. Burger's best interest in mind. They have attended a monthly session to give their perspective and confirm James' progress and adherence to our suggestions. The family has been willing to take suggestions and put them into action. His family does not demonstrate any signs of unhealthy relationship with Islam and we do not believe them to be any factor within James' radicalization process. We believe they will be a helpful piece to creating a safe, healthy relationship with his religion again in the future. This ongoing family engagement has been a stabilizing factor in his development.

www.parents4peace.org *501(c)(3)/EIN#: 47-4142897



The P4P intervention model applies structured, evidence-informed approaches tailored to the individual and family system. In Mr. Burger's case, this has involved personal self-reflection, honest, open and willing communication with his P4P team, re-engaging with Islam in a healthy way, creating and setting goals for the future to keep him on a safer path, encouraging him to re-engage with the community, adherence to the guidelines of his court recommendations, and providing guided self-study to encourage positive coping and sustained engagement.

## Capacity for Rehabilitation

Mr. Burger demonstrates awareness of his challenges and insight into the factors contributing to his vulnerabilities that led him to being influenced by radicalized groups. He has shown a willingness and demonstrated effort to seek support when distressed and to apply strategies introduced during intervention. With professional guidance, he is able to access and apply culturally relevant resources, and he is beginning to translate these into practical coping strategies.

In coordination with P4P and mental health professionals, Mr. Burger is building a sustainable support system that includes his immediate family and external community resources, rather than reliance on online environments. His consistent participation and demonstrated progress indicate capacity for constructive engagement when provided with appropriate structure. Looking ahead, Mr. Burger will require continued time and structured support to strengthen these systems and to secure long-term stability.



Our recommendation is for the court to consider the dedication and progression demonstrated by Mr. Burger and to remove him from home confinement. We believe the opportunity for independence will prove to be an appropriate choice allowing him to gain employment, finish his high school degree and continue his volunteer work. We have seen James adhere to all expectations imposed by the courts, by our recommendations and by his family. We believe that James has demonstrated through continued growth and willingness to make meaningful changes

to be a productive member of his community. He has continued to reflect on his past actions, behaviors and expressed remorse both verbally and through his actions.

## Professional Findings

Mr. Burger has demonstrated consistent engagement, the ability to follow structured guidance, and constructive use of both family and professional support. He is developing the capacity to manage intrusive thoughts, communicate his needs, and implement healthier coping mechanisms. These findings indicate that, with sustained support and coordination among family,

P4P, and mental health professionals, Mr. Burger is capable of maintaining progress toward stability and constructive community participation.

P4P remains available to continue services in collaboration with the Court and other relevant stakeholders, should this be deemed appropriate.



Based on the mental health evaluation and observed progress, Mr. Burger would benefit from

continued participation in structured therapeutic services, including individual psychotherapy

and group-based support programs, in coordination with P4P and other professionals. These

services would provide additional opportunities to strengthen coping skills, reinforce emotional

regulation, and sustain his developmental trajectory.

**Declaration of Accuracy and Objectivity**

This report has been prepared within the scope of professional expertise and with a

commitment to objectivity. The information and observations contained herein are accurate to

the best of our knowledge and are submitted to assist the Court in its considerations.

Respectfully submitted,

*Allizandra Herberhold, LMSW*

Allizandra Herberhold LMSW

*Stephanie Dubina PsyD*

Stephanie Dubina, PsyD

Mubin Shaikh MPICT CPS