**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. AU-1:25 CR 332** |
| | § | |
| | § | |
| **JAMES WESLEY BURGER** | § | |

**REPLY TO GOVENRMENT'S RESPONSE TO BURGER'S MOTION TO CORRECT RELEASE ORDER TO REFLECT ORAL PRONOUNCMENT**

JAMES WESLEY BURGER files this reply to the government's response to his request that the Court correct the release order to reflect what was pronounced in open court. The government's response does not address the conflict between the oral pronouncement, nor does it acknowledge the conflict and confusion that has arisen with US Pretrial regarding how the Court intended "home detention" to be applied to Burger. To elaborate, Burger shows:

I.

The government writes that "Judge Albright's statements at the hearing are totally consistent with the written order." Not so.

The written order does not reflect that Burger can be away from home if he is with a family member. The transcript attached to Burger's motion shows this. It also shows that Judge Albright said he was not imposing "home detention" in the way that the government wanted the condition to be imposed. The government's response does not address this material difference.

II.

The government writes that "the fact that Burger has been on home detention for almost eight months and the Court's order regarding conditions of release demonstrates that the written order has been clear to all the parties all along." This statement is also wrong.

Pretrial has been refusing to allow Burger to leave his home, even when he is doing so with his grandfather. The restrictions that Pretrial has imposed do not allow Burger to follow Judge Albright's clear intent. Consequently, there have been issues between US Pretrial and Burger regarding his compliance with the home detention condition.

Tom Burger, who is the third-party custodian, and Burger's grandfather, has complained to counsel on several occasions that US Pretrial is overly strict with Burger's home detention and will not authorize him to leave the home even though he will be with his grandson.

In fact, US Pretrial recently filed a motion to revoke Burger's bond in which it cited occasions that Burger was "out of location." Yet Burger was with his grandfather or a family member on these occasions.

III.

US Pretrial also agrees with counsel that the oral pronouncement and written order are in conflict. Pretrial explained to counsel that Judge Albright's oral pronouncement matches a "curfew" designation. But the "home detention" box was checked instead. That has resulted in the strict "home detention" interpretation used by Pretrial.

Counsel filed the motion to correct the written order over a week ago to head off any issues relating to the "out of location" violations. While the motion was pending, US Pretrial obtained an arrest warrant for Burger. He was arrested, but released later in the afternoon, after a magistrate

judge in Florida heard testimony from Tom Burger regarding the nature of the "out of location" violations of the "home detention" condition.

IV.

Burger remains committed to complying with the conditions of release set by the Court. He is happy living with his grandfather while awaiting trial (the government's second appeal of the district court is pending before the Fifth Circuit Court of Appeals). As Burger explained in his original filing, he seeks the correction to avoid confusion and conflict with US Pretrial, and to enforce the conditions of release orally pronounced by Judge Albright on December 29, 2025.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2026, I electronically filed the foregoing Defendant's REPLY TO THE GOVERNMENT'S RESPONSE TO BURGER'S MOTION TO CORRECT RELEASE ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Keith Hennecke
Mark Roomberg
Assistant U.S. Attorney
816 Congress Ave., Ste. 1000
Austin, TX 78701

/s/ JOSE I. GONZALEZ-FALLA