UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-25-CR-332 (1) |
| | § | |
| | § | |
| JAMES WESLEY BURGER | § | |

**MOTION TO PERMIT TRAVEL BETWEEN FLORIDA AND TEXAS TO ASSIST WITH MOVE**

TO THE HONORABLE DAVID COUNTS, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS

COMES NOW Defendant James Wesley Burger, by and through his undersigned counsel, and moves this Court to permit James Burger to travel between Florida and Texas with his grandfather, Thomas J. Burger, in the month of September, to help his aunt, Dana, move her belongings from Round Rock, Texas, to her new residence in Vero Beach, Florida:

I.

The Court set conditions of release on December 29, 2025, placing James Burger in custody of his grandfather, Thomas J. Burger, with a GPS monitored condition of home detention, while allowing James to leave the home if he was with his grandfather or family.[1] The Court further restricted his travel to St. Lucie County, Florida, and surrounding counties, with travel permitted to Texas, for court and to meet with counsel.

II.

On May 13, 2026, the government appealed the Court's pretrial rulings striking surplusage from the indictment and excluding certain exhibits from evidence. DKT 141. The Court stayed the matter pending the government's appeal. DKT No. 147. Briefing is underway. The appellee's

[1] This authorization was pronounced in open court though not reflected in the written conditions of release. Pending before the Court is Burger's request for the written conditions to be corrected to reflect the permission the Court gave Burger to leave the residence so long as he was with family. (DKT No. 154)

brief is due tomorrow, September 11, 2026, with a pending unopposed motion to extend the briefing deadline.

II.

James Burger's Aunt Dana, the daughter of his grandfather, has moved to Vero Beach, in St. Lucie County, Florida from Round Rock, in Williamson County, Texas, and now lives near her father and James. She has an apartment but needs help moving furniture and other belongings from Texas to her apartment in Vero Beach. Her father and James are seeking authorization from the Court to permit them to travel between Florida and Texas to help her move. They would like to travel from Florida to Texas on Tuesday, September 15, and return to their home in Vero Beach, Florida, on Monday, September 21, 2026.

III.

James Burger's whereabout will remain monitored by the GPS system that enforces the home detention conditions of release.

IV.

FOR THESE REASONS, James Burger requests that his conditions of release be amended to permit him to travel overnight between Florida and Texas, with his grandfather, subject to the approval of his travel plans with Pretrial Services, with travel dates from September 15 through September 21, 2026.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ JOSE I. GONZALEZ-FALLA
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 08135700

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2026, I electronically filed the foregoing Motion to Permit Travel from Florida to Texas, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark T. Roomberg
Keith Hennecke
Assistant U.S. Attorneys
816 Congress Ave., Ste. 1000
Austin, TX 78701

/s/Jose I. Gonzalez-Falla

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-25-CR-332(1) |
| | § | |
| | § | |
| JAMES WESLEY BURGER | § | |

**O R D E R**

On this day there came before the Court the Defendant's Motion to Permit Travel between Florida and Texas and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel overnight between Florida and Texas. Travel dates are authorized from September 15, 2026, through September 21, 2026. All travel plans must be conveyed in advance to U.S. Pretrial Services, who must approve the plans with the defendant.

All other bond conditions remain in effect.

SIGNED THIS _______ DAY OF ________________, 2026.

_________________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE