UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. A-25-CR-332(1) |
| | § | |
| | § | |
| JAMES WESLEY BURGER | § | |

**O R D E R**

On this day there came before the Court the Defendant's Motion to Permit Travel between Florida and Texas and after considering same it is hereby GRANTED.

Defendant James Wesley Burger is authorized to travel overnight between Florida and Texas. Travel dates are authorized from September 15, 2026, through September 21, 2026. All travel plans must be conveyed in advance to U.S. Pretrial Services, who must approve the plans with the defendant.

All other bond conditions remain in effect.

SIGNED this 11th day of September, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE