FID 11808835

AO 442 (Rev. 01/09) Arrest Warrant

FILED
2026 SEP 11 AM 10: 02
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

USMS W/TX Austin OR
Received: 08/20/2026

United States of America
v.
James Wesley Burger

*Defendant*

Case No. 1:25CR00332-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* James Wesley Burger, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☑ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Condition #7(p): participate in one of the following location restriction programs and comply with its requirements as directed: (ii) - Home Detention: You are restricted to your residence at all time except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; courtordered obligations; or other activities approved in advance by the Pretrial Services office or supervising officer.

Date: 08/17/2026

Kyra Kelley
*Issuing officer's signature*

City and state: Austin, Texas

Kyra Kelley, Courtroom Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 8/26/2026, and the person was arrested on *(date)* 8/26/2026 at *(city and state)* FORT PIERCE, FLORIDA.

Date: 8/26/2026

*Arresting officer's signature*

DEPUTY ANTHONY WALKER
*Printed name and title*